| Fill in this information to identify the case: |
| --- |
| United States Bankruptcy Court for the: |
| DISTRICT OF MASSACHUSETTS |
| Case number *(if known)* _____   Chapter  **11** |

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1.   Debtor's name**

The Sisters of Saint Ann, Inc. d/b/a Anna Maria College

**2.   All other names debtor used in the last 8 years**

Include any assumed names, trade names and *doing business as* names

**3.   Debtor's federal Employer Identification Number** (EIN)

04-2002060

**4.   Debtor's address**

**Principal place of business**

**50 Sunset Lane**
**Paxton, MA 01612**
Number, Street, City, State & ZIP Code

**Worcester**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

**5.   Debtor's website** (URL)

**https://annamaria.edu**

**6.   Type of debtor**

☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

■ Other. Specify:   **non-profit I.R.C. 501(c)(3)**

Debtor   **The Sisters of Saint Ann, Inc. d/b/a Anna Maria College**          Case number (*if known*) _____
         Name

**7.   Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

■ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

__8221__

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

Debtor  **The Sisters of Saint Ann, Inc. d/b/a Anna Maria College** | Case number (*if known*) _____

Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor | _____ | Relationship | _____ |
| District | _____ | When _____ | Case number, if known | _____ |

**11. Why is the case filed in this district?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

Contact name _____

Phone _____

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ■ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Official Form 201 | **Voluntary Petition for Non-Individuals Filing for Bankruptcy** | page 3

Debtor     **The Sisters of Saint Ann, Inc. d/b/a Anna Maria College**                    Case number (*if known*) _____
          Name

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million

- ■ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor    __The Sisters of Saint Ann, Inc. d/b/a Anna Maria College__      Case number (*if known*) _____
    Name

| Request for Relief, Declaration, and Signatures |
| --- |

**WARNING** — Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   _6 / 26 / 26_
            MM / DD / YYYY

X _____       Dr. Sean J. Ryan
    Signature of authorized representative of debtor       Printed name

Title    **President** _____

**18. Signature of attorney**

X _____       Date _06 / 26 / 2026_
    Signature of attorney for debtor                  MM / DD / YYYY

**John J. Monaghan, Esq.**
Printed name

**Holland & Knight LLP**
Firm name

**10 St. James Ave**
**11th Floor**
**Boston, MA 02116**
Number, Street, City, State & ZIP Code

Contact phone   **617-523-2700**       Email address   **john.monaghan@hklaw.com**

**546454 MA**
Bar number and State

**Anna Maria College**
## RESOLUTIONS OF THE BOARD OF TRUSTEES
Authorizing Commencement of Chapter 11 Case and Related Matters
Adopted: May 8, 2026

---

**WHEREAS, The Sisters of Saint Ann, Inc.,** doing business as Anna Maria College ("Anna Maria College") is a nonprofit corporation duly organized and existing under the laws of the Commonwealth of Massachusetts, recognized as a tax-exempt organization under Section 501(c)(3) of the Internal Revenue Code; and

**WHEREAS,** Anna Maria College has been engaged in the provision of liberal arts education and has enrolled students pursuing undergraduate and graduate degrees; and

**WHEREAS,** the Board of Trustees (the "Board") has carefully reviewed the financial condition, enrollment trends, market position, and long-term sustainability of Anna Maria College, including reports and recommendations from management, counsel, and financial advisors; and

**WHEREAS,** the Board has determined, in the exercise of its fiduciary duty, that Anna Maria College faces insurmountable financial and operational challenges, and is unable to continue as a going concern in its current form; and

**WHEREAS,** the Board has determined that the most responsible course of action, in the best interests of Anna Maria College's currently enrolled students, faculty, staff, creditors, and the public, is to cease academic operations and file a voluntary petition under chapter 11 title 11 of the United States Bankruptcy Code, 11 U.S.C. § 101 *et seq.* (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Massachusetts (the "Bankruptcy Court"), for the purposes of conducting an orderly winddown of the affairs of Anna Maria College and maximizing the value of Anna Maria College's assets for the benefit of its creditors; and

**WHEREAS,** the Board has also determined that it is in the best interests of Anna Maria College, creditors of Anna Maria College, and other parties-in-interest that Anna Maria College consider selling all or a portion of the assets its assets pursuant to section 363(b) of the Bankruptcy Code;

**WHEREAS,** the Board has determined that it is in the best interests of Anna Maria College to reduce the number of members of the Board to improve efficiency;

