**Fill in this information to identify the case:**

Debtor name   **The Sisters of Saint Ann, Inc. d/b/a Anna Maria College**

United States Bankruptcy Court for the:   DISTRICT OF MASSACHUSETTS

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule* _____
☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **June 26, 2026**        X _~~signature~~_____
                                              Signature of individual signing on behalf of debtor

                                              **Dr. Sean J. Ryan**
                                              Printed name

                                              **Ed.D.**
                                              Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **The Sisters of Saint Ann, Inc. d/b/a Anna Maria College** |
| United States Bankruptcy Court for the: | **DISTRICT OF MASSACHUSETTS** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Automatic Laundry Services Co Inc. 45 Border St. West Newton, MA 02465** | | **Goods/services provided** | | | | **$141,290.74** |
| **Bowdoin Construction Corp c/o Warren H Brodie 2 Salt Hay Road East Falmouth, MA 02536** | | | **Disputed** | **$32,965.96** | **$0.00** | **$32,965.96** |
| **BSN Sports LLC 14460 Varsity Brands Way Dallas, TX 75244** | | **goods/services** | | | | **$54,195.79** |
| **City of Worcester c/o Dept of Conservation and Recreation Attn Paula Davison 180 Beaman St West Boylston, MA 01583** | | **wastewater processing** | | | | **$39,408.30** |
| **Emergency Education Consultants 17 Misty Lane Pelham, NH 03076** | | **goods/services** | | | | **$30,359.00** |
| **Flood Fire Pro, Inc. 852 Upper Union Street Franklin, MA 02038** | | **Goods/services provided** | | | | **$43,953.94** |
| **Fun Enterprises Inc. 63 Tosca Drive Stoughton, MA 02072** | | **goods/services** | | | | **$27,550.00** |

Debtor   **The Sisters of Saint Ann, Inc. d/b/a Anna Maria College**                    Case number *(if known)*  _____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Lyme Green Heat 302 Orford Road Lyme, NH 03768** | | **goods/services** | | | | **$93,827.70** |
| **Meadow Technologies 110 Charlton Street 6B New York, NY 10014** | | **goods/services** | | | | **$38,281.11** |
| **Risepoint, LLC Attn:  Legal Dept. 2803 Philadelphia Pike Suite B PMG 7250 Claymont, DE 19703** | | **Goods/services provided** | | | | **$295,756.38** |
| **Rize Education 37 West 20th Street Suite 1101 New York, NY 10011** | | **goods/services** | | | | **$68,200.00** |
| **Sodexo Inc. & Affiliates Attn Joshua Hubbard VP Operations 915 Meeting Street Suite 14000 North Bethesda, MD 20852** | | **Goods/services provided** | **Disputed** | | | **$1,317,668.59** |
| **Techsolutions, Inc. 157 Church Steet 22nd Floor New Haven, CT 06510** | | **Goods/services provided** | | | | **$37,500.00** |
| **Town of Paxton Attn:  Tara Rondeau 578 Pleasant Street Paxton, MA 01612-1300** | | **Electric** | | | | **$36,361.98** |
| **Town of Paxton Police Dept 576 Pleasant Street Paxton, MA 01612** | | **safety monitoring** | | | | **$98,053.00** |
| **US Department of Education IHE Program Management Attn: Alisha Curtis 400 Maryland Ave SW Washington, DC 20202** | | **G5 Award** | **Unliquidated** | | | **$987,495.00** |

Debtor    **The Sisters of Saint Ann, Inc. d/b/a Anna Maria College**          Case number *(if known)*  _____
    Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **US Department of Education Oversight Enforcement Attn Vickie Mouzon MS 400 Maryland Ave SW Washington, DC 20202** | | **SIP Title III Grant** | **Unliquidated** | | | **$584,562.00** |
| **Waybetter Marketing Inc Rich Whipkey President PO Box 1439 Columbia, MD 21044** | | **services provided** | | | | **$176,329.00** |
| **Whitewater Inc RH White Construction Co Inc 41 Central St Auburn, MA 01501** | | **goods/services** | | | | **$37,762.17** |
| **Xerox Financial Services Attn Legal Department 401 Merritt 7 Norwalk, CT 06851-1056** | | **equipment lease** | | | | **$83,625.26** |