## Exhibit C

**Debtor's Bank Accounts**

**Debtor's Bank Accounts**

| Bank | Last Four Digits of Account Number | Account Type |
|---|---|---|
| **Operating Accounts/ Unrestricted Funds:** [1] | | |
| Citizens Bank, N.A. | -9893 | Operating Account |
| Citizens Bank, N.A. | -2759 | Federal Grant Proceeds |
| Citizens Bank, N.A. | -2775 | Payroll |
| Citizens Bank, N.A. | -2767 | Accounts Payable |
| Country Bank | -7724 | Checking Account |
| **Restricted Fund Accounts:** | | |
| CW Advisors, LLC | -5130 | Restricted Donor Funds |
| CW Advisors, LLC | -2608 | Restricted Donor Funds |
| CW Advisors, LLC | -2570 | Restricted Donor Funds |

---

[1] The Debtor closed an account at Gateway Financial Partners used in connection with the President's deferred compensation funds prior to the filing.