B2030 (Form 2030) (12/25)

# United States Bankruptcy Court
## District of Massachusetts

| | | |
|---|---|---|
| In re **The Sisters of Saint Ann, Inc. d/b/a Anna Maria College** | Case No. | 26-40758 |
| Debtor(s) | Chapter | **11** |

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept ...................................................... **\*see below**

    Prior to the filing of this statement I have received........................................ **$165,000**

    Balance Due ..................................................................................................... subject to Court approval, fees resulting from filing preparation

2.  The source of the compensation paid to me was:

    ☒ Debtor      ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ☒ Debtor      ☐ Other (specify):

4.  ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  Advise the debtor with respect to its powers and duties as debtor-in-possession;
    e.  Attend meetings and negotiate with representatives of creditors and other parties in interest;
    f.  Take all necessary action to protect and preserve the debtor's estate, including the prosecution of actions on the debtor's behalf, the defense of any action commenced against the debtor, negotiations concerning all litigation in which the debtor is or may become involved, and objections to claims filed against the debtor's estate;
    g.  Prepare on behalf of the debtor all motions, applications, answers, orders, reports, and papers necessary to the administration of the estate;
    h.  Negotiate and prepare on the debtor's behalf any plan or plans of reorganization, disclosure statement, and all related agreements and/or documents, and take any necessary action on behalf of the debtor to obtain confirmation of such plan;
    i.  represent the debtor in connection with obtaining post-petition financing;
    j.  Advise the debtor in connection with any potential restructuring, sale of assets, or recapitalization;
    k.  Appear before this Court, any appellate courts, and the United States Trustee and protect the interests of the debtor's estate before such Courts and the United States Trustee; and
    l.  Perform all other necessary legal services and provide all other necessary legal advice to the debtor in connection with this chapter 11 case.

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    N/A

    \*Post-petition services will be billed at rates set forth in the forthcoming Application to Employ and Retain Holland & Knight LLP as Counsel to the Debtor and Debtor-in-Possession, and are subject to Court approval.

In re   **The Sisters of Saint Ann, Inc. d/b/a Anna Maria College**                    Case No. _____
                                    Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
### (Continuation Sheet)

| |
|---|
| **CERTIFICATION**<br><br>    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding. |

**June 26, 2026**
_____
*Date*

/s/ John J. Monaghan
_____

**John J. Monaghan, Esq.**
*Signature of Attorney*
**Holland & Knight LLP**
**10 Saint James Avenue**
**11th Floor**
**Boston, MA 02116**
**Tel.:  617-523-2700   Fax: 617-523-6850**
**john.monaghan@hklaw.com**
_____
*Name of law firm*