**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION**

|  |  |
|---|---|
| In re:<br><br>THE SISTERS OF ST. ANN<br>d/b/a ANNA MARIA COLLEGE,<br><br>Debtor.[1] | Chapter 11<br><br>Case No. 26-40758 (EDK) |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that the undersigned enters his appearance as counsel to Citizens Bank, N.A., and requests, pursuant to sections 328(a) and 1109(b) of title 11 of the United States Code; rules 2002, 9007, and 9010(b) of the Federal Rules of Bankruptcy Procedure; and the Local Rules of this Court that all notices given or required to be given and all papers served or required to be served be directed to the undersigned at the address set forth below.

PLEASE TAKE FURTHER NOTICE that nothing herein is intended to be or should be construed as a waiver of any right (i) to have final orders in non-core matters entered only after de novo review by a District Judge, (ii) to trial by jury (as applicable), or (iii) to have the District Court withdraw the reference (if appropriate).

Dated: June 29, 2026

/s/ Douglas R. Gooding
DOUGLAS R. GOODING (BBO # 558976)
**CHOATE HALL & STEWART LLP**
Two International Place
Boston, MA 02110
Telephone: (617) 248-5277
Email: dgooding@choate.com

*Counsel to Citizens Bank, N.A.*

---

[1] The last four digits of the Debtor's taxpayer identification number are 2060. The Debtor's address is 50 Sunset Lane, Paxton, MA 01612.

13611601v1

**CERTIFICATE OF SERVICE**

I, Douglas R. Gooding, hereby certify that on this date, I caused a copy of the foregoing document to be served on all parties receiving notice and service in this case through the Court's CM/ECF electronic filing service.


Dated: June 29, 2026

*/s/ Douglas R. Gooding*
DOUGLAS R. GOODING (BBO # 558976)
**CHOATE HALL & STEWART LLP**
Two International Place
Boston, MA 02110
Telephone: (617) 248-5277
Email: dgooding@choate.com

*Counsel to Citizens Bank, N.A.*

13611601v1