**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION**

|  |  |
|---|---|
| In re:<br><br>THE SISTERS OF ST. ANN<br>d/b/a ANNA MARIA COLLEGE,<br><br>Debtor.[1] | Chapter 11<br><br>Case No. 26-40758 (EDK) |

## <u>NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS</u>

PLEASE TAKE NOTICE that the undersigned enters his appearance as counsel to David E. Roy, Elaina M. Roy, and David E. Roy, Jr. and requests, pursuant to section 328(a) and 1109(b) of title 11 of the United States Code; rules 2002, 9007, and 9010(b) of the Federal Rules of Bankruptcy Procedure, and the Local Rules of this Court that all notices given or required to be given and all papers served or required to be served be directed to the undersigned at the address set forth below.

PLEASE TAKE FURTHER NOTICE that nothing herein is intended to be or should be construed as a waiver of any right (i) to have final orders in non-core matters entered only after de novo review by a District Judge; (ii) to trial by jury (as applicable), or (iii) to have the District Court withdraw the reference (if appropriate).

Dated:  June 30, 2026

*/s/ Anthony A. Froio*
Anthony A. Froio (BBO # 554708)
**ROBINS KAPLAN LLP**
800 Boylston Street, Suite 2500
Boston, MA 02199
(617) 267-2300
afroio@robinskaplan.com
*Counsel to David E. Roy, Elaina M. Roy and
David E. Roy, Jr.*

---

[1] The last four digits of the Debtor's taxpayer identification number are 2026.  The Debtor's address is 50 Sunset Lane, Paxton, MA 01612.

## CERTIFICATE OF SERVICE

I, Anthony A. Froio, Jr., hereby certify that on this date, I caused a copy of the foregoing document to be served on all parties receiving notice and service in this case through the Court's CM/ECF electronic filing service.

Dated:  June 30, 2026

*/s/ Anthony A. Froio*
Anthony A. Froio (BBO # 554708)
ROBINS KAPLAN LLP
800 Boylston Street, Suite 2500
Boston, MA 02199
(617) 267-2300
afroio@robinskaplan.com

97314768.1