# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | Case No. 26-40758-EDK |
| THE SISTERS OF SAINT ANN, INC. | ) | |
| D/B/A ANNA MARIA COLLEGE, | ) | |
| | ) | |
| Debtor | ) | |
| | ) | |

## ORDER

A hearing on the Debtor's request for approval of sale procedures in connection with the Debtor's Motion to Approve Sale [Docket #5] is set for **July 16, 2026 at 2:00 p.m** (the "Hearing"). The deadline for objections to the sale procedures is **July 13, 2026.**

The Hearing will be conducted both in person at the Federal Building and Courthouse, Courtroom 3, 595 Main Street, Worcester, MA and by Zoom.gov videoconference. Parties in interest who wish to participate through Zoom should email the Courtroom Clerk at sophia_howard@mab.uscourts.gov by 12:00 p.m. on July 15, 2026 requesting remote participation, providing their name, the party they represent, and whether or not they will be an active participant in the hearing or only observing. Participation by video is only permitted by parties in interest. All other parties who wish to attend the hearing must attend in person.

The Debtor is ORDERED to provide notice of the Motion and the Hearing to the United States Trustee, secured creditors, the DIP Lender, taxing authorities, the United States Department of Education, the Attorney General for the Commonwealth of Massachusetts, the New England Commission on Higher Education, the Massachusetts Department of Higher Education, the 20 largest unsecured creditors, any other party directly impacted by the Motion, and any party that

has filed a notice of appearance and request for notice, and to file a certificate of service reflecting

same, by July 2, 2026.

DATED: July 1, 2026                     By the Court,

_____
Elizabeth D. Katz
United States Bankruptcy Judge