

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:  The Sisters of Saint Ann, Inc. d/b/a Anna Maria College | Ch. 11 |
| | 26-40758-EDK |
| Debtor(s). | |

**Proceeding Memorandum and Order**

**MATTER:**

# 17 Emergency Motion filed by Debtor The Sisters of Saint Ann, Inc. d/b/a Anna Maria College for Entry of Interim and Final Orders (A) Approving Adequate Assurance Procedures Pursuant to 11 U.S.C. § 366; (B) Prohibiting Utilities From Altering, Refusing or Discontinuing Services, (C) Establishing Procedures for Additional Adequate Assurance; and (D) Scheduling Final Hearing

**Decision set forth more fully as follows:**

GRANTED ON AN INTERIM BASIS.THE HEARING IS CONTINUED TO JULY 16, 2026, AT 2:00 PM IN THE HAROLD D. DONOHUE FEDERAL BUILDING, COURTROOM 3, 595 MAIN STREET, WORCESTER, MA AND BY ZOOM.GOV VIDEO CONFERENCE. PARTIES IN INTEREST WHO WISH TO PARTICIPATE THROUGH ZOOM, BY 12:00 P.M. ONE COURT BUSINESS DAY BEFORE THE HEARING, SHOULD EMAIL THE COURTROOM DEPUTY AT sophia_howard@mab.uscourts.gov REQUESTING REMOTE PARTICIPATION, PROVIDING THEIR NAME, THE PARTY THEY REPRESENT, AND WHETHER OR NOT THEY WILL BE AN ACTIVE PARTICIPANT IN THE HEARING OR ONLY OBSERVING. PARTICIPATION BY VIDEO IS ONLY PERMITTED BY PARTIES IN INTEREST.DEBTOR'S COUNSEL IS DIRECTED TO SUBMIT TO edk@mab.uscourts.govA PROPOSED ORDER, IN WORD FORMAT, AND A REDLINE

VERSION OF THE PROPOSED ORDER, CONSISTENT WITH THE REMARKS MADE
DURING THE HEARING HELD THIS DATE.


Dated: 07/01/2026                                    By the Court,


_____

Elizabeth D. Katz
United States Bankruptcy Judge