**THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**
**CENTRAL DIVISION**

|  |  |
|---|---|
| In re:<br><br>THE SISTERS OF ST. ANN d/b/a ANNA MARIA COLLEGE,<br><br>Debtor.[1] | Chapter 11<br><br>Case No. 26-40758-EDK |

**NOTICE OF HEARING ON AUGUST 13, 2026**

**PLEASE TAKE NOTICE** that on July 2, 2026, the United States Bankruptcy Court for the District of Massachusetts entered the *Interim Order Granting Motion for Entry of Interim and Final Orders (I) Authorizing the Debtor to (A) Continue Limited Use of Its Cash Management System, (B) Open and Use a New Debtor-in-Possession Account, (C) Maintain Certain Existing Bank Accounts For Limited Purposes and Close Existing Bank Accounts, and (D) Continue Using Certain Existing Business Forms Relating to Restricted Accounts; (II) Granting a Limited Waiver of Section 345(b) Requirements; and (III) Granting Related Relief* [Dkt. No. 48], a copy of which is attached hereto as **Exhibit A.**

**PLEASE TAKE FURTHER NOTICE** that a hearing will be held in the above-captioned chapter 11 case on **August 13, 2026 at 12:00 p.m. (Eastern Time)** ("Hearing") before the Honorable Elizabeth D. Katz, United States Bankruptcy Judge, at the **Harold D. Donohue Federal Building, 595 Main Street, Courtroom 3, Worcester, Massachusetts 01608** to consider issuance of a final order regarding the *Debtor's Motion for Entry of Interim and Final Orders (I)*

---

[1] The last four digits of the Debtor's taxpayer identification number are 2060. The Debtor's address is 50 Sunset Lane, Paxton, MA 01612.

*Authorizing The Debtor to (A) Continue Limited Use of Its Cash Management System, (B) Open and Use a New Debtor-In-Possession Account, (C) Maintain Certain Existing Bank Accounts for Limited Purposes and Close Certain Existing Bank Accounts, and (D) Continue Using Certain Existing Business Forms Relating to Restricted Accounts; (II) Granting a Limited Waiver of Section 345(B) Requirements; and (III) Granting Related Relief* [Docket No. 16] (the "Cash Management Motion").

**PLEASE TAKE FURTHER NOTICE** that the Hearing will be conducted both in person and by Zoom.gov videoconference, and that parties in interest who wish to participate through Zoom should **email the Courtroom Clerk at sophia_howard@mab.uscourts.gov by 12:00 p.m. on August 12, 2026**, requesting remote participation, providing their name, the party they represent, and whether or not they will be an active participant in the hearing or only observing. Participation by video is only permitted by parties in interest. All other parties who wish to attend the hearing must attend in person.

**PLEASE TAKE FURTHER NOTICE** that any objection ("Objection") to entry of a final order regarding the Cash Management Motion, must be filed with the Court on or before **August 3, 2026 at 4:00 p.m. (prevailing Eastern Time) ("Objection Deadline")** in order to be considered at the Hearing. The Objection must: (a) comply with the Bankruptcy Rules, the Local Rules,[2] and any applicable orders of the Court; and (b) be filed with the Court by the Objection Deadline and served upon parties in interest through the CM/ECF system, with courtesy copies provided by email to the following notice parties, at the time of filing an Objection: (a) proposed counsel to the Debtor, Holland & Knight LLP, 10 St. James Avenue, 11th Floor, Boston, Massachusetts 02116, Attn: John Monaghan, Esq., Lynne Xerras, Esq., and Kathleen St. John,

---

[2] As defined in the Cash Management Motion.

Esq., c/o lynne.xerras@hklaw.com; (b) counsel to Citizens Funding Corp. and Citizens Bank, N.A., Choate Hall & Stewart LLP, Two International Place, Boston, MA 02110, Attn: Douglas R. Gooding, Esq. and Jonathan D. Marshall, Esq., c/o dgooding@choate.com; (c) counsel to be selected by any official creditors' committee upon its formation; and (d) the Office of the United States Trustee, c/o Eric Bradford, Esq., eric.k.bradford@usdoj.gov. The United States Trustee need not file a further Objection to be heard at the Hearing.

**PLEASE TAKE FURTHER NOTICE** that if you have any questions regarding the foregoing or to request copies of any pleadings filed in this case, you may contact proposed counsel to the Debtor, Holland & Knight LLP, at lynne.xerras@hklaw.com.

Dated: July 9, 2026                    Respectfully submitted,


/s/ *Lynne B. Xerras* _____
John J. Monaghan (MA Bar #546454)
Lynne B. Xerras (MA Bar #632441)
Kathleen St. John (MA Bar #681565)
**HOLLAND & KNIGHT LLP**
10 St. James Avenue
Boston, MA  02116
Telephone: (617) 523-2700
Facsimile: (617) 523-6850
E-mail: john.monaghan@hklaw.com
        lynne.xerras@hklaw.com
        kathleen.stjohn@hklaw.com


*Proposed Counsel to the Debtor*

## CERTIFICATE OF SERVICE

I, Lynne B. Xerras, proposed counsel for The Sisters of St. Ann d/b/a Anna Maria College, the debtor and debtor in possession (the "Debtor") in the above captioned chapter 11 case, hereby certify that on July 9, 2026, I caused copies of the following documents to be served by the Court's CM/ECF electronic filing system on all registered and by U.S. mail, postage prepaid, on the parties listed on the service list attached hereto as **Exhibit B**:

1.   *Notice of Hearing on August 13, 2026*; and

2.   *Interim Order Granting Motion for Entry of Interim and Final Orders (I) Authorizing the Debtor to (A) Continue Limited Use of Its Cash Management System, (B) Open and Use a New Debtor-in-Possession Account, (C) Maintain Certain Existing Bank Accounts For Limited Purposes and Close Existing Bank Accounts, and (D) Continue Using Certain Existing Business Forms Relating to Restricted Accounts; (II) Granting a Limited Waiver of Section 345(b) Requirements; and (III) Granting Related Relief.*