# **EXHIBIT B**

# SERVICE LIST

### U.S. TRUSTEE

Eric K. Bradford, Esq
Office of the U.S. Trustee
5 Post Office Square
10th Floor, Suite 1000
Boston, MA 02109-3934

### SECURED CREDITOR/POST-PETITION LENDER[1]

Douglas R. Gooding, Esq.
Jonathan Marshall, Esq.
Choate, Hall & Stewart LLP
Two International Place
Boston, MA 02110
*(Counsel to Citizens Bank, N.A. and Citizens Funding Corp.)*

### TAXING AUTHORITIES

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Rhode Island Division of Taxation
One Capitol Hill
Providence, RI 02908

Massachusetts Dept. of Revenue
Bankruptcy Unit
PO Box 7090
Boston, MA 02204-709

Vermont Department of Taxes
133 State Street, 1st Floor Lobby
Montpelier, VT 05602

Town of Paxton - Tax Collector
Attn: Tristan Dun, Treasurer/Collector
697 Pleasant Street
Paxton, MA 01612

Arkansas Dept. of Finance
 & Administration
Revenue Legal Counsel
PO Box 1272
Little Rock, AR 72203

New Jersey Division of Taxation
Bankruptcy Unit
3 John Fitch Way, 5th Floor
Trenton, NJ 08611

Connecticut Dept. of Revenue Services
Collections Unit – Bankruptcy Team
450 Columbus Blvd., Suite 1
Hartford CT 06103

Kansas Dept. of Revenue
PO Box 3506
Topeka, KS 66625

Michigan Dept. of Treasury
Tax Policy Division
Attn: Litigation Liaison
430 W Allegan St.
Lansing, Michigan 48922

---

[1] The undersigned have UCC-1 financing statements on file, some of which have expired, or a Notice of Lien; inclusion herein is not an admission that the creditor is "secured" for purposes of Section 506 of the Bankruptcy Code.

Ohio Department of Taxation
Attn: Bankruptcy Division
P.O. Box 530
Columbus, OH 43216

**ENVIRONMENTAL AGENCIES**

U.S. E.P.A.
Region 1
5 Post Office Square, Ste. 100
Mail Code: OES04-4
Boston, MA 02109-3912

Massachusetts D.E.P.
Headquarters
100 Cambridge St., Suite 900
Boston, MA 02114

Massachusetts D.E.P.
Central Regional Office - Worcester
8 New Bond Street
Worcester, MA 01606

**OTHER REGULATORY AGENCIES (NOT SERVED BELOW)**

Massachusetts Dept. of Higher Education
Office of Student Financial Assistance
Attn:  Robert Brun
One Ashburton Place, Room 1401,
Boston, MA 02108

U.S. Dept. of Education
Federal Student Aid Dept.
c/o Mr. Ken Porter
400 Maryland Ave SW
Washington, DC 20202

Massachusetts Dept. of Higher Education
Attn:  Cynthia Farr Brown, Ph.D.
One Ashburton Place, Room 1401
Boston, MA 02108

Commonwealth of Massachusetts
Department of Unemployment Assistance
Chief Counsel, Legal Dept.
19 Staniford Street, 1st Floor
Boston, MA 02114-2502

Office of the Attorney General
Public Charities Division
Attn:  Jonathan Green
One Ashburton Place, 18th Floor
Boston, MA 02108

Mass. Dept. of Public Health
Board of Registration in Nursing
Attn:  Carolyn Walsh
250 Washington Street
Third Floor
Boston, MA 02108-4619

American Music Therapy Association
8705 Colesville Road, Suite B, #290
Silver Spring, MD 20910

Council on Social Work Education
333 John Carlyle Street, Suite 400
Alexandria, VA 22314

United States Attorney's Office for the
District of Massachusetts
1 Courthouse Way, Suite 9200
Boston, MA 02210

New England Commission of Higher Education
Attn: Lawrence M. Schall
301 Edgewater Place, Suite 210
Wakefield, MA 01880

Accreditation Commission
 for Education in Nursing, Inc.
3390 Peachtree Road NE, Suite 1400
Atlanta, GA 30326

Bureau of Substance Addiction Services
250 Washington St.
Boston, MA 02108

The Massachusetts Office of
Emergency Medical Services
67 Forest St.
Marlborough, MA 01752

National Association of Schools of Music
11250 Roger Bacon Drive, Suite 21
Reston, VA 20190-5248

The Commonwealth of Massachusetts
Department of Veterans Services
600 Washington Street, Suite 1100
Boston, MA  02111

MassHire Department of Career Services
Regional Team Lead, Rapid Response Unit
Ms. Sandra Foley
100 Erdman Way, Leominster, MA 01453

### TOP 20 UNSECURED CREDITORS

Automatic Laundry Services Co Inc.
45 Border St
West Newton, MA 02465

Bowdoin Construction Corp
c/o Warren H Brodie
2 Salt Hay Road
East Falmouth, MA 02536

BSN Sports
Attn:  John Crain
14460 Varsity Brands Way
Dallas, TX 75244

City of Worcester
Department of Conservation and Recreation
Attn: Paula Davison
180 Beaman Street
West Boylston, MA 01583

Timothy S Redding NRP, I/C
Emergency Education Consultants
17 Misty Lane
Pelham, NH 03076

Flood Fire Pro Inc.
852 Upper Union Street
Franklin, MA 02038

FUN Enterprises Inc.
63 Tosca Drive
Stoughton, MA 02072

Lyme Green Heat
302 Orford Road
Lyme, NH 03768

Meadow Technologies
Attn: Alfredo Brillembourg
175 Varick Road
New York, NY 10014

Risepoint, LLC
Attention: Legal Department
2803 Philadelphia Pike, Suite B
Claymont, Delaware, 19703

Rize Education
Attn:  Evan Schladow, Esq.
37 West 20th Street
Suite 1101
New York, NY 10011

Technolutions, Inc.
157 Church Steet
22nd Floor
New Haven, CT 06510

Paul W. Carey, Esq.
Shannah L. Colbert, Esq.
Mirick, O'Connell, DeMallie & Lougee, LLP.
100 Front St.
Worcester, MA 01608
*(Counsel to Town of Paxton)*

US Department of Education
Oversight Enforcement
Attn Vickie Mouzon, MS
400 Maryland Ave SW
Washington, DC 20202

US Department of Education
IHE Program Management
Attn: Alisha Curtis
400 Maryland Ave SW
Washington, DC 20202

Whitewater, Inc.
RH White Construction
41 Centre Street
Auburn, MA 01501

Waybetter Marketing Inc.
Rich Whipkey, President
PO Box 1439
Columbia, MD 21044

Jami B. Nimeroff, Esq.
Sullivan Nimeroff Brown Hill LLC
18 Kings Highway West
Haddonfield, NJ 08033
*(Counsel for Sodexo Inc.)*

Xerox Financial Services
Attn: Legal Department
401 Merritt 7
Norwalk, CT 06851

## CASH MANAGEMENT MOTION PARTIES

Citizens Bank, National Association
Attn.: Roger Stone, Senior VP
28 State Street
Boston, MA 02109

Citizens Bank NA
c/o Marla Merritt Senior VP
Restructuring Management
1 Citizens Plaza
Providence, RI 02903

Tani. E. Sapirstein, Esq.
SAPIRSTEIN & SAPIRSTEIN,
P.C. 1500 Main Street, Suite 2504
Springfield, MA 01115
*(Cousnel to Country Bank for Savings)*

Fidelity Investments
c/o CW Advisors, LLC
Attn: Clinton Lynch
155 Seaport Blvd, 3rd Fl.
Boston, MA 02210-2698