**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION**

In re:

THE SISTERS OF ST. ANN
d/b/a ANNA MARIA COLLEGE,

Debtor.[1]

Chapter 11

Case No. 26-40758-EDK

**DEBTOR'S MOTION FOR ORDER AUTHORIZING EXTENSION OF TIME TO FILE
ITS (I) SCHEDULE OF ASSETS AND LIABILITIES; (II) SCHEDULE OF CURRENT
INCOME AND EXPENDITURES; (III) SCHEDULE OF EXECUTORY CONTRACTS
AND UNEXPIRED LEASES; AND (IV) STATEMENT OF FINANCIAL AFFAIRS**

The Sisters of St. Ann d/b/a Anna Maria College, as debtor and debtor in possession in the above-captioned chapter 11 case (the "College" or the "Debtor"), hereby files this *Motion for Order Authorizing Extension of Time to File Its (I) Schedule of Assets and Liabilities; (II) Schedule of Current Income and Expenditures; (III) Schedule of Executory Contracts and Unexpired Leases; and (IV) Statement of Financial Affairs* (the "Motion"). The Debtor respectfully moves this Court for entry of an order pursuant to section 105(a) of title 11 of the United States Code (the "Bankruptcy Code"), Rules 1007(c) and 9006(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and MLBR 1007-1(h), authorizing an extension of the deadlines to file the Schedules and Statements (as defined below). The Office of the United States Trustee (the "U.S. Trustee") has consented to the relief requested herein. In support of this Motion, the Debtor relies upon and incorporates by reference the *Declaration of Dr. Sean J. Ryan in Support of*

---

[1] The last four digits of the Debtor's taxpayer identification number are 2060. The Debtor's address is 50 Sunset Lane, Paxton, MA 01612.

7/10/2026 GRANTED. THE DEADLINE IS EXTENDED TO JULY 23, 2026.