UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

_____

|  |  |  |
|---|---|---|
| In re: | ) | |
| | ) | |
| THE SISTERS OF ST. ANN | ) | |
| d/b/a ANNA MARIA COLLEGE, | ) | |
| | ) | Chapter 11 |
| Debtor | ) | Case No. 26-40758-EDK |
| _____ | ) | |

**APPOINTMENT OF AN OFFICIAL
COMMITTEE OF UNSECURED CREDITORS
(WITH CERTIFICATE OF SERVICE)**

Pursuant to 28 U.S.C. 586(a)(3), 11 U.S.C. 1102 and Fed. R. Bankr. P. 2007, the United States Trustee appoints the following creditors to the Official Committee of Unsecured Creditors in the above-referenced case:

1. Ms. Debra Holland
   Associate Director of Finance
   Fun Enterprises, Inc.
   63 Tosca Dr.
   Stoughton, MA 02072

   Phone: 781-436-3187
   Email: Deb@funent.com


2. Mr. Timothy S. Redding
   Manager
   Emergency Education Consultants
   17 Misty Lane
   Pelham, NH 03076

   Phone: 603-566-5687
   Email: TRedding@EECMedical.org

3. Ms. Mary Beth Riley
   Senior Manager, Credit and Collections
   Sodexo, Inc.
   915 Meeting Street, Suite 1500
   North Bethesda, MD 20852

   Phone: 716-932-2971
   Email:marybeth.riley@sodexo.com

   Jami B. Nimeroff, Esq.
   Sullivan Nimeroff Brown Hill
   18 Kings Highway West
   Haddonfield, NJ 08033

   Phone: 267-861-5335
   Email: jnimeroff@snbhlaw.com

Respectfully submitted,

WILLIAM K. HARRINGTON
UNITED STATES TRUSTEE,
REGION 1,

By:   */s/ Eric K. Bradford*
      Eric K. Bradford BBO#560231
      Department of Justice
      John W. McCormack Post Office &
      Courthouse
      5 Post Office Square, Suite 1000
      Boston, MA 02109
      Phone: (202) 306-3815
      Fax: (617) 565-6368
Dated:  July 16, 2026.          Eric.K.Bradford@USDOJ.gov.

2

## CERTIFICATE OF SERVICE

I certify that on July 16, 2026, true and correct copies of the foregoing appointment were served via CM/ECF only upon the individuals who have filed notices of appearance in the Court's CM/ECF database and by email to the committee members and/or their counsel identified above.

WILLIAM K. HARRINGTON
UNITED STATES TRUSTEE,
REGION 1,

By:    */s/ Eric K. Bradford*
Eric K. Bradford BBO#560231
Department of Justice
John W. McCormack Post Office &
Courthouse
5 Post Office Square, Suite 1000
Boston, MA 02109
Phone: (202) 306-3815
Fax: (617) 565-6368

Dated:  July 16, 2026.    Eric.K.Bradford@USDOJ.gov

## BY CM/ECF:

Robert F. Callahan, Jr. on behalf of Creditor David E Roy, Jr.
rcallahan@robinskaplan.com

Robert F. Callahan, Jr. on behalf of Creditor David E. Roy
rcallahan@robinskaplan.com

Robert F. Callahan, Jr. on behalf of Creditor Elaina M. Roy
rcallahan@robinskaplan.com

Paul W. Carey on behalf of Creditor Town of Paxton
pcarey@miricklaw.com, bankrupt@mirickoconnell.com

Shannah L. Colbert on behalf of Creditor Town of Paxton
scolbert@miricklaw.com, afogg@miricklaw.com

Anthony A. Froio on behalf of Creditor David E Roy, Jr.
afroio@robinskaplan.com

Anthony A. Froio on behalf of Creditor David E. Roy
afroio@robinskaplan.com

Anthony A. Froio on behalf of Creditor Elaina M. Roy
afroio@robinskaplan.com

Douglas R. Gooding on behalf of Other Professional Citizens Bank, N.A.
dgooding@choate.com, jmarshall@choate.com,douglas-gooding-
9991@ecf.pacerpro.com

Paul G. Lannon on behalf of Debtor The Sisters of Saint Ann, Inc. d/b/a Anna
Maria College
paul.lannon@hklaw.com, jennifer.blake@hklaw.com

Jonathan D Marshall on behalf of Other Professional Citizens Bank, N.A.
jmarshall@choate.com

John J. Monaghan on behalf of Debtor The Sisters of Saint Ann, Inc. d/b/a Anna
Maria College
bos-bankruptcy@hklaw.com, hapi@hklaw.com

Kathleen Morris St. John on behalf of Debtor The Sisters of Saint Ann, Inc.
d/b/a Anna Maria College
kathleen.stjohn@hklaw.com

Tani E. Sapirstein on behalf of Creditor Country Bank for Savings
tani@sandslaw.com

Lynne B. Xerras on behalf of Debtor The Sisters of Saint Ann, Inc. d/b/a Anna
Maria College
lynne.xerras@hklaw.com