UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

---

In Re:    The Sisters of Saint Ann, Inc. d/b/a Anna Maria Co,        Chapter: 11
          Debtor                                                     Case No: 26–40758
                                                                     Judge Elizabeth D. Katz

---

## NOTICE REGARDING DEFICIENT FILING
(POC AND RELATED DOCUMENTS)

**NOTICE IS HEREBY GIVEN** that your recent filing, Document **Proof of Claim #17** dated **JULY 20, 2026** in the above referenced case, was deficient and/or defective as noted below.

### PROOF OF CLAIM

☑    **No Proof of Claim Form Filed or Old Form Used.** Please complete a Proof of Claim Form (Official Form 410) and file it with the Court. Attach any supporting documents you wish to include with your claim. Official Form 410 is available at www.mab.uscourts.gov.

☐    **Proof of Claim not signed.** Please file an amended claim (Official Form 410) with an original signature with the Court.

☐    **Proof of Claim is a copy; the signature is not original.** Please file an amended claim (Official Form 410) with an original signature with the Court.

### POSSIBLE PRIVACY PROTECTION VIOLATION

☐  Fed. R. Bankr. P. 9037 governs the protection of privacy and security of information filed with the Court. Unless the Court orders otherwise, filings made with the court that contain an individual's social security number, taxpayer identification number, or birth date, the name of an individual, other than the debtor, known to be an identified as a minor, or a financial account number may include only:

• the last four digits of the social security number and taxpayer identification number;
• the year of the individual's birth;
• the minor's initials; and
• the last four digits of the financial account number.

The document filed by you in the above referenced case contains un–redacted personal identifiers which may be read by the public.

Please file a Motion to Redact this information and attach a redacted version of the document referenced above. The motion must be served on the debtor, any individual whose personal identifier have been exposed, the case trustee(if any), and the U.S. trustee. Please file a Certificate of Service with the motion. The fee for the Motion to Redact is $25.00 made payable to the U.S. Bankruptcy Court.

### RELATED DOCUMENT TO PROOF OF CLAIM

☐    **Certificate of Service.** Debtors do not receive electronic service through the Court's ECF system. Pursuant to MLBR, Appendix 8, MEFR 9, debtors are entitled to conventional service through the US Mail. Please serve the debtor by first class U.S. Mail and file an amended Certificate of Service with the Court.

☐    **Signature Missing/Inadequate.** Documents filed with the Court must be signed. A scanned original or imaged signature is required, /s/ name is not permitted. Please refile.

☐   **Other**

FAILURE TO COMPLY MAY RESULT IN FURTHER COURT ACTION THAT COULD AFFECT YOUR RIGHTS INCLUDING, BUT NOT LIMITED TO, DENIAL OF THE RELIEF OR ACTION REQUESTED OR DISREGARDING YOUR CLAIM, AS APPROPRIATE.
YOU MUST FILE THESE DOCUMENTS AT THE CLERK'S OFFICE AS INDICATED BELOW.

○ United States Bankruptcy Court
John W. McCormack Post Office and Court House
5 Post Office Square, Suite 1150
Boston, MA 02109–3945

◉ United States Bankruptcy Court
211 Donohue Federal Building
595 Main Street
Worcester, MA 01608–2076

○ United States Bankruptcy Court
United States Courthouse
300 State Street, Suite 220
Springfield, MA 01105–2925

Date:7/20/26

By the Court,

Laura Chambers
Deputy Clerk
413–785–6911