## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MASSACHUSETTS
## CENTRAL DIVISION

| | |
|---|---|
| In re:<br><br><br>THE SISTERS OF ST. ANN<br>d/b/a ANNA MARIA COLLEGE,<br><br><br>Debtor.[1] | Chapter 11<br><br>Case No. 26-40758-EDK |

### NOTICE OF FILING RECONCILED BUDGET

**PLEASE TAKE NOTICE** that in accordance with the *Interim Order Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364, 503 and 507 (I) Granting Emergency Relief, (II) Approving Postpetition Financing, (III) Granting Liens and Providing Superpriority Administrative Expense Status, (IV) Authorizing Use of Cash Collateral, (V) Granting Adequate Protection, (VI) Modifying the Automatic Stay, and (VII) Granting Related Relief* [Dkt. No. 56] (the "Interim DIP Order"),[2] the Debtor has filed the reconciled budget attached hereto as Exhibit A.

---

[1] The last four digits of the Debtor's taxpayer identification number are 2060. The Debtor's address is 50 Sunset Lane, Paxton, MA 01612.

[2] Capitalized terms not defined herein shall have the meanings ascribed in the Interim DIP Order.

Dated: July 21, 2026

Respectfully submitted,

/s/ *Kathleen M. St. John*_____
John J. Monaghan (MA Bar #546454)
Lynne B. Xerras (MA Bar #632441)
Kathleen St. John (MA Bar #681565)
**HOLLAND & KNIGHT LLP**
10 St. James Avenue
Boston, MA  02116
Telephone: (617) 523-2700
Facsimile: (617) 523-6850
E-mail: john.monaghan@hklaw.com
         lynne.xerras@hklaw.com
         kathleen.stjohn@hklaw.com

*Proposed Counsel to the Debtor*

## <u>CERTIFICATE OF SERVICE</u>

I, Kathleen St. John, proposed counsel for The Sisters of St. Ann d/b/a Anna Maria College, the debtor and debtor in possession (the "<u>Debtor</u>") in the above captioned chapter 11 case, hereby certify that on July 21, 2026, I caused copies of the foregoing *Notice of Filing Reconciled Budget* together with its Exhibit A to be served by the Court's CM/ECF electronic filing system on all registered users for this case.

By: /s/ *Kathleen M. St. John*
Kathleen M. St. John, Esq.