# EXHIBIT A

**The Sisters of Saint Ann, Inc. d/b/a Anna Maria College**
Chapter 11; Case No. 26-40758-EDK
Budget to Actual Reconciliation (6/21/2026 - 7/18/2026)

| | 1 | | | 2 | | | 3 | | | 4 | | | Total Budget | Total Actual | Total Variance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Budget | Actual | Variance | Budget | Actual | Variance | Budget | Actual | Variance | Budget | Actual | Variance | | | |
| Week Ending | 06/27/26 | | | 07/04/26 | | | 07/11/26 | | | 07/18/26 | | | | | |
| **Income** | | | | | | | | | | | | | | | |
| Land/Asset Sales | | | - | | | - | | | - | | | - | $ - | $ - | $ - |
| Dividend Income | 33,775 | | (33,775) | | 33,775 | 33,775 | | | - | | | - | $ 33,775 | $ 33,775 | $ - |
| DIP Loan | | | - | 250,000 | | (250,000) | 250,000 | 123,700 | (126,300) | 350,000 | | (350,000) | $ 850,000 | $ 123,700 | (726,300) |
| Tuition, Room, Board | 65,794 | 20,751 | (45,043) | | | - | | | - | | | - | $ 65,794 | $ 20,751 | $ (45,043) |
| Miscellaneous Income | | 37,337 | 37,337 | | 9,681 | 9,681 | | 271 | 271 | | 2,935 | 2,935 | $ - | $ 50,225 | 50,225 |
| **Total Income** | $ 99,569 | $ 58,088 | $ (41,481) | $ 250,000 | $ 43,456 | $ (206,544) | $ 250,000 | $ 123,971 | $ (126,029) | $ 350,000 | $ 2,935 | $ (347,065) | 949,569 | 228,451 | (721,119) |
| **Expenses** | | | | | | | | | | | | | | | |
| Business Insurance Ext. | 2,542 | | (2,542) | 83,259 | | (83,259) | | 78,160 | 78,160 | | | - | $ 85,801 | $ 78,160 | $ (7,641) |
| Destruction of Hazardous Waste | | | - | | | - | 20,000 | | (20,000) | 25,000 | | (25,000) | $ 45,000 | $ - | $ (45,000) |
| Office and Miscellaneous Expense | 6,310 | 13,069 | 6,760 | 10,000 | 2,803 | (7,197) | 10,000 | 231 | (9,769) | | 1,947 | 1,947 | $ 26,310 | $ 18,050 | $ (8,259) |
| Professional Fees | 100,000 | 100,000 | - | | | - | | | - | | | - | $ 100,000 | $ 100,000 | $ - |
| Property Maintenance | 600 | | (600) | 16,000 | | (16,000) | 5,000 | | (5,000) | 5,000 | | (5,000) | $ 26,600 | $ - | $ (26,600) |
| Security | 25,000 | 25,000 | - | | | - | | | - | | | - | $ 25,000 | $ 25,000 | $ - |
| Storage - Eagle Leasing | | | - | 3,000 | | (3,000) | | | - | | | - | $ 3,000 | $ - | $ (3,000) |
| Student Refunds | 4,700 | | (4,700) | | | - | | | - | | | - | $ 4,700 | $ - | $ (4,700) |
| Transition Team Payroll | 157,298 | 147,083 | (10,215) | | | - | 43,000 | 40,637 | (2,363) | | | - | $ 200,298 | $ 187,719 | $ (12,578) |
| US Trustee Fee | | | - | | | - | 5,000 | | (5,000) | | | - | $ 5,000 | $ - | $ (5,000) |
| Utilities (including utility deposits) | | | - | | | - | 75,000 | | (75,000) | 50,000 | | (50,000) | $ 125,000 | $ - | $ (125,000) |
| DIP Loan Interest | | | - | | | - | | | - | 153 | | (153) | $ 153 | $ - | $ (153) |
| Contingency | | | - | 10,000 | | (10,000) | 10,000 | | (10,000) | 10,000 | | (10,000) | $ 30,000 | $ - | $ (30,000) |
| **Total Expenses** | $ 296,449 | $ 285,152 | $ (11,297) | $ 122,259 | $ 2,803 | $ (119,456) | $ 168,000 | $ 119,027 | $ (48,973) | $ 90,153 | $ 1,947 | $ (88,206) | 676,861 | 408,930 | (267,931) |
| **Net Change** | $ (196,880) | $ (227,064) | $ (30,184) | $ 127,741 | $ 40,653 | $ (87,088) | $ 82,000 | $ 4,944 | $ (77,056) | $ 259,847 | 988 | $ (258,859) | 272,708 | (180,479) | (453,188) |
| **Beginning Cash Balance Surplus (Deficit)** | $ 249,892 | $ 249,892 | $ - | $ 53,012 | $ 22,828 | $ (30,184) | $ 180,753 | $ 63,481 | $ (117,272) | $ 262,753 | $ 68,425 | $ (194,329) | 249,892 | 249,892 | - |
| **Ending Available Cash Surplus (Deficit)** | $ 53,012 | $ 22,828 | $ (30,184) | $ 180,753 | $ 63,481 | $ (117,272) | $ 262,753 | $ 68,425 | $ (194,329) | $ 522,600 | 69,413 | $ (453,188) | 522,600 | 69,413 | (453,188) |