**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**
**CENTRAL DIVISION**

| | |
|---|---|
| In re:<br><br>THE SISTERS OF ST. ANN<br>d/b/a ANNA MARIA COLLEGE,<br><br>Debtor.[1] | Chapter 11<br><br>Case No.: 26-40758 |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR NOTICE AND SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that pursuant to 11 U.S.C. § 1109 and Federal Rules of Bankruptcy Procedure 2002, 3017, 9007 and 9010, Dentons Bingham Greenebaum LLP appears as counsel on behalf of the Official Committee of Unsecured Creditors (the "Committee") in the above-referenced proceedings and requests that all notices given or required to be given in this case and all papers served or required to be served in this case be given and served upon the undersigned at the following address and/or email:

> Andrew C. Helman
> DENTONS BINGHAM GREENEBAUM LLP
> One City Center, Suite 11100
> Portland, ME  04101
> Phone: (207) 810-4955
> Email: andrew.helman@dentons.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes all notices and papers referred to in the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and all applicable local rules, including without limitation notices of any orders, pleadings, motions, applications, complaints, demands, hearings, disclosure statements, plans, and requests, whether

---

[1] The last four digits of the Debtor's taxpayer identification number are 2060.  The Debtor's address is 50 Sunset Lane, Paxton, MA, 01612.

27136587.v2

formal or informal, whether written or oral, and whether transmitted by mail, delivery, telephone, facsimile, electronic means, or otherwise.

**PLEASE TAKE FURTHER NOTICE** that neither this notice of appearance nor any later appearance, pleading claim, or suit shall waive the Committee's right to have final orders in non-core matters entered only after *de novo* review by a District Judge; or the right to trial by jury in any proceeding related to this case; or the right to have the District Court withdraw the reference in any matter subject of mandatory or discretionary withdrawal; or to adjudicate rights in other applicable forums or any other rights, claims, actions, defenses, setoffs, or recoupments to which these entities are or may be entitled under agreements, in law or in equity, all of which rights are expressly reserved**.**

Dated: July 22, 2026

/s/ Andrew C. Helman
Andrew C. Helman (BBO #679155)
DENTONS BINGHAM GREENEBAUM LLP
One City Center, Suite 11100
Portland, ME  04101
Phone: (207) 810-4955
Email: andrew.helman@dentons.com

27136587.v2

## CERTIFICATE OF SERVICE

I, Andrew C. Helman, and individual 18 years of age or older, certify that the foregoing document was served on all parties receiving notice and service in this case through the Court's CM/ECF electronic filing system. Such parties are identified in the "Electronic Mail Notice List" below. I further certify that I have caused the foregoing document to be served by United States Mail, first class, postage prepaid on parties identified in the "Manual Notice List" set forth below.

**Electronic Mail Notice List**

The following is the list of **parties and attorneys** who are currently on the list to receive email notice/service for this case.

- Eric K. Bradford     Eric.K.Bradford@USDOJ.gov
- Robert F. Callahan     RCallahan@RobinsKaplan.com
- Paul W. Carey     pcarey@miricklaw.com, bankrupt@mirickoconnell.com
- Shannah L. Colbert     scolbert@miricklaw.com, afogg@miricklaw.com
- Anthony A. Froio     afroio@robinskaplan.com
- Douglas R. Gooding     dgooding@choate.com, jmarshall@choate.com,douglas-gooding-9991@ecf.pacerpro.com
- Richard King     USTPRegion01.WO.ECF@USDOJ.GOV
- Paul G. Lannon     paul.lannon@hklaw.com, jennifer.blake@hklaw.com
- Jonathan D Marshall     jmarshall@choate.com
- Alex F. Mattera     amattera@pierceatwood.com, lhawe@pierceatwood.com
- John J. Monaghan     bos-bankruptcy@hklaw.com, hapi@hklaw.com
- Kathleen Morris St. John     kathleen.stjohn@hklaw.com
- Tani E. Sapirstein     tani@sandslaw.com
- Lynne B. Xerras     lynne.xerras@hklaw.com

**Manual Notice List**

Christopher Bailey
Holland & Knight LLP
1722 Routh St #1500
Dallas,, TX 75201

Jami Nimeroff
Sullivan Nimeroff Brown Hill LLC
18 Kings Highway West
Haddonfield, NJ 08033

27136587.v2

Dated: July 22, 2026

*/s/ Andrew C. Helman*
Andrew C. Helman (BBO #679155)
DENTONS BINGHAM GREENEBAUM LLP
One City Center, Suite 11100
Portland, ME  04101
Phone: (207) 810-4955
Email: andrew.helman@dentons.com

27136587.v2