**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**
**CENTRAL DIVISION**

| | |
|---|---|
| In re:<br><br><br>THE SISTERS OF ST. ANN d/b/a ANNA MARIA COLLEGE,<br><br><br>Debtor.[1] | Chapter 11<br><br>Case No. 26-40758-EDK |

**ORDER GRANTING DEBTOR'S ASSENTED TO MOTION FOR ORDER AUTHORIZING FURTHER EXTENSION OF TIME TO FILE ITS (I) SCHEDULE OF ASSETS AND LIABILITIES; (II) SCHEDULE OF CURRENT INCOME AND EXPENDITURES; (III) SCHEDULE OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES; AND (IV) STATEMENT OF FINANCIAL AFFAIRS**

Upon consideration of the *Debtor's Assented to Motion for Order Authorizing Further Extension of Time to File Its (I) Schedule of Assets and Liabilities; (II) Schedule of Current Income and Expenditures; (III) Schedule of Executory Contracts and Unexpired Leases; and (IV) Statement of Financial Affairs* [Docket No. __] (the "Motion")[2] filed by the above-captioned debtor and debtor in possession (the "Debtor") seeking entry of an order (this "Order"): (a) further extending the deadline to file the Schedules and Statements to July 27, 2026 at 10:00 a.m., without prejudice to the Debtor's ability to seek further extensions for cause shown, and (b) granting related relief, all as more fully set forth in the Motion; and the Court having previously entered the First Extension Order [Docket No. 59] on July 10, 2026 extending such deadline through and including July 23, 2026; and the United States Trustee having consented to the requested further extension

---

[1] The last four digits of the Debtor's taxpayer identification number are 2060. The Debtor's address is 50 Sunset Lane, Paxton, MA 01612.

[2] Capitalized terms not defined herein shall have the meanings ascribed in the Motion.

to July 27, 2026 at 10:00 a.m.; and the United States Bankruptcy Court for the District of Massachusetts having jurisdiction over this matter pursuant to 28 U.S.C. § 1334, this Motion being a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and venue being proper pursuant to 28 U.S.C. §§ 1408 and 1409; it appearing from the record that sufficient notice of the Motion and an opportunity to be heard has been provided to parties-in-interest, and that no further notice is required; any formal or informal objections to the Motion or form of Proposed Order, if any, having been considered, and overruled; having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1.      The Motion is GRANTED, as set forth herein.

2.      The time within which the Debtor must file its Schedules and Statements is hereby further extended to July 27, 2026 at 10:00 a.m. Such extension is without prejudice to the Debtor's right to request further extensions for cause shown.

3.      The Debtor is authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

4.      This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated: _____, 2026
Worcester, Massachusetts

_____  7/24/2026
HON. ELIZABETH D. KATZ
UNITED STATES BANKRUPTCY JUDGE

3

#542094924_v1