

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re: | The Sisters of Saint Ann, Inc. d/b/a Anna Maria Co | Ch. 11 |
| | | 26-40758-EDK |
| | Debtor(s). | |

## Proceeding Memorandum and Order

**MATTER:**

# 86 Emergency Motion filed by Debtor The Sisters of Saint Ann, Inc. d/b/a Anna Maria College to Continue Hearing Re: [14] Emergency Motion filed by Debtor The Sisters of Saint Ann, Inc. d/b/a Anna Maria College for Entry of Interim and Final Orders

**Decision set forth more fully as follows:**

GRANTED. SEE ORDER OF EVEN DATE.

Dated: 07/24/2026

By the Court,

Elizabeth D. Katz
United States Bankruptcy Judge