

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re:    The Sisters of Saint Ann, Inc. d/b/a Anna Maria Co

Debtor(s).

Ch. 11

26-40758-EDK

## Proceeding Memorandum and Order

**MATTER:**

# 14 Emergency Motion filed by Debtor The Sisters of Saint Ann, Inc. d/b/a Anna Maria College for Entry of Interim and Final Orders (I) Authorizing Debtor to Obtain Postpetition Financing, (II) Granting Consensual Priming Liens and Providing Superpriority Administrative Expense Status to DIP Lender, (III) Authorizing Consensual Use of Cash Collateral, (IV) Granting Adequate Protection to Prepetition Secured Creditor, (V) Modifying the Automatic Stay, (VI) Scheduling a Final Hearing, and (VII) Granting Related Relief

**Decision set forth more fully as follows:**

GRANTED. THE HEARING IS CONTINUED TO AUGUST 6, 2026, AT 11:30 AM. THE USE OF CASH COLLATERAL IS AUTHORIZED ON AN INTERIM BASIS UNDER THE SAME TERMS AND CONDITIONS THROUGH AUGUST 6, 2026. A HEARING ON THE DEBTOR'S FURTHER USE OF CASH COLLATERAL IS SET FOR AUGUST 6, 2026, AT 11:30 AM IN THE FEDERAL COURTHOUSE, SPRINGFIELD COURTROOM-BERKSHIRE, 300 STATE STREET, SPRINGFIELD, MA AND BY ZOOM.GOV VIDEO CONFERENCE. PARTIES IN INTEREST WHO WISH TO PARTICIPATE THROUGH ZOOM, BY 12:00 P.M. ONE COURT BUSINESS DAY BEFORE THE HEARING, SHOULD EMAIL THE COURTROOM DEPUTY AT sophia_howard@mab.uscourts.gov REQUESTING REMOTE PARTICIPATION, PROVIDING THEIR NAME, THE PARTY THEY REPRESENT, AND WHETHER OR NOT THEY WILL BE AN ACTIVE PARTICIPANT IN THE HEARING OR ONLY OBSERVING. PARTICIPATION BY VIDEO IS ONLY PERMITTED BY PARTIES IN INTEREST. ALL OTHER PARTIES WHO WISH TO

ATTENDTHE HEARING MUST ATTEND IN PERSON. THE DEBTOR IS ORDERED TO FILE
PROJECTED BUDGETS FOR JULY, AUGUST AND SEPTEMBER,2026.

Dated: 07/24/2026                                    By the Court,

_____

Elizabeth D. Katz
United States Bankruptcy Judge