**Fill in this information to identify the case:**

Debtor name      **The Sisters of Saint Ann, Inc. d/b/a Anna Maria College**

United States Bankruptcy Court for the:    DISTRICT OF MASSACHUSETTS

Case number (if known)    **26-40758-EDK**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    **12/15**

| Part 1: | Summary of Assets |
|---|---|

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*......................................................................................    $    **42,033,300.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*...................................................................................    $    **3,821,035.95**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*.....................................................................................    $    **45,854,335.95**

| Part 2: | Summary of Liabilities |
|---|---|

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................    $    **17,767,770.09**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................................................    $    **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................................    +$    **5,149,928.13**

4. **Total liabilities** ...................................................................................................................................
    Lines 2 + 3a + 3b    $    **22,917,698.22**

**Fill in this information to identify the case:**

Debtor name     **The Sisters of Saint Ann, Inc. d/b/a Anna Maria College**

United States Bankruptcy Court for the:     DISTRICT OF MASSACHUSETTS

Case number (if known)     **26-40758-EDK**

☐ Check if this is an
amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property     **12/15**

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

**Part 1:     Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**

**Current value of debtor's interest**

3.     **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Citizens Bank, N.A. (closed)** | **Federal Grants** | **2759** | **$0.00** |
| 3.2. | **Citizens Bank, N.A. (closed)** | **Operating Account** | **9893** | **$22,028.76** |
| 3.3. | **Citizens Bank, N.A. (closed)** | **Payroll Account** | **2775** | **$0.00** |
| 3.4. | **Citizens Bank, N.A. (closed)** | **AP Account** | **2767** | **$0.00** |
| 3.5. | **Country Bank (closed)** | **Operating Account (Unfunded)** | **7724** | **$798.92** |
| 3.6. | **Fidelity Investment** | **Charitable funds/restricted funds** | **5130** | **$345,261.76** |

| Debtor | **The Sisters of Saint Ann, Inc. d/b/a Anna Maria College** | Case number *(If known)* | **26-40758-EDK** |
|---|---|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| 3.7. | **Fidelity Investment** | **Charitable funds/restricted funds** | 2608 | $429,523.70 |
| 3.8. | **Fidelity Investment** | **Charitable funds/restricted funds** | 2570 | $89,893.81 |

4.     **Other cash equivalents** *(Identify all)*

5.     **Total of Part 1.**

    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | |
|---|---|
| | **$887,506.95** |

---

**Part 2:**     **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.

■ Yes Fill in the information below.

7.     **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

8.     **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

| | | |
|---|---|---|
| 8.1. | **Prepaid Insurance premiums/security services for July, 2026** | **$83,529.00** |

9.     **Total of Part 2.**

    Add lines 7 through 8. Copy the total to line 81.

| | |
|---|---|
| | **$83,529.00** |

---

**Part 3:**     **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

■ Yes Fill in the information below.

11.     **Accounts receivable**

| | | | | |
|---|---|---|---|---|
| 11b. Over 90 days old: | 1,980,000.00 | - | 1,980,000.00 | =.... **Unknown** |
| | face amount | | doubtful or uncollectible accounts | |

12.     **Total of Part 3.**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.

| | |
|---|---|
| | **$0.00** |

---

**Part 4:**     **Investments**

13. **Does the debtor own any investments?**

■ No. Go to Part 5.

☐ Yes Fill in the information below.

---

**Part 5:**     **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

| Debtor | **The Sisters of Saint Ann, Inc. d/b/a Anna Maria College** | Case number *(If known)* **26-40758-EDK** |
|---|---|---|
| | Name | |

☐ No.  Go to Part 6.

■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** | | | | |
| 20. | **Work in progress** | | | | |
| 21. | **Finished goods, including goods held for resale** | | | | |
| 22. | **Other inventory or supplies** **Various library books, periodicals, lab supplies, medical supplies, manuals, instructional materials/coursework, apparel, and related items as well as sporting goods and equipment, located in bookstore, health services, dining facility, classrooms, health and wellness centers, and across Campus.** | | **$0.00** | **N/A** | **Unknown** |

23. **Total of Part 5.**

Add lines 19 through 22.  Copy the total to line 84.

| | |
|---|---|
| | **$0.00** |

24. **Is any of the property listed in Part 5 perishable?**

■ No

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

■ No

☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

■ No

☐ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.

☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.

■ Yes Fill in the information below.

| Debtor | **The Sisters of Saint Ann, Inc. d/b/a Anna Maria College** | Case number *(If known)* **26-40758-EDK** |
|---|---|---|
| | Name | |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** **Various office, classroom, dining hall, sport/wellness facility, and dormitory furniture and equipment, located across Campus.** | **Unknown** | | **Unknown** |
| **Nursing Simulation and Clinical Center - lab equipment and materials** | **Unknown** | **N/A** | **Unknown** |
| **Eqiupment - Fitness center/gymnasiums/fields/batting cages/locker rooms/student center** | **Unknown** | | **Unknown** |

40. **Office fixtures**

41. **Office equipment, including all computer equipment and communication systems equipment and software**

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

| | | | |
|---|---|---|---|
| 42.1. **Memorials Placed on Campus - subject to relocation** | **Unknown** | | **Unknown** |
| 42.2. **Collection of Religious and Historic Artifacts and Art** | **Unknown** | | **Unknown** |

43. **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86. **$0.00**

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
   ■ No
   ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

**Part 8:**   **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ☐ No.  Go to Part 9.
   ■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **Leased/financed vehicles - four trucks/vans/chassix** | **Unknown** | **Comparable sale** | **$50,000.00** |

| Debtor | **The Sisters of Saint Ann, Inc. d/b/a Anna Maria College** | Case number *(If known)* **26-40758-EDK** |
|---|---|---|
| | Name | |

| 47.2. | **Landscaping and snow removal equipment on site** | **Unknown** | | **Unknown** |
|---|---|---|---|---|

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**
**Modular building used as dormitory**                          **Unknown**                          **Unknown**

51. **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

| | **$50,000.00** |
|---|---|

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 9: | **Real property** |
|---|---|

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **50 Sunset Lane and Off Grove Street, Paxton, Worcester County, Massachusetts (PID 623)** | **Fee simple** | **$0.00** | **Tax records** | **$41,116,700.00** |
| 55.2. **50 Sunset Lane and Off Grove Street, Paxton, Worcester County, Massachusetts (PID 624)** | **Fee simple** | **$0.00** | **Tax records** | **$385,500.00** |

| Debtor | **The Sisters of Saint Ann, Inc. d/b/a Anna Maria College** | Case number *(If known)* **26-40758-EDK** |
|---|---|---|
| | Name | |

| 55.3. | **50 Sunset Lane and Off Grove Street, Paxton, Worcester County, Massachusetts (PID 2041** | **Fee simple** | **$0.00** | **Tax records** | **$369,100.00** |
|---|---|---|---|---|---|
| 55.4. | **50 Sunset Lane and Off Grove Street, Paxton, Worcester County, Massachusetts (PID 10337)** | **Fee simple** | **Unknown** | **Tax records** | **$162,000.00** |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

**$42,033,300.00**

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

   ■ No
   ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

   ■ No
   ☐ Yes

| Part 10: | **Intangibles and intellectual property** |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ■ No.  Go to Part 11.
   ☐ Yes Fill in the information below.

| Part 11: | **All other assets** |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ☐ No.  Go to Part 12.
   ■ Yes Fill in the information below.

|  | **Current value of debtor's interest** |
|---|---|
| 71. **Notes receivable**<br>Description (include name of obligor) | |
| 72. **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local)<br>**Employee Retention Tax Credit (on appeal to IRS) approx. $2,800,000**   Tax year **2021** | **$2,800,000.00** |
| 73. **Interests in insurance policies or annuities**<br>**The Hanover Insurance Group**<br>**Commercial Package Policy**<br>**policy number ending in 3017** | **$0.00** |

Debtor   **The Sisters of Saint Ann, Inc. d/b/a Anna Maria College**                  Case number *(If known)*  **26-40758-EDK**
         Name

| | |
|---|---:|
| **The Hanover Insurance Group**<br>**commercial auto policy**<br>**policy number ending in 8117** | **$0.00** |
| **The Hanover Insurance Group**<br>**commercial umbrella policy**<br>**policy number ending in 1717** | **$0.00** |
| **The Hanover Insurance Group**<br>**fiduciary/nonprofit entity policy**<br>**policy number ending in 8104** | **$0.00** |
| **The Hanover Insurance Company**<br>**crime insurance policy**<br>**policy number ending in 3600**<br>**\*policy lapsed July 1, 2026** | **$0.00** |
| **Endurance American Specialty Insurance Company (Sompo)**<br>**cyber liability policy**<br>**policy number ending in 5200** | **$0.00** |
| **Landmark American Insurance Company**<br>**D&O/EPL policy (non-profit organization management liability policy)**<br>**policy number ending in 5185** | **$0.00** |
| **The Hanover Insurance Group**<br>**foreign DIC (Difference in Conditions) policy**<br>**policy number ending in 0003** | **$0.00** |

74.   **Causes of action against third parties (whether or not a lawsuit has been filed)**

75.   **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**
      **Interest in self-insurance organizaion (NCI NEEIA Compensation Inc)**                                               **Unknown**
      Nature of claim
      Amount requested                          **$0.00**

76.   **Trusts, equitable or future interests in property**

77.   **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78.   **Total of Part 11.**                                                                                    **$2,800,000.00**
      Add lines 71 through 77. Copy the total to line 90.

79.   **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
      ■ No

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 7

| Debtor | **The Sisters of Saint Ann, Inc. d/b/a Anna Maria College** | Case number *(If known)* **26-40758-EDK** |
|---|---|---|
| | Name | |

☐ Yes

Debtor   **The Sisters of Saint Ann, Inc. d/b/a Anna Maria College**                Case number *(If known)*  **26-40758-EDK**
Name

## Part 12:   Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | **$887,506.95** | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | **$83,529.00** | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | **$0.00** | |
| 83. **Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| 84. **Inventory.** *Copy line 23, Part 5.* | **$0.00** | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$0.00** | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$50,000.00** | |
| 88. **Real property.** *Copy line 56, Part 9........................................................................>* | | **$42,033,300.00** |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | |
| 90. **All other assets.** *Copy line 78, Part 11.* | **+ $2,800,000.00** | |
| 91. **Total.** Add lines 80 through 90 for each column | **$3,821,035.95** | **+ 91b.**    **$42,033,300.00** |

92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92          **$45,854,335.95**

Official Form 206A/B                Schedule A/B Assets - Real and Personal Property                page 9

**Fill in this information to identify the case:**

Debtor name      **The Sisters of Saint Ann, Inc. d/b/a Anna Maria College**

United States Bankruptcy Court for the:    DISTRICT OF MASSACHUSETTS

Case number (if known)   **26-40758-EDK**

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property     **12/15**

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
| --- | --- | --- | --- |
| **2.1 Bowdoin Construction Corp**<br>Creditor's Name<br>**c/o Warren H Brodie**<br>**2 Salt Hay Road**<br>**East Falmouth, MA 02536**<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**05/16/2025**<br>**Last 4 digits of account number**<br><br>**Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **Describe debtor's property that is subject to a lien**<br>**St. Joseph's Hall**<br><br>**Describe the lien**<br>**Mechanic's Lien**<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | **$32,965.96** | **Unknown** |
| **2.2 Citizens Bank National Association**<br>Creditor's Name<br>**c/o Choate Hall & Stewart LLP**<br>**Attn Doug Gooding Esq**<br>**Two International Place**<br>**Boston, MA 02110**<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**11/30/2017** | **Describe debtor's property that is subject to a lien**<br>**Anna Maria College, 50 Sunset Lane and Off Grove Street, Paxton, Worcester County, Massachusetts 01612**<br><br>**Describe the lien**<br>**Mortgage/UCC-1**<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | **$17,734,804.13** | **Unknown** |

| Debtor | The Sisters of Saint Ann, Inc. d/b/a Anna Maria College | Case number (if known) | 26-40758-EDK |
|---|---|---|---|
| | Name | | |

