| Debtor:  The Sisters of Saint Ann, Inc. d/b/a Anna Maria College | Case number: <u>26-40758-EDK</u> |
|---|---|

**Fill in this information to identify the case:**

Debtor name:   <u>**The Sisters of Saint Ann, Inc. d/b/a Anna Maria College**</u>

United States Bankruptcy Court for the:   <u>District of Massachusetts</u>

Case number <u>26-40758-EDK</u>

☐ Check if this is an
amended filing

**Official Form 207**

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**          **04/25**

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

## Part 1:   Income

1. **Gross revenue from business[1]**

   ☐  None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue *Check all that apply* | Gross revenue (before deductions and exclusions) |
|---|---|---|
|  |  |  |
| Fiscal Year Ending June 30, 2023 | Tuition charges; other revenue | $47,027,107 |
| Fiscal Year Ending June 30, 2024 | Tuition charges; other revenue | $50, 313,666 |
| Fiscal Year Ending June 30, 2025 | Tuition charges; other revenue | $48,404,919 |
| July 1, 2025 through Petition Date | Tuition charges; other revenue | $52,673,484 |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐  None. **(included above)**

| Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|
| Investment Income (Loss) |  |
| Fiscal Year Ending June 30, 2023 | $1,326,286 |
| Fiscal Year Ending June 30, 2024 | $131,138 |

---

[1] Exclusive of income earned on restricted charitable funds/investments.

| Debtor:  The Sisters of Saint Ann, Inc. d/b/a Anna Maria College | Case number: 26-40758-EDK |
|---|---|

Fiscal Year Ending June 30, 2025         $226,089

July 1, 2025 through Petition Date         ($171,851)

### Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

**3.  Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

**SEE ATTACHED EXHIBIT 3**

**4.  Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

**SEE ATTACHED EXHIBIT 4**

**5.  Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| Financing Party/Lessor | 2025 Ford F31, VIN: 1FTWF31535EC45535 | Prior to Petition Date | Unknown |
| Financing Party/Lessor | 2011 Ford Bus, VIN: 1FBSS3BL0BDA52739 | Prior to Petition Date | Unknown |

| Debtor: The Sisters of Saint Ann, Inc. d/b/a Anna Maria College | Case number: 26-40758-EDK |
|---|---|

| Financing Party/Lessor | 2018 Ford F650, VIN: 1FDNF6AY1JDF00041 | Prior to Petition Date | Unknown |
|---|---|---|---|
| Financing Party/Lessor | 2024 Ford Transi, VIN: 1FBAX2C89RKA55646 | Prior to Petition Date | Unknown |
| Financing Party/Lessor | 2023 Ford Transi, VIN: 1FBAX2C82PKB04425 | Prior to Petition Date | Unknown |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

---

**Part 3:   Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **David E. Roy, Elaina M. Roy, and David E. Roy, Jr. v. Anna Maria College** Docket Number 2585CV00823 | Civil action for damages and specific performance based on promissory estoppel/detrimental reliance, arising from Roys' asserted oral right of first refusal on a portion of the Debtor's real property | Worcester County Superior Court 225 Main Street Worcester, MA 01608 | ■ Pending ☐ On appeal ☐ Concluded |
| 7.2. **Sisters of Saint Ann Anna Maria College - Employee Retention Tax Credit refund claim (In re: Anna Maria College,** | Administrative tax matter - IRS review of a refund/credit claim for the ERTC covering the tax periods ended March 31, 2021 and | Internal Revenue Service Independent Office of Appeals 3651 S Interregional Hwy 4308 AUSC Austin, TX 78741 | ☐ Pending ■ On appeal ☐ Concluded |

| Debtor: The Sisters of Saint Ann, Inc. d/b/a Anna Maria College | Case number: 26-40758-EDK |
|---|---|

| | | | |
|---|---|---|---|
| **Taxpayer Identification Number 04-2002060)** | June 30, 2021, referred to the IRS Independent Office of Appeals following the taxpayer's correspondence of September 30, 2025 | | |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

- ■ None

## Part 4: Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

- ■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| | | | |

## Part 5: Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

- ■ None

## Part 6: Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

- ■ None.

