# United States Bankruptcy Court
### District of Massachusetts

In re   **The Sisters of Saint Ann, Inc. d/b/a Anna Maria College**       Case No.   **26-40758-EDK**

                                          Debtor(s)                Chapter    **11**

## VERIFICATION OF CREDITOR MATRIX

I, the President of the non-profit I.R.C. 501(c)(3) named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **July 27, 2026**                        **/s/ Dr. Sean J. Ryan**

                                                    **Dr. Sean J. Ryan**/**President**

                                                    Signer/Title

**In re The Sisters of St. Ann, d/b/a Anna Maria College**
**Case No. 26-40758-EDK**
**Official Matrix/List of Creditors**

AA Transportation
605 Hartford Turnpike
Shrewsbury, MA 01545

Abigail Harrison
REDACTED

Accreditation Commission for
Education in Nursing Inc
3390 Peachtree Road NE
Suite 1400
Atlanta, GA 30326

Adewuyi Victor
REDACTED

Ahearn Equipment Inc.
460 Main St.
Spencer, MA 01562

Ahlina Andrews
REDACTED

Airbrush Works
75 Webster Street
Worcester, MA 01603

Airgas USA LLC
259 N. Radnor-Chester Road
Suite 100
Wayne, PA 19087

Alberta Fordjour
REDACTED

Alec Fournier
REDACTED

Alexander Mayanja
REDACTED

Alfred Brown Associates Inc.

105 Washington Street
Auburn, MA 01501

Alisha Ditaranto
REDACTED

Alison Arendt
REDACTED

All Wood Lockers
1050 W State St.
Newcomerstown, OH 43832

Amazon
Attn: Legal Department
PO Box 81226
Seattle, WA 98108

Amber Girard
REDACTED

American Music Therapy Association
8705 Colesville Road
Suite B 290
Silver Spring, MD 20910

Angela Boadu Jr
REDACTED

Angela Botehlho Fritze
REDACTED

Angela Pasceri
REDACTED

Angelo Abbate
REDACTED

Anne Brown
REDACTED

Anthony Camilo
REDACTED

Anthony Ceciliano

2

REDACTED

Arkansas Dept Finance & Administration
Revenue Legal Counsel
PO Box 1272
Little Rock, AR 72203

Aronu Pascal Ikechukwu
REDACTED

Aspire Ed & IT Solutions LLC
PO Box 16402
Sugar Land, TX 77496

Assessment Technologies Institute LLC
11161 Overbrook Drive
Leawood, KS 66211

Automatic Laundry Services Co Inc.
45 Border St.
West Newton, MA 02465

Ava Blanchard
REDACTED

Awg Dewar Inc.
4 Batterymarch Park Suite 320
Quincy, MA 02169

B&H Photo Video Corp
Remittance Processing Center
PO Box 28072
New York, NY 10087

Balfour & Co.
Erickson Group LLC
17 Angela Way
Concord, NH 03301

Beantown Swing Orchestra
138 Partridge Lane
Concord, MA 01742

Becky Ramirez

3

REDACTED

Bell Simons Company
29 Lafayette Street
Hartford, CT 06126

Bells Lawn & Garden Center
201 Southbridge Street
Auburn, MA 01501

Bianca Fagundes
REDACTED

Bio-Rad Laboratories Inc.
1000 Alfred Nobel Drive
Hercules, CA 94547

Bjornson Jones Mungas
REDACTED

Blackstone National Golf Club LLC
The Barn
227 Putnam Hill Road
Sutton, MA 01590

BM Technologies Inc
171 North Winstead Avenue
Rocky Mount, NC 27804

BMTX Inc.
171 N Winstead Avenue
Rocky Mount, NC 27804

Bollus Lynch CPAs
89 Shrewsbury St Suite 200
Worcester, MA 01604

Bond Construction Corporation
Route 31 North
98 North Spencer Rd
Spencer, MA 01562

Boston Globe

4

1 Exchange Place
Suite 201
Boston, MA 02109

Boston Growth Partners LLC
25 Old Coach Road
Sudbury, MA 01776

Bound Tree Medical LLC
23537 Network Place
Chicago, IL 60673

Bowdoin Construction Corp
c/o Warren H Brodie
2 Salt Hay Road
East Falmouth, MA 02536

