**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION**

In re:

THE SISTERS OF ST. ANN d/b/a ANNA
MARIA COLLEGE,

Debtor. [1]

Chapter 11

Case No. 26-40758 (EDK)

**ORDER GRANTING THE DEBTOR'S APPLICATION FOR ENTRY
OF AN ORDER AUTHORIZING RETENTION AND EMPLOYMENT OF
HOLLAND & KNIGHT LLP AS GENERAL BANKRUPTCY
COUNSEL FOR THE DEBTOR AND DEBTOR IN POSSESSION**

Upon consideration of the *Debtor's Application for Entry of an Order Authorizing Retention and Employment of Holland & Knight LLP as General Bankruptcy Counsel for the Debtor and Debtor in Possession* [Dkt. No. 60] (the "Application")[2] filed by the above-captioned debtor and debtor in possession (the "Debtor") on July 10, 2026 seeking entry of an order (this "Order"): (a) authorizing the Debtor to retain Holland & Knight LLP ("H&K") as its lead bankruptcy counsel, pursuant to sections 327(a) and 328(a) of title 11 of the United States Code, Rules 2014 and 2016 of the Federal Rules of Bankruptcy Procedure, and Rules 2014-1 and 2016-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the District of Massachusetts, and (b) granting related relief, all as more fully set forth in the Application; and the United States Bankruptcy Court for the District of Massachusetts having jurisdiction over this

---

[1] The last four digits of the Debtor's taxpayer identification number are 2060. The Debtor's address is 50 Sunset Lane, Paxton, MA 01612.
[2] Capitalized terms not defined herein shall have the meanings ascribed in the Application.

matter pursuant to 28 U.S.C. § 1334, this Application being a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and venue being proper pursuant to 28 U.S.C. §§ 1408 and 1409; it appearing from the record that sufficient notice of the Application and an opportunity to be heard has been provided to parties-in-interest, and that no further notice is required; any formal or informal objections to the Application or form of Proposed Order, if any, having been considered, and overruled; having determined that the legal and factual bases set forth in the Application establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1.      The Application is GRANTED as set forth herein.

2.      The Debtor is hereby authorized to employ H&K, effective as of June 26, 2026, as its counsel in this Chapter 11 Case, for all purposes in this Chapter 11 Case, on the terms described in the Engagement Letter and Application.

3.      The Firm shall be compensated in accordance with the procedures set forth in Sections 330 and 331 of the Bankruptcy Code, the applicable Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and such other procedures as have been or may be fixed by order of this Court, upon proper application and order.

4.      Notwithstanding anything to the contrary herein, any payment made or to be made by the Debtor pursuant to the authority granted herein shall be subject to the applicable budget and/or cash collateral authorization requirements imposed on the Debtor under any orders entered by the Court (a) approving the Debtor's entry into any post-petition debtor in possession financing facility (the "DIP Order"), and (b) authorizing the Debtor's use of cash collateral (a "Cash Collateral Order," and, together with the DIP Order, the "Financing Orders").

5.     The Debtor is authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Application.

6.     This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated: _____, 2026
Worcester, Massachusetts

_____
HONORABLE UNITED STATES
BANKRUPTCY JUDGE