7/31/2026 GRANTED. NO OBJECTIONS HAVE BEEN FILED.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION**

| | |
|---|---|
| In re:<br><br>THE SISTERS OF ST. ANN<br>d/b/a ANNA MARIA COLLEGE,<br><br>Debtor.[1] | Chapter 11<br><br>Case No. 26-40758-EDK |

**DEBTOR'S APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING RETENTION AND EMPLOYMENT OF KELLEHER & SADOWSKY ASSOCIATES, INC. AS REAL ESTATE BROKER TO THE DEBTOR AND DEBTOR IN POSSESSION**

The Sisters of St. Ann d/b/a Anna Maria College, debtor and debtor in possession in the above-captioned chapter 11 case (the "College" or the "Debtor"), hereby submits this application (the "Application") for entry of an order authorizing the Debtor's retention of Kelleher & Sadowsky Associates, Inc. ("Kelleher") as exclusive listing agent for the Debtor's real property and real estate broker to the Debtor, effective as of the Petition Date, on the terms negotiated with Kelleher as set forth in the Broker Services Agreement (defined below), under sections 327(a) and 328(a) of title 11 of the United States Code (the "Bankruptcy Code"), Rules 2014 and 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rules 2014-1, 2016-1, and 6005-1 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the District of Massachusetts (the "Local Rules"), and granting related relief as described herein. In support of the Application, the Debtor relies upon and incorporates by reference the accompanying *Declaration of William D. Kelleher IV in Support of Debtor's Application for Entry of an Order*

[1] The last four digits of the Debtor's taxpayer identification number are 2060. The Debtor's address is 50 Sunset Lane, Paxton, MA 01612.