**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION**

In re:

THE SISTERS OF ST. ANN
d/b/a ANNA MARIA COLLEGE

Debtor.

Chapter 11

Case No. 26-40758EDK

**MOTION FOR EXPEDITED HEARING
(Bowdoin Construction Corp.)**

Bowdoin Construction Corp. ("Bowdoin") hereby moves this Court for an expedited hearing on Bowdoin's motion for relief from automatic stay to file its mechanics' lien complaint in accordance with M.G.L. c. 254, §11, to record an attested copy of same in the Worcester County (South) Registry of Deeds in accordance with M.G.L. c. 254, §5 and to serve a summons and copy of said complaint upon The Sisters of St. Ann d/b/a Anna Maria College ("the Debtor").

As reasons therefore, Bowdoin states that time is of the essence, as Bowdoin recorded its Notice of Contract on May 18, 2026 and Statement of Account on May 19, 2026 at the Worcester County (South) Registry of Deeds in accordance with, respectively, M.G.L c. 254, §§ 2 and 8, and that in order to preserve its mechanics' lien, Bowdoin must file a mechanics' lien complaint within 90 days of the recording of its Statement of Account in accordance with M.G.L. c. 254, §11. **Ninety days from May 19, 2026 is August 17, 2026.**

Bowdoin further requests, given the urgent nature of the motion for relief from the automatic stay, that notice of any hearing be given only to the Debtor, via telephonic notice and electronic notification.

1

**WHEREFORE,** Bowdoin respectfully requests this Honorable Court to schedule a hearing on Bowdoin's motion on an expedited basis, and for such other further relief as this Court deems meet and just.

BOWDOIN CONSTRUCTION CORP.,
By its attorneys,
Law Offices of Warren H. Brodie, P.C.,

By: _____
WARREN H. BRODIE
BBO# 058000
2 Salt Hay Road
Waquoit, MA 02536
(774) 763-2951
e-mail: wbrodie@whbrodielaw.com

2