UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In Re: | The Sisters of Saint Ann, Inc. d/b/a Anna Maria Co, Debtor | Chapter: 11<br>Case No: 26−40758<br>Judge Elizabeth D. Katz |

**NOTICE OF FILING FEE DUE**

On **AUGUST 3, 2026** you filed a **Motion For Relief From Stay (Fee $199.00)** which requires the fee indicated. Please submit your payment by **AUGUST 17, 2026 .**

Date:8/3/26

By the Court,

Audrey Godere
Deputy Clerk
413−785−6905

**PLEASE RETURN THIS FORM WITH YOUR PAYMENT**

**NOTE: DEBTORS CHECKS AND CASH ARE NOT ACCEPTED.**

**PLEASE INCLUDE NAME AND CASE NUMBER WITH PAYMENT AND SEND TO ADDRESS CHECKED.**

**FAILURE TO MAKE PAYMENT BY THE DUE DATE MAY RESULT IN DENIAL/DISMISSAL WITHOUT FURTHER NOTICE.**

- ○ United States Bankruptcy Court
  John W. McCormack Post Office and Court House
  5 Post Office Square, Suite 1150
  Boston, MA 02109−3945
- ○ United States Bankruptcy Court
  211 Donohue Federal Building
  595 Main Street
  Worcester, MA 01608−2076
- ◉ United States Bankruptcy Court
  United States Courthouse
  300 State Street, Suite 220
  Springfield, MA 01105−2925

132 − 130