8/3/2026 A hearing is set for August 13, 2026 at 12:00 p.m. The hearing will be conducted both in person at the Federal Courthouse, Berkshire Courtroom, 300 State Street, Springfield, MA. and by Zoom.gov videoconference. To attend the hearing, **by 12:00 p.m. one court business day before the hearing**, email the Courtroom Clerk at sophia_howard@mab.uscourts.gov requesting remote participation and provide your name, the party you represent, and whether or not you will be an active participant in the hearing or only observing. Participation by video is only permitted by parties in interest. Members of the general public, including the press, will be permitted to attend the hearing exclusively by audio. The Movant is ORDERED to provide telephonic, fax, or electronic notice of the hearing to the U.S. Trustee, all secured creditors, taxing authorities, the twenty largest unsecured creditors, counsel to the Creditor's Committee, and any party having filed a notice of appearance and request for notice, and to file a certificate of service reflecting same, **by 5:00 p.m. tomorrow, August 4, 2026.**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MASSACHUSETTS
## CENTRAL DIVISION

|  |  |
|---|---|
| In re:<br><br>THE SISTERS OF ST. ANN<br>d/b/a ANNA MARIA COLLEGE<br><br>Debtor. | Chapter 11<br><br>Case No. 26-40758EDK |

### MOTION OF BOWDOIN CONSTRUCTION CORP. FOR RELIEF FROM AUTOMATIC STAY FOR THE LIMITED PURPOSE OF ENFORCING MECHANICS' LIEN PURSUANT TO M.G.L CHAPTER 254

To the Honorable Elizabeth D. Katz:

Bowdoin Construction Corp. ("Bowdoin"), by its counsel, pursuant to the provisions of 11 U.S.C. §362 (d)(1), hereby requests that this Honorable Court grant Bowdoin relief from the automatic stay imposed by 11 U.S.C. § 362 (a) for the limited purpose of allowing Bowdoin to file an action against The Sisters of St. Ann d/b/a Anna Maria College ("Debtor") as defendant, so as to preserve Bowdoin's mechanics' lien on the Debtor's property located at 50 Sunset Lane, Paxton, Worcester County, Massachusetts ("the "Property").

In support of the motion, Bowdoin states as follows:

### FACTUAL ALLEGATIONS

1) On or about May 16, 2025, Bowdoin entered into a written contract ("the Contract") with the Debtor whereby Bowdoin agreed to construct improvements on the Property, more specifically St. Joseph's Hall a/k/a The Science Building ("the "Project").

2) Contrary to the allegations set forth in the Debtor's First Day Motions for Entry of Interim and Final Orders (*Bankruptcy Document No. 14, paragraphs 16 (c) and 52*), that Bowdoin was last at the Property in September 2025, Bowdoin, in fact, last furnished labor at the Project

1

FILING FEE NOT PAID