**THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS**

In re:

THE SISTERS OF SAINT ANN
d/b/a ANNA MARIA COLLEGE,

Debtor.[1]

Chapter 11

Case No. 26-40758-EDK

**NOTICE OF FILING OF *PROPOSED* FINAL ORDER PURSUANT TO 11 U.S.C. §§ 105, 361, 362, 363, 364, 503 AND 507 (I) APPROVING POSTPETITION FINANCING, (II) GRANTING LIENS AND PROVIDING SUPERPRIORITY ADMINISTRATIVE EXPENSE STATUS, (III) AUTHORIZING USE OF CASH COLLATERAL, (IV) GRANTING ADEQUATE PROTECTION, (V) MODIFYING AUTOMATIC STAY, AND (VI) GRANTING RELATED RELIEF**

**PLEASE TAKE NOTICE THAT**, in connection with the pending *Motion for Entry of Interim and Final Orders (I) Authorizing Debtor to Obtain Postpetition Financing, (II) Granting Consensual Priming Liens and Providing Superpriority Administrative Expense Status to DIP Lender, (III) Authorizing Consensual Use of Cash Collateral, (IV) Granting Adequate Protection to Prepetition Secured Creditor, (V) Modifying the Automatic Stay, (VI) Scheduling a Final Hearing, and (VII) Granting Related Relief* [Dkt. No. 14] (the "Financing Motion") and the final hearing regarding the Financing Motion scheduled for **Thursday, August 6, 2026 at 11:30 a.m.** before the United States Bankruptcy Court, District of Massachusetts ("Hearing"), The Sisters of Saint Ann d/b/a Anna Maria College, debtor and debtor in possession in the above-captioned chapter 11 case, hereby submits:

(a) a proposed *Final Order Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364, 503 and 507 (I) Approving Postpetition Financing, (II) Granting Liens and Providing Superpriority Administrative Expense Status, (III) Authorizing Use of Cash Collateral, (IV) Granting Adequate Protection to Prepetition Secured Creditor, (V) Modifying the Automatic Stay, and (VI) Granting Related Relief Emergency Motion* at **Exhibit A** (the "Proposed Final Order"); and

---

[1] The last four digits of the Debtor's taxpayer identification number are 2060. The Debtor's address is 50 Sunset Lane, Paxton, MA 01612.

(b) a blackline comparing the form of Proposed Final Order to the Interim Order approving the Financing Motion [Dkt. No. 56] is attached hereto at **Exhibit B**.

**PLEASE TAKE FURTHER NOTICE**, that the form of Proposed Final Order has been reviewed and approved in all respects by counsel to the Prepetition Lender and DIP Lender, and counsel to the Official Committee of Unsecured Creditors.

WHEREFORE, the Debtor respectfully requests that the Court enter the Proposed Final Order following the conclusion of the Hearing, and grant such other and further relief as is just and proper.

Dated:  August 5, 2026                     Respectfully submitted,


/s/ John J. Monaghan
John J. Monaghan (MA Bar #546454)
Lynne B. Xerras (MA Bar #632441)
Kathleen St. John (MA Bar #681565)
**HOLLAND & KNIGHT LLP**
10 St. James Avenue
Boston, MA  02116
Telephone: (617) 523-2700
Facsimile: (617) 523-6850
E-mail: john.monaghan@hklaw.com
          lynne.xerras@hklaw.com
          kathleen.stjohn@hklaw.com

*Counsel to the Debtor/Debtor-in-Possession*

2

#542761252_v1