**THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| In re:<br><br>THE SISTERS OF SAINT ANN<br>d/b/a ANNA MARIA COLLEGE,<br><br>Debtor.[1] | Chapter 11<br><br>Case No. 26-40758-EDK |

**NOTICE OF FILING UNREDACTED MATRIX, SCHEDULE E/F, AND LIST OF PREVIOUSLY REDACTED NAMES AND ADDRESSES**

**PLEASE TAKE NOTICE THAT**, in accordance with the Order dated August 14, 2026, [Dkt. No. 157] (the "Order") denying the Debtor's request through the *Debtor's Motion for Entry of an Order (I) Authorizing Debtor to Redact Certain Personally Identifiable Information in Schedules and Matrix; (II) Authorizing the Debtor to File Unredacted Versions of Certain Documents Under Seal; and (III) Granting Related Relief* [Dkt. No. 110] to redact the home addresses of those individual creditors that appear in the Schedules, Matrix, and service lists affixed to Certificates of Service filed by the Debtor throughout the pendency of this Case out of an abundance of cation, The Sisters of Saint Ann d/b/a Anna Maria College, debtor and debtor in possession in the above-captioned chapter 11 case hereby files:

(i) an unredacted Schedule E/F attached hereto as **Exhibit A**;

(ii) the unredacted Matrix attached hereto as **Exhibit B** (as was separately uploaded on August 14, 2026); and

[1] The last four digits of the Debtor's taxpayer identification number are 2060. The Debtor's address is 50 Sunset Lane, Paxton, MA 01612.

(iii) a list of the names and mailing addresses of individuals that were previously redacted in the Schedules and Matrix at **Exhibit C**.

**Copies of this Notice will be served on all individuals listed on Exhibit C.**

Dated: August 17, 2026

Respectfully submitted,

/s/ *Kathleen M. St. John*
John J. Monaghan (MA Bar #546454)
Lynne B. Xerras (MA Bar #632441)
Kathleen St. John (MA Bar #681565)
**HOLLAND & KNIGHT LLP**
10 St. James Avenue
Boston, MA 02116
Telephone: (617) 523-2700
Facsimile: (617) 523-6850
E-mail: john.monaghan@hklaw.com
lynne.xerras@hklaw.com
kathleen.stjohn@hklaw.com

*Counsel to the Debtor/Debtor-in-Possession*

**CERTIFICATE OF SERVICE**

I, Kathleen M. St. John, counsel for The Sisters of Saint Ann d/b/a Anna Maria College, the debtor and debtor in possession in the above-captioned chapter 11 case, hereby certify that on August 17, 2026, I caused copies of the foregoing *Notice of Filing Unredacted Matrix, Schedule E/F, and List of Previously Redacted Names and Addresses*, together with its Exhibits to be served by the Court's CM/ECF electronic filing system on all registered users, and to be served by U.S. mail on the parties listed on the attached Exhibit C.

*/s/ Kathleen M. St. John*________________
Kathleen M. St. John

# EXHIBIT A

**Unredacted Schedule E/F**

# EXHIBIT B

## Unredacted Matrix

# EXHIBIT C

## List of Unredacted Names and Addresses