**WHEREAS,** Section 1 of Article III of the Bylaws of The Sisters of Saint Ann, Inc. (the "Bylaws") fixes the minimum number of Board members at fifteen, and Section 2 of Article XIV of the Bylaws authorizes the Board to amend the Bylaws by a two-thirds vote;

**WHEREAS,** Anna Maria College maintains a 403(b) retirement plan known as the "Anna Maria College DC Retirement Plan (the "Plan"), originally effective September 1, 1965, and restated effective January 1, 2020, with TIAA-CREF as the approved vendor and The Angell Pension Group, Inc. as the third-party administrator;

**WHEREAS**, the Board has determined that it is in the best interests of Anna Maria College and its employees to terminate the Plan;

**WHEREAS**, pursuant to the terms of the Plan, Anna Maria College, as the Plan Sponsor, reserves the right to terminate the Plan at any time by action of the Board;

**WHEREAS**, the Board has consulted with legal counsel and has received such additional information as it has deemed necessary and appropriate to take the actions authorized herein.

**NOW, THEREFORE, BE IT:**

**RESOLVED**, that Anna Maria College will cease its academic operations effective immediately following the end of the Spring 2026 semester, and immediately discontinue enrollment of new students. Nothing in this Resolution shall be construed to require the immediate termination of any current student's enrollment.

**FURTHER RESOLVED**, that Anna Maria College shall be, and hereby is authorized to proceed immediately with the filing of a voluntary petition for relief under Chapter 11 of the Bankruptcy Code in the Bankruptcy Court; and, to perform any and all such acts as are reasonable, advisable, expedient, convenient, proper, or necessary to effect any of the foregoing.

**FURTHER RESOLVED**, that the Board hereby authorizes the President of Anna Maria College (the "President") to sign and verify the voluntary petition under Chapter 11 of the Bankruptcy Code on behalf of Anna Maria College, and further authorizes the President to execute such documents, including without limitation, affidavits, pleadings, schedules, statement of financial affairs, applications, motions, plans of reorganization, disclosure statements, and amendments or modifications thereto in further of Anna Maria College's Chapter 11 filing.

**FURTHER RESOLVED**, that the Board is authorized to retain and did retain Holland & Knight LLP ("H&K") as Anna Maria College's bankruptcy counsel in connection with the Chapter 11 filing authorized herein, and the Engagement Letter executed by the parties through their authorized representatives which sets forth the basis of H&K's employment is fully adopted and incorporated by reference.

**FURTHER RESOLVED**, that the Board authorizes H&K to file a motion on Anna Maria College's behalf for approval of Anna Maria College's retention of H&K in connection with the Chapter 11 filing authorized herein.

**FURTHER RESOLVED**, that the Board is authorized to and did retain Verdolino & Lowey P.C. ("V&L") as Anna Maria College's financial advisors in connection with the Chapter 11 filing authorized herein, and the Engagement Letter executed by the parties through their authorized representatives which sets forth the basis of V&L's employment is fully adopted and incorporated by reference.

**FURTHER RESOLVED**, that the Board authorizes H&K to file a motion on Anna Maria College's behalf for approval of Anna Maria College's retention of V&L in connection with the Chapter 11 filing authorized herein.

**FURTHER RESOLVED**, that the Board hereby authorizes each of the President and such other officers and agents of Anna Maria College as the President or Board may designate (each,

including the President, an "Authorized Officer"), acting individually or together, to take all actions and to execute and deliver all such agreements, instruments, certificates, filings, and other documents as said Authorized Officer determines to be necessary, appropriate, or advisable to carry out the intent and purposes of these Resolutions, including without limitation seeking such authority as may be reasonable or necessary to conduct a sale process relating to all assets of Anna Maria College, including authorizing the engagement of such brokers, investment bankers of other professionals as the officers determine to be appropriate, without further action of the Board, unless otherwise required by law or Anna Maria College's governing documents, such determination to be conclusively evidenced by such Authorized Officer's taking of such action or execution and delivery of such agreements, instruments, certificates, filings, and other documents.

FURTHER RESOLVED, that the Board hereby authorizes all necessary actions be taken to reduce the minimum number of Board members from fifteen to five, including but not limited to all actions required to amend Section 1 of Article III of the Bylaws to read "The Board of Trustees shall consist of no fewer than five nor more than thirty-five persons."