**Last 4 digits of account number**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ■ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

---

**2.3**

**Merchants Automotive Group, LLC**

Creditor's Name

**Principle Merchants Leasing LTD**
**14 Centreal Park Drive**
**1st Floor**
**Hooksett, NH 03106**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
**Leased/financed vehicles - four trucks/vans/chassix**

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

| | | Unknown | $50,000.00 |
|---|---|---|---|

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ■ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | **$17,767,770.09** |

---

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Citizens Bank NA**<br>**co Marla Merritt Senior VP**<br>**Restructuring Management**<br>**1 Citizens Plaza**<br>**Providence, RI 02903** | Line **2.2** | |

---

**Fill in this information to identify the case:**

Debtor name: **The Sisters of Saint Ann, Inc. d/b/a Anna Maria College**

United States Bankruptcy Court for the: DISTRICT OF MASSACHUSETTS

Case number (if known): **26-40758-EDK**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| **Part 1:** | **List All Creditors with PRIORITY Unsecured Claims** |

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)**.**

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **Unknown** |
| **Arkansas Dept Finance &<br>Administration<br>Revenue Legal Counsel<br>PO Box 1272<br>Little Rock, AR 72203** | | | |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

| **2.2** Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **Unknown** |
|---|---|---|---|
| **Connecticut Dept of Revenue<br>Services<br>Collections Unit Bankruptcy Team<br>450 Columbus Blvd Suite 1<br>Hartford, CT 06103** | | | |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

Debtor **The Sisters of Saint Ann, Inc. d/b/a Anna Maria College**
Name

Case number (if known)   **26-40758-EDK**

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Internal Revenue Service**
**Centralized Insolvency Operation**
**Post Office Box 7346**
**Philadelphia, PA 19101-7346**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Kansas Dept of Revenue**
**PO Box 3506**
**Topeka, KS 66625**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Massachusetts Department of**
**Revenue**
**Bankruptcy Unit**
**PO Box 7090**
**Boston, MA 02204**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Michigan Dept of Treasury**
**Tax Policy Division**
**Attn: Litigation Liaison**
**430 W Allegan St**
**Lansing, MI 48922**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?

■ No
☐ Yes

---

Official Form 206 E/F                   **Schedule E/F: Creditors Who Have Unsecured Claims**                   **Page 2 of 53**

| Debtor | The Sisters of Saint Ann, Inc. d/b/a Anna Maria College | Case number (if known) | 26-40758-EDK |
|---|---|---|---|
| | Name | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**New Jersey Division of Taxation**
**Bankruptcy Unit**
**3 John Fitch Way 5th Floor**
**Trenton, NJ 08611**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Ohio Department of Taxation**
**Attn: Bankruptcy Division**
**PO Box 530**
**Columbus, OH 43216**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Rhode Island Division of Taxation**
**One Capitol Hill**
**Providence, RI 02908**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Town of Paxton Tax Collector**
**Attn Tristan Dun Treasurer**
**Collector**
**697 Pleasant Street**
**Paxton, MA 01612**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

| Debtor | The Sisters of Saint Ann, Inc. d/b/a Anna Maria College | Case number (if known) | 26-40758-EDK |
|---|---|---|---|
| | Name | | |

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown | Unknown |
|---|---|---|---|---|
| | **Vermont Department of Taxes**<br>**133 State Street**<br>**1st Floor Lobby**<br>**Montpelier, VT 05602** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|
| 3.1 | Nonpriority creditor's name and mailing address<br>**AA Transportation**<br>**605 Hartford Turnpike**<br>**Shrewsbury, MA 01545-8639**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **goods/services**<br>Is the claim subject to offset? ■ No  ☐ Yes | $1,850.00 |
| 3.2 | Nonpriority creditor's name and mailing address<br>**Abigail Harrison**<br><br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **student account**<br>Is the claim subject to offset? ■ No  ☐ Yes | $200.00 |
| 3.3 | Nonpriority creditor's name and mailing address<br>**Adewuyi Victor**<br><br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **student account**<br>Is the claim subject to offset? ■ No  ☐ Yes | $300.00 |
| 3.4 | Nonpriority creditor's name and mailing address<br>**Ahearn Equipment Inc.**<br>**460 Main St.**<br>**Spencer, MA 01562**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **goods/services**<br>Is the claim subject to offset? ■ No  ☐ Yes | $1,946.71 |
| 3.5 | Nonpriority creditor's name and mailing address<br>**Ahlina Andrews**<br><br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **student account**<br>Is the claim subject to offset? ■ No  ☐ Yes | $100.00 |

| Debtor | The Sisters of Saint Ann, Inc. d/b/a Anna Maria College | Case number (if known) | 26-40758-EDK |
|---|---|---|---|
| | Name | | |

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30.00 |
|---|---|---|---|

**Airbrush Works**
**75 Webster Street**
**Worcester, MA 01603**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __goods/services__

Is the claim subject to offset? ■ No ☐ Yes

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $598.84 |
|---|---|---|---|

**Airgas USA LLC**
**259 N. Radnor-Chester Road**
**Suite 100**
**Wayne, PA 19087-5240**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __Utilities__

Is the claim subject to offset? ■ No ☐ Yes

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200.00 |
|---|---|---|---|

**Alberta Fordjour**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __student account__

Is the claim subject to offset? ■ No ☐ Yes

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200.00 |
|---|---|---|---|

**Alec Fournier**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __student account__

Is the claim subject to offset? ■ No ☐ Yes

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200.00 |
|---|---|---|---|

**Alexander Mayanja**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __student account__

Is the claim subject to offset? ■ No ☐ Yes

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $991.19 |
|---|---|---|---|

**Alfred Brown Associates Inc.**
**105 Washington Street**
**Auburn, MA 01501-0309**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __services provided__

Is the claim subject to offset? ■ No ☐ Yes

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $986.00 |
|---|---|---|---|

**Alisha Ditaranto**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __student account__

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | The Sisters of Saint Ann, Inc. d/b/a Anna Maria College | Case number (if known) | 26-40758-EDK |
|---|---|---|---|
| | Name | | |

---

**3.13** | **Nonpriority creditor's name and mailing address**

**Alison Arendt**

▮▮▮▮▮▮▮▮▮▮▮

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **student account**

Is the claim subject to offset? ■ No ☐ Yes

**$156.64**

---

**3.14** | **Nonpriority creditor's name and mailing address**

**All Wood Lockers**
**1050 W State St.**
**Newcomerstown, OH 43832**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods/services provided**

Is the claim subject to offset? ■ No ☐ Yes

**$27,175.00**

---

**3.15** | **Nonpriority creditor's name and mailing address**

**Amazon**
**Attn: Legal Department**
**PO Box 81226**
**Seattle, WA 98108**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods/services provided**

Is the claim subject to offset? ■ No ☐ Yes

**$12,078.60**

---

**3.16** | **Nonpriority creditor's name and mailing address**

**Amber Girard**

▮▮▮▮▮▮▮▮▮▮

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **student account**

Is the claim subject to offset? ■ No ☐ Yes

**$1,000.00**

---

**3.17** | **Nonpriority creditor's name and mailing address**

**Angela Boadu Jr**

▮▮▮▮▮▮▮▮▮▮▮

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **student account**

Is the claim subject to offset? ■ No ☐ Yes

**$300.00**

---

**3.18** | **Nonpriority creditor's name and mailing address**

**Angela Botehlho Fritze**

▮▮▮▮▮▮▮▮▮▮▮

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **student account**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.19** | **Nonpriority creditor's name and mailing address**

**Angela Pasceri**

▮▮▮▮▮▮▮▮▮▮

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **student account**

Is the claim subject to offset? ■ No ☐ Yes

**$150.00**

---

| Debtor | The Sisters of Saint Ann, Inc. d/b/a Anna Maria College | Case number (if known) | 26-40758-EDK |
|---|---|---|---|
| | Name | | |

**3.20** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00**

**Angelo Abbate**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **student account**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.21** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,350.00**

**Anne Brown**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **student account**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.22** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,198.10**

**Anthony Camilo**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **student account**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.23** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$200.00**

**Anthony Ceciliano**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **student account**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.24** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$300.00**

**Aronu Pascal Ikechukwu**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **student account**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.25** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$18,800.00**

**Aspire Ed & IT Solutions LLC**
**PO Box 16402**
**Sugar Land, TX 77496**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods/services provided**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.26** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,832.00**

**Assessment Technologies Institute LLC**
**11161 Overbrook Drive**
**Leawood, KS 66211**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **goods/services**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **The Sisters of Saint Ann, Inc. d/b/a Anna Maria College**
Name

Case number (if known) **26-40758-EDK**

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$141,290.74** |
|---|---|---|---|

**Automatic Laundry Services Co Inc.**
**45 Border St.**
**West Newton, MA 02465**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Goods/services provided**

Is the claim subject to offset? ■ No ☐ Yes

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00** |
|---|---|---|---|

**Ava Blanchard**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **student account**

Is the claim subject to offset? ■ No ☐ Yes

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,768.00** |
|---|---|---|---|

**Awg Dewar Inc.**
**4 Batterymarch Park Suite 320**
**Quincy, MA 02169-7468**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Goods/services provided**

Is the claim subject to offset? ■ No ☐ Yes

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$202.70** |
|---|---|---|---|

**B&H Photo Video Corp**
**Remittance Processing Center**
**PO Box 28072**
**New York, NY 10087-8072**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Goods/services provided**

Is the claim subject to offset? ■ No ☐ Yes

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,124.16** |
|---|---|---|---|

**Balfour & Co.**
**Erickson Group LLC**
**17 Angela Way**
**Concord, NH 03301**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Goods/services provided**

Is the claim subject to offset? ■ No ☐ Yes

| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,875.00** |
|---|---|---|---|

**Beantown Swing Orchestra**
**138 Partridge Lane**
**Concord, MA 01742**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **goods/services**

Is the claim subject to offset? ■ No ☐ Yes

| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,100.00** |
|---|---|---|---|

**Becky Ramirez**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **student account**

Is the claim subject to offset? ■ No ☐ Yes

Debtor **The Sisters of Saint Ann, Inc. d/b/a Anna Maria College**
          Name

Case number (if known)   **26-40758-EDK**

| | | |
|---|---|---|
| **3.34** | Nonpriority creditor's name and mailing address | **$5,343.31** |

**Bell Simons Company**
**29 Lafayette Street**
**Hartford, CT 06126**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __goods/services__

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.35** | Nonpriority creditor's name and mailing address | **$2,180.00** |

**Bells Lawn & Garden Center**
**201 Southbridge Street**
**Auburn, MA 01501-2590**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __goods/services__

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.36** | Nonpriority creditor's name and mailing address | **$170.00** |

**Bianca Fagundes**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __student account__

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.37** | Nonpriority creditor's name and mailing address | **$167.49** |

**Bio-Rad Laboratories Inc.**
**1000 Alfred Nobel Drive**
**Hercules, CA 94547**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __goods/services__

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.38** | Nonpriority creditor's name and mailing address | **$1,882.50** |

**Bjornson Jones Mungas**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __student account__

Date(s) debt was incurred __
Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.39** | Nonpriority creditor's name and mailing address | **$13,567.60** |