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| Holland & Knight LLP | | 06/06/26; 6/24/26 | $165,000.00 |
| Verdolino & Lowey P.C. | | 06/06/26, 6/24/25 | $105,000.00 |

**12. Self-settled trusts of which the debtor is a beneficiary**

| Debtor:  The Sisters of Saint Ann, Inc. d/b/a Anna Maria College | Case number: 26-40758-EDK |
|---|---|

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

## Part 7:   Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

## Part 8:   Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Debtor:  The Sisters of Saint Ann, Inc. d/b/a Anna Maria College | Case number: 26-40758-EDK |
|---|---|

## Part 9:   Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐  No.

■  Yes. State the nature of the information collected and retained.

**The Debtor maintains records relating to all of its former students, that contain a variety of personally identifiable information, in a secure fashion.**

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐  No. Go to Part 10.

■  Yes.. Does the debtor serve as plan administrator?  **Michael Miers, former Executive VP, was named as plan administrator on behalf of Debtor until 403(b) Plan was terminated in June, 2026.**

## Part 10:

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■  None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■  None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■  None

| Debtor:  The Sisters of Saint Ann, Inc. d/b/a Anna Maria College | Case number: 26-40758-EDK |
|---|---|

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

### Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Donated by Molly Bish Family | 50 Sunset Lane Paxton, MA 01612 | Molly Bish Memorial | Unknown |
| Donated to College | 50 Sunset Lane Paxton, MA 01612 | 9/11 Memorial | Unknown |
| Donated to College | 50 Sunset Lane Paxton, MA 01612 | Worcester Firefighters Memorial | Unknown |
| Donated to College | 50 Sunset Lane Paxton, MA 01612 | Small grotto with a cement statue | Unknown |
| Various donors | Debtor's investment accounts | Restricted endowments/charitable funds | Approx.. $864,679.27 |
| Various donors | 50 Sunset Lane Paxton, MA 01612 | Student Art | Unknown |
| Various donors | 50 Sunset Lane Paxton, MA 01612 | Religious items & relics | Unknown |

### Part 12: Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

| Debtor:  The Sisters of Saint Ann, Inc. d/b/a Anna Maria College | Case number: <u>26-40758-EDK</u> |
|---|---|

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.

☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| Lindsay Chartier, c/o Anna Maria College | Two years prepetition |
| Michael Miers, former C.I.O. | Terminated May 2026 |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

Bollus Lynch, LLP, Attn:  Mark G. Wojcicki, 89 Shrewsbury St., Worcester, MA 01605

Verdolino & Lowey, P.C., Attn:  Keith Lowey, 124 Washington Street, Foxborough, MA 02035

| Debtor:  The Sisters of Saint Ann, Inc. d/b/a Anna Maria College | Case number: 26-40758-EDK |
| --- | --- |

Boston Growth Partners, LLC, Attn: Michael Grosberg, 25 Old Coach Road, Sudbury, MA, 01776 (tax records)

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

See above.

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

Citizens Bank, N.A., prepetition lender
New England Commission of Higher Education
Mass. Dept. of  Higher Education
U.S. Department of Education
Commonwealth of Massachusetts, Office of the Attorney General
Massachusetts Board of Registration in Nursing
FutureComp

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| --- | --- | --- |

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

Sean J. Ryan, Ed.D, President of the College

Board of Trustees:

David Trainor, Chairman
Diane Gould
Robert E. Paulsen, Jr.
Mark Powers, Esq.
Timothy Murray
Sean J. Ryan, Ed.D.

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No.

■ Yes. Identify below.

President Mary Lou Retelle
Michael G. Miers, Executive VP/CIO

The following members of the Board of Trustee resigned prior to the Petition Date:

| Debtor:  The Sisters of Saint Ann, Inc. d/b/a Anna Maria College | Case number: 26-40758-EDK |
|---|---|

Stephen P. Carey, Kathleen Jordan, Rev. Enoch Kyeremateng, Sr. Kateri Mitchell, Basil C. Morris, Peter J. Ostroskey, Christopher M. Powers, Kimberly Kennedy, Steven Yerdon, Thomas   Turco, and Martha Waite

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐  No.