Braman Chemical Enterprise Inc.
147 Herbert P Almgren Dr
Agawam, MA 01001

Brianna Limbaugh
REDACTED

Brooke Austin
REDACTED

Brooke Cardwell
REDACTED

BSN Sports LLC
14460 Varsity Brands Way
Dallas, TX 75244

Bureau of Substance Addiction Services
250 Washington St
Boston, MA 02108

Burkeno Inc
Dr Aaron Lorenz
589 Bellevue Avenue Apt 2
Newport, RI 02840

Caeden Michael Humpage
REDACTED

5

Candace Mero
REDACTED

Carl Socha
REDACTED

Carolina Biological Supply Co.
2700 York Road
Burlington, NC 27215

Catholic Free Press
49 Elm St
Worcester, MA 01609

CBUAO
5325 Lakefront Blvd A
Delray Beach, FL 33484

Celia Baxter
REDACTED

Championship Mindset
401 E 8th Street Suite 214
PMB-325
Sioux Falls, SD 57103

Charter Communications Operating LLC
400 Washington Blvd
13th Floor
Stamford, CT 06902

Chemsearch FE
2727 Chemsearch Blvd
Irving, TX 75062

Cheryl Home Franklin
REDACTED

Chimento & Webb PC
333 Elm Street Suite 230
Dedham, MA 02026

Chioma Ugochukwu
REDACTED

6

#542206529_v2

Christopher Testa
REDACTED

Cintas
6800 Cintas Blvd
Mason, OH 45040

Citizens Bank NA
c/o Marla Merritt Senior VP
Restructuring Management
1 Citizens Plaza
Providence, RI 02903

Citizens Bank National Association
c/o Choate Hall & Stewart LLP
Attn Doug Gooding Esq
Two International Place
Boston, MA 02110

City of Worcester
c/o Dept of Conservation and Recreation
Attn Paula Davison
180 Beaman St
West Boylston, MA 01583

Clayton Dunlop
REDACTED

Comfort Agyemang
REDACTED

Common Application Inc.
3003 Washington Blvd
Suite 1000
Arlington, VA 22201

Commonwealth of Massachusetts
Department of Unemployment Assistance
Chief Counsel Legal Dept
19 Staniford Street 1st Floor
Boston, MA 02114

Connecticut Business Systems LLC
100 Great Meadow Road

7

3rd Floor
Wethersfield, CT 06109

Connecticut Dept of Revenue Services
Collections Unit Bankruptcy Team
450 Columbus Blvd Suite 1
Hartford, CT 06103

Corey McNally
REDACTED

Council on Social Work Education
333 John Carlyle Street Suite 400
Alexandria, VA 22314

Creative Services Inc.
64 Pratt Street
Mansfield, MA 02048

Creedon and Co.
39 Jolma Rd
Worcester, MA 01604

Crown Awards
9 Skyline Drive
Hawthorne, NY 10532

Daida
300 Columbus Circle Suite I
Edison, NJ 08837

Dakota Moore
REDACTED

Daktronics Inc.
SDS 12-2222
PO Box 86
Minneapolis, MN 55486

David McCauley
REDACTED

Dayary Estrada
REDACTED

Deer Pond Auto Repair Svc.

8

#542206529_v2

14 Huntoon Memorial Hwy
Leicester, MA 01524

Dileo Gas Inc.
630 Sunderland Rd
Worcester, MA 01604

Dillon Boiler Services Co Inc.
380 Crawford St
Fitchburg, MA 01420

Discover Central Massachusetts
311 Main Street Suite 200
Worcester, MA 01608

Dogfather Vending LLC
48 Channing St
Worcester, MA 01605

Dominic Brown
REDACTED

Dr Sean J. Ryan
REDACTED

Dylan McCallum
REDACTED

Eben Goldman
REDACTED

Ebsco Subscription Service
Payment Processing Center
PO Box 204661
Dallas, TX 75320

ECMC
Attn Accounts Receivable
111 Washington Ave S
Suite 1400
Minneapolis, MN 55401

Ecolab
Attn: Legal Dept

9

1 Ecolab Place
Saint Paul, MN 55102

Educational Computer Systems Inc.
100 Global View Drive
Suite 800
Warrendale, PA 15086