FURTHER RESOLVED, that the Plan is hereby terminated, effective as of June 4, 2026 (the "Termination Date").

FURTHER RESOLVED, that effective as of the Termination Date, all contributions to the Plan shall cease, and no further contributions or deferrals shall be accepted.

FURTHER RESOLVED, that as of the Termination Date, all participants' account balances in the Plans shall become 100 percent (100%) vested and non-forfeitable, regardless of their employment status or years of service.

FURTHER RESOLVED, that the Authorized Officers are authorized and directed to distribute all accumulated plan assets to participants and beneficiaries in cash or in-kind as soon as administratively practicable following the Termination Date, and in a manner compliant with Section 403(b) of the Internal Revenue Code and applicable Treasury Regulations.

FURTHER RESOLVED, that the Authorized Officers are hereby authorized and directed to notify all plan participants, beneficiaries, product providers (including TIAA-CREF), third-party administrators (including The Angell Pension Group, Inc.), and the Internal Revenue Service (IRS) or Department of Labor (DOL) of the Plan termination, to prepare and file all necessary closing documents, including final Form 5500s, and to take all actions necessary, appropriate, or advisable to effectuate the termination of the Plan in accordance with applicable law.

FURTHER RESOLVED, that actions taken by the officers of Anna Maria College (including, without limitation, the President) prior to the adoption of these resolutions that are within the scope of the foregoing resolutions hereby are ratified, confirmed and approved in all respects as the actions of Anna Maria College.

These Resolutions shall be effective as of the date of adoption by the Board.

IN WITNESS WHEREOF, the undersigned members of the Board of Trustees of The Sisters of St. Anne, Inc. on one or more counterparts, each of which shall be considered an

original, but all of which taken together shall constitute but one and the same document, and it is effective as of the date first set forth above.

**BOARD MEMBERS:**

_____
Stephen P. Carey

_____
Diane E. Gould

_____
Kathleen M. Jordan

_____
Rev. Enoch Kyeremateng

_____
Sr. Kateri Mitchell

_____
Basil C. Morris

_____
Timothy P. Murray

_____
Peter J. Ostroskey

_____
Robert C. Paulsen, Jr.

_____
Christopher M. Powers

_____
Mark W. Powers

_____
Sean J. Ryan

_____
David P. Trainor

_____
Thomas A. Turco III

_____
Martha B. Waite

_____
Stephen H. Yerdon

## CERTIFICATION

I, the undersigned, hereby certify that I am the duly elected and acting Clerk/Secretary of The Sisters of Saint Anne, Inc., a Massachusetts nonprofit corporation ("Anna Maria College"); that the foregoing Resolutions were duly adopted by the Board of Trustees at a duly convened meeting held on May____, 2026 at which a quorum was present and acting throughout; and that the Resolutions have not been rescinded, amended, or modified and remain in full force and effect.

_____
_____, Clerk/Secretary of the Board of Trustees

Anna Maria College

Date: 5/8/26

_____, Chair of the Board of Trustees

Anna Maria College

Date: 5/8/2026

Case 26-40758   Doc 1   Filed 06/26/26   Entered 06/26/26 15:46:21   Desc Main
Document      Page 12 of 33

## United States Bankruptcy Court
### District of Massachusetts

In re     **The Sisters of Saint Ann, Inc. d/b/a Anna Maria College**          Case No.

Debtor(s)          Chapter     **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **None (Non-Profit Entity)** | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the non-profit I.R.C. 501(c)(3) named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date _____6/26/26_____          Signature _____

**Dr. Sean J. Ryan**

*Penalty for making a false statement of concealing property.* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## District of Massachusetts

In re   **The Sisters of Saint Ann, Inc. d/b/a Anna Maria College**                    Case No. _____
                                            Debtor(s)                                   Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the non-profit I.R.C. 501(c)(3) named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **June 26, 2026**                         **/s/ Dr. Sean J. Ryan**
                                                  **Dr. Sean J. Ryan**/**President**
                                                  Signer/Title

AA Transportation
605 Hartford Turnpike
Shrewsbury, MA 01545-8639

Accreditation Commission for
Education in Nursing Inc
3390 Peachtree Road NE
Suite 1400
Atlanta, GA 30326