**Blackstone National Golf Club LLC**
**The Barn**
**227 Putnam Hill Road**
**Sutton, MA 01590**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __goods/services__

Date(s) debt was incurred __
Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.40** | Nonpriority creditor's name and mailing address | **$3,643.60** |

**BM Technologies Inc**
**171 North Winstead Avenue**
**Rocky Mount, NC 27804**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __goods/services__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | The Sisters of Saint Ann, Inc. d/b/a Anna Maria College | Case number (if known) | 26-40758-EDK |
|---|---|---|---|

Name

---

**3.41** | Nonpriority creditor's name and mailing address
**BMTX Inc.**
**171 N Winstead Avenue**
**Rocky Mount, NC 27804**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __goods/services__

Is the claim subject to offset? ■ No ☐ Yes

$3,713.45

---

**3.42** | Nonpriority creditor's name and mailing address
**Bollus Lynch CPAs**
**89 Shrewsbury St Suite 200**
**Worcester, MA 01604**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __goods/services__

Is the claim subject to offset? ■ No ☐ Yes

$4,500.00

---

**3.43** | Nonpriority creditor's name and mailing address
**Bond Construction Corporation**
**Route 31 North**
**98 North Spencer Rd**
**Spencer, MA 01562-1402**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __goods/services__

Is the claim subject to offset? ■ No ☐ Yes

$11,188.08

---

**3.44** | Nonpriority creditor's name and mailing address
**Boston Globe**
**1 Exchange Place**
**Suite 201**
**Boston, MA 02109**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __goods/services__

Is the claim subject to offset? ■ No ☐ Yes

$135.90

---

**3.45** | Nonpriority creditor's name and mailing address
**Bound Tree Medical LLC**
**23537 Network Place**
**Chicago, IL 60673-1235**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __goods/services__

Is the claim subject to offset? ■ No ☐ Yes

$456.56

---

**3.46** | Nonpriority creditor's name and mailing address
**Braman Chemical Enterprise Inc.**
**147 Herbert P Almgren Dr**
**Agawam, MA 01001-0368**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __goods/services__

Is the claim subject to offset? ■ No ☐ Yes

$2,302.09

---

**3.47** | Nonpriority creditor's name and mailing address
**Brianna Limbaugh**
████████████

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __student account__

Is the claim subject to offset? ■ No ☐ Yes

$7,078.00

---

| Debtor | The Sisters of Saint Ann, Inc. d/b/a Anna Maria College | Case number (if known) | 26-40758-EDK |
|---|---|---|---|
| | Name | | |

**3.48** | Nonpriority creditor's name and mailing address
**Brooke Austin**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **student account**

Is the claim subject to offset? ■ No  ☐ Yes

$200.00

---

**3.49** | Nonpriority creditor's name and mailing address
**Brooke Cardwell**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **student account**

Is the claim subject to offset? ■ No  ☐ Yes

$200.00

---

**3.50** | Nonpriority creditor's name and mailing address
**BSN Sports LLC**
**14460 Varsity Brands Way**
**Dallas, TX 75244**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **goods/services**

Is the claim subject to offset? ■ No  ☐ Yes

$54,195.79

---

**3.51** | Nonpriority creditor's name and mailing address
**Burkeno Inc**
**Dr Aaron Lorenz**
**589 Bellevue Avenue Apt 2**
**Newport, RI 02840**

Date(s) debt was incurred _
Last 4 digits of account number  **2726**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **goods/services**

Is the claim subject to offset? ■ No  ☐ Yes

$1,000.00

---

**3.52** | Nonpriority creditor's name and mailing address
**Caeden Michael Humpage**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **student account**

Is the claim subject to offset? ■ No  ☐ Yes

$500.00

---

**3.53** | Nonpriority creditor's name and mailing address
**Candace Mero**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **student account**

Is the claim subject to offset? ■ No  ☐ Yes

$200.00

---

**3.54** | Nonpriority creditor's name and mailing address
**Carl Socha**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **student account**

Is the claim subject to offset? ■ No  ☐ Yes

$200.00

---

| Debtor | The Sisters of Saint Ann, Inc. d/b/a Anna Maria College | Case number (if known) | 26-40758-EDK |
|---|---|---|---|
| | Name | | |

**3.55** Nonpriority creditor's name and mailing address
Carolina Biological Supply Co.
2700 York Road
Burlington, NC 27215

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  goods/services

Is the claim subject to offset? ■ No  ☐ Yes

$1,825.04

**3.56** Nonpriority creditor's name and mailing address
Catholic Free Press
49 Elm St
Worcester, MA 01609-2514

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  goods/services

Is the claim subject to offset? ■ No  ☐ Yes

$367.40

**3.57** Nonpriority creditor's name and mailing address
CBUAO
5325 Lakefront Blvd A
Delray Beach, FL 33484

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  goods/services

Is the claim subject to offset? ■ No  ☐ Yes

$500.00

**3.58** Nonpriority creditor's name and mailing address
Celia Baxter
████████

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  student account

Is the claim subject to offset? ■ No  ☐ Yes

$300.00

**3.59** Nonpriority creditor's name and mailing address
Championship Mindset
401 E 8th Street Suite 214
PMB-325
Sioux Falls, SD 57103

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  goods/services

Is the claim subject to offset? ■ No  ☐ Yes

$2,000.00

**3.60** Nonpriority creditor's name and mailing address
Chemsearch FE
2727 Chemsearch Blvd
Irving, TX 75062

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  goods/services

Is the claim subject to offset? ■ No  ☐ Yes

$3,671.16

**3.61** Nonpriority creditor's name and mailing address
Cheryl Home Franklin
████████

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  student account

Is the claim subject to offset? ■ No  ☐ Yes

$150.00

| Debtor | The Sisters of Saint Ann, Inc. d/b/a Anna Maria College | Case number (if known) | 26-40758-EDK |
|---|---|---|---|
| | Name | | |

**3.62** 

**Nonpriority creditor's name and mailing address**
Chimento & Webb PC
333 Elm Street Suite 230
Dedham, MA 02026

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __goods/services__

Is the claim subject to offset? ■ No ☐ Yes

**$6,811.00**

---

**3.63**

**Nonpriority creditor's name and mailing address**
Christopher Testa
██████████████

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __student account__

Is the claim subject to offset? ■ No ☐ Yes

**$600.00**

---

**3.64**

**Nonpriority creditor's name and mailing address**
Cintas
6800 Cintas Blvd
Mason, OH 45040

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __goods/services__

Is the claim subject to offset? ■ No ☐ Yes

**$341.54**

---

**3.65**

**Nonpriority creditor's name and mailing address**
City of Worcester
c/o Dept of Conservation and Recreation
Attn Paula Davison
180 Beaman St
West Boylston, MA 01583

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __wastewater processing__

Is the claim subject to offset? ■ No ☐ Yes

**$39,408.30**

---

**3.66**

**Nonpriority creditor's name and mailing address**
Clayton Dunlop
██████████████

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __student account__

Is the claim subject to offset? ■ No ☐ Yes

**$1,000.00**

---

**3.67**

**Nonpriority creditor's name and mailing address**
Comfort Agyemang
██████████████

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __student account__

Is the claim subject to offset? ■ No ☐ Yes

**$102.50**

---

**3.68**

**Nonpriority creditor's name and mailing address**
Common Application Inc.
3003 Washington Blvd
Suite 1000
Arlington, VA 22201

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __goods/services__

Is the claim subject to offset? ■ No ☐ Yes

**$3,924.98**

---

Debtor  **The Sisters of Saint Ann, Inc. d/b/a Anna Maria College**                   Case number (if known)   **26-40758-EDK**
_____
Name

| 3.69 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$200.00** |
|---|---|---|---|

**Corey McNally**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **student account**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.70 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$227.77** |
|---|---|---|---|

**Creative Services Inc.**
**64 Pratt Street**
**Mansfield, MA 02048-1937**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **goods/services**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.71 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5,320.31** |
|---|---|---|---|

**Creedon and Co**
**39 Jolma Rd**
**Worcester, MA 01604**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **goods/services**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.72 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$363.09** |
|---|---|---|---|

**Crown Awards**
**9 Skyline Drive**
**Hawthorne, NY 10532**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **goods/services**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.73 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$839.24** |
|---|---|---|---|

**Daida**
**300 Columbus Circle Suite I**
**Edison, NJ 08837**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **goods/services**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.74 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$700.00** |
|---|---|---|---|

**Dakota Moore**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **student account**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.75 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$584.38** |
|---|---|---|---|

**Daktronics Inc.**
**SDS 12-2222**
**PO Box 86**
**Minneapolis, MN 55486**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **goods/services**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | The Sisters of Saint Ann, Inc. d/b/a Anna Maria College | Case number (if known) | 26-40758-EDK |
|---|---|---|---|
| | Name | | |

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200.00 |
|---|---|---|---|

**Dayary Estrada**
▮▮▮▮▮▮▮▮

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **student account**

Is the claim subject to offset? ■ No ☐ Yes

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,501.24 |
|---|---|---|---|

**Deer Pond Auto Repair Svc.**
**14 Huntoon Memorial Hwy**
**Leicester, MA 01524**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **goods/services**

Is the claim subject to offset? ■ No ☐ Yes

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Dileo Gas Inc.**
**630 Sunderland Rd**
**Worcester, MA 01604**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **goods/services**

Is the claim subject to offset? ■ No ☐ Yes

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,055.48 |
|---|---|---|---|

**Dillon Boiler Services Co Inc.**
**380 Crawford St**
**Fitchburg, MA 01420**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **goods/services**

Is the claim subject to offset? ■ No ☐ Yes

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $400.00 |
|---|---|---|---|

**Discover Central Massachusetts**
**311 Main Street Suite 200**
**Worcester, MA 01608**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **goods/services**

Is the claim subject to offset? ■ No ☐ Yes

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,610.00 |
|---|---|---|---|

**Dogfather Vending LLC**
**48 Channing St**
**Worcester, MA 01605**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **goods/services**

Is the claim subject to offset? ■ No ☐ Yes

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $150.00 |
|---|---|---|---|

**Dominic Brown**
▮▮▮▮▮▮▮▮

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **student account**

Is the claim subject to offset? ■ No ☐ Yes

Debtor **The Sisters of Saint Ann, Inc. d/b/a Anna Maria College**
_____
Name

Case number (if known)   **26-40758-EDK**
_____

| 3.83 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |
|---|---|---|---|
| | **Dylan McCallum** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **student account** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.84 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $500.00 |
|---|---|---|---|
| | **Eben Goldman** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **student account** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.85 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $6,801.00 |
|---|---|---|---|
| | **Ebsco Subscription Service** **Payment Processing Center** **PO Box 204661** **Dallas, TX 75320-4661** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **goods/services** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.86 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,230.00 |
|---|---|---|---|
| | **ECMC** **Attn Accounts Receivable** **111 Washington Ave S** **Suite 1400** **Minneapolis, MN 55401** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **goods/services** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.87 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,492.17 |
|---|---|---|---|
| | **Ecolab** **Attn Legal Dept** **1 Ecolab Place** **Saint Paul, MN 55102** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **goods/services** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.88 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $7,023.73 |
|---|---|---|---|
| | **Educational Computer Systems Inc.** **100 Global View Drive** **Suite 800** **Warrendale, PA 15086** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **goods/services** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.89 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,978.00 |
|---|---|---|---|
| | **Elba Marquez** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **student account** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor **The Sisters of Saint Ann, Inc. d/b/a Anna Maria College**
Name

Case number (if known) **26-40758-EDK**

---

| 3.90 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $8,733.02 |
|---|---|---|---|