■  Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

See Exhibit 4, attached.

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■  No

☐  Yes. Identify below.

| Name of the parent corporation | Employer identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐   No (Debtor maintained 403(b) retirement plan with T.I.A.A. Cref)

■  Yes. Identify below.

| Name of the pension fund | Employer identification number of the pension fund |
|---|---|

Anna Maria College DC Retirement Plan, originally effective September 1, 1965, and restated effective January 1, 2020, with TIAA-CREF as the approved vendor and The Angell Pension Group, Inc. as the third-party administrator.

| Debtor:  The Sisters of Saint Ann, Inc. d/b/a Anna Maria College | Case number: 26-40758-EDK |
|---|---|

| Part 14: | Signature and Declaration |
|---|---|

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 26, 2026

_____

**Dr. Sean J. Ryan**
**President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☐  No.
**x**  Yes – **Exhibits SOFA-3 and 4.**

**The Sisters of Saint Ann, Inc. d/b/a Anna Maria College**

**Chapter 11: Case No. 26-40758-EDK**

**Payments to Creditors within 90 days before filing this case (Aggregate of $8,575 or more)**

Excluding Payroll (Wage and PTO) and Employee Benefits, a portion of which were paid with Donor Restricted Funds

| Payee | Date | Check # | Amount |
|---|---|---|---|
| BM Technologies, Inc. (Student Refunds) | 03/31/2026 | ACH | $1,279.00 |
| BM Technologies, Inc. (Student Refunds) | 04/01/2026 | ACH | $70,614.50 |
| BM Technologies, Inc. (Student Refunds) | 04/22/2026 | ACH | $15,825.20 |
| BM Technologies, Inc. (Student Refunds) | 05/12/2026 | ACH | $57,089.50 |
| | | | |
| BM Technologies, Inc Total (Student Refunds) | | | **$144,808.20** |
| | | | |
| Brightview Landscape Services | 06/05/2026 | ACH | $13,388.00 |
| | | | |
| Brightview Landscape Services Total | | | **$13,388.00** |
| | | | |
| Citizens Bank N.A. Payment | 04/14/2026 | ACH | $82,622.39 |
| Citizens Bank N.A. Payment | 05/14/2026 | ACH | $79,091.98 |
| Citizens Bank N.A. Payment | 06/04/2026 | ACH | $85,660.79 |
| | | | |
| Citizens Bank N.A. Payment Total | | | **$247,375.16** |
| | | | |
| Citizens Funding Comm Loans | 04/01/2026 | ACH | $147,593.02 |
| Citizens Funding Comm Loans | 05/01/2026 | ACH | $144,442.14 |
| | | | |
| Citizens Funding Comm Loans Total | | | **$292,035.16** |
| | | | |
| Clivy Brutus | 04/01/2026 | 162442 | $10,647.66 |

**The Sisters of Saint Ann, Inc. d/b/a Anna Maria College**

**Chapter 11: Case No. 26-40758-EDK**

**Payments to Creditors within 90 days before filing this case (Aggregate of $8,575 or more)**

Excluding Payroll (Wage and PTO) and Employee Benefits, a portion of which were paid with Donor Restricted Funds

| Payee | Date | Check # | Amount |
|---|---|---|---|
| Clivy Brutus Total | | | **$10,647.66** |
| | | | |
| Dileo Gas Inc. | 04/16/2026 | 162522 | $12,575.54 |
| Dileo Gas Inc. | 04/16/2026 | 162522 | $1,994.04 |
| Dileo Gas Inc. | 05/13/2026 | ACH | $26,541.70 |
| | | | |
| Dileo Gas Inc. Total | | | **$41,111.28** |
| | | | |
| Holland & Knight LLP | 05/13/2026 | ACH | $45,000.00 |
| Holland & Knight LLP | 06/04/2026 | ACH | $50,000.00 |
| Holland & Knight LLP | 06/25/2026 | ACH | $70,000.00 |
| | | | |
| Holland & Knight LLP Total | | | **$165,000.00** |
| | | | |
| Lease Services Billpay | 06/04/2026 | ACH | $11,185.94 |
| | | | |
| Lease Services Billpay Total | | | **$11,185.94** |
| Mirick, O'Connell, Demallie & Louge | 05/29/2026 | ACH | $25,000.00 |
| Mirick, O'Connell, Demallie & Louge | 06/25/2026 | ACH | $25,000.00 |
| | | | |
| Mirick, O'Connell, Demallie & Louge Total | | | **$50,000.00** |
| | | | |
| Moving Right Along | 05/27/2026 | ACH | $10,650.00 |
| | | | |