Elba Marquez
REDACTED

Elevator Maintenance & Service Inc.
163 Washington St
Worcester, MA 01610

Eliana Espinal
REDACTED

Elton Stubbs
REDACTED

Emergency Education Consultants
17 Misty Lane
Pelham, NH 03076

Emily Goodwin
REDACTED

Emma Morse
REDACTED

Encoura LLC
75 Remittance Drive Dept 1020
Chicago, IL 60675

Enmanuel Jimenez Perez
REDACTED

Enterprise
Ean Services LLC
PO Box 840173
Kansas City, MO 64184

Erika Melendez
REDACTED

10

#542206529_v2

Ethan Hart
REDACTED

Evan Fournier
REDACTED

Evan Rivera
REDACTED

Events Central LLC
155 Ararat Street
Worcester, MA 01601

Falcon
810 West Highway 25/70
Newport, TN 37821

FedEx
Attn Legal Department
1000 Ridgeway Loop Road
Suite 600
Memphis, TN 38120

First American Commercial Bancorp Inc
645 N Michigan Ave Suite 800
Chicago, IL 60611

Fisher Scientific Company LLC
300 Industry Drive
Pittsburgh, PA 15275

Flood Fire Pro, Inc.
852 Upper Union Street
Franklin, MA 02038

FMC Ice Sports
100 Schoosett Street Building 3
Pembroke, MA 02359

Follett Higher Education Group LLC
Attn General Accounting
3 Westbrook Corporate Center
Suite 200
Westchester, IL 60154

11

Fran Doyle
REDACTED


Fun Enterprises Inc.
63 Tosca Drive
Stoughton, MA 02072


FW Webb Company
160 Middlesex Turnpike
Bedford, MA 01730


Gabriela Campos
REDACTED


Gannett New England Localiq
Attn Law Department
7950 Jones Branch Drive
Mc Lean, VA 22107


Geidyann Soto
REDACTED


Gibney Sports & Reconditioning
808 Main St
Worcester, MA 01610


Gorout
2660 Superior Dr NW Unit 104
Rochester, MN 55901


Grainger Industrial Supply
Dept  823701834
100 Grainger Pkwy
Palatine, IL 60038


Guaranty Glass
88 Main St
Spencer, MA 01562


Gula Promotions LLC
4 Autumn Lane
Stratham, NH 03885



Gustafson Plumbers Inc.
1035 Millbury Street MPL11543


12

Worcester, MA 01607

Hailey Benoit
REDACTED

Handy Solutions
74 Richards Ave
Paxton, MA 01612

Hannaford & Dumas
26 Conn Street
Woburn, MA 01801

Harmony Environmental Inc.
7 Mineral Spring Ave
Ludlow, MA 01056

HD Supply Facilities Maintenance
PO Box 604233
Charlotte, NC 28260

Hennessy Beltran
REDACTED

Herbert Berg Florist Inc.
19 Blackstone River Rd
Worcester, MA 01607

Hilda Mota
REDACTED

Hinckley Allen & Snyder LLP
Attn K. Mousette Esq
28 State St
Boston, MA 02109

Holden Municipal Light Dept
One Holden St
Holden, MA 01520

Holland & Knight LLP
Attn:  Lynne Xerras, Esq.
10 St. James Avenue
Boston, MA 02116

HRC Total Solutions

13

#542206529_v2

111 Charles Street
Manchester, NH 03101

Hunter Felton
REDACTED

Hunton Andrews Kurth LLP
Attn Accounts Receivable Dept
Bank of America Plaza Suite 4100
600 Peachtree Street NE
Atlanta, GA 30308

Hyperice Inc.
525 Technology Drive
Suite 100
Irvine, CA 92618

Idalys Reyes
REDACTED

Impact Fire Services, LLC
PO Box 735062
Dallas, TX 75373

Imperial Dade
55 Rt. 1 & 9
Attn:  Legal Dept.
Jersey City, NJ 07306

India Santiago Maldona
REDACTED

Indoor Air Quality Improvement, Inc
dba Mighty Duct
28 Hastings St Bldg E
Mendon, MA 01756

Internal Revenue Service
Centralized Insolvency Operation
Post Office Box 7346
Philadelphia, PA 19101