Ahearn Equipment Inc.
460 Main St.
Spencer, MA 01562

Airbrush Works
75 Webster Street
Worcester, MA 01603

Airgas USA LLC
259 N. Radnor-Chester Road
Suite 100
Wayne, PA 19087-5240

Alfred Brown Associates Inc.
105 Washington Street
Auburn, MA 01501-0309

All Wood Lockers
1050 W State St.
Newcomerstown, OH 43832

Amazon
Attn: Legal Department
PO Box 81226
Seattle, WA 98108

American Music Therapy Association
8705 Colesville Road
Suite B 290
Silver Spring, MD 20910

Arkansas Dept Finance & Administration
Revenue Legal Counsel
PO Box 1272
Little Rock, AR 72203

Aspire Ed & IT Solutions LLC
PO Box 16402
Sugar Land, TX 77496

Automatic Laundry Services Co Inc.
45 Border St.
West Newton, MA 02465

Automatic Laundry Services Company Inc
45 Border Street
West Newton, MA 02465

Awg Dewar Inc.
4 Batterymarch Park Suite 320
Quincy, MA 02169-7468

B&H Photo Video Corp
Remittance Processing Center
PO Box 28072
New York, NY 10087-8072

Balfour & Co.
Erickson Group LLC
17 Angela Way
Concord, NH 03301

Beantown Swing Orchestra
138 Partridge Lane
Concord, MA 01742

Bell Simons Company
29 Lafayette Street
Hartford, CT 06126

Bells Lawn & Garden Center
201 Southbridge Street
Auburn, MA 01501-2590

Bio-Rad Laboratories Inc.
1000 Alfred Nobel Drive
Hercules, CA 94547

Blackstone National Golf Club LLC
The Barn
227 Putnam Hill Road
Sutton, MA 01590

BM Technologies Inc
171 North Winstead Avenue
Rocky Mount, NC 27804

BMTX Inc.
171 N Winstead Avenue
Rocky Mount, NC 27804

Bollus Lynch CPAs
89 Shrewsbury St Suite 200
Worcester, MA 01604

Bond Construction Corporation
Route 31 North
98 North Spencer Rd
Spencer, MA 01562-1402

Boston Globe
1 Exchange Place
Suite 201
Boston, MA 02109

Boston Growth Partners LLC
25 Old Coach Road
Sudbury, MA 01776

Bound Tree Medical LLC
23537 Network Place
Chicago, IL 60673-1235

Bowdoin Construction Corp
c/o Warren H Brodie
2 Salt Hay Road
East Falmouth, MA 02536

Braman Chemical Enterprise Inc.
147 Herbert P Almgren Dr
Agawam, MA 01001-0368

BSN Sports LLC
14460 Varsity Brands Way
Dallas, TX 75244

Bureau of Substance Addiction Services
250 Washington St
Boston, MA 02108

Burkeno Inc
Dr Aaron Lorenz
589 Bellevue Avenue Apt 2
Newport, RI 02840

Carolina Biological Supply Co.
2700 York Road
Burlington, NC 27215

Catholic Free Press
49 Elm St
Worcester, MA 01609-2514

CBUAO
5325 Lakefront Blvd A
Delray Beach, FL 33484

Championship Mindset
401 E 8th Street Suite 214
PMB-325
Sioux Falls, SD 57103

Charter Communications Operating LLC
400 Washington Blvd
13th Floor
Stamford, CT 06902

Chemsearch FE
2727 Chemsearch Blvd
Irving, TX 75062

Chimento & Webb PC
333 Elm Street Suite 230
Dedham, MA 02026

Chioma Ugochukwu
194 Greenbrier Way
Canton, GA 30114

Cintas
6800 Cintas Blvd
Mason, OH 45040

Citizens Bank NA
co Marla Merritt Senior VP
Restructuring Management
1 Citizens Plaza
Providence, RI 02903

Citizens Bank National Association
c/o Choate Hall & Stewart LLP
Attn Doug Gooding Esq
Two International Place
Boston, MA 02110

City of Worcester
c/o Dept of Conservation and Recreation
Attn Paula Davison
180 Beaman St
West Boylston, MA 01583

Common Application Inc.
3003 Washington Blvd
Suite 1000
Arlington, VA 22201

Commonwealth of Massachusetts
Department of Unemployment Assistance
Chief Counsel Legal Dept
19 Staniford Street 1st Floor
Boston, MA 02114-2502

Connecticut Business Systems LLC
100 Great Meadow Road
3rd Floor
Wethersfield, CT 06109