**Elevator Maintenance & Service Inc.**
**163 Washington St**
**Worcester, MA 01610**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **goods/services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |
|---|---|---|---|

**Eliana Espinal**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **student account**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.92 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $200.00 |
|---|---|---|---|

**Elton Stubbs**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **student account**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $30,359.00 |
|---|---|---|---|

**Emergency Education Consultants**
**17 Misty Lane**
**Pelham, NH 03076**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **goods/services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.94 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $200.00 |
|---|---|---|---|

**Emily Goodwin**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **student account**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.95 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $200.00 |
|---|---|---|---|

**Emma Morse**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **student account**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.96 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $9,395.20 |
|---|---|---|---|

**Encoura LLC**
**75 Remittance Drive Dept 1020**
**Chicago, IL 60675-1020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **goods/services**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | The Sisters of Saint Ann, Inc. d/b/a Anna Maria College | Case number (if known) | 26-40758-EDK |
| | Name | | |

**3.97** Nonpriority creditor's name and mailing address
**Enmanuel Jimenez Perez**
[redacted]

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **student account**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.98** Nonpriority creditor's name and mailing address
**Enterprise**
**Ean Services LLC**
**PO Box 840173**
**Kansas City, MO 64184-0173**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **goods/services**

Is the claim subject to offset? ■ No ☐ Yes

**$8,990.32**

---

**3.99** Nonpriority creditor's name and mailing address
**Erika Melendez**
[redacted]

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **student account**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.100** Nonpriority creditor's name and mailing address
**Ethan Hart**
[redacted]

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **student account**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.101** Nonpriority creditor's name and mailing address
**Evan Fournier**
[redacted]

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **student account**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.102** Nonpriority creditor's name and mailing address
**Evan Rivera**
[redacted]

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **student account**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.103** Nonpriority creditor's name and mailing address
**Events Central LLC**
**155 Ararat Street**
**Worcester, MA 01601**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **goods/services**

Is the claim subject to offset? ■ No ☐ Yes

**$450.00**

---

| Debtor | The Sisters of Saint Ann, Inc. d/b/a Anna Maria College | Case number (if known) | 26-40758-EDK |
|---|---|---|---|
| | Name | | |

---

**3.104** | **Nonpriority creditor's name and mailing address**
**Falcon**
**810 West Highway 25/70**
**Newport, TN 37821**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **goods/services**

Is the claim subject to offset? ■ No  ☐ Yes

**$7,380.12**

---

**3.105** | **Nonpriority creditor's name and mailing address**
**FedEx**
**Attn Legal Department**
**1000 Ridgeway Loop Road**
**Suite 600**
**Memphis, TN 38120**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **goods/services**

Is the claim subject to offset? ■ No  ☐ Yes

**$32.73**

---

**3.106** | **Nonpriority creditor's name and mailing address**
**First American Commercial Bancorp Inc**
**645 N Michigan Ave Suite 800**
**Chicago, IL 60611**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Former lease/debt satisfied**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.107** | **Nonpriority creditor's name and mailing address**
**Fisher Scientific Company LLC**
**300 Industry Drive**
**Pittsburgh, PA 15275**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **goods/services**

Is the claim subject to offset? ■ No  ☐ Yes

**$174.70**

---

**3.108** | **Nonpriority creditor's name and mailing address**
**Flood Fire Pro, Inc.**
**852 Upper Union Street**
**Franklin, MA 02038**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods/services provided**

Is the claim subject to offset? ■ No  ☐ Yes

**$43,953.94**

---

**3.109** | **Nonpriority creditor's name and mailing address**
**FMC Ice Sports**
**100 Schoosett Street Building 3**
**Pembroke, MA 02359**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **goods/services**

Is the claim subject to offset? ■ No  ☐ Yes

**$17,900.00**

---

**3.110** | **Nonpriority creditor's name and mailing address**
**Follett Higher Education Group LLC**
**Attn General Accounting**
**3 Westbrook Corporate Center**
**Suite 200**
**Westchester, IL 60154**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **goods/services**

Is the claim subject to offset? ■ No  ☐ Yes

**$5,230.87**

---

| Debtor | The Sisters of Saint Ann, Inc. d/b/a Anna Maria College | Case number (if known) | 26-40758-EDK |
|---|---|---|---|
| | Name | | |

**3.111** | **Nonpriority creditor's name and mailing address**
**Fran Doyle**
**6 RF Higgins Drive**
**Norwell, MA 02061**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **reimbursement**

Is the claim subject to offset? ■ No ☐ Yes

$530.00

---

**3.112** | **Nonpriority creditor's name and mailing address**
**Fun Enterprises Inc.**
**63 Tosca Drive**
**Stoughton, MA 02072**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **goods/services**

Is the claim subject to offset? ■ No ☐ Yes

$27,550.00

---

**3.113** | **Nonpriority creditor's name and mailing address**
**FW Webb Company**
**160 Middlesex Turnpike**
**Bedford, MA 01730**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **goods/services**

Is the claim subject to offset? ■ No ☐ Yes

$289.41

---

**3.114** | **Nonpriority creditor's name and mailing address**
**Gabriela Campos**
██████████████

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **student account**

Is the claim subject to offset? ■ No ☐ Yes

$200.00

---

**3.115** | **Nonpriority creditor's name and mailing address**
**Gannett New England Localiq**
**Attn Law Department**
**7950 Jones Branch Drive**
**Mc Lean, VA 22107**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **goods/services**

Is the claim subject to offset? ■ No ☐ Yes

$4,057.83

---

**3.116** | **Nonpriority creditor's name and mailing address**
**Geidyann Soto**
██████████████

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **student account**

Is the claim subject to offset? ■ No ☐ Yes

$200.00

---

**3.117** | **Nonpriority creditor's name and mailing address**
**Gibney Sports & Reconditioning**
**808 Main St**
**Worcester, MA 01610**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **goods/services**

Is the claim subject to offset? ■ No ☐ Yes

$4,901.35

---

| Debtor | The Sisters of Saint Ann, Inc. d/b/a Anna Maria College | Case number (if known) | 26-40758-EDK |
| --- | --- | --- | --- |
| | Name | | |

---

**3.118** | **Nonpriority creditor's name and mailing address**
**Gorout**
**2660 Superior Dr NW Unit 104**
**Rochester, MN 55901**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **goods/services**

Is the claim subject to offset? ■ No ☐ Yes

$2,860.00

---

**3.119** | **Nonpriority creditor's name and mailing address**
**Grainger Industrial Supply**
**Dept  823701834**
**100 Grainger Pkwy**
**Palatine, IL 60038-0001**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **goods/services**

Is the claim subject to offset? ■ No ☐ Yes

$286.11

---

**3.120** | **Nonpriority creditor's name and mailing address**
**Guaranty Glass**
**88 Main St**
**Spencer, MA 01562**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **goods/services**

Is the claim subject to offset? ■ No ☐ Yes

$2,458.81

---

**3.121** | **Nonpriority creditor's name and mailing address**
**Gula Promotions LLC**
**4 Autumn Lane**
**Stratham, NH 03885**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **goods/services**

Is the claim subject to offset? ■ No ☐ Yes

$1,099.36

---

**3.122** | **Nonpriority creditor's name and mailing address**
**Gustafson Plumbers Inc.**
**1035 Millbury Street MPL11543**
**Worcester, MA 01607**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **goods/services**

Is the claim subject to offset? ■ No ☐ Yes

$802.00

---

**3.123** | **Nonpriority creditor's name and mailing address**
**Hailey Benoit**
███████████

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **student account**

Is the claim subject to offset? ■ No ☐ Yes

$100.00

---

**3.124** | **Nonpriority creditor's name and mailing address**
**Handy Solutions**
**74 Richards Ave**
**Paxton, MA 01612**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **goods/services**

Is the claim subject to offset? ■ No ☐ Yes

$600.00

---

| Debtor | The Sisters of Saint Ann, Inc. d/b/a Anna Maria College | Case number (if known) | 26-40758-EDK |
|---|---|---|---|
| | Name | | |

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,151.00 |
|---|---|---|---|

**Hannaford & Dumas**
**26 Conn Street**
**Woburn, MA 01801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **goods/services**

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $260.00 |
|---|---|---|---|

**Harmony Environmental Inc.**
**7 Mineral Spring Ave**
**Ludlow, MA 01056**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **goods/services**

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,320.58 |
|---|---|---|---|

**HD Supply Facilities Maintenance**
**PO Box 604233**
**Charlotte, NC 28260-4233**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **goods/services**

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $200.00 |
|---|---|---|---|

**Hennessy Beltran**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **student account**

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $750.00 |
|---|---|---|---|

**Herbert Berg Florist Inc.**
**19 Blackstone River Rd**
**Worcester, MA 01607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **goods/services**

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $200.00 |
|---|---|---|---|

**Hilda Mota**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **student account**

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $22,201.28 |
|---|---|---|---|

**Hinckley Allen & Snyder LLP**
**Attn K Mousette Esq**
**28 State St**
**Boston, MA 02109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **goods/services**

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor  **The Sisters of Saint Ann, Inc. d/b/a Anna Maria College**
_____
Name

Case number (if known)   **26-40758-EDK**
_____

| 3.132 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Holden Municipal Light Dept**
**One Holden St**
**Holden, MA 01520**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,686.39** |
|---|---|---|---|

**HRC Total Solutions**
**111 Charles Street**
**Manchester, NH 03101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **goods/services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$200.00** |
|---|---|---|---|

**Hunter Felton**
████████████████

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **student account**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,338.00** |
|---|---|---|---|

**Hunton Andrews Kurth LLP**
**Attn Accounts Receivable Dept**
**Bank of America Plaza Suite 4100**
**600 Peachtree Street NE**
**Atlanta, GA 30308**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **legal services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,512.00** |
|---|---|---|---|

**Hyperice Inc.**
**525 Technology Drive**
**Suite 100**
**Irvine, CA 92618**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **goods/services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$200.00** |
|---|---|---|---|

**Idalys Reyes**
████████████████

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **student account**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,679.22** |
|---|---|---|---|

**Impact Fire Services, LLC**
**PO Box 735062**
**Dallas, TX 75373**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **goods/services**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | The Sisters of Saint Ann, Inc. d/b/a Anna Maria College | Case number (if known) | 26-40758-EDK |
|---|---|---|---|
| | Name | | |

**3.139** | Nonpriority creditor's name and mailing address
**Imperial Dade**
**55 Rt. 1 & 9**
**Attn:  Legal Dept.**
**Jersey City, NJ 07306**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **$11,235.78**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **goods purchased**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.140** | Nonpriority creditor's name and mailing address
**India Santiago Maldona**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **$200.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **student account**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.141** | Nonpriority creditor's name and mailing address
**Indoor Air Quality Improvement, Inc**
**dba Mighty Duct**
**28 Hastings St Bldg E**
**Mendon, MA 01756**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **$1,405.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **goods/services**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.142** | Nonpriority creditor's name and mailing address
**Isabella Surmis**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **$100.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **student account**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.143** | Nonpriority creditor's name and mailing address
**J&J Commercial Services**
**269 Concord St**
**Holliston, MA 01746**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **$149.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **goods/services**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.144** | Nonpriority creditor's name and mailing address
**J&J Contracting**
**3180 County Road 20**
**International Falls, MN 56649**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **$1,715.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **goods/services**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.145** | Nonpriority creditor's name and mailing address
**Jackson Immuno Research Laboratories Inc**
**872 W Baltimore Pike**
**West Grove, PA 19390**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **$93.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **goods/services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | The Sisters of Saint Ann, Inc. d/b/a Anna Maria College | Case number (if known) | 26-40758-EDK |
|---|---|---|---|
| | Name | | |

| 3.146 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $200.00 |
|---|---|---|---|