**The Sisters of Saint Ann, Inc. d/b/a Anna Maria College**

**Chapter 11: Case No. 26-40758-EDK**

**Payments to Creditors within 90 days before filing this case (Aggregate of $8,575 or more)**

Excluding Payroll (Wage and PTO) and Employee Benefits, a portion of which were paid with Donor Restricted Funds

| Payee | Date | Check # | Amount |
|---|---|---|---|
| Moving Right Along Total | | | **$10,650.00** |
| Print Shop | 05/04/2026 | 162565 | $9,330.00 |
| Print Shop Total | | | **$9,330.00** |
| Refquest Refquest | 04/15/2026 | ACH | $10,962.00 |
| Refquest Refquest Total | | | **$10,962.00** |
| Roadrunner Recycling Inc | 04/01/2026 | 162462 | $8,685.52 |
| Roadrunner Recycling Inc | 04/08/2026 | 162505 | $17,318.27 |
| Roadrunner Recycling Inc | 06/03/2026 | ACH | $9,106.76 |
| Roadrunner Recycling Inc Total | | | **$35,110.55** |
| RSC Insurance Brokerage Inc | 06/03/2026 | ACH | $58,529.12 |
| RSC Insurance Brokerage Inc | 06/04/2026 | ACH | $6,898.80 |
| RSC Insurance Brokerage Inc Total | | | **$65,427.92** |
| SCL Sound System Sale | 05/06/2026 | ACH | $47,307.00 |
| SCL Sound System Sale Total | | | **$47,307.00** |

**The Sisters of Saint Ann, Inc. d/b/a Anna Maria College**

**Chapter 11: Case No. 26-40758-EDK**

**Payments to Creditors within 90 days before filing this case (Aggregate of $8,575 or more)**

Excluding Payroll (Wage and PTO) and Employee Benefits, a portion of which were paid with Donor Restricted Funds

| Payee | Date | Check # | Amount |
|---|---|---|---|
| | | | |
| Soccer Asylum Sports Center Facility | 04/01/2026 | 162466 | $10,000.00 |
| | | | |
| Soccer Asylum Sports Center Facility Total | | | **$10,000.00** |
| | | | |
| Sodexo Operations, LLC | 04/01/2026 | ACH | $151,079.92 |
| Sodexo Operations, LLC | 04/14/2026 | ACH | $200,934.00 |
| Sodexo Operations, LLC | 04/28/2026 | ACH | $75,939.00 |
| | | | |
| Sodexo Operations, LLC Total | | | **$427,952.92** |
| | | | |
| Spectrum Enterprise | 04/22/2026 | 162553 | $4,550.00 |
| Spectrum Enterprise | 04/22/2026 | 162553 | $4,087.51 |
| Spectrum Enterprise | 04/22/2026 | 162553 | $149.99 |
| Spectrum Enterprise | 04/22/2026 | 162553 | $229.99 |
| Spectrum Enterprise | 06/03/2026 | ACH | $8,637.51 |
| | | | |
| Spectrum Enterprise Total | | | **$17,655.00** |
| | | | |
| The Hanover Insurance | 04/16/2026 | ACH | $58,983.91 |
| The Hanover Insurance | 04/16/2026 | ACH | $104.00 |
| The Hanover Insurance | 06/24/2026 | ACH | $2,541.51 |
| | | | |
| The Hanover Insurance Total | | | **$61,629.42** |