Isabella Surmis
REDACTED

14

J&J Commercial Services
269 Concord St
Holliston, MA 01746

J&J Contracting
3180 County Road 20
International Falls, MN 56649

Jackson Immuno Research Laboratories Inc
872 W Baltimore Pike
West Grove, PA 19390

James Bidwell
REDACTED

Jamya Parker
REDACTED

Jasmine Davis
REDACTED

Jaylene Gomes
REDACTED

JB Graphics Inc.
9388 Corbett Drive
Mc Cordsville, IN 46055

Jeffrey Atherton
REDACTED

Jeffrey Lupisella
REDACTED

Jenneh Sambola
REDACTED

Jennie Caissie
REDACTED

Jennifer Nguyen
REDACTED

Jessenia Perez

15

#542206529_v2

REDACTED

Jesus Vazquez
REDACTED

Jill Cummings
REDACTED

Jillian Evans
REDACTED

JJ Bafaro Inc.
PO Box 943
Worcester, MA 01613

John Brennan
REDACTED

John Wiley and Sons Inc
111 River Street
General Counsel EVP
Hoboken, NJ 07030

Johnson Controls Fire Protection LP
95 Shawmut Road
Canton, MA 02021

Joseph Akoto
REDACTED

Joseph's Lock & Safe Company Inc.
55 Green Street
Worcester, MA 01604

Jostens Inc
21336 Network Place
Chicago, IL 60673

Judith LeDoux
REDACTED

Julian Booth
REDACTED

Julianna Lavoie
REDACTED

16

Julianna Stanger
REDACTED

Juliette Alger
REDACTED

Kahlia Duffy
REDACTED

Kamco Supply Corp of Boston
Hurwitz Richard Sencabaugh PLLC
162 Park Street Suite 301
North Reading, MA 01864

Kansas Dept of Revenue
PO Box 3506
Topeka, KS 66625

Karin Ciance
REDACTED

Kasey Burdin
REDACTED

Kelly Sullivan
REDACTED

Kelsey Hartigan
REDACTED

Keyah Adamson
REDACTED

Kiandra Booth Desmarais
REDACTED

Kiara Gauthier
REDACTED

KM Graphics
51 West Street
Ware, MA 01082

Knight's Airport Limousine Service
390 Hartford Turnpike

17

Shrewsbury, MA 01545

Larry Last
REDACTED

Lesiah Byron
REDACTED

Lia Mucera
REDACTED

Liberty Movers Inc.
99 Huntoon Memorial Hwy
Leicester, MA 01524

Lily Celata
REDACTED

Lisa Livsey
REDACTED

Livia Pontolilo
REDACTED

LIX Insurance Information Exchange
1574 Crescent Pointe Pkwy
College Station, TX 77845

Lucas Borges
REDACTED

Lucas Cardoso
REDACTED

Luuna Nguyen
REDACTED

Lyme Green Heat
302 Orford Road
Lyme, NH 03768

Lyrasis
Attn John McGarl
4920 Atlanta Hwy 1015
Alpharetta, GA 30004

18

#542206529_v2

Mackenzie Lafreniere
REDACTED

Madelyn Kelley
REDACTED

Manuel Abraham Toribio
REDACTED

Marcus Wallace
REDACTED

Marlin Leasing
as successor to Xerox Financial
300 Fellowship Road
Mount Laurel, NJ 08054

Marsh Moriarty Ontell & Golder PC
25 Braintree Hill Office Park
Suite 301
Braintree, MA 02184

Masrura Abubakar
REDACTED

Mass Dept Environmental Protection
Central Regional Office Worcester
8 New Bond Street
Worcester, MA 01606

Mass Park Inc.
d/b/a Valet Park of America
185 Spring Street
Springfield, MA 01105

Massachusetts Department of Revenue
Bankruptcy Unit
PO Box 7090
Boston, MA 02204

Massachusetts Dept of Higher Education
Attn Cynthia Farr Brown PhD
One Ashburton Place Room 1401
Boston, MA 02108

Massachusetts Dept of Public Health

19

Board of Registration in Nursing
Attn Carolyn Walsh
250 Washington Street
Boston, MA 02108