Connecticut Dept of Revenue Services
Collections Unit Bankruptcy Team
450 Columbus Blvd Suite 1
Hartford, CT 06103

Council on Social Work Education
333 John Carlyle Street Suite 400
Alexandria, VA 22314

Creative Services Inc.
64 Pratt Street
Mansfield, MA 02048-1937

Creedon and Co
39 Jolma Rd
Worcester, MA 01604

Crown Awards
9 Skyline Drive
Hawthorne, NY 10532

Daida
300 Columbus Circle Suite I
Edison, NJ 08837

Daktronics Inc.
SDS 12-2222
PO Box 86
Minneapolis, MN 55486

David McCauley
Redacted

Deer Pond Auto Repair Svc.
14 Huntoon Memorial Hwy
Leicester, MA 01524

Dileo Gas Inc.
630 Sunderland Rd
Worcester, MA 01604

Dillon Boiler Services Co Inc.
380 Crawford St
Fitchburg, MA 01420

Discover Central Massachusetts
311 Main Street Suite 200
Worcester, MA 01608

Dogfather Vending LLC
48 Channing St
Worcester, MA 01605

Dr Sean J. Ryan
Redacted

Ebsco Subscription Service
Payment Processing Center
PO Box 204661
Dallas, TX 75320-4661

ECMC
Attn Accounts Receivable
111 Washington Ave S
Suite 1400
Minneapolis, MN 55401

Ecolab
Attn Legal Dept
1 Ecolab Place
Saint Paul, MN 55102

Educational Computer Systems Inc.
100 Global View Drive
Suite 800
Warrendale, PA 15086

Elevator Maintenance & Service Inc.
163 Washington St
Worcester, MA 01610

Emergency Education Consultants
17 Misty Lane
Pelham, NH 03076

Encoura LLC
75 Remittance Drive Dept 1020
Chicago, IL 60675-1020

Enterprise
Ean Services LLC
PO Box 840173
Kansas City, MO 64184-0173

Events Central LLC
155 Ararat Street
Worcester, MA 01601

Falcon
810 West Highway 25/70
Newport, TN 37821

FedEx
Attn Legal Department
1000 Ridgeway Loop Road
Suite 600
Memphis, TN 38120

First American Commercial Bancorp Inc
645 N Michigan Ave Suite 800
Chicago, IL 60611

Fisher Scientific Company LLC
300 Industry Drive
Pittsburgh, PA 15275

Flood Fire Pro, Inc.
852 Upper Union Street
Franklin, MA 02038

FMC Ice Sports
100 Schoosett Street Building 3
Pembroke, MA 02359

Follett Higher Education Group LLC
Attn General Accounting
3 Westbrook Corporate Center
Suite 200
Westchester, IL 60154

Fun Enterprises Inc.
63 Tosca Drive
Stoughton, MA 02072

FW Webb Company
160 Middlesex Turnpike
Bedford, MA 01730

Gannett New England Localiq
Attn Law Department
7950 Jones Branch Drive
Mc Lean, VA 22107

Gibney Sports & Reconditioning
808 Main St
Worcester, MA 01610

Grainger Industrial Supply
Dept  823701834
100 Grainger Pkwy
Palatine, IL 60038-0001

Guaranty Glass
88 Main St
Spencer, MA 01562

Gula Promotions LLC
4 Autumn Lane
Stratham, NH 03885

Gustafson Plumbers Inc.
1035 Millbury Street MPL11543
Worcester, MA 01607

Handy Solutions
74 Richards Ave
Paxton, MA 01612

Hannaford & Dumas
26 Conn Street
Woburn, MA 01801

Harmony Environmental Inc.
7 Mineral Spring Ave
Ludlow, MA 01056

HD Supply Facilities Maintenance
PO Box 604233
Charlotte, NC 28260-4233

Herbert Berg Florist Inc.
19 Blackstone River Rd
Worcester, MA 01607

Hinckley Allen & Snyder LLP
Attn K Mousette Esq
28 State St
Boston, MA 02109

Holden Municipal Light Dept
One Holden St
Holden, MA 01520

Hunton Andrews Kurth LLP
Attn Accounts Receivable Dept
Bank of America Plaza Suite 4100
600 Peachtree Street NE
Atlanta, GA 30308