**Jamya Parker**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __student account__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.147 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $7,416.00 |
|---|---|---|---|

**Jasmine Davis**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __student account__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.148 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $718.80 |
|---|---|---|---|

**Jaylene Gomes**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __student account__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.149 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $513.32 |
|---|---|---|---|

**JB Graphics Inc.**
**9388 Corbett Drive**
**Mc Cordsville, IN 46055**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __goods/services__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.150 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $100.00 |
|---|---|---|---|

**Jeffrey Atherton**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __student account__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.151 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $150.00 |
|---|---|---|---|

**Jeffrey Lupisella**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __student account__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.152 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $100.00 |
|---|---|---|---|

**Jenneh Sambola**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __student account__

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| Debtor | The Sisters of Saint Ann, Inc. d/b/a Anna Maria College |
| | Name |

Case number (if known)   **26-40758-EDK**

| 3.153 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$200.00** |
|---|---|---|---|
| | **Jennie Caissie** | ☐ Contingent | |
| | ▮▮▮▮ | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __student account__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ▮ No  ☐ Yes | |

| 3.154 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$200.00** |
|---|---|---|---|
| | **Jennifer Nguyen** | ☐ Contingent | |
| | ▮▮▮▮ | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __student account__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ▮ No  ☐ Yes | |

| 3.155 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,810.00** |
|---|---|---|---|
| | **Jessenia Perez** | ☐ Contingent | |
| | ▮▮▮▮ | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __student account__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ▮ No  ☐ Yes | |

| 3.156 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,685.56** |
|---|---|---|---|
| | **Jesus Vazquez** | ☐ Contingent | |
| | ▮▮▮▮ | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __student account__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ▮ No  ☐ Yes | |

| 3.157 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$10,350.00** |
|---|---|---|---|
| | **Jill Cummings** | ☐ Contingent | |
| | ▮▮▮▮ | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __student account__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ▮ No  ☐ Yes | |

| 3.158 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$200.00** |
|---|---|---|---|
| | **Jillian Evans** | ☐ Contingent | |
| | ▮▮▮▮ | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __student account__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ▮ No  ☐ Yes | |

| 3.159 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$979.50** |
|---|---|---|---|
| | **JJ Bafaro Inc.**<br>**PO Box 943**<br>**Worcester, MA 01613-0943** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __goods/services__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ▮ No  ☐ Yes | |

Debtor **The Sisters of Saint Ann, Inc. d/b/a Anna Maria College**
Name

Case number (if known) **26-40758-EDK**

| 3.160 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $350.00 |
|---|---|---|---|

**John Brennan**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **student account**

Is the claim subject to offset? ■ No ☐ Yes

| 3.161 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,835.35 |
|---|---|---|---|

**Johnson Controls Fire Protection LP**
**95 Shawmut Road**
**Canton, MA 02021**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **services provided**

Is the claim subject to offset? ■ No ☐ Yes

| 3.162 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |
|---|---|---|---|

**Joseph Akoto**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **student account**

Is the claim subject to offset? ■ No ☐ Yes

| 3.163 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $5,123.40 |
|---|---|---|---|

**Joseph's Lock & Safe Company Inc.**
**55 Green Street**
**Worcester, MA 01604-4109**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **goods/services**

Is the claim subject to offset? ■ No ☐ Yes

| 3.164 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $718.52 |
|---|---|---|---|

**Jostens Inc**
**21336 Network Place**
**Chicago, IL 60673-1213**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **goods/services**

Is the claim subject to offset? ■ No ☐ Yes

| 3.165 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $200.00 |
|---|---|---|---|

**Julian Booth**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **student account**

Is the claim subject to offset? ■ No ☐ Yes

| 3.166 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $200.00 |
|---|---|---|---|

**Julianna Lavoie**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **student account**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | The Sisters of Saint Ann, Inc. d/b/a Anna Maria College | Case number (if known) | 26-40758-EDK |
|---|---|---|---|
| | Name | | |

---

**3.167** | **Nonpriority creditor's name and mailing address**
**Julianna Stanger**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **student account**

Is the claim subject to offset? ■ No  ☐ Yes

$10,350.00

---

**3.168** | **Nonpriority creditor's name and mailing address**
**Juliette Alger**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **student account**

Is the claim subject to offset? ■ No  ☐ Yes

$100.00

---

**3.169** | **Nonpriority creditor's name and mailing address**
**Kahlia Duffy**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **student account**

Is the claim subject to offset? ■ No  ☐ Yes

$200.00

---

**3.170** | **Nonpriority creditor's name and mailing address**
**Kamco Supply Corp of Boston**
**Attn Robert W Hurwitz**
**Hurwitz Richard Sencabaugh PLLC**
**162 Park Street Suite 301**
**North Reading, MA 01864**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **goods/services**

Is the claim subject to offset? ■ No  ☐ Yes

$1,345.00

---

**3.171** | **Nonpriority creditor's name and mailing address**
**Kasey Burdin**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **student account**

Is the claim subject to offset? ■ No  ☐ Yes

$1,200.00

---

**3.172** | **Nonpriority creditor's name and mailing address**
**Kelly Sullivan**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **student account**

Is the claim subject to offset? ■ No  ☐ Yes

$395.06

---

**3.173** | **Nonpriority creditor's name and mailing address**
**Kelsey Hartigan**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **student account**

Is the claim subject to offset? ■ No  ☐ Yes

$210.00

---

| Debtor | The Sisters of Saint Ann, Inc. d/b/a Anna Maria College | Case number (if known) | 26-40758-EDK |
|---|---|---|---|
| | Name | | |

**3.174**

**Nonpriority creditor's name and mailing address**

**Keyah Adamson**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __student account__

Is the claim subject to offset? ■ No  ☐ Yes

$100.00

---

**3.175**

**Nonpriority creditor's name and mailing address**

**Kiandra Booth Desmarais**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __student account__

Is the claim subject to offset? ■ No  ☐ Yes

$200.00

---

**3.176**

**Nonpriority creditor's name and mailing address**

**Kiara Gauthier**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __student account__

Is the claim subject to offset? ■ No  ☐ Yes

$200.00

---

**3.177**

**Nonpriority creditor's name and mailing address**

**KM Graphics**
**51 West Street**
**Ware, MA 01082**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __goods/services__

Is the claim subject to offset? ■ No  ☐ Yes

$80.00

---

**3.178**

**Nonpriority creditor's name and mailing address**

**Knight's Airport Limousine Service**
**390 Hartford Turnpike**
**Shrewsbury, MA 01545**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __goods/services__

Is the claim subject to offset? ■ No  ☐ Yes

$243.00

---

**3.179**

**Nonpriority creditor's name and mailing address**

**Larry Last**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __student account__

Is the claim subject to offset? ■ No  ☐ Yes

$475.00

---

**3.180**

**Nonpriority creditor's name and mailing address**

**Lesiah Byron**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __student account__

Is the claim subject to offset? ■ No  ☐ Yes

$200.00

---

| Debtor | The Sisters of Saint Ann, Inc. d/b/a Anna Maria College | Case number (if known) | 26-40758-EDK |
|---|---|---|---|
| | Name | | |

**3.181** Nonpriority creditor's name and mailing address
Lia Mucera
████████████████

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __student account__

Is the claim subject to offset? ■ No ☐ Yes

$200.00

---

**3.182** Nonpriority creditor's name and mailing address
Liberty Movers Inc.
99 Huntoon Memorial Hwy
Leicester, MA 01524

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __goods/services__

Is the claim subject to offset? ■ No ☐ Yes

$1,236.00

---

**3.183** Nonpriority creditor's name and mailing address
Lily Celata
████████████████

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __student account__

Is the claim subject to offset? ■ No ☐ Yes

$100.00

---

**3.184** Nonpriority creditor's name and mailing address
Lisa Livsey
17 Elaine Street
Webster, MA 01570

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __account balance__

Is the claim subject to offset? ■ No ☐ Yes

$150.00

---

**3.185** Nonpriority creditor's name and mailing address
Livia Pontolilo
████████████████

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __student account__

Is the claim subject to offset? ■ No ☐ Yes

$200.00

---

**3.186** Nonpriority creditor's name and mailing address
LIX Insurance Information Exchange
1574 Crescent Pointe Pkwy
College Station, TX 77845

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __goods/services__

Is the claim subject to offset? ■ No ☐ Yes

$158.75

---

**3.187** Nonpriority creditor's name and mailing address
Lucas Borges
████████████████

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __student account__

Is the claim subject to offset? ■ No ☐ Yes

$100.00

---

| Debtor | The Sisters of Saint Ann, Inc. d/b/a Anna Maria College | Case number (if known) | 26-40758-EDK |
|---|---|---|---|
| | Name | | |

**3.188** | **Nonpriority creditor's name and mailing address**
**Lucas Cardoso**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **student account**

Is the claim subject to offset? ■ No  ☐ Yes

$200.00

---

**3.189** | **Nonpriority creditor's name and mailing address**
**Luuna Nguyen**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **student account**

Is the claim subject to offset? ■ No  ☐ Yes

$10,350.00

---

**3.190** | **Nonpriority creditor's name and mailing address**
**Lyme Green Heat**
**302 Orford Road**
**Lyme, NH 03768**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **goods/services**

Is the claim subject to offset? ■ No  ☐ Yes

$93,827.70

---

**3.191** | **Nonpriority creditor's name and mailing address**
**Lyrasis**
**Attn John McGarl**
**4920 Atlanta Hwy 1015**
**Alpharetta, GA 30004**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **goods/services**

Is the claim subject to offset? ■ No  ☐ Yes

$4,326.00

---

**3.192** | **Nonpriority creditor's name and mailing address**
**Mackenzie Lafreniere**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **student account**

Is the claim subject to offset? ■ No  ☐ Yes

$200.00

---

**3.193** | **Nonpriority creditor's name and mailing address**
**Madelyn Kelley**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **student account**

Is the claim subject to offset? ■ No  ☐ Yes

$200.00

---

**3.194** | **Nonpriority creditor's name and mailing address**
**Manuel Abraham Toribio**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **student account**

Is the claim subject to offset? ■ No  ☐ Yes

$200.00

---

Debtor **The Sisters of Saint Ann, Inc. d/b/a Anna Maria College**
Name

Case number (if known) **26-40758-EDK**

| 3.195 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00** |
|---|---|---|---|

**Marcus Wallace**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __student account__

Is the claim subject to offset? ■ No ☐ Yes

| 3.196 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Marlin Leasing Corp.**
**300 Fellowship Road**
**Mount Laurel, NJ 08054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __goods/services__

Is the claim subject to offset? ■ No ☐ Yes

| 3.197 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$800.00** |
|---|---|---|---|

**Marsh Moriarty Ontell & Golder PC**
**25 Braintree Hill Office Park**
**Suite 301**
**Braintree, MA 02184**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __goods/services__

Is the claim subject to offset? ■ No ☐ Yes

| 3.198 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |
|---|---|---|---|

**Masrura Abubakar**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __student account__

Is the claim subject to offset? ■ No ☐ Yes

| 3.199 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00** |
|---|---|---|---|

**Mass Park Inc.**
**dba Valet Park of America**
**185 Spring Street**
**Springfield, MA 01105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __goods/services__

Is the claim subject to offset? ■ No ☐ Yes

| 3.200 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Massachusetts Dept of Higher Education**
**Attn Cynthia Farr Brown PhD**
**One Ashburton Place Room 1401**
**Boston, MA 02108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __goods/services__