Massachusetts Dept of Unemployment Asst
P.O. Box 419815
Boston, MA 02241

Massachusetts Water Resources Authority
Treasurer's Office
190 Tafts Avenue
Winthrop, MA 02152

MassHire Department of Career Services
Regional Team Lead Rapid Response Unit
Ms Sandra Foley
100 Erdman Way
Leominster, MA 01453

Master's Leasing & Rental
14655 Prospect Ave
Kansas City, MO 64146

MaTran
800 Quik Trip Way
Belton, MO 64012

Matthew St Pierre
REDACTED

Mckesson Medical Surgical
9954 Mayland Drive
Henrico, VA 23233

Meadow Technologies
110 Charlton Street 6B
New York, NY 10014

Medicat LLC
303 Perimeter Center N
Suite 450
Atlanta, GA 30346

Melissa Altidor
REDACTED

20

Merchants Automotive Group, LLC
Principle Merchants Leasing LTD
14 Centreal Park Drive
1st Floor
Hooksett, NH 03106

Merchants Fleet
14 Central Park Drive 1st Floor
Hooksett, NH 03106

Michael Maddaleni MD
REDACTED

Michael Odonkor
REDACTED

Michael Van Neste
REDACTED

Michele Hutchinson
REDACTED

Michelle C Arbour
REDACTED

Michigan Dept of Treasury
Tax Policy Division
Attn: Litigation Liaison
430 W Allegan St
Lansing, MI 48922

Mikayla Costigen
REDACTED

Mileigh Correia
REDACTED

Miles Press Inc.
14 Sword Street
Auburn, MA 01501

Miurka Torres
REDACTED

Mohawk Communications LLC

21

1698 Northampton Street
Holyoke, MA 01040

Morningstar Danford
50 Sunset Lane
Paxton, MA 01612

Mount Saint Charles Academy
800 Logee St
Woonsocket, RI 02895

Moving Right Along
101 21 101st Street
Ozone Park, NY 11416

Nally Associates Inc.
23 W Bacon Street
Plainville, MA 02762

Naomi Moura
REDACTED

Nash Sicari Swinimer
REDACTED

NASW MA Chapter
6 Beacon Street 915
Boston, MA 02108

Natalia Wilder
REDACTED

Nathan Lemus
REDACTED

National Association of Schools of Music
11250 Roger Bacon Drive
Suite 21
Reston, VA 20190

National Association of Social Workers
750 First Street, NE
Suite 800
Washington, DC 20002

National Collegiate Honors Council

22

250 Knoll Residential Center
440 N 17Th Street
Lincoln, NE 68588

National Council for Mental Wellbeing
1400 K Street NW Suite 1050
Washington, DC 20005

NE Voice & Data Communications
8436 Wirt Street
Omaha, NE 68134

NEEIA Compensation Inc
711 East Main Street Suite 201
Chicopee, MA 01020

New England Commission Higher Education
Attn Lawrence M Schall
301 Edgewater Place Suite 210
Wakefield, MA 01880

New England Golf Cars Methuen
62 Industrial Way
Seekonk, MA 02771

New England Women's Hockey Alliance
34 Woodside Ave
Winthrop, MA 02152

New Jersey Division of Taxation
Bankruptcy Unit
3 John Fitch Way 5th Floor
Trenton, NJ 08611

Ngocmy Nguyen
REDACTED

Noraida Morales
REDACTED

Noraida Rosado
REDACTED

Nyia Gonzalez
REDACTED

23

Oceans Promotions
11243 Shady Lake Run
Fort Myers, FL 33913

Oregon Catholic Press
340 Oswego Pointe Dr
Lake Oswego, OR 97034

Off Duty Management Inc.
1906 Avenue D
Katy, TX 77493

Office of the Attorney General
Public Charities Division
Commonwealth of Massachusetts
One Ashburton Place 18th Floor
Boston, MA 02108

Office Of The Diaconate
49 Elm Street
Worcester, MA 01609

Ohio Department of Taxation
Attn: Bankruptcy Division
PO Box 530
Columbus, OH 43216