Hyperice Inc.
525 Technology Drive
Suite 100
Irvine, CA 92618

Impact Fire Services, LLC
PO Box 735062
Dallas, TX 75373

Imperial Dade
55 Rt. 1 & 9
Attn:  Legal Dept.
Jersey City, NJ 07306

Indoor Air Quality Improvement, Inc
dba Mighty Duct
28 Hastings St Bldg E
Mendon, MA 01756

Internal Revenue Service
Centralized Insolvency Operation
Post Office Box 7346
Philadelphia, PA 19101-7346

J&J Commercial Services
269 Concord St
Holliston, MA 01746

J&J Contracting
3180 County Road 20
International Falls, MN 56649

Jackson Immuno Research Laboratories Inc
872 W Baltimore Pike
West Grove, PA 19390

James Bidwell
REDACTED

JB Graphics Inc.
9388 Corbett Drive
Mccordsville, NJ 46055

JJ Bafaro Inc.
PO Box 943
Worcester, MA 01613-0943

John Wiley and Sons Inc
111 River Street
General Counsel EVP
Honoken, NJ 07030

Johnson Controls Fire Protection LP
850 W Jackson Blvd
Chicago, IL 60607

Joseph's Lock & Safe Company Inc.
55 Green Street
Worcester, MA 01604-4109

Jostens Inc
21336 Network Place
Chicago, IL 60673-1213

Judith LeDoux
REDACTED

Kamco Supply Corp of Boston
Attn Robert W Hurwitz
Hurwitz Richard Sencabaugh PLLC
162 Park Street Suite 301
North Reading, MA 01864

Kansas Dept of Revenue
PO Box 3506
Topeka, KS 66625

Karin Ciance
REDACTED

KM Graphics
51 West Street
Ware, MA 01082

Knight's Airport Limousine Service
390 Hartford Turnpike
Shrewsbury, MA 01545

Liberty Movers Inc.
99 Huntoon Memorial Hwy
Leicester, MA 01524

LIX Insurance Information Exchange
1574 Crescent Pointe Pkwy
College Station, TX 77845

Lyme Green Heat
302 Orford Road
Lyme, NH 03768

Lyrasis
Attn John McGarl
4920 Atlanta Hwy 1015
Alpharetta, GA 30004

Marlin Leasing
as successor to Xerox Financial
300 Fellowship Road
Mount Laurel, NJ 08054

Marlin Leasing Corp.
300 Fellowship Road
Mount Laurel, NJ 08054

Marsh Moriarty Ontell & Golder PC
25 Braintree Hill Office Park
Suite 301
Braintree, MA 02184

Mass Dept Environmental Protection
Central Regional Office Worcester
8 New Bond Street
Worcester, MA 01606

Mass Park Inc.
dba Valet Park of America
185 Spring Street
Springfield, MA 01105

Massachusetts Department of Revenue
Bankruptcy Unit
PO Box 7090
Boston, MA 02204

Massachusetts Dept of Higher Education
Attn Cynthia Farr Brown PhD
One Ashburton Place Room 1401
Boston, MA 02108

Massachusetts Dept of Public Health
Board of Registration in Nursing
Attn Carolyn Walsh MSN RN
250 Washington Street
Boston, MA 02108-4619

Massachusetts Dept of Public Health
Board of Registration in Nursing
Attn Carolyn Walsh
250 Washington Street
Boston, MA 02108-4619

Massachusetts Water Resources Authority
Treasurer's Office
190 Tafts Avenue
Winthrop, MA 02152

MassHire Department of Career Services
Regional Team Lead Rapid Response Unit
Ms Sandra Foley
100 Erdman Way
Leominster, MA 01453

Master's Leasing & Rental
14655 Prospect Ave
Kansas City, MO 64146

Mckesson Medical Surgical
9954 Mayland Drive
Henrico, VA 23233

Meadow Technologies
110 Charlton Street 6B
New York, NY 10014

Medicat LLC
303 Perimeter Center N
Suite 450
Atlanta, GA 30346

Merchants Fleet
14 Central Park Drive 1st Floor
Hooksett, NH 03106

Michael Maddaleni MD
Redacted

Michigan Dept of Treasury
Tax Policy Division
Attn: Litigation Liaison
430 W Allegan St
Lansing, MI 48922