Is the claim subject to offset? ■ No ☐ Yes

| 3.201 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$74,735.78** |
|---|---|---|---|

**Massachusetts Dept of Unemployment Asst**
**P.O. Box 419815**
**Boston, MA 02241-9815**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Unemployment benefits__

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | The Sisters of Saint Ann, Inc. d/b/a Anna Maria College | Case number (if known) | 26-40758-EDK |
|---|---|---|---|
| | Name | | |

| 3.202 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $125.97 |
|---|---|---|---|

**Massachusetts Water Resources Authority**
**Treasurer's Office**
**190 Tafts Avenue**
**Winthrop, MA 02152**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __goods/services__

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.203 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,851.04 |
|---|---|---|---|

**Master's Leasing & Rental**
**14655 Prospect Ave**
**Kansas City, MO 64146**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __goods/services__

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.204 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**MaTran**
**800 Quik Trip Way**
**Belton, MO 64012**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Car loan__

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.205 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,163.30 |
|---|---|---|---|

**Matthew St Pierre**

███████████████████

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __student account__

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.206 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $392.38 |
|---|---|---|---|

**Mckesson Medical Surgical**
**9954 Mayland Drive**
**Henrico, VA 23233**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __goods/services__

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.207 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $38,281.11 |
|---|---|---|---|

**Meadow Technologies**
**110 Charlton Street 6B**
**New York, NY 10014**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __goods/services__

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.208 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,125.59 |
|---|---|---|---|

**Medicat LLC**
**303 Perimeter Center N**
**Suite 450**
**Atlanta, GA 30346**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __goods/services__

Is the claim subject to offset?  ■ No  ☐ Yes

Debtor  **The Sisters of Saint Ann, Inc. d/b/a Anna Maria College**
_____      Case number (if known)   **26-40758-EDK**
Name

| 3.209 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,200.00 |
|---|---|---|---|

**Melissa Altidor**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **student account**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.210 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,184.80 |
|---|---|---|---|

**Merchants Fleet**
**14 Central Park Drive 1st Floor**
**Hooksett, NH 03106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **goods/services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.211 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,650.00 |
|---|---|---|---|

**Michael Maddaleni MD**
**Redacted**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **goods/services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.212 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**Michael Odonkor**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **student account**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.213 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200.00 |
|---|---|---|---|

**Michael Van Neste**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **student account**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.214 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200.00 |
|---|---|---|---|

**Michele Hutchinson**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **student account**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.215 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.00 |
|---|---|---|---|

**Michelle C Arbour**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **student account**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | The Sisters of Saint Ann, Inc. d/b/a Anna Maria College | Case number (if known) | 26-40758-EDK |
|---|---|---|---|
| | Name | | |

**3.216** Nonpriority creditor's name and mailing address
**Mikayla Costigen**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*     **$100.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **student account**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.217** Nonpriority creditor's name and mailing address
**Mileigh Correia**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*     **$200.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **student account**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.218** Nonpriority creditor's name and mailing address
**Miles Press Inc.**
**14 Sword Street**
**Auburn, MA 01501**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*     **$937.48**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **goods/services**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.219** Nonpriority creditor's name and mailing address
**Miurka Torres**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*     **$8,264.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **student account**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.220** Nonpriority creditor's name and mailing address
**Mohawk Communications LLC**
**1698 Northampton Street**
**Holyoke, MA 01040**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*     **$7,585.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **goods/services**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.221** Nonpriority creditor's name and mailing address
**Morningstar Danford**
**50 Sunset Ln**
**Paxton, MA 01612**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*     **$1,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **goods/services**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.222** Nonpriority creditor's name and mailing address
**Mount Saint Charles Academy**
**800 Logee St**
**Woonsocket, RI 02895**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*     **$2,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **goods/services**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | The Sisters of Saint Ann, Inc. d/b/a Anna Maria College | Case number (if known) | 26-40758-EDK |
|---|---|---|---|
| | Name | | |

**3.223** | **Nonpriority creditor's name and mailing address**
**Moving Right Along**
**101 21 101st Street**
**Ozone Park, NY 11416**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **goods/services**

Is the claim subject to offset? ■ No ☐ Yes

$10,650.00

---

**3.224** | **Nonpriority creditor's name and mailing address**
**Nally Associates Inc.**
**23 W Bacon Street**
**Plainville, MA 02762**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **goods/services**

Is the claim subject to offset? ■ No ☐ Yes

$6,845.00

---

**3.225** | **Nonpriority creditor's name and mailing address**
**Naomi Moura**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **student account**

Is the claim subject to offset? ■ No ☐ Yes

$200.00

---

**3.226** | **Nonpriority creditor's name and mailing address**
**Nash Sicari Swinimer**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **student**

Is the claim subject to offset? ■ No ☐ Yes

$200.00

---

**3.227** | **Nonpriority creditor's name and mailing address**
**NASW MA Chapter**
**6 Beacon Street 915**
**Boston, MA 02108**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **goods/services**

Is the claim subject to offset? ■ No ☐ Yes

$120.00

---

**3.228** | **Nonpriority creditor's name and mailing address**
**Natalia Wilder**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **student**

Is the claim subject to offset? ■ No ☐ Yes

$200.00

---

**3.229** | **Nonpriority creditor's name and mailing address**
**Nathan Lemus**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **student**

Is the claim subject to offset? ■ No ☐ Yes

$100.00

---

| Debtor | The Sisters of Saint Ann, Inc. d/b/a Anna Maria College | Case number (if known) | 26-40758-EDK |
|---|---|---|---|
| | Name | | |

**3.230**  Nonpriority creditor's name and mailing address
**National Association of Social Workers**
**750 First Street, NE**
**Suite 800**
**Washington, DC 20002**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **goods/services**

Is the claim subject to offset? ■ No ☐ Yes

**$2,148.00**

---

**3.231**  Nonpriority creditor's name and mailing address
**National Collegiate Honors Council**
**250 Knoll Residential Center**
**440 N 17Th Street**
**Lincoln, NE 68588-0627**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **goods/services**

Is the claim subject to offset? ■ No ☐ Yes

**$750.00**

---

**3.232**  Nonpriority creditor's name and mailing address
**National Council for Mental Wellbeing**
**1400 K Street NW Suite 1050**
**Washington, DC 20005**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **goods/services**

Is the claim subject to offset? ■ No ☐ Yes

**$6,792.45**

---

**3.233**  Nonpriority creditor's name and mailing address
**NE Voice & Data Communications**
**8436 Wirt Street**
**Omaha, NE 68134**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **goods/services**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.234**  Nonpriority creditor's name and mailing address
**New England Golf Cars Methuen**
**62 Industrial Way**
**Seekonk, MA 02771**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **goods/services**

Is the claim subject to offset? ■ No ☐ Yes

**$2,085.00**

---

**3.235**  Nonpriority creditor's name and mailing address
**New England Women's Hockey Alliance**
**34 Woodside Ave**
**Winthrop, MA 02152**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **goods/services**

Is the claim subject to offset? ■ No ☐ Yes

**$7,245.00**

---

**3.236**  Nonpriority creditor's name and mailing address
**Ngocmy Nguyen**
████████████████

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **student account**

Is the claim subject to offset? ■ No ☐ Yes

**$538.00**

---

| Debtor | The Sisters of Saint Ann, Inc. d/b/a Anna Maria College | Case number (if known) | 26-40758-EDK |
|---|---|---|---|
| | Name | | |

**3.237** Nonpriority creditor's name and mailing address
**Noraida Morales**
▮▮▮▮▮▮▮▮▮▮▮

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __student account__

Is the claim subject to offset? ■ No ☐ Yes

$200.00

---

**3.238** Nonpriority creditor's name and mailing address
**Noraida Rosado**
▮▮▮▮▮▮▮▮▮▮▮

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __student account__

Is the claim subject to offset? ■ No ☐ Yes

$500.00

---

**3.239** Nonpriority creditor's name and mailing address
**Nyia Gonzalez**
▮▮▮▮▮▮▮▮

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __student account__

Is the claim subject to offset? ■ No ☐ Yes

$200.00

---

**3.240** Nonpriority creditor's name and mailing address
**Oceans Promotions**
**11243 Shady Lake Run**
**Fort Myers, FL 33913**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __goods/services__

Is the claim subject to offset? ■ No ☐ Yes

$3,763.00

---

**3.241** Nonpriority creditor's name and mailing address
**OCP**
**Oregon Catholic Press**
**340 Oswego Pointe Dr**
**Lake Oswego, OR 97034**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __goods/services__

Is the claim subject to offset? ■ No ☐ Yes

$25.82

---

**3.242** Nonpriority creditor's name and mailing address
**Off Duty Management Inc.**
**1906 Avenue D**
**Katy, TX 77493**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __goods/services__

Is the claim subject to offset? ■ No ☐ Yes

$252.47

---

**3.243** Nonpriority creditor's name and mailing address
**Office Of The Diaconate**
**49 Elm Street**
**Worcester, MA 01609**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __goods/services__

Is the claim subject to offset? ■ No ☐ Yes

$2,700.00

---

| Debtor | The Sisters of Saint Ann, Inc. d/b/a Anna Maria College | Case number (if known) | 26-40758-EDK |
|---|---|---|---|
| | Name | | |

**3.244** **Nonpriority creditor's name and mailing address**
Olivia Guertin
██████████████

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*   **$500.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __student account__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.245** **Nonpriority creditor's name and mailing address**
Olympic Trophy Mfg Co
1078 West Boylston Street
Suite 105
Worcester, MA 01606

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*   **$69.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __goods/services__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.246** **Nonpriority creditor's name and mailing address**
OT Sports Industries Inc.
Attn Amy Mooney
172 Boone Street
Burlington, NC 27215

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*   **$35.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __goods/services__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.247** **Nonpriority creditor's name and mailing address**
Pagano Media
11 Millbrook Street
Worcester, MA 01606

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*   **$5,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __goods/services__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.248** **Nonpriority creditor's name and mailing address**
Paige Stewart
██████████████

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*   **$170.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __student account__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.249** **Nonpriority creditor's name and mailing address**
Party People Inc
46 Quirk Road
Milford, CT 06460

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*   **$2,560.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __goods/services__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.250** **Nonpriority creditor's name and mailing address**
Paxton Auto Service
324 Pleasant St
Paxton, MA 01612

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*   **$132.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __goods/services__

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | The Sisters of Saint Ann, Inc. d/b/a Anna Maria College | Case number (if known) | 26-40758-EDK |
|---|---|---|---|
| | Name | | |

**3.251** Nonpriority creditor's name and mailing address
**Paxton Fire Department**
**Attn Michael Pingitore Fire Chief**
**576 Pleasant Street**
**Paxton, MA 01612**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __goods/services__

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.252** Nonpriority creditor's name and mailing address
**Peabody Supply Company Inc.**
**Hajoca Corporation**
**PO Box 789662**
**Philadelphia, PA 19178-9662**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __goods/services__

Is the claim subject to offset? ■ No  ☐ Yes

**$732.70**

---

**3.253** Nonpriority creditor's name and mailing address
**People's Linen Service**
**9 Giffin Street**
**Keene, NH 03431**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __goods/services__

Is the claim subject to offset? ■ No  ☐ Yes

**$21.28**

---

**3.254** Nonpriority creditor's name and mailing address
**Pete's Service**
**192 Pleasant Street**
**Worcester, MA 01609**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __goods/services__

Is the claim subject to offset? ■ No  ☐ Yes

**$1,446.50**

---

**3.255** Nonpriority creditor's name and mailing address
**Peterson Oil Service Inc.**
**75 Crescent St**
**Worcester, MA 01605**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __goods/services__