Olivia Guertin
REDACTED

Olympic Trophy Mfg Co
1078 West Boylston Street
Suite 105
Worcester, MA 01606

OT Sports Industries Inc.
Attn Amy Mooney
172 Boone Street
Burlington, NC 27215

Pagano Media
11 Millbrook Street
Worcester, MA 01606

Paige Stewart
REDACTED

24

Party People Inc
46 Quirk Road
Milford, CT 06460

Paxton Auto Service
324 Pleasant St
Paxton, MA 01612

Paxton Fire Department
Attn Michael Pingitore Fire Chief
576 Pleasant Street
Paxton, MA 01612

Peabody Supply Company Inc.
Hajoca Corporation
PO Box 789662
Philadelphia, PA 19178

People's Linen Service
9 Giffin Street
Keene, NH 03431

Pete's Service
192 Pleasant Street
Worcester, MA 01609

Peterson Oil Service Inc.
75 Crescent St
Worcester, MA 01605

Pharos Resources LLC
500 Chestnut St
Suite 700
Abilene, TX 79602

Photos By Kmo
14 Pearl Street
Millbury, MA 01527

Pleasant Valley Country Club
95 Armsby Road
Sutton, MA 01590

Polar Beverages Corp
1001 Southbridge Street

25

Worcester, MA 01610

Prestosports
7800 Montgomery Road Unit 200
Cincinnati, OH 45236

Proquest LLC
789 E Eisenhower Parkway
Ann Arbor, MI 48108

Quadient Inc
478 Wheelers Farm Road
Milford, CT 06461

Rachaya Jette Bethea
REDACTED

Reagan Wajer
REDACTED

Rebeca Brito Correia
REDACTED

RefQuest
6255 Carrollton Ave
Indianapolis, IN 46230

Rexel
5429 Lyndon B. Johnson Fwy
Suite 600
Dallas, TX 75240

Rhode Island Division of Taxation
One Capitol Hill
Providence, RI 02908

Ria M Cabral
REDACTED

Richard Figueroa
REDACTED

Richard Ricardi
REDACTED

Risepoint LLC

26

Attn: Legal Dept.
2803 Philadelphia Pike
Suite B PMG 7250
Claymont, DE 19703

Rita Ajubese
REDACTED

Rize Education
37 West 20th Street
Suite 1101
New York, NY 10011

Roadrunner Recycling Inc.
105 40th Street Suite 100
Pittsburgh, PA 15201

Rocky's Ace Hardware Inc.
40 Island Pond Road
Springfield, MA 01118

Ruby Electric
dkd Solutions dba Ruby Elect
77 East Worcester Street
Worcester, MA 01604