Miles Press Inc.
14 Sword Street
Auburn, MA 01501

Mohawk Communications LLC
1698 Northampton Street
Holyoke, MA 01040

Morningstar Danford
50 Sunset Ln
Paxton, MA 01612

Mount Saint Charles Academy
800 Logee St
Woonsocket, RI 02895

Moving Right Along
101 21 101st Street
Ozone Park, NY 11416

Nally Associates Inc.
23 W Bacon Street
Plainville, MA 02762

NASW MA Chapter
6 Beacon Street 915
Boston, MA 02108

National Association of Schools of Music
11250 Roger Bacon Drive
Suite 21
Reston, VA 20190-5248

National Association of Social Workers
750 First Street, NE
Suite 800
Washington, DC 20002

National Collegiate Honors Council
250 Knoll Residential Center
440 N 17Th Street
Lincoln, NE 68588-0627

NE Voice & Data Communications
8436 Wirt Street
Omaha, NE 68134

New England Commission Higher Education
Attn Lawrence M Schall
301 Edgewater Place Suite 210
Wakefield, MA 01880

New England Golf Cars Methuen
62 Industrial Way
Seekonk, MA 02771

New England Women's Hockey Alliance
34 Woodside Ave
Winthrop, MA 02152

New Jersey Division of Taxation
Bankruptcy Unit
3 John Fitch Way 5th Floor
Trenton, NJ 08611

Oceans Promotions
11243 Shady Lake Run
Fort Myers, FL 33913

OCP
Oregon Catholic Press
340 Oswego Pointe Dr
Lake Oswego, OR 97034

Off Duty Management Inc.
1906 Avenue D
Katy, TX 77493

Office of the Attorney General
Public Charities Division
Commonwealth of Massachusetts
One Ashburton Place 18th Floor
Boston, MA 02108

Office Of The Diaconate
49 Elm Street
Worcester, MA 01609

Ohio Department of Taxation
Attn: Bankruptcy Division
PO Box 530
Columbus, OH 43216

Olympic Trophy Mfg Co
1078 West Boylston Street
Suite 105
Worcester, MA 01606

OT Sports Industries Inc.
Attn Amy Mooney
172 Boone Street
Burlington, NC 27215

Pagano Media
11 Millbrook Street
Worcester, MA 01606

Party People Inc
46 Quirk Road
Milford, CT 06460

Paxton Auto Service
324 Pleasant St
Paxton, MA 01612

Peabody Supply Company Inc.
Hajoca Corporation
PO Box 789662
Philadelphia, PA 19178-9662

People's Linen Service
9 Giffin Street
Keene, NH 03431

Pete's Service
192 Pleasant Street
Worcester, MA 01609

Peterson Oil Service Inc.
75 Crescent St
Worcester, MA 01605

Pharos Resources LLC
500 Chestnut St
Suite 700
Abilene, TX 79602

Photos By Kmo
14 Pearl Street
Millbury, MA 01527

Pleasant Valley Country Club
95 Armsby Road
Sutton, MA 01590

Polar Beverages Corp
1001 Southbridge Street
Worcester, MA 01610

Prestosports
7800 Montgomery Road Unit 200
Cincinnati, OH 45236

Proquest LLC
789 E Eisenhower Parkway
Ann Arbor, MI 48108

Quadient Inc
478 Wheelers Farm Road
Milford, CT 06461

RefQuest
6255 Carrollton Ave
Indianapolis, IN 46230

Rexel
5429 Lyndon B. Johnson Fwy
Suite 600
Dallas, TX 75240

Rhode Island Division of Taxation
One Capitol Hill
Providence, RI 02908

Risepoint LLC
2803 Philadelphia Pike
Suite B PMB 7250
Attn Legal Department
Claymont, DE 17703

Rize Education
37 West 20th Street
Suite 1101
New York, NY 10011

Roadrunner Recycling Inc.
105 40th Street Suite 100
Pittsburgh, PA 15201

Rocky's Ace Hardware Inc.
40 Island Pond Road
Springfield, MA 01118

Ruby Electric
dkd Solutions dba Ruby Elect
77 East Worcester Street
Worcester, MA 01604

Shoes For Crews LLC
500 T-Rex Avenue
Suite 100
Boca Raton, FL 33431

Shorts Travel Mtg
NCAA Travel Dept
1203 W Ridgeway Ave
Waterloo, IA 50701

Siemens Public Inc.
Hanby Building
3411 Silverside Road Suite 100
Wilmington, DE 19810