Is the claim subject to offset? ■ No  ☐ Yes

**$9,352.75**

---

**3.256** Nonpriority creditor's name and mailing address
**Photos By Kmo**
**14 Pearl Street**
**Millbury, MA 01527**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __goods/services__

Is the claim subject to offset? ■ No  ☐ Yes

**$325.00**

---

**3.257** Nonpriority creditor's name and mailing address
**Pleasant Valley Country Club**
**95 Armsby Road**
**Sutton, MA 01590**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __goods/services__

Is the claim subject to offset? ■ No  ☐ Yes

**$9,000.00**

---

Debtor  **The Sisters of Saint Ann, Inc. d/b/a Anna Maria College**

Name

Case number (if known)   **26-40758-EDK**

---

| 3.258 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $551.25 |
|---|---|---|---|

**Polar Beverages Corp**
**1001 Southbridge Street**
**Worcester, MA 01610**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **goods/services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.259 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $8,717.50 |
|---|---|---|---|

**Prestosports**
**7800 Montgomery Road Unit 200**
**Cincinnati, OH 45236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **goods/services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.260 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $8,717.50 |
|---|---|---|---|

**Proquest LLC**
**789 E Eisenhower Parkway**
**Ann Arbor, MI 48108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **goods/services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.261 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $4,253.60 |
|---|---|---|---|

**Quadient Inc**
**478 Wheelers Farm Road**
**Milford, CT 06461**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **goods/services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.262 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $132.30 |
|---|---|---|---|

**Rachaya Jette Bethea**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **student account**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.263 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |
|---|---|---|---|

**Reagan Wajer**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **student account**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.264 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $416.16 |
|---|---|---|---|

**Rebeca Brito Correia**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **student account**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **The Sisters of Saint Ann, Inc. d/b/a Anna Maria College**
Name

Case number (if known)    **26-40758-EDK**

| 3.265 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,408.00 |
|---|---|---|---|

**RefQuest**
**6255 Carrollton Ave**
**Indianapolis, IN 46230**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **goods/services**

Is the claim subject to offset? ■ No ☐ Yes

| 3.266 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,015.38 |
|---|---|---|---|

**Rexel**
**5429 Lyndon B. Johnson Fwy**
**Suite 600**
**Dallas, TX 75240**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **goods/services**

Is the claim subject to offset? ■ No ☐ Yes

| 3.267 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,147.00 |
|---|---|---|---|

**Ria M Cabral**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Student account**

Is the claim subject to offset? ■ No ☐ Yes

| 3.268 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,993.00 |
|---|---|---|---|

**Richard Figueroa**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **student account**

Is the claim subject to offset? ■ No ☐ Yes

| 3.269 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $608.00 |
|---|---|---|---|

**Richard Ricardi**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **student account**

Is the claim subject to offset? ■ No ☐ Yes

| 3.270 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $295,756.38 |
|---|---|---|---|

**Risepoint LLC**
**Attn:  Legal Dept.**
**2803 Philadelphia Pike**
**Suite B PMG 7250**
**Claymont, DE 19703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Goods/services provided**

Is the claim subject to offset? ■ No ☐ Yes

| 3.271 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200.00 |
|---|---|---|---|

**Rita Ajubese**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **student account**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | The Sisters of Saint Ann, Inc. d/b/a Anna Maria College | Case number (if known) | 26-40758-EDK |
|---|---|---|---|
| | Name | | |

**3.272** Nonpriority creditor's name and mailing address
**Rize Education**
**37 West 20th Street**
**Suite 1101**
**New York, NY 10011**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **goods/services**

Is the claim subject to offset? ■ No ☐ Yes

**$68,200.00**

---

**3.273** Nonpriority creditor's name and mailing address
**Roadrunner Recycling Inc.**
**105 40th Street Suite 100**
**Pittsburgh, PA 15201**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **goods/services**

Is the claim subject to offset? ■ No ☐ Yes

**$19,089.39**

---

**3.274** Nonpriority creditor's name and mailing address
**Rocky's Ace Hardware Inc.**
**40 Island Pond Road**
**Springfield, MA 01118**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **goods/services**

Is the claim subject to offset? ■ No ☐ Yes

**$3,681.19**

---

**3.275** Nonpriority creditor's name and mailing address
**Ruby Electric**
**dkd Solutions dba Ruby Elect**
**77 East Worcester Street**
**Worcester, MA 01604**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **goods/services**

Is the claim subject to offset? ■ No ☐ Yes

**$8,533.00**

---

**3.276** Nonpriority creditor's name and mailing address
**Ryan Flynn**
███████████████

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **student account**

Is the claim subject to offset? ■ No ☐ Yes

**$500.00**

---

**3.277** Nonpriority creditor's name and mailing address
**Ryan Hill**
███████████████

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **student account**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.278** Nonpriority creditor's name and mailing address
**Ryan Murphy**
███████████████

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **student account**

Is the claim subject to offset? ■ No ☐ Yes

**$1,397.99**

---

Debtor **The Sisters of Saint Ann, Inc. d/b/a Anna Maria College**
Name

Case number (if known) **26-40758-EDK**

| 3.279 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $75.00 |
|---|---|---|---|
| | **Scott Marderosian** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **refund**

Is the claim subject to offset? ■ No ☐ Yes

| 3.280 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $200.00 |
|---|---|---|---|
| | **Sehila Ryerson** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **student account**

Is the claim subject to offset? ■ No ☐ Yes

| 3.281 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $422.75 |
|---|---|---|---|
| | **SESAC**<br>**35 Music Square East**<br>**Nashville, TN 37203** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **good/services**

Is the claim subject to offset? ■ No ☐ Yes

| 3.282 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,000.00 |
|---|---|---|---|
| | **Shanelis Deleon** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **student account**

Is the claim subject to offset? ■ No ☐ Yes

| 3.283 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $200.00 |
|---|---|---|---|
| | **Shanik Suarez** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **student account**

Is the claim subject to offset? ■ No ☐ Yes

| 3.284 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $10,212.20 |
|---|---|---|---|
| | **Shayla Halloran** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **student account**

Is the claim subject to offset? ■ No ☐ Yes

| 3.285 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $66.66 |
|---|---|---|---|
| | **Shoes For Crews LLC**<br>**500 T-Rex Avenue**<br>**Suite 100**<br>**Boca Raton, FL 33431** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Goods/services provided**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | The Sisters of Saint Ann, Inc. d/b/a Anna Maria College | Case number (if known) | 26-40758-EDK |
|---|---|---|---|
| | Name | | |

| 3.286 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$10,137.82** |
|---|---|---|---|

**Shorts Travel Mtg**
**NCAA Travel Dept**
**1203 W Ridgeway Ave**
**Waterloo, IA 50701**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: **Goods/services provided**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.287 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Siemens Public Inc.**
**170 Wood Avenue S**
**Iselin, NJ 08830**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: **Former lease/debt satisfied**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.288 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$717.50** |
|---|---|---|---|

**Sign Man**
**160 E Broadway**
**PO Box 622143**
**Oviedo, FL 32765**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: **Goods/services provided**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.289 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,762.21** |
|---|---|---|---|

**Silver Screen Design Inc.**
**324 Wells Street Suite 3**
**Greenfield, MA 01301**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: **Goods/services provided**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.290 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,755.36** |
|---|---|---|---|

**Siteone Landscape Supply LLC**
**24110 Network Place**
**Chicago, IL 60673**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: **Goods/services provided**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.291 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,796.50** |
|---|---|---|---|

**Skoler Abbott & Presser PC**
**One Monarch Place Suite 2000**
**Springfield, MA 01144**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: **Goods/services provided**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.292 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$10,000.00** |
|---|---|---|---|

**Soccer Asylum LLC**
**603 Pleasant Street**
**Paxton, MA 01612**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: **goods/services**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **The Sisters of Saint Ann, Inc. d/b/a Anna Maria College**
_____
Name

Case number (if known) **26-40758-EDK**

---

| 3.293 | **Nonpriority creditor's name and mailing address** | | | **$1,317,668.59** |

**Sodexo Inc. & Affiliates**
**Attn Joshua Hubbard VP Operations**
**915 Meeting Street**
**Suite 14000**
**North Bethesda, MD 20852**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **Goods/services provided**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.294 | **Nonpriority creditor's name and mailing address** | | | **$200.00** |

**Sophia Figueroa Sanchez**

[redacted]

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **student account**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.295 | **Nonpriority creditor's name and mailing address** | | | **$70.00** |

**Sophia Harrison**

[redacted]

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **student account**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.296 | **Nonpriority creditor's name and mailing address** | | | **$18,034.98** |

**Spectrum Enterprise**
**Charter Communications**
**Box 223085**
**Pittsburgh, PA 15251-2085**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.297 | **Nonpriority creditor's name and mailing address** | | | **$3,125.00** |

**Springshare LLC**
**801 Brickell Ave**
**Suite 900**
**Miami, FL 33131**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Goods/services provided**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.298 | **Nonpriority creditor's name and mailing address** | | | **$100.00** |

**Stephanie Ekwueme**

[redacted]

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **student account**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.299 | **Nonpriority creditor's name and mailing address** | | | **$300.00** |

**Stephen Mante**

[redacted]

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **student account**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | The Sisters of Saint Ann, Inc. d/b/a Anna Maria College | Case number (if known) | 26-40758-EDK |
|---|---|---|---|
| | Name | | |

| 3.300 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$650.00** |
|---|---|---|---|
| | **Stephen O'Connor** ▉ | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __student account__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.301 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,529.14** |
|---|---|---|---|
| | **Stericycle Inc.** **2355 Waukegan Rd** **Attn Legal Dept** **Deerfield, IL 60015** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __goods/services__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.302 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$599.95** |
|---|---|---|---|
| | **Stringking** **19100 S Vermont Ave** **Gardena, CA 90248** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __goods/services__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.303 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$13,857.98** |
|---|---|---|---|
| | **Sunbelt Rentals** **2341 Deerfield Dr** **Fort Mill, SC 29715** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __goods/services__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.304 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,874.24** |
|---|---|---|---|
| | **Synergy Imports LLC** **444 Hayward Ave N** **St Paul, MN 55128** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __goods/services__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.305 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$75.00** |
|---|---|---|---|
| | **Tammy Boyle** ▉ | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __student account__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.306 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$500.00** |
|---|---|---|---|
| | **Tan Le** ▉ | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __student account__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | |
|---|---|
| Debtor | The Sisters of Saint Ann, Inc. d/b/a Anna Maria College |
| | Name |

Case number (if known)   **26-40758-EDK**

---

**3.307** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00**

**Tayenne Dos Santos**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __student account__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.308** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$200.00**

**Taylene Marquez**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __student account__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.309** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,213.43**

**Taylor Freezer of New England Inc.**
**1030 University Avenue**
**Norwood, MA 02062-2644**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __goods/services__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.310** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$37,500.00**

**Techsolutions, Inc.**
**157 Church Street**
**22nd Floor**
**New Haven, CT 06510**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __Goods/services provided__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.311** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,350.00**

**Teresa Watts**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __student account__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.312** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$900.00**

**The 016 LLC**
**20 Cook Street**
**Holden, MA 01520**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __goods/services__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.313** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**The Hanover Insurance Group Inc.**
**Attn Pete Baute**
**440 Lincoln St**
**Worcester, MA 01653**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  __insurance__

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | The Sisters of Saint Ann, Inc. d/b/a Anna Maria College | Case number (if known) | 26-40758-EDK |
|---|---|---|---|
| | Name | | |

| 3.314 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $620.00 |
|---|---|---|---|