Ryan Flynn
REDACTED

Ryan Hill
REDACTED

Ryan Murphy
REDACTED

Scott Marderosian
REDACTED

Sehila Ryerson
REDACTED

SESAC
35 Music Square East
Nashville, TN 37203

Shanelis Deleon

27

#542206529_v2

REDACTED

Shanik Suarez
REDACTED

Shayla Halloran
REDACTED

Shoes For Crews LLC
500 T-Rex Avenue
Suite 100
Boca Raton, FL 33431

Shorts Travel Mtg
NCAA Travel Dept
1203 W Ridgeway Ave
Waterloo, IA 50701

Siemens Public Inc.
170 Wood Avenue S
Iselin, NJ 08830

Sign Man
160 E Broadway
PO Box 622143
Oviedo, FL 32765

Silver Screen Design Inc.
324 Wells Street Suite 3
Greenfield, MA 01301

Siteone Landscape Supply LLC
24110 Network Place
Chicago, IL 60673

Skoler Abbott & Presser PC
One Monarch Place Suite 2000
Springfield, MA 01144

Soccer Asylum LLC
603 Pleasant Street
Paxton, MA 01612

Sodexo Inc. & Affiliates
Attn Joshua Hubbard VP Operations
915 Meeting Street

28

Suite 14000
North Bethesda, MD 20852

Sophia Figueroa Sanchez
REDACTED

Sophia Harrison
REDACTED

Spectrum Enterprise
Charter Communications
Box 223085
Pittsburgh, PA 15251

Springshare LLC
801 Brickell Ave
Suite 900
Miami, FL 33131

Stephanie Ekwueme
REDACTED

Stephen Mante
REDACTED

Stephen O'Connor
REDACTED

Stericycle Inc.
2355 Waukegan Rd
Attn Legal Dept
Deerfield, IL 60015

Stringking
19100 S Vermont Ave
Gardena, CA 90248

Sunbelt Rentals
2341 Deerfield Dr
Fort Mill, SC 29715

Synergy Imports LLC
444 Hayward Ave N
St Paul, MN 55128

Tammy Boyle

29

#542206529_v2

REDACTED

Tan Le
REDACTED

Tayenne Dos Santos
REDACTED

Taylene Marquez
REDACTED

Taylor Freezer of New England Inc.
1030 University Avenue
Norwood, MA 02062

Techsolutions, Inc.
157 Church Street
22nd Floor
New Haven, CT 06510

Teresa Watts
REDACTED

The 016 LLC
20 Cook Street
Holden, MA 01520

The Commonwealth of Massachusetts
Department of Veterans Services
600 Washington Street Suite 1100
Boston, MA 02111

The Hanover Insurance Group Inc.
Attn Pete Baute
440 Lincoln St
Worcester, MA 01653

The Massachusetts Office of
Emergency Medical Services
67 Forest St
Marlborough, MA 01752

The Pilot
66 Brooks Drive
Braintree, MA 02184

30

#542206529_v2

Tina Source
REDACTED

Toby Rodriguez
REDACTED

Town of Paxton
Municipal Light Dept.
578 Pleasant Street
Paxton, MA 01613

Town of Paxton Fire Dept
Attn Michael Pingitore Fire Chief
576 Pleasant Street
Paxton, MA 01612

Town of Paxton Police Dept
576 Pleasant Street
Paxton, MA 01612

Town of Paxton Tax Collector
Attn Tristan Dun Treasurer Collector
697 Pleasant Street
Paxton, MA 01612

Trinity Fuller
REDACTED

Triumph Roofing Inc.
46 Elm Street Unit 3
Baldwinville, MA 01436

Truleague Incorporated
245 Walnut Street
Newtonville, MA 02460

Tucks Trucks Inc
244 Washington St
Hudson, MA 01749

Tyler Sandor
REDACTED

U.S. Environmental Protection Agency

31

5 Post Office Square Ste 100
Mail Code OES04 4
Boston, MA 02109

Ulyces Jantuah
REDACTED

Underberg and Kessler LLP
Attn Accounts Receivable
300 Bausch and Lomb Place
Rochester, NY 14604

Uniti Solutions
Attn Uniti Solutions Services
PO Box 25310
Little Rock, AR 72212

US Department of Education
IHE Program Management
Attn: Alisha Curtis
400 Maryland Ave SW
Washington, DC 20202

US Department of Education
Oversight Enforcement
Attn Vickie Mouzon MS
400 Maryland Ave SW
Washington, DC 20202

USA Today Media Corp
PO Box 631210
Cincinnati, OH 45263

Verizon Wireless
Bankruptcy Administration
500 Technology Dr Suite 550
Weldon Spring, MO 63304

Vermont Department of Taxes
133 State Street
1st Floor Lobby
Montpelier, VT 05602

W J Grosvenor
6301 E. Lombard St.

32

Baltimore, MD 21224

Waleri Mora Cruz
REDACTED

Walmart Community Card
Capital One
PO Box 60506
City Of Industry, CA 91716

Warrior Sports Inc.
16151 Collections Center Drive
Chicago, IL 60693

Waybetter Marketing Inc
Rich Whipkey President
PO Box 1439
Columbia, MD 21044

WB Mason Co Inc
59 Centre Street
Brockton, MA 02303

Whalley Computer Associates
One Whalley Way
Southwick, MA 01077

Whitewater Inc
RH White Construction Co Inc
41 Central St
Auburn, MA 01501

Wilson Bus Lines Inc.
203 Patriots Rd
PO Box 415
E Templeton, MA 01438

Xerox Financial
PO BOX 802555
Chicago, IL 60680

Xerox Financial Services
Attn Legal Department
401 Merritt 7
Norwalk, CT 06851

33

#542206529_v2

Yanelise Vega
REDACTED

Zanae Martinez
REDACTED

Zanae Winchester
REDACTED

Zaria Tobey
REDACTED

Zidane Lopes Oliveira
REDACTED

34

#542206529_v2