Sign Man
160 E Broadway
PO Box 622143
Oviedo, FL 32765

Silver Screen Design Inc.
324 Wells Street Suite 3
Greenfield, MA 01301

Siteone Landscape Supply LLC
24110 Network Place
Chicago, IL 60673

Skoler Abbott & Presser PC
One Monarch Place Suite 2000
Springfield, MA 01144

Soccer Asylum LLC
603 Pleasant Street
Paxton, MA 01612

Spectrum Enterprise
Charter Communications
Box 223085
Pittsburgh, PA 15251-2085

Springshare LLC
801 Brickell Ave
Suite 900
Miami, FL 33131

Stericycle Inc.
2355 Waukegan Rd
Attn Legal Dept
Deerfield, IL 60015

Sunbelt Rentals
2341 Deerfield Dr
Fort Mill, SC 29715

Synergy Imports LLC
444 Hayard Ave N
St Paul, MN 55128

Taylor Freezer of New England Inc.
1030 University Avenue
Norwood, MA 02062-2644

Techsolutions, Inc.
157 Church Steet
22nd Floor
New Haven, CT 06510

The 016 LLC
20 Cook Street
Holden, MA 01520

The Commonwealth of Massachusetts
Department of Veterans Services
600 Washington Street Suite 1100
Boston, MA 02111

The Hanover Insurance Group Inc.
Attn Pete Baute
440 Lincoln St
Worcester, MA 01653

The Massachusetts Office of
Emergency Medical Services
67 Forest St
Marlborough, MA 01752

The Pilot
66 Brooks Drive
Braintree, MA 02184-3839

Town of Paxton
Municipal Light Dept.
578 Pleasant Street
Paxton, MA 01613

Town of Paxton
Attn Tara Rondeau
578 Pleasant Street
Paxton, MA 01612-1300

Town of Paxton Fire Dept
Attn Michael Pingitore Fire Chief
576 Pleasant Street
Paxton, MA 01612

Town of Paxton Police Dept
576 Pleasant Street
Paxton, MA 01612

Town of Paxton Tax Collector
Attn Tristan Dun Treasurer Collector
697 Pleasant Street
Paxton, MA 01612

Triumph Roofing Inc.
46 Elm Street Unit 3
Baldwinville, MA 01436

Truleague Incorporated
245 Walnut Street
Newtonville, MA 02460-1646

Tucks Trucks Inc
244 Washington St
Hudson, MA 01749

U.S. Environmental Protection Agency
Region 1
5 Post Office Square Ste 100
Mail Code OES04 4
Boston, MA 02109-3912

Underberg and Kessler LLP
Attn Accounts Receivable
300 Bausch and Lomb Place
Rochester, NY 14604

Uniti Solutions
Attn Uniti Solutions Services
PO Box 25310
Little Rock, AR 72212

US Department of Education
IHE Program Management
Attn: Alisha Curtis
400 Maryland Ave SW
Washington, DC 20202

US Department of Education
Oversight Enforcement
Attn Vickie Mouzon MS
400 Maryland Ave SW
Washington, DC 20202

USA Today Media Corp
PO Box 631210
Cincinnati, OH 45263-1210

Various - Former Faculty/Staff
Filed Under Seal

Various - Refunds Due to Former Students
Filed Under Seal

Verizon Wireless
Bankruptcy Administration
500 Technology Dr Suite 550
Weldon Spring, MO 63304

Vermont Department of Taxes
133 State Street
1st Floor Lobby
Montpelier, VT 05602

W J Grosvenor
6301 E Lombard Street
Baltimore, MD 21224-1779

Walmart Community Card
Capital One
PO Box 60506
City Of Industry, CA 91716-0506

Warrior Sports Inc.
16151 Collections Center Drive
Chicago, IL 60693

Waybetter Marketing Inc
Rich Whipkey President
PO Box 1439
Columbia, MD 21044

Waybetter Marketing Inc
PO Box 1439
Rich Whipkey President
Columbia, MD 21044

WB Mason Co Inc
59 Centre Street
Brockton, MA 02303

Whalley Computer Associates
One Whalley Way
Southwick, MA 01077

```
Whitewater Inc
RH White Construction Co Inc
41 Central St
Auburn, MA 01501

Wilson Bus Lines Inc.
203 Patriots Rd
PO Box 415
E Templeton, MA 01438

Xerox Financial
PO BOX 802555
Chicago, IL 60680

Xerox Financial Services
Attn Legal Department
401 Merritt 7
Norwalk, CT 06851-1056
```