**The Pilot**
**66 Brooks Drive**
**Braintree, MA 02184-3839**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **goods/services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.315 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200.00 |
|---|---|---|---|

**Tina Source**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **student account**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.316 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,350.00 |
|---|---|---|---|

**Toby Rodriguez**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **student account**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.317 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,720.99 |
|---|---|---|---|

**Town of Paxton**
**Municipal Light Dept.**
**578 Pleasant Street**
**Paxton, MA 01613**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **water/sewer**

Last 4 digits of account number  **1300**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.318 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $36,361.98 |
|---|---|---|---|

**Town of Paxton**
**Attn Tara Rondeau**
**578 Pleasant Street**
**Paxton, MA 01612-1300**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **various**

Basis for the claim:  **Electric**

Last 4 digits of account number  **various**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.319 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $98,053.00 |
|---|---|---|---|

**Town of Paxton Police Dept**
**576 Pleasant Street**
**Paxton, MA 01612**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **safety monitoring**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.320 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $300.00 |
|---|---|---|---|

**Trinity Fuller**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **student account**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | The Sisters of Saint Ann, Inc. d/b/a Anna Maria College | Case number (if known) | 26-40758-EDK |
|---|---|---|---|
| | Name | | |

**3.321** Nonpriority creditor's name and mailing address
**Triumph Roofing Inc.**
**46 Elm Street Unit 3**
**Baldwinville, MA 01436**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __goods/services__

Is the claim subject to offset? ■ No ☐ Yes

$1,572.00

**3.322** Nonpriority creditor's name and mailing address
**Truleague Incorporated**
**245 Walnut Street**
**Newtonville, MA 02460-1646**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __goods/services__

Is the claim subject to offset? ■ No ☐ Yes

$6,500.00

**3.323** Nonpriority creditor's name and mailing address
**Tucks Trucks Inc**
**244 Washington St**
**Hudson, MA 01749**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __goods/services__

Is the claim subject to offset? ■ No ☐ Yes

$235.00

**3.324** Nonpriority creditor's name and mailing address
**Tyler Sandor**
███████████

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __student account__

Is the claim subject to offset? ■ No ☐ Yes

$1,293.00

**3.325** Nonpriority creditor's name and mailing address
**Ulyces Jantuah**
███████████

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __student account__

Is the claim subject to offset? ■ No ☐ Yes

$200.00

**3.326** Nonpriority creditor's name and mailing address
**Underberg and Kessler LLP**
**Attn Accounts Receivable**
**300 Bausch and Lomb Place**
**Rochester, NY 14604**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __services provided__

Is the claim subject to offset? ■ No ☐ Yes

$546.00

**3.327** Nonpriority creditor's name and mailing address
**Uniti Solutions**
**Attn Uniti Solutions Services**
**PO Box 25310**
**Little Rock, AR 72212**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Utilities__

Is the claim subject to offset? ■ No ☐ Yes

$8,595.78

| Debtor | The Sisters of Saint Ann, Inc. d/b/a Anna Maria College | Case number (if known) | 26-40758-EDK |
|---|---|---|---|
| | Name | | |

---

**3.328** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$987,495.00**

**US Department of Education**
**IHE Program Management**
**Attn: Alisha Curtis**
**400 Maryland Ave SW**
**Washington, DC 20202**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **G5 Award**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.329** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$584,562.00**

**US Department of Education**
**Oversight Enforcement**
**Attn Vickie Mouzon MS**
**400 Maryland Ave SW**
**Washington, DC 20202**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **SIP Title III Grant**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.330** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$16,151.47**

**USA Today Media Corp**
**PO Box 631210**
**Cincinnati, OH 45263-1210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **services provided**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.331** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$685.89**

**Verizon Wireless**
**Bankruptcy Administration**
**500 Technology Dr Suite 550**
**Weldon Spring, MO 63304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **telephone**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.332** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$149.04**

**W J Grosvenor**
**6301 E Lombard Street**
**Baltimore, MD 21224-1779**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Goods/services provided**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.333** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$200.00**

**Waleri Mora Cruz**
█████████████

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **student account**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.334** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12.90**

**Walmart Community Card**
**Capital One**
**PO Box 60506**
**City Of Industry, CA 91716-0506**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **credit card**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **The Sisters of Saint Ann, Inc. d/b/a Anna Maria College** | Case number (if known) | **26-40758-EDK** |
|---|---|---|---|
| | Name | | |

| 3.335 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$12,432.88** |
|---|---|---|---|

**Warrior Sports Inc.**
**16151 Collections Center Drive**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **goods/services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.336 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$176,329.00** |
|---|---|---|---|

**Waybetter Marketing Inc**
**Rich Whipkey President**
**PO Box 1439**
**Columbia, MD 21044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **services provided**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.337 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,043.34** |
|---|---|---|---|

**WB Mason Co Inc**
**59 Centre Street**
**Brockton, MA 02303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **goods/services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.338 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$35.60** |
|---|---|---|---|

**Whalley Computer Associates**
**One Whalley Way**
**Southwick, MA 01077**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **goods/services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.339 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$37,762.17** |
|---|---|---|---|

**Whitewater Inc**
**RH White Construction Co Inc**
**41 Central St**
**Auburn, MA 01501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **goods/services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.340 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$13,724.10** |
|---|---|---|---|

**Wilson Bus Lines Inc.**
**203 Patriots Rd**
**PO Box 415**
**E Templeton, MA 01438**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **services provided**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.341 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$83,625.26** |
|---|---|---|---|

**Xerox Financial Services**
**Attn Legal Department**
**401 Merritt 7**
**Norwalk, CT 06851-1056**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **equipment lease**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **The Sisters of Saint Ann, Inc. d/b/a Anna Maria College**
Name

Case number (if known) **26-40758-EDK**

| 3.342 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200.00 |
|---|---|---|---|

**Yanelise Vega**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __student account__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.343 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,000.00 |
|---|---|---|---|

**Zanae Martinez**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __student account__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.344 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200.00 |
|---|---|---|---|

**Zanae Winchester**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __student account__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.345 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,570.00 |
|---|---|---|---|

**Zaria Tobey**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __student account__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.346 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200.00 |
|---|---|---|---|

**Zidane Lopes Oliveira**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __student account__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

## Part 3: List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| | | |

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

|  | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + $ | 5,149,928.13 |
| 5c. Total of Parts 1 and 2 Lines 5a + 5b = 5c. | 5c. $ | 5,149,928.13 |

**Fill in this information to identify the case:**

Debtor name    **The Sisters of Saint Ann, Inc. d/b/a Anna Maria College**

United States Bankruptcy Court for the:    DISTRICT OF MASSACHUSETTS

Case number (if known)    **26-40758-EDK**

☐ Check if this is an
amended filing

Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases          12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1.   **Does the debtor have any executory contracts or unexpired leases?**
☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.

■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal          Property*
(Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Lease Agreement dated February 13 2025**<br><br><br><br>**Automatic Laundry Services Company Inc**<br>**45 Border Street**<br>**West Newton, MA 02465** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Services Agreement dated August 29 2025**<br><br><br><br>**Boston Growth Partners LLC**<br>**25 Old Coach Road**<br>**Sudbury, MA 01776** |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Spectrum Business Service Level Agreement for Enterprise Services**<br><br><br><br>**Charter Communications Operating LLC**<br>**400 Washington Blvd**<br>**13th Floor**<br>**Stamford, CT 06902** |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Employment Contract**<br><br><br><br>**Chioma Ugochukwu**<br>**194 Greenbrier Way**<br>**Canton, GA 30114** |

| Debtor 1 | The Sisters of Saint Ann, Inc. d/b/a Anna Maria College | | | Case number *(if known)* | **26-40758-EDK** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.5.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract<br><br>**Xerox Business Solutions Copy Plus Rental Agreement dated July 31 2025** | **Connecticut Business Systems LLC**<br>**100 Great Meadow Road**<br>**3rd Floor**<br>**Wethersfield, CT 06109** |
| **2.6.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract<br><br>**Employment Contract** | **David McCauley**<br>**Redacted** |
| **2.7.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract<br><br>**Employment Agreement dated July 1 2025** | **Dr Sean J. Ryan**<br>**Redacted** |
| **2.8.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract<br><br>**Employment Contract** | **James Bidwell**<br>**REDACTED** |
| **2.9.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract<br><br>**Master Services Agreement dated January 6 2022** | **John Wiley and Sons Inc**<br>**111 River Street**<br>**General Counsel EVP**<br>**Hoboken, NJ 07030** |

| Debtor 1 | The Sisters of Saint Ann, Inc. d/b/a Anna Maria College | | Case number (*if known*) | **26-40758-EDK** |
|---|---|---|---|---|
| | First Name          Middle Name          Last Name | | | |

### Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.10.  State what the contract or lease is for and the nature of the debtor's interest | **Employment Contract** |
|         State the term remaining | **Judith LeDoux** |
|         List the contract number of any government contract | **REDACTED** |
| 2.11.  State what the contract or lease is for and the nature of the debtor's interest | **Employment Contract** |
|         State the term remaining | **Karin Ciance** |
|         List the contract number of any government contract | **REDACTED** |
| 2.12.  State what the contract or lease is for and the nature of the debtor's interest | **equipment lease** |
|         State the term remaining | **Marlin Leasing as successor to Xerox Financial 300 Fellowship Road Mount Laurel, NJ 08054** |
|         List the contract number of any government contract | |
| 2.13.  State what the contract or lease is for and the nature of the debtor's interest | **interest in self-insurance organization** |
|         State the term remaining | **NEEIA Compensation Inc 711 East Main Street Suite 201 Chicopee, MA 01020** |
|         List the contract number of any government contract | |
| 2.14.  State what the contract or lease is for and the nature of the debtor's interest | **Software License Agreement dated October 9 2024** |
|         State the term remaining | **Pharos Resources LLC 500 Chestnut St Suite 700 Abilene, TX 79602** |
|         List the contract number of any government contract | |

| Debtor 1 | The Sisters of Saint Ann, Inc. d/b/a Anna Maria College | | Case number (*if known*) | 26-40758-EDK |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.15.** State what the contract or lease is for and the nature of the debtor's interest

**Master Services Agreement dated January 6 2022 as Amended**

State the term remaining

List the contract number of any government contract

**Risepoint LLC
2803 Philadelphia Pike
Suite B PMB 7250
Attn Legal Department
Claymont, DE 17703**

---

**2.16.** State what the contract or lease is for and the nature of the debtor's interest

**Grant Agreement dated July 1 2021**

State the term remaining

List the contract number of any government contract

**Town of Paxton
Town Hall
697 Pleasant Street
Paxton, MA 01612**

---

**2.17.** State what the contract or lease is for and the nature of the debtor's interest

**Agreement for Slate Services dated February 27 2024**

State the term remaining

List the contract number of any government contract

**Waybetter Marketing Inc
PO Box 1439
Rich Whipkey President
Columbia, MD 21044**

---

**2.18.** State what the contract or lease is for and the nature of the debtor's interest

**equipment lease**

State the term remaining

List the contract number of any government contract

**Xerox Financial
PO BOX 802555
Chicago, IL 60680**

---

**Fill in this information to identify the case:**

Debtor name **The Sisters of Saint Ann, Inc. d/b/a Anna Maria College**

United States Bankruptcy Court for the: DISTRICT OF MASSACHUSETTS

Case number (if known) **26-40758-EDK**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors
**12/15**

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | Street<br><br>City State Zip Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 | Street<br><br>City State Zip Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | Street<br><br>City State Zip Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | Street<br><br>City State Zip Code | | ☐ D<br>☐ E/F<br>☐ G |