# EXHIBIT A

## Unredacted Schedule E/F

**Fill in this information to identify the case:**

Debtor name **The Sisters of Saint Ann, Inc. d/b/a Anna Maria College**

United States Bankruptcy Court for the: DISTRICT OF MASSACHUSETTS

Case number (if known) **26-40758-EDK**

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**Arkansas Dept Finance & Administration<br>Revenue Legal Counsel<br>PO Box 1272<br>Little Rock, AR 72203**<br>Date or dates debt was incurred<br><br>Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim:<br><br>Is the claim subject to offset?<br>■ No<br>☐ Yes | **Unknown** | **Unknown** |
| **2.2** Priority creditor's name and mailing address<br>**Connecticut Dept of Revenue Services<br>Collections Unit Bankruptcy Team<br>450 Columbus Blvd Suite 1<br>Hartford, CT 06103**<br>Date or dates debt was incurred<br><br>Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim:<br><br>Is the claim subject to offset?<br>■ No<br>☐ Yes | **Unknown** | **Unknown** |

Debtor **The Sisters of Saint Ann, Inc. d/b/a Anna Maria College**
Name

Case number (if known) **26-40758-EDK**

2.3 Priority creditor's name and mailing address
**Internal Revenue Service**
**Centralized Insolvency Operation**
**Post Office Box 7346**
**Philadelphia, PA 19101-7346**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown** **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

2.4 Priority creditor's name and mailing address
**Kansas Dept of Revenue**
**PO Box 3506**
**Topeka, KS 66625**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown** **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

2.5 Priority creditor's name and mailing address
**Massachusetts Department of Revenue**
**Bankruptcy Unit**
**PO Box 7090**
**Boston, MA 02204**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown** **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

2.6 Priority creditor's name and mailing address
**Michigan Dept of Treasury**
**Tax Policy Division**
**Attn: Litigation Liaison**
**430 W Allegan St**
**Lansing, MI 48922**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown** **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

Debtor **The Sisters of Saint Ann, Inc. d/b/a Anna Maria College**
Name

Case number (if known) **26-40758-EDK**

2.7 Priority creditor's name and mailing address
**New Jersey Division of Taxation**
**Bankruptcy Unit**
**3 John Fitch Way 5th Floor**
**Trenton, NJ 08611**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown** **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

2.8 Priority creditor's name and mailing address
**Ohio Department of Taxation**
**Attn: Bankruptcy Division**
**PO Box 530**
**Columbus, OH 43216**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown** **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

2.9 Priority creditor's name and mailing address
**Rhode Island Division of Taxation**
**One Capitol Hill**
**Providence, RI 02908**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown** **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

2.10 Priority creditor's name and mailing address
**Town of Paxton Tax Collector**
**Attn Tristan Dun Treasurer Collector**
**697 Pleasant Street**
**Paxton, MA 01612**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown** **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Debtor **The Sisters of Saint Ann, Inc. d/b/a Anna Maria College**
Name

Case number (if known) **26-40758-EDK**

2.11 Priority creditor's name and mailing address
**Vermont Department of Taxes**
**133 State Street**
**1st Floor Lobby**
**Montpelier, VT 05602**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown** **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

3.1 **Nonpriority creditor's name and mailing address**
**AA Transportation**
**605 Hartford Turnpike**
**Shrewsbury, MA 01545-8639**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

**$1,850.00**

3.2 **Nonpriority creditor's name and mailing address**
**Abigail Harrison**
**26 Smith Avenue**
**Ware, MA 01082**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** student account
Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

3.3 **Nonpriority creditor's name and mailing address**
**Adewuyi Victor**
**12 Alakun, Bab Adisa**
**Ibeju Lekki**
**Lagos**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** student account
Is the claim subject to offset? ■ No ☐ Yes

**$300.00**

3.4 **Nonpriority creditor's name and mailing address**
**Ahearn Equipment Inc.**
**460 Main St.**
**Spencer, MA 01562**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

**$1,946.71**

3.5 **Nonpriority creditor's name and mailing address**
**Ahlina Andrews**
**112 School St**
**Clinton, MA 01510**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** student account
Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

Debtor **The Sisters of Saint Ann, Inc. d/b/a Anna Maria College** Case number (if known) **26-40758-EDK**
Name

| | | | |
|---|---|---|---|
| 3.6 | **Nonpriority creditor's name and mailing address**<br>**Airbrush Works**<br>**75 Webster Street**<br>**Worcester, MA 01603**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** goods/services<br>Is the claim subject to offset? ■ No ☐ Yes | **$30.00** |
| 3.7 | **Nonpriority creditor's name and mailing address**<br>**Airgas USA LLC**<br>**259 N. Radnor-Chester Road**<br>**Suite 100**<br>**Wayne, PA 19087-5240**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Utilities<br>Is the claim subject to offset? ■ No ☐ Yes | **$598.84** |
| 3.8 | **Nonpriority creditor's name and mailing address**<br>**Alberta Fordjour**<br>**24A Outlook Drive**<br>**Worcester, MA 01602**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** student account<br>Is the claim subject to offset? ■ No ☐ Yes | **$200.00** |
| 3.9 | **Nonpriority creditor's name and mailing address**<br>**Alec Fournier**<br>**76 Paxton Drive**<br>**Spencer, MA 01562**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** student account<br>Is the claim subject to offset? ■ No ☐ Yes | **$200.00** |
| 3.10 | **Nonpriority creditor's name and mailing address**<br>**Alexander Mayanja**<br>**32 Seven Springs Lane**<br>**Burlington, MA 01803**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** student account<br>Is the claim subject to offset? ■ No ☐ Yes | **$200.00** |
| 3.11 | **Nonpriority creditor's name and mailing address**<br>**Alfred Brown Associates Inc.**<br>**105 Washington Street**<br>**Auburn, MA 01501-0309**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** services provided<br>Is the claim subject to offset? ■ No ☐ Yes | **$991.19** |
| 3.12 | **Nonpriority creditor's name and mailing address**<br>**Alisha Ditaranto**<br>**60 Brigham St**<br>**Hubbardston, MA 01452**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** student account<br>Is the claim subject to offset? ■ No ☐ Yes | **$986.00** |

Debtor **The Sisters of Saint Ann, Inc. d/b/a Anna Maria College** Case number (if known) **26-40758-EDK**
Name

3.13 **Nonpriority creditor's name and mailing address**
**Alison Arendt**
**42 W. 499 Burlington Road**
**Spencer, MA 01562**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$156.64**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **student account**
Is the claim subject to offset? ■ No ☐ Yes

3.14 **Nonpriority creditor's name and mailing address**
**All Wood Lockers**
**1050 W State St.**
**Newcomerstown, OH 43832**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$27,175.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Goods/services provided**
Is the claim subject to offset? ■ No ☐ Yes

3.15 **Nonpriority creditor's name and mailing address**
**Amazon**
**Attn: Legal Department**
**PO Box 81226**
**Seattle, WA 98108**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$12,078.60**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Goods/services provided**
Is the claim subject to offset? ■ No ☐ Yes

3.16 **Nonpriority creditor's name and mailing address**
**Amber Girard**
**11 Wakefield Street**
**Webster, MA 01570**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **student account**
Is the claim subject to offset? ■ No ☐ Yes

3.17 **Nonpriority creditor's name and mailing address**
**Angela Boadu Jr**
**Bortiano-Milell**
**Accra 00000**
**GHANA**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$300.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **student account**
Is the claim subject to offset? ■ No ☐ Yes

3.18 **Nonpriority creditor's name and mailing address**
**Angela Botehlho Fritze**
**19B Summer Street**
**North Brookfield, MA 01535**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$200.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **student account**
Is the claim subject to offset? ■ No ☐ Yes

3.19 **Nonpriority creditor's name and mailing address**
**Angela Pasceri**
**129 Paxton Road**
**Spencer, MA 01562**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$150.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **student account**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **The Sisters of Saint Ann, Inc. d/b/a Anna Maria College** Case number (if known) **26-40758-EDK**
Name

**3.20 Nonpriority creditor's name and mailing address**
**Angelo Abbate**
**50 Sunset Lane**
**Box 203**
**Paxton, MA 01612**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$500.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** student account
Is the claim subject to offset? ■ No ☐ Yes

---

**3.21 Nonpriority creditor's name and mailing address**
**Anne Brown**
**91 Oakwood Avenue**
**Lynn, MA 01902**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$10,350.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** student account
Is the claim subject to offset? ■ No ☐ Yes

---

**3.22 Nonpriority creditor's name and mailing address**
**Anthony Camilo**
**32 Turning Mill Road**
**Brewster Town**
**Brewster, MA 02631**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,198.10**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** student account
Is the claim subject to offset? ■ No ☐ Yes

---

**3.23 Nonpriority creditor's name and mailing address**
**Anthony Ceciliano**
**73 Lakeside Drive**
**Shrewsbury, MA 01545**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$200.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** student account
Is the claim subject to offset? ■ No ☐ Yes

---

**3.24 Nonpriority creditor's name and mailing address**
**Aronu Pascal Ikechukwu**
**Awka**
**Anambra 420102**
**NIGERIA**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$300.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** student account
Is the claim subject to offset? ■ No ☐ Yes

---

**3.25 Nonpriority creditor's name and mailing address**
**Aspire Ed & IT Solutions LLC**
**PO Box 16402**
**Sugar Land, TX 77496**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$18,800.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Goods/services provided
Is the claim subject to offset? ■ No ☐ Yes

---

**3.26 Nonpriority creditor's name and mailing address**
**Assessment Technologies Institute LLC**
**11161 Overbrook Drive**
**Leawood, KS 66211**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$14,832.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

Debtor **The Sisters of Saint Ann, Inc. d/b/a Anna Maria College** Case number (if known) **26-40758-EDK**
Name

**3.27** **Nonpriority creditor's name and mailing address**
**Automatic Laundry Services Co Inc.**
**45 Border St.**
**West Newton, MA 02465**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$141,290.74**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Goods/services provided
Is the claim subject to offset? ■ No ☐ Yes

**3.28** **Nonpriority creditor's name and mailing address**
**Ava Blanchard**
**25 Lancelot Dr**
**Paxton, MA 01612**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$100.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** student account
Is the claim subject to offset? ■ No ☐ Yes

**3.29** **Nonpriority creditor's name and mailing address**
**Awg Dewar Inc.**
**4 Batterymarch Park Suite 320**
**Quincy, MA 02169-7468**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,768.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Goods/services provided
Is the claim subject to offset? ■ No ☐ Yes

**3.30** **Nonpriority creditor's name and mailing address**
**B&H Photo Video Corp**
**Remittance Processing Center**
**PO Box 28072**
**New York, NY 10087-8072**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$202.70**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Goods/services provided
Is the claim subject to offset? ■ No ☐ Yes

**3.31** **Nonpriority creditor's name and mailing address**
**Balfour & Co.**
**Erickson Group LLC**
**17 Angela Way**
**Concord, NH 03301**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$14,124.16**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Goods/services provided
Is the claim subject to offset? ■ No ☐ Yes

**3.32** **Nonpriority creditor's name and mailing address**
**Beantown Swing Orchestra**
**138 Partridge Lane**
**Concord, MA 01742**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,875.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

**3.33** **Nonpriority creditor's name and mailing address**
**Becky Ramirez**
**20 Village Way Apt 12**
**Webster, MA 01570**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,100.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** student account
Is the claim subject to offset? ■ No ☐ Yes

Debtor **The Sisters of Saint Ann, Inc. d/b/a Anna Maria College** Case number (if known) **26-40758-EDK**
Name

**3.34** **Nonpriority creditor's name and mailing address**
**Bell Simons Company**
**29 Lafayette Street**
**Hartford, CT 06126**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$5,343.31**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

**3.35** **Nonpriority creditor's name and mailing address**
**Bells Lawn & Garden Center**
**201 Southbridge Street**
**Auburn, MA 01501-2590**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,180.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

**3.36** **Nonpriority creditor's name and mailing address**
**Bianca Fagundes**
**312 Lake Avenue**
**Worcester, MA 01604**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$170.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** student account
Is the claim subject to offset? ■ No ☐ Yes

**3.37** **Nonpriority creditor's name and mailing address**
**Bio-Rad Laboratories Inc.**
**1000 Alfred Nobel Drive**
**Hercules, CA 94547**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$167.49**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

**3.38** **Nonpriority creditor's name and mailing address**
**Bjornson Jones Mungas**
**2809 Great Northern Loop**
**Suite 100**
**Missoula, MT 59808**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,882.50**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** student account
Is the claim subject to offset? ■ No ☐ Yes

**3.39** **Nonpriority creditor's name and mailing address**
**Blackstone National Golf Club LLC**
**The Barn**
**227 Putnam Hill Road**
**Sutton, MA 01590**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$13,567.60**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

**3.40** **Nonpriority creditor's name and mailing address**
**BM Technologies Inc**
**171 North Winstead Avenue**
**Rocky Mount, NC 27804**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$3,643.60**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

Debtor **The Sisters of Saint Ann, Inc. d/b/a Anna Maria College** Case number (if known) **26-40758-EDK**
Name

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount |
|---|---|---|---|
| 3.41 | **BMTX Inc.**<br>**171 N Winstead Avenue**<br>**Rocky Mount, NC 27804**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** goods/services<br>Is the claim subject to offset? ■ No ☐ Yes | **$3,713.45** |
| 3.42 | **Bollus Lynch CPAs**<br>**89 Shrewsbury St Suite 200**<br>**Worcester, MA 01604**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** goods/services<br>Is the claim subject to offset? ■ No ☐ Yes | **$4,500.00** |
| 3.43 | **Bond Construction Corporation**<br>**Route 31 North**<br>**98 North Spencer Rd**<br>**Spencer, MA 01562-1402**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** goods/services<br>Is the claim subject to offset? ■ No ☐ Yes | **$11,188.08** |
| 3.44 | **Boston Globe**<br>**1 Exchange Place**<br>**Suite 201**<br>**Boston, MA 02109**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** goods/services<br>Is the claim subject to offset? ■ No ☐ Yes | **$135.90** |
| 3.45 | **Bound Tree Medical LLC**<br>**23537 Network Place**<br>**Chicago, IL 60673-1235**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** goods/services<br>Is the claim subject to offset? ■ No ☐ Yes | **$456.56** |
| 3.46 | **Braman Chemical Enterprise Inc.**<br>**147 Herbert P Almgren Dr**<br>**Agawam, MA 01001-0368**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** goods/services<br>Is the claim subject to offset? ■ No ☐ Yes | **$2,302.09** |
| 3.47 | **Brianna Limbaugh**<br>**18 Baker Road**<br>**Charlton, MA 01507**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** student account<br>Is the claim subject to offset? ■ No ☐ Yes | **$7,078.00** |

Debtor **The Sisters of Saint Ann, Inc. d/b/a Anna Maria College** Case number (if known) **26-40758-EDK**
Name

| | | | |
|---|---|---|---|
| 3.48 | **Nonpriority creditor's name and mailing address**<br>**Brooke Austin**<br>**57 Kendall St**<br>**PO Box 1081**<br>**Barre, MA 01005**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** student account<br>Is the claim subject to offset? ■ No ☐ Yes | **$200.00** |
| 3.49 | **Nonpriority creditor's name and mailing address**<br>**Brooke Cardwell**<br>**53 Brewster Way**<br>**Holden, MA 01520**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** student account<br>Is the claim subject to offset? ■ No ☐ Yes | **$200.00** |
| 3.50 | **Nonpriority creditor's name and mailing address**<br>**BSN Sports LLC**<br>**14460 Varsity Brands Way**<br>**Dallas, TX 75244**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** goods/services<br>Is the claim subject to offset? ■ No ☐ Yes | **$54,195.79** |
| 3.51 | **Nonpriority creditor's name and mailing address**<br>**Burkeno Inc**<br>**Dr Aaron Lorenz**<br>**589 Bellevue Avenue Apt 2**<br>**Newport, RI 02840**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** 2726 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** goods/services<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,000.00** |
| 3.52 | **Nonpriority creditor's name and mailing address**<br>**Caeden Michael Humpage**<br>**8 Williamsburg Lane**<br>**Scarborough, ME 04074**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** student account<br>Is the claim subject to offset? ■ No ☐ Yes | **$500.00** |
| 3.53 | **Nonpriority creditor's name and mailing address**<br>**Candace Mero**<br>**195 Belmont Street Apt 2**<br>**Worcester, MA 01605**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** student account<br>Is the claim subject to offset? ■ No ☐ Yes | **$200.00** |
| 3.54 | **Nonpriority creditor's name and mailing address**<br>**Carl Socha**<br>**14 Woodsley Road**<br>**Wilbraham, MA 01095**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** student account<br>Is the claim subject to offset? ■ No ☐ Yes | **$200.00** |

Debtor **The Sisters of Saint Ann, Inc. d/b/a Anna Maria College** Case number (if known) **26-40758-EDK**
Name

3.55 **Nonpriority creditor's name and mailing address**
**Carolina Biological Supply Co.**
**2700 York Road**
**Burlington, NC 27215**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,825.04**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

---

3.56 **Nonpriority creditor's name and mailing address**
**Catholic Free Press**
**49 Elm St**
**Worcester, MA 01609-2514**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$367.40**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

---

3.57 **Nonpriority creditor's name and mailing address**
**CBUAO**
**5325 Lakefront Blvd A**
**Delray Beach, FL 33484**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$500.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

---

3.58 **Nonpriority creditor's name and mailing address**
**Celia Baxter**
**70 Old Worcester Road**
**Charlton, MA 01507**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$300.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** student account
Is the claim subject to offset? ■ No ☐ Yes

---

3.59 **Nonpriority creditor's name and mailing address**
**Championship Mindset**
**401 E 8th Street Suite 214**
**PMB-325**
**Sioux Falls, SD 57103**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

---

3.60 **Nonpriority creditor's name and mailing address**
**Chemsearch FE**
**2727 Chemsearch Blvd**
**Irving, TX 75062**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$3,671.16**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

---

3.61 **Nonpriority creditor's name and mailing address**
**Cheryl Home Franklin**
**1404 Windsor Lane**
**Brewster, NY 10509**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$150.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** student account
Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **The Sisters of Saint Ann, Inc. d/b/a Anna Maria College** Case number (if known) **26-40758-EDK**
Name

**3.62** Nonpriority creditor's name and mailing address
**Chimento & Webb PC**
**333 Elm Street Suite 230**
**Dedham, MA 02026**
Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **$6,811.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: goods/services
Is the claim subject to offset? ■ No ☐ Yes

**3.63** Nonpriority creditor's name and mailing address
**Christopher Testa**
**189 Wordsworth St**
**East Boston, MA 02128**
Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **$600.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: student account
Is the claim subject to offset? ■ No ☐ Yes

**3.64** Nonpriority creditor's name and mailing address
**Cintas**
**6800 Cintas Blvd**
**Mason, OH 45040**
Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **$341.54**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: goods/services
Is the claim subject to offset? ■ No ☐ Yes

**3.65** Nonpriority creditor's name and mailing address
**City of Worcester**
**c/o Dept of Conservation and Recreation**
**Attn Paula Davison**
**180 Beaman St**
**West Boylston, MA 01583**
Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **$39,408.30**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: wastewater processing
Is the claim subject to offset? ■ No ☐ Yes

**3.66** Nonpriority creditor's name and mailing address
**Clayton Dunlop**
**309 Harvard Street**
**Lancaster, MA 01523**
Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **$1,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: student account
Is the claim subject to offset? ■ No ☐ Yes

**3.67** Nonpriority creditor's name and mailing address
**Comfort Agyemang**
**12 Balis Ave**
**Worcester, MA 01604**
Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **$102.50**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: student account
Is the claim subject to offset? ■ No ☐ Yes

**3.68** Nonpriority creditor's name and mailing address
**Common Application Inc.**
**3003 Washington Blvd**
**Suite 1000**
**Arlington, VA 22201**
Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **$3,924.98**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: goods/services
Is the claim subject to offset? ■ No ☐ Yes

Debtor **The Sisters of Saint Ann, Inc. d/b/a Anna Maria College** Case number (if known) **26-40758-EDK**
Name

3.69 **Nonpriority creditor's name and mailing address**
**Corey McNally**
**16 Ash Lane**
**Dudley, MA 01571**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$200.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** student account
Is the claim subject to offset? ■ No ☐ Yes

3.70 **Nonpriority creditor's name and mailing address**
**Creative Services Inc.**
**64 Pratt Street**
**Mansfield, MA 02048-1937**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$227.77**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

3.71 **Nonpriority creditor's name and mailing address**
**Creedon and Co**
**39 Jolma Rd**
**Worcester, MA 01604**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$5,320.31**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

3.72 **Nonpriority creditor's name and mailing address**
**Crown Awards**
**9 Skyline Drive**
**Hawthorne, NY 10532**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$363.09**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

3.73 **Nonpriority creditor's name and mailing address**
**Daida**
**300 Columbus Circle Suite I**
**Edison, NJ 08837**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$839.24**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

3.74 **Nonpriority creditor's name and mailing address**
**Dakota Moore**
**116 Lake Street Apt B**
**Webster, MA 01570**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$700.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** student account
Is the claim subject to offset? ■ No ☐ Yes

3.75 **Nonpriority creditor's name and mailing address**
**Daktronics Inc.**
**SDS 12-2222**
**PO Box 86**
**Minneapolis, MN 55486**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$584.38**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

Debtor **The Sisters of Saint Ann, Inc. d/b/a Anna Maria College** Case number (if known) **26-40758-EDK**
Name

3.76 **Nonpriority creditor's name and mailing address**
**Dayary Estrada**
**81C Harrison Street**
**Worcester, MA 01604**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$200.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** student account
Is the claim subject to offset? ■ No ☐ Yes

3.77 **Nonpriority creditor's name and mailing address**
**Deer Pond Auto Repair Svc.**
**14 Huntoon Memorial Hwy**
**Leicester, MA 01524**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$13,501.24**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

3.78 **Nonpriority creditor's name and mailing address**
**Dileo Gas Inc.**
**630 Sunderland Rd**
**Worcester, MA 01604**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

3.79 **Nonpriority creditor's name and mailing address**
**Dillon Boiler Services Co Inc.**
**380 Crawford St**
**Fitchburg, MA 01420**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$15,055.48**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

3.80 **Nonpriority creditor's name and mailing address**
**Discover Central Massachusetts**
**311 Main Street Suite 200**
**Worcester, MA 01608**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$400.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

3.81 **Nonpriority creditor's name and mailing address**
**Dogfather Vending LLC**
**48 Channing St**
**Worcester, MA 01605**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,610.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

3.82 **Nonpriority creditor's name and mailing address**
**Dominic Brown**
**4 Hillside Dr**
**Sturbridge, MA 01566**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$150.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** student account
Is the claim subject to offset? ■ No ☐ Yes

Debtor **The Sisters of Saint Ann, Inc. d/b/a Anna Maria College**
Name

Case number (if known) **26-40758-EDK**

3.83 **Nonpriority creditor's name and mailing address**
**Dylan McCallum**
**16 Nancy Dr**
**Rutland, MA 01543**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$100.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** student account
Is the claim subject to offset? ■ No ☐ Yes

3.84 **Nonpriority creditor's name and mailing address**
**Eben Goldman**
**48 Horse Pond Road**
**Shirley, MA 01464**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$500.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** student account
Is the claim subject to offset? ■ No ☐ Yes

3.85 **Nonpriority creditor's name and mailing address**
**Ebsco Subscription Service**
**Payment Processing Center**
**PO Box 204661**
**Dallas, TX 75320-4661**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$6,801.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

3.86 **Nonpriority creditor's name and mailing address**
**ECMC**
**Attn Accounts Receivable**
**111 Washington Ave S**
**Suite 1400**
**Minneapolis, MN 55401**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,230.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

3.87 **Nonpriority creditor's name and mailing address**
**Ecolab**
**Attn Legal Dept**
**1 Ecolab Place**
**Saint Paul, MN 55102**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,492.17**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

3.88 **Nonpriority creditor's name and mailing address**
**Educational Computer Systems Inc.**
**100 Global View Drive**
**Suite 800**
**Warrendale, PA 15086**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$7,023.73**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

3.89 **Nonpriority creditor's name and mailing address**
**Elba Marquez**
**1 Alcott St Apt 2**
**Worcester, MA 01610**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,978.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** student account
Is the claim subject to offset? ■ No ☐ Yes

Debtor **The Sisters of Saint Ann, Inc. d/b/a Anna Maria College** Case number (if known) **26-40758-EDK**
Name

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount |
|---|---|---|---|
| 3.90 | **Elevator Maintenance & Service Inc.**<br>**163 Washington St**<br>**Worcester, MA 01610**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** goods/services<br>Is the claim subject to offset? ■ No ☐ Yes | **$8,733.02** |
| 3.91 | **Eliana Espinal**<br>**120 Washington Street Apt 311**<br>**Worcester, MA 01610**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** student account<br>Is the claim subject to offset? ■ No ☐ Yes | **$100.00** |
| 3.92 | **Elton Stubbs**<br>**8 Paine Rd**<br>**Randolph, MA 02368**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** student account<br>Is the claim subject to offset? ■ No ☐ Yes | **$200.00** |
| 3.93 | **Emergency Education Consultants**<br>**17 Misty Lane**<br>**Pelham, NH 03076**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** goods/services<br>Is the claim subject to offset? ■ No ☐ Yes | **$30,359.00** |
| 3.94 | **Emily Goodwin**<br>**2 Monica Lane**<br>**Blackstone, MA 01504**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** student account<br>Is the claim subject to offset? ■ No ☐ Yes | **$200.00** |
| 3.95 | **Emma Morse**<br>**133 Bratlle St**<br>**Athol, MA 01331**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** student account<br>Is the claim subject to offset? ■ No ☐ Yes | **$200.00** |
| 3.96 | **Encoura LLC**<br>**75 Remittance Drive Dept 1020**<br>**Chicago, IL 60675-1020**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** goods/services<br>Is the claim subject to offset? ■ No ☐ Yes | **$9,395.20** |

Debtor **The Sisters of Saint Ann, Inc. d/b/a Anna Maria College** Case number (if known) **26-40758-EDK**
Name

**3.97** **Nonpriority creditor's name and mailing address**
**Enmanuel Jimenez Perez**
**24 Water St Apt 109**
**Clinton, MA 01510**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$200.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** student account
Is the claim subject to offset? ■ No ☐ Yes

---

**3.98** **Nonpriority creditor's name and mailing address**
**Enterprise**
**Ean Services LLC**
**PO Box 840173**
**Kansas City, MO 64184-0173**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$8,990.32**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

---

**3.99** **Nonpriority creditor's name and mailing address**
**Erika Melendez**
**123 Chestnut St**
**Southbridge, MA 01550**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$200.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** student account
Is the claim subject to offset? ■ No ☐ Yes

---

**3.100** **Nonpriority creditor's name and mailing address**
**Ethan Hart**
**80 New Braintree Road**
**North Brookfield, MA 01535**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$200.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** student account
Is the claim subject to offset? ■ No ☐ Yes

---

**3.101** **Nonpriority creditor's name and mailing address**
**Evan Fournier**
**76 Paxton Road**
**Spencer, MA 01562**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$200.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** student account
Is the claim subject to offset? ■ No ☐ Yes

---

**3.102** **Nonpriority creditor's name and mailing address**
**Evan Rivera**
**278 Pleasant St**
**Lowell, MA 01852**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$200.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** student account
Is the claim subject to offset? ■ No ☐ Yes

---

**3.103** **Nonpriority creditor's name and mailing address**
**Events Central LLC**
**155 Ararat Street**
**Worcester, MA 01601**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$450.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **The Sisters of Saint Ann, Inc. d/b/a Anna Maria College** Case number (if known) **26-40758-EDK**
Name

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount |
|---|---|---|---|
| 3.104 | **Falcon**<br>**810 West Highway 25/70**<br>**Newport, TN 37821**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** goods/services<br>Is the claim subject to offset? ■ No ☐ Yes | **$7,380.12** |
| 3.105 | **FedEx**<br>**Attn Legal Department**<br>**1000 Ridgeway Loop Road**<br>**Suite 600**<br>**Memphis, TN 38120**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** goods/services<br>Is the claim subject to offset? ■ No ☐ Yes | **$32.73** |
| 3.106 | **First American Commercial Bancorp Inc**<br>**645 N Michigan Ave Suite 800**<br>**Chicago, IL 60611**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Former lease/debt satisfied<br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.107 | **Fisher Scientific Company LLC**<br>**300 Industry Drive**<br>**Pittsburgh, PA 15275**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** goods/services<br>Is the claim subject to offset? ■ No ☐ Yes | **$174.70** |
| 3.108 | **Flood Fire Pro, Inc.**<br>**852 Upper Union Street**<br>**Franklin, MA 02038**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Goods/services provided<br>Is the claim subject to offset? ■ No ☐ Yes | **$43,953.94** |
| 3.109 | **FMC Ice Sports**<br>**100 Schoosett Street Building 3**<br>**Pembroke, MA 02359**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** goods/services<br>Is the claim subject to offset? ■ No ☐ Yes | **$17,900.00** |
| 3.110 | **Follett Higher Education Group LLC**<br>**Attn General Accounting**<br>**3 Westbrook Corporate Center**<br>**Suite 200**<br>**Westchester, IL 60154**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** goods/services<br>Is the claim subject to offset? ■ No ☐ Yes | **$5,230.87** |

Debtor **The Sisters of Saint Ann, Inc. d/b/a Anna Maria College** Case number (if known) **26-40758-EDK**
Name

3.111 **Nonpriority creditor's name and mailing address**
**Fran Doyle**
**6 RF Higgins Drive**
**Norwell, MA 02061**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$530.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim: reimbursement**
Is the claim subject to offset? ■ No ☐ Yes

3.112 **Nonpriority creditor's name and mailing address**
**Fun Enterprises Inc.**
**63 Tosca Drive**
**Stoughton, MA 02072**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$27,550.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim: goods/services**
Is the claim subject to offset? ■ No ☐ Yes

3.113 **Nonpriority creditor's name and mailing address**
**FW Webb Company**
**160 Middlesex Turnpike**
**Bedford, MA 01730**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$289.41**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim: goods/services**
Is the claim subject to offset? ■ No ☐ Yes

3.114 **Nonpriority creditor's name and mailing address**
**Gabriela Campos**
**15 Dickenson Way Apt 82D**
**Marlborough, MA 01752**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$200.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim: student account**
Is the claim subject to offset? ■ No ☐ Yes

3.115 **Nonpriority creditor's name and mailing address**
**Gannett New England Localiq**
**Attn Law Department**
**7950 Jones Branch Drive**
**Mc Lean, VA 22107**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$4,057.83**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim: goods/services**
Is the claim subject to offset? ■ No ☐ Yes

3.116 **Nonpriority creditor's name and mailing address**
**Geidyann Soto**
**74 Hollis St Apt 6**
**Marlborough, MA 01752**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$200.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim: student account**
Is the claim subject to offset? ■ No ☐ Yes

3.117 **Nonpriority creditor's name and mailing address**
**Gibney Sports & Reconditioning**
**808 Main St**
**Worcester, MA 01610**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$4,901.35**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim: goods/services**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **The Sisters of Saint Ann, Inc. d/b/a Anna Maria College** Case number (if known) **26-40758-EDK**
Name

3.118 **Nonpriority creditor's name and mailing address**
**Gorout**
**2660 Superior Dr NW Unit 104**
**Rochester, MN 55901**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,860.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

3.119 **Nonpriority creditor's name and mailing address**
**Grainger Industrial Supply**
**Dept 823701834**
**100 Grainger Pkwy**
**Palatine, IL 60038-0001**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$286.11**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

3.120 **Nonpriority creditor's name and mailing address**
**Guaranty Glass**
**88 Main St**
**Spencer, MA 01562**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,458.81**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

3.121 **Nonpriority creditor's name and mailing address**
**Gula Promotions LLC**
**4 Autumn Lane**
**Stratham, NH 03885**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,099.36**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

3.122 **Nonpriority creditor's name and mailing address**
**Gustafson Plumbers Inc.**
**1035 Millbury Street MPL11543**
**Worcester, MA 01607**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$802.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

3.123 **Nonpriority creditor's name and mailing address**
**Hailey Benoit**
**217 Sturbridge Rd Unit 42**
**Charlton, MA 01507**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$100.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** student account
Is the claim subject to offset? ■ No ☐ Yes

3.124 **Nonpriority creditor's name and mailing address**
**Handy Solutions**
**74 Richards Ave**
**Paxton, MA 01612**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$600.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

Debtor **The Sisters of Saint Ann, Inc. d/b/a Anna Maria College** Case number (if known) **26-40758-EDK**
Name

3.125 **Nonpriority creditor's name and mailing address**
**Hannaford & Dumas**
**26 Conn Street**
**Woburn, MA 01801**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,151.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

3.126 **Nonpriority creditor's name and mailing address**
**Harmony Environmental Inc.**
**7 Mineral Spring Ave**
**Ludlow, MA 01056**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$260.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

3.127 **Nonpriority creditor's name and mailing address**
**HD Supply Facilities Maintenance**
**PO Box 604233**
**Charlotte, NC 28260-4233**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$3,320.58**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

3.128 **Nonpriority creditor's name and mailing address**
**Hennessy Beltran**
**69 Hillcraft Ave**
**Worcester, MA 01606**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$200.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** student account
Is the claim subject to offset? ■ No ☐ Yes

3.129 **Nonpriority creditor's name and mailing address**
**Herbert Berg Florist Inc.**
**19 Blackstone River Rd**
**Worcester, MA 01607**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$750.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

3.130 **Nonpriority creditor's name and mailing address**
**Hilda Mota**
**8111 E Yale Ave**
**6 108**
**Denver, CO 80231**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$200.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** student account
Is the claim subject to offset? ■ No ☐ Yes

3.131 **Nonpriority creditor's name and mailing address**
**Hinckley Allen & Snyder LLP**
**Attn K Mousette Esq**
**28 State St**
**Boston, MA 02109**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$22,201.28**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

Debtor **The Sisters of Saint Ann, Inc. d/b/a Anna Maria College**
Name

Case number (if known) **26-40758-EDK**

**3.132** **Nonpriority creditor's name and mailing address**
**Holden Municipal Light Dept**
**One Holden St**
**Holden, MA 01520**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Utilities**
Is the claim subject to offset? ■ No ☐ Yes

**3.133** **Nonpriority creditor's name and mailing address**
**HRC Total Solutions**
**111 Charles Street**
**Manchester, NH 03101**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,686.39**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **goods/services**
Is the claim subject to offset? ■ No ☐ Yes

**3.134** **Nonpriority creditor's name and mailing address**
**Hunter Felton**
**165 Lyman St**
**Westborough, MA 01581**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$200.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **student account**
Is the claim subject to offset? ■ No ☐ Yes

**3.135** **Nonpriority creditor's name and mailing address**
**Hunton Andrews Kurth LLP**
**Attn Accounts Receivable Dept**
**Bank of America Plaza Suite 4100**
**600 Peachtree Street NE**
**Atlanta, GA 30308**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$9,338.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **legal services**
Is the claim subject to offset? ■ No ☐ Yes

**3.136** **Nonpriority creditor's name and mailing address**
**Hyperice Inc.**
**525 Technology Drive**
**Suite 100**
**Irvine, CA 92618**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,512.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **goods/services**
Is the claim subject to offset? ■ No ☐ Yes

**3.137** **Nonpriority creditor's name and mailing address**
**Idalys Reyes**
**35 Vincent Circle**
**Worcester, MA 01604**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$200.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **student account**
Is the claim subject to offset? ■ No ☐ Yes

**3.138** **Nonpriority creditor's name and mailing address**
**Impact Fire Services, LLC**
**PO Box 735062**
**Dallas, TX 75373**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,679.22**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **goods/services**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **The Sisters of Saint Ann, Inc. d/b/a Anna Maria College** Case number (if known) **26-40758-EDK**
Name

| | | |
|---|---|---|
| 3.139 | **Nonpriority creditor's name and mailing address**<br>**Imperial Dade**<br>**55 Rt. 1 & 9**<br>**Attn: Legal Dept.**<br>**Jersey City, NJ 07306**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.* **$11,235.78**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** goods purchased<br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.140 | **Nonpriority creditor's name and mailing address**<br>**India Santiago Maldona**<br>**56 Combs Street Apt 3**<br>**Southbridge, MA 01550**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.* **$200.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** student account<br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.141 | **Nonpriority creditor's name and mailing address**<br>**Indoor Air Quality Improvement, Inc**<br>**dba Mighty Duct**<br>**28 Hastings St Bldg E**<br>**Mendon, MA 01756**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.* **$1,405.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** goods/services<br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.142 | **Nonpriority creditor's name and mailing address**<br>**Isabella Surmis**<br>**50 Curtis St**<br>**Auburn, MA 01501**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.* **$100.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** student account<br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.143 | **Nonpriority creditor's name and mailing address**<br>**J&J Commercial Services**<br>**269 Concord St**<br>**Holliston, MA 01746**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.* **$149.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** goods/services<br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.144 | **Nonpriority creditor's name and mailing address**<br>**J&J Contracting**<br>**3180 County Road 20**<br>**International Falls, MN 56649**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.* **$1,715.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** goods/services<br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.145 | **Nonpriority creditor's name and mailing address**<br>**Jackson Immuno Research Laboratories Inc**<br>**872 W Baltimore Pike**<br>**West Grove, PA 19390**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.* **$93.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** goods/services<br>Is the claim subject to offset? ■ No ☐ Yes |

Debtor **The Sisters of Saint Ann, Inc. d/b/a Anna Maria College** Case number (if known) **26-40758-EDK**
Name

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount |
|---|---|---|---|
| 3.146 | **Jamya Parker**<br>**2251 Washington St Apt B**<br>**Newton Lower Falls, MA 02462**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** student account<br>Is the claim subject to offset? ■ No ☐ Yes | **$200.00** |
| 3.147 | **Jasmine Davis**<br>**178 Park Street #2**<br>**Charlton, MA 01507**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** student account<br>Is the claim subject to offset? ■ No ☐ Yes | **$7,416.00** |
| 3.148 | **Jaylene Gomes**<br>**1093 Main St Apt 16**<br>**Leicester, MA 01524**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** student account<br>Is the claim subject to offset? ■ No ☐ Yes | **$718.80** |
| 3.149 | **JB Graphics Inc.**<br>**9388 Corbett Drive**<br>**Mc Cordsville, IN 46055**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** goods/services<br>Is the claim subject to offset? ■ No ☐ Yes | **$513.32** |
| 3.150 | **Jeffrey Atherton**<br>**116 Taylor Rd**<br>**Ashby, MA 01431**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** student account<br>Is the claim subject to offset? ■ No ☐ Yes | **$100.00** |
| 3.151 | **Jeffrey Lupisella**<br>**58 Trahan Avenue**<br>**Worcester, MA 01604**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** student account<br>Is the claim subject to offset? ■ No ☐ Yes | **$150.00** |
| 3.152 | **Jenneh Sambola**<br>**19 Parsons Hill Dr**<br>**Worcester, MA 01603**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** student account<br>Is the claim subject to offset? ■ No ☐ Yes | **$100.00** |

Debtor **The Sisters of Saint Ann, Inc. d/b/a Anna Maria College**
Name
Case number (if known) **26-40758-EDK**

**3.153** **Nonpriority creditor's name and mailing address**
**Jennie Caissie**
**53 Fort Hill Road**
**Oxford, MA 01540**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$200.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** student account
Is the claim subject to offset? ■ No ☐ Yes

**3.154** **Nonpriority creditor's name and mailing address**
**Jennifer Nguyen**
**4 Cabot St**
**Worcester, MA 01603**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$200.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** student account
Is the claim subject to offset? ■ No ☐ Yes

**3.155** **Nonpriority creditor's name and mailing address**
**Jessenia Perez**
**8 New Plainville Road Unit 6**
**New Bedford, MA 02745**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$3,810.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** student account
Is the claim subject to offset? ■ No ☐ Yes

**3.156** **Nonpriority creditor's name and mailing address**
**Jesus Vazquez**
**27 Highfield Road Unit B**
**Charlton, MA 01507**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$4,685.56**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** student account
Is the claim subject to offset? ■ No ☐ Yes

**3.157** **Nonpriority creditor's name and mailing address**
**Jill Cummings**
**23 High Street**
**West Boylston, MA 01583**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$10,350.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** student account
Is the claim subject to offset? ■ No ☐ Yes

**3.158** **Nonpriority creditor's name and mailing address**
**Jillian Evans**
**42 Phillips Road Unit 1**
**Holden, MA 01520**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$200.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** student account
Is the claim subject to offset? ■ No ☐ Yes

**3.159** **Nonpriority creditor's name and mailing address**
**JJ Bafaro Inc.**
**PO Box 943**
**Worcester, MA 01613-0943**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$979.50**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

Debtor **The Sisters of Saint Ann, Inc. d/b/a Anna Maria College** Case number (if known) **26-40758-EDK**
Name

3.160 **Nonpriority creditor's name and mailing address**
**John Brennan**
**12 Genevieve Lane**
**Webster, MA 01570**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$350.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** student account
Is the claim subject to offset? ■ No ☐ Yes

3.161 **Nonpriority creditor's name and mailing address**
**Johnson Controls Fire Protection LP**
**95 Shawmut Road**
**Canton, MA 02021**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,835.35**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** services provided
Is the claim subject to offset? ■ No ☐ Yes

3.162 **Nonpriority creditor's name and mailing address**
**Joseph Akoto**
**2 Ayrshire Rd**
**Worcester, MA 01604**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$100.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** student account
Is the claim subject to offset? ■ No ☐ Yes

3.163 **Nonpriority creditor's name and mailing address**
**Joseph's Lock & Safe Company Inc.**
**55 Green Street**
**Worcester, MA 01604-4109**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$5,123.40**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

3.164 **Nonpriority creditor's name and mailing address**
**Jostens Inc**
**21336 Network Place**
**Chicago, IL 60673-1213**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$718.52**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

3.165 **Nonpriority creditor's name and mailing address**
**Julian Booth**
**41 Sycamore Dr**
**Leominster, MA 01453**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$200.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** student account
Is the claim subject to offset? ■ No ☐ Yes

3.166 **Nonpriority creditor's name and mailing address**
**Julianna Lavoie**
**379 Mechanic St**
**Leominster, MA 01453**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$200.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** student account
Is the claim subject to offset? ■ No ☐ Yes

Debtor **The Sisters of Saint Ann, Inc. d/b/a Anna Maria College** Case number (if known) **26-40758-EDK**
Name

| | | | |
|---|---|---|---|
| 3.167 | **Nonpriority creditor's name and mailing address**<br>**Julianna Stanger**<br>**140 Skivira Lane**<br>**New Braintree, MA 01531**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** student account<br>Is the claim subject to offset? ■ No ☐ Yes | **$10,350.00** |
| 3.168 | **Nonpriority creditor's name and mailing address**<br>**Juliette Alger**<br>**61 Shiretown Road**<br>**Dedham, MA 02026**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** student account<br>Is the claim subject to offset? ■ No ☐ Yes | **$100.00** |
| 3.169 | **Nonpriority creditor's name and mailing address**<br>**Kahlia Duffy**<br>**9 Mechanic St**<br>**Ayer, MA 01432**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** student account<br>Is the claim subject to offset? ■ No ☐ Yes | **$200.00** |
| 3.170 | **Nonpriority creditor's name and mailing address**<br>**Kamco Supply Corp of Boston**<br>**Attn Robert W Hurwitz**<br>**Hurwitz Richard Sencabaugh PLLC**<br>**162 Park Street Suite 301**<br>**North Reading, MA 01864**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** goods/services<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,345.00** |
| 3.171 | **Nonpriority creditor's name and mailing address**<br>**Kasey Burdin**<br>**299 Royalston Rd**<br>**Baldwinville, MA 01436**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** student account<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,200.00** |
| 3.172 | **Nonpriority creditor's name and mailing address**<br>**Kelly Sullivan**<br>**270 Resevoir St**<br>**Holden, MA 01520**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** student account<br>Is the claim subject to offset? ■ No ☐ Yes | **$395.06** |
| 3.173 | **Nonpriority creditor's name and mailing address**<br>**Kelsey Hartigan**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** student account<br>Is the claim subject to offset? ■ No ☐ Yes | **$210.00** |

Debtor **The Sisters of Saint Ann, Inc. d/b/a Anna Maria College** Case number (if known) **26-40758-EDK**
Name

**3.174** **Nonpriority creditor's name and mailing address**
**Keyah Adamson**
**95 Pine St Apt 2L**
**Cambridge, MA 02139**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$100.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** student account
Is the claim subject to offset? ■ No ☐ Yes

**3.175** **Nonpriority creditor's name and mailing address**
**Kiandra Booth Desmarais**
**24 Burbank St**
**Millbury, MA 01527**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$200.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** student account
Is the claim subject to offset? ■ No ☐ Yes

**3.176** **Nonpriority creditor's name and mailing address**
**Kiara Gauthier**
**197 Southbridge Rd**
**Burlington, MA 01803**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$200.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** student account
Is the claim subject to offset? ■ No ☐ Yes

**3.177** **Nonpriority creditor's name and mailing address**
**KM Graphics**
**51 West Street**
**Ware, MA 01082**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$80.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

**3.178** **Nonpriority creditor's name and mailing address**
**Knight's Airport Limousine Service**
**390 Hartford Turnpike**
**Shrewsbury, MA 01545**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$243.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

**3.179** **Nonpriority creditor's name and mailing address**
**Larry Last**
**PO Box 1467**
**Wolfeboro, NH 03894**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$475.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** student account
Is the claim subject to offset? ■ No ☐ Yes

**3.180** **Nonpriority creditor's name and mailing address**
**Lesiah Byron**
**31 Bedford Avenue Apt 3**
**Worcester, MA 01604**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$200.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** student account
Is the claim subject to offset? ■ No ☐ Yes

Debtor **The Sisters of Saint Ann, Inc. d/b/a Anna Maria College** Case number (if known) **26-40758-EDK**
Name

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount |
|---|---|---|---|
| 3.181 | **Lia Mucera**<br>**11 Winterberry Lane**<br>**Worcester, MA 01604**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** student account<br>Is the claim subject to offset? ■ No ☐ Yes | **$200.00** |
| 3.182 | **Liberty Movers Inc.**<br>**99 Huntoon Memorial Hwy**<br>**Leicester, MA 01524**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** goods/services<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,236.00** |
| 3.183 | **Lily Celata**<br>**29 Mountain View St**<br>**Baldwinville, MA 01436**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** student account<br>Is the claim subject to offset? ■ No ☐ Yes | **$100.00** |
| 3.184 | **Lisa Livsey**<br>**17 Elaine Street**<br>**Webster, MA 01570**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** account balance<br>Is the claim subject to offset? ■ No ☐ Yes | **$150.00** |
| 3.185 | **Livia Pontolilo**<br>**390 Henshaw St**<br>**Rochdale, MA 01542**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** student account<br>Is the claim subject to offset? ■ No ☐ Yes | **$200.00** |
| 3.186 | **LIX Insurance Information Exchange**<br>**1574 Crescent Pointe Pkwy**<br>**College Station, TX 77845**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** goods/services<br>Is the claim subject to offset? ■ No ☐ Yes | **$158.75** |
| 3.187 | **Lucas Borges**<br>**99 Wilkens Lane Apt 1413**<br>**Hyannis, MA 02601**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** student account<br>Is the claim subject to offset? ■ No ☐ Yes | **$100.00** |

Debtor **The Sisters of Saint Ann, Inc. d/b/a Anna Maria College** Case number (if known) **26-40758-EDK**
Name

**3.188** **Nonpriority creditor's name and mailing address**
**Lucas Cardoso**
**160 Coe Rd**
**Brockton, MA 02302**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$200.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** student account
Is the claim subject to offset? ■ No ☐ Yes

**3.189** **Nonpriority creditor's name and mailing address**
**Luuna Nguyen**
**85 Gates Street**
**Worcester, MA 01610**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$10,350.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** student account
Is the claim subject to offset? ■ No ☐ Yes

**3.190** **Nonpriority creditor's name and mailing address**
**Lyme Green Heat**
**302 Orford Road**
**Lyme, NH 03768**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$93,827.70**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

**3.191** **Nonpriority creditor's name and mailing address**
**Lyrasis**
**Attn John McGarl**
**4920 Atlanta Hwy 1015**
**Alpharetta, GA 30004**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$4,326.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

**3.192** **Nonpriority creditor's name and mailing address**
**Mackenzie Lafreniere**
**1185 Alger St**
**Winchendon, MA 01475**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$200.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** student account
Is the claim subject to offset? ■ No ☐ Yes

**3.193** **Nonpriority creditor's name and mailing address**
**Madelyn Kelley**
**10 River St Apt B**
**Millbury, MA 01527**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$200.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** student account
Is the claim subject to offset? ■ No ☐ Yes

**3.194** **Nonpriority creditor's name and mailing address**
**Manuel Abraham Toribio**
**221 E Main St Apt 1013**
**East Brookfield, MA 01515**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$200.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** student account
Is the claim subject to offset? ■ No ☐ Yes

Debtor **The Sisters of Saint Ann, Inc. d/b/a Anna Maria College** Case number (if known) **26-40758-EDK**
Name

**3.195** **Nonpriority creditor's name and mailing address**
**Marcus Wallace**
**249 Gresham St**
**Springfield, MA 01119**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$100.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** student account
Is the claim subject to offset? ■ No ☐ Yes

**3.196** **Nonpriority creditor's name and mailing address**
**Marlin Leasing Corp.**
**300 Fellowship Road**
**Mount Laurel, NJ 08054**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

**3.197** **Nonpriority creditor's name and mailing address**
**Marsh Moriarty Ontell & Golder PC**
**25 Braintree Hill Office Park**
**Suite 301**
**Braintree, MA 02184**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$800.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

**3.198** **Nonpriority creditor's name and mailing address**
**Masrura Abubakar**
**600 Main St**
**Worcester, MA 01608**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$500.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** student account
Is the claim subject to offset? ■ No ☐ Yes

**3.199** **Nonpriority creditor's name and mailing address**
**Mass Park Inc.**
**dba Valet Park of America**
**185 Spring Street**
**Springfield, MA 01105**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

**3.200** **Nonpriority creditor's name and mailing address**
**Massachusetts Dept of Higher Education**
**Attn Cynthia Farr Brown PhD**
**One Ashburton Place Room 1401**
**Boston, MA 02108**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

**3.201** **Nonpriority creditor's name and mailing address**
**Massachusetts Dept of Unemployment Asst**
**P.O. Box 419815**
**Boston, MA 02241-9815**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$74,735.78**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Unemployment benefits
Is the claim subject to offset? ■ No ☐ Yes

Debtor **The Sisters of Saint Ann, Inc. d/b/a Anna Maria College** Case number (if known) **26-40758-EDK**
Name

| | | | |
|---|---|---|---|
| 3.202 | **Nonpriority creditor's name and mailing address**<br>**Massachusetts Water Resources Authority**<br>**Treasurer's Office**<br>**190 Tafts Avenue**<br>**Winthrop, MA 02152**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** goods/services<br>Is the claim subject to offset? ■ No ☐ Yes | **$125.97** |
| 3.203 | **Nonpriority creditor's name and mailing address**<br>**Master's Leasing & Rental**<br>**14655 Prospect Ave**<br>**Kansas City, MO 64146**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** goods/services<br>Is the claim subject to offset? ■ No ☐ Yes | **$4,851.04** |
| 3.204 | **Nonpriority creditor's name and mailing address**<br>**MaTran**<br>**800 Quik Trip Way**<br>**Belton, MO 64012**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Car loan<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.205 | **Nonpriority creditor's name and mailing address**<br>**Matthew St Pierre**<br>**52 Fern Ave**<br>**Amesbury, MA 01913**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** student account<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,163.30** |
| 3.206 | **Nonpriority creditor's name and mailing address**<br>**Mckesson Medical Surgical**<br>**9954 Mayland Drive**<br>**Henrico, VA 23233**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** goods/services<br>Is the claim subject to offset? ■ No ☐ Yes | **$392.38** |
| 3.207 | **Nonpriority creditor's name and mailing address**<br>**Meadow Technologies**<br>**110 Charlton Street 6B**<br>**New York, NY 10014**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** goods/services<br>Is the claim subject to offset? ■ No ☐ Yes | **$38,281.11** |
| 3.208 | **Nonpriority creditor's name and mailing address**<br>**Medicat LLC**<br>**303 Perimeter Center N**<br>**Suite 450**<br>**Atlanta, GA 30346**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** goods/services<br>Is the claim subject to offset? ■ No ☐ Yes | **$14,125.59** |

Debtor **The Sisters of Saint Ann, Inc. d/b/a Anna Maria College** Case number (if known) **26-40758-EDK**
Name

**3.209** **Nonpriority creditor's name and mailing address**
**Melissa Altidor**
**1 Devens Road**
**Worcester, MA 01606**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,200.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** student account
Is the claim subject to offset? ■ No ☐ Yes

**3.210** **Nonpriority creditor's name and mailing address**
**Merchants Fleet**
**14 Central Park Drive 1st Floor**
**Hooksett, NH 03106**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$11,184.80**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

**3.211** **Nonpriority creditor's name and mailing address**
**Michael Maddaleni MD**
**Redacted**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$10,650.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

**3.212** **Nonpriority creditor's name and mailing address**
**Michael Odonkor**
**443 Mill St**
**Worcester, MA 01602**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$100.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** student account
Is the claim subject to offset? ■ No ☐ Yes

**3.213** **Nonpriority creditor's name and mailing address**
**Michael Van Neste**
**65 Sandpiper Circle**
**East Falmouth, MA 02536**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$200.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** student account
Is the claim subject to offset? ■ No ☐ Yes

**3.214** **Nonpriority creditor's name and mailing address**
**Michele Hutchinson**
**4 Patricia Drive**
**North Oxford, MA 01537**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$200.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** student account
Is the claim subject to offset? ■ No ☐ Yes

**3.215** **Nonpriority creditor's name and mailing address**
**Michelle C Arbour**
**171 Bailey Rd**
**Holden, MA 01520**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$500.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** student account
Is the claim subject to offset? ■ No ☐ Yes

Debtor **The Sisters of Saint Ann, Inc. d/b/a Anna Maria College** Case number (if known) **26-40758-EDK**
Name

3.216 **Nonpriority creditor's name and mailing address**
**Mikayla Costigen**
**3 Messier St Apt 4**
**South Grafton, MA 01560**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$100.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** student account
Is the claim subject to offset? ■ No ☐ Yes

3.217 **Nonpriority creditor's name and mailing address**
**Mileigh Correia**
**34 Clinton Rd**
**Sterling, MA 01564**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$200.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** student account
Is the claim subject to offset? ■ No ☐ Yes

3.218 **Nonpriority creditor's name and mailing address**
**Miles Press Inc.**
**14 Sword Street**
**Auburn, MA 01501**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$937.48**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

3.219 **Nonpriority creditor's name and mailing address**
**Miurka Torres**
**28 West Main St Apt A**
**Millbury, MA 01527**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$8,264.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** student account
Is the claim subject to offset? ■ No ☐ Yes

3.220 **Nonpriority creditor's name and mailing address**
**Mohawk Communications LLC**
**1698 Northampton Street**
**Holyoke, MA 01040**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$7,585.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

3.221 **Nonpriority creditor's name and mailing address**
**Morningstar Danford**
**50 Sunset Ln**
**Paxton, MA 01612**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

3.222 **Nonpriority creditor's name and mailing address**
**Mount Saint Charles Academy**
**800 Logee St**
**Woonsocket, RI 02895**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

Debtor **The Sisters of Saint Ann, Inc. d/b/a Anna Maria College** Case number (if known) **26-40758-EDK**
Name

3.223 **Nonpriority creditor's name and mailing address**
**Moving Right Along**
**101 21 101st Street**
**Ozone Park, NY 11416**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$10,650.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

3.224 **Nonpriority creditor's name and mailing address**
**Nally Associates Inc.**
**23 W Bacon Street**
**Plainville, MA 02762**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$6,845.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

3.225 **Nonpriority creditor's name and mailing address**
**Naomi Moura**
**18 Main St**
**Sturbridge, MA 01566**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$200.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** student account
Is the claim subject to offset? ■ No ☐ Yes

3.226 **Nonpriority creditor's name and mailing address**
**Nash Sicari Swinimer**
**25 Dupaul St**
**Southbridge, MA 01550**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$200.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** student
Is the claim subject to offset? ■ No ☐ Yes

3.227 **Nonpriority creditor's name and mailing address**
**NASW MA Chapter**
**6 Beacon Street 915**
**Boston, MA 02108**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$120.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

3.228 **Nonpriority creditor's name and mailing address**
**Natalia Wilder**
**1 Duffy Road**
**Hubbardston, MA 01452**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$200.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** student
Is the claim subject to offset? ■ No ☐ Yes

3.229 **Nonpriority creditor's name and mailing address**
**Nathan Lemus**
**274 Pleasant St**
**Paxton, MA 01612**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$100.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** student
Is the claim subject to offset? ■ No ☐ Yes

Debtor **The Sisters of Saint Ann, Inc. d/b/a Anna Maria College** Case number (if known) **26-40758-EDK**
Name

**3.230** **Nonpriority creditor's name and mailing address**
**National Association of Social Workers**
**750 First Street, NE**
**Suite 800**
**Washington, DC 20002**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,148.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

**3.231** **Nonpriority creditor's name and mailing address**
**National Collegiate Honors Council**
**250 Knoll Residential Center**
**440 N 17Th Street**
**Lincoln, NE 68588-0627**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$750.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

**3.232** **Nonpriority creditor's name and mailing address**
**National Council for Mental Wellbeing**
**1400 K Street NW Suite 1050**
**Washington, DC 20005**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$6,792.45**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

**3.233** **Nonpriority creditor's name and mailing address**
**NE Voice & Data Communications**
**8436 Wirt Street**
**Omaha, NE 68134**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

**3.234** **Nonpriority creditor's name and mailing address**
**New England Golf Cars Methuen**
**62 Industrial Way**
**Seekonk, MA 02771**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,085.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

**3.235** **Nonpriority creditor's name and mailing address**
**New England Women's Hockey Alliance**
**34 Woodside Ave**
**Winthrop, MA 02152**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$7,245.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

**3.236** **Nonpriority creditor's name and mailing address**
**Ngocmy Nguyen**
**298 Harding St**
**Worcester, MA 01610**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$538.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** student account
Is the claim subject to offset? ■ No ☐ Yes

Debtor **The Sisters of Saint Ann, Inc. d/b/a Anna Maria College** Case number (if known) **26-40758-EDK**
Name

| | | | |
|---|---|---|---|
| 3.237 | **Nonpriority creditor's name and mailing address**<br>**Noraida Morales**<br>**12 Birch St**<br>**Fitchburg, MA 01420**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** student account<br>Is the claim subject to offset? ■ No ☐ Yes | **$200.00** |
| 3.238 | **Nonpriority creditor's name and mailing address**<br>**Noraida Rosado**<br>**139 King St Apt 2**<br>**Fitchburg, MA 01420**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** student account<br>Is the claim subject to offset? ■ No ☐ Yes | **$500.00** |
| 3.239 | **Nonpriority creditor's name and mailing address**<br>**Nyia Gonzalez**<br>**18 Day Lane**<br>**Webster, MA 01570**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** student account<br>Is the claim subject to offset? ■ No ☐ Yes | **$200.00** |
| 3.240 | **Nonpriority creditor's name and mailing address**<br>**Oceans Promotions**<br>**11243 Shady Lake Run**<br>**Fort Myers, FL 33913**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** goods/services<br>Is the claim subject to offset? ■ No ☐ Yes | **$3,763.00** |
| 3.241 | **Nonpriority creditor's name and mailing address**<br>**OCP**<br>**Oregon Catholic Press**<br>**340 Oswego Pointe Dr**<br>**Lake Oswego, OR 97034**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** goods/services<br>Is the claim subject to offset? ■ No ☐ Yes | **$25.82** |
| 3.242 | **Nonpriority creditor's name and mailing address**<br>**Off Duty Management Inc.**<br>**1906 Avenue D**<br>**Katy, TX 77493**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** goods/services<br>Is the claim subject to offset? ■ No ☐ Yes | **$252.47** |
| 3.243 | **Nonpriority creditor's name and mailing address**<br>**Office Of The Diaconate**<br>**49 Elm Street**<br>**Worcester, MA 01609**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** goods/services<br>Is the claim subject to offset? ■ No ☐ Yes | **$2,700.00** |

Debtor **The Sisters of Saint Ann, Inc. d/b/a Anna Maria College** Case number (if known) **26-40758-EDK**
Name

3.244 **Nonpriority creditor's name and mailing address**
**Olivia Guertin**
**9 Mark St**
**Providence, RI 02904**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$500.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** student account
Is the claim subject to offset? ■ No ☐ Yes

3.245 **Nonpriority creditor's name and mailing address**
**Olympic Trophy Mfg Co**
**1078 West Boylston Street**
**Suite 105**
**Worcester, MA 01606**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$69.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

3.246 **Nonpriority creditor's name and mailing address**
**OT Sports Industries Inc.**
**Attn Amy Mooney**
**172 Boone Street**
**Burlington, NC 27215**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$35.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

3.247 **Nonpriority creditor's name and mailing address**
**Pagano Media**
**11 Millbrook Street**
**Worcester, MA 01606**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$5,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

3.248 **Nonpriority creditor's name and mailing address**
**Paige Stewart**
**32 Berlin Street**
**Auburn, MA 01501**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$170.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** student account
Is the claim subject to offset? ■ No ☐ Yes

3.249 **Nonpriority creditor's name and mailing address**
**Party People Inc**
**46 Quirk Road**
**Milford, CT 06460**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,560.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

3.250 **Nonpriority creditor's name and mailing address**
**Paxton Auto Service**
**324 Pleasant St**
**Paxton, MA 01612**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$132.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

Debtor **The Sisters of Saint Ann, Inc. d/b/a Anna Maria College** Case number (if known) **26-40758-EDK**
Name

**3.251** **Nonpriority creditor's name and mailing address**
**Paxton Fire Department**
**Attn Michael Pingitore Fire Chief**
**576 Pleasant Street**
**Paxton, MA 01612**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

**3.252** **Nonpriority creditor's name and mailing address**
**Peabody Supply Company Inc.**
**Hajoca Corporation**
**PO Box 789662**
**Philadelphia, PA 19178-9662**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$732.70**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

**3.253** **Nonpriority creditor's name and mailing address**
**People's Linen Service**
**9 Giffin Street**
**Keene, NH 03431**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$21.28**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

**3.254** **Nonpriority creditor's name and mailing address**
**Pete's Service**
**192 Pleasant Street**
**Worcester, MA 01609**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,446.50**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

**3.255** **Nonpriority creditor's name and mailing address**
**Peterson Oil Service Inc.**
**75 Crescent St**
**Worcester, MA 01605**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$9,352.75**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

**3.256** **Nonpriority creditor's name and mailing address**
**Photos By Kmo**
**14 Pearl Street**
**Millbury, MA 01527**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$325.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

**3.257** **Nonpriority creditor's name and mailing address**
**Pleasant Valley Country Club**
**95 Armsby Road**
**Sutton, MA 01590**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$9,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

Debtor **The Sisters of Saint Ann, Inc. d/b/a Anna Maria College** Case number (if known) **26-40758-EDK**
Name

**3.258** **Nonpriority creditor's name and mailing address**
**Polar Beverages Corp**
**1001 Southbridge Street**
**Worcester, MA 01610**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$551.25**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

**3.259** **Nonpriority creditor's name and mailing address**
**Prestosports**
**7800 Montgomery Road Unit 200**
**Cincinnati, OH 45236**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$8,717.50**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

**3.260** **Nonpriority creditor's name and mailing address**
**Proquest LLC**
**789 E Eisenhower Parkway**
**Ann Arbor, MI 48108**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$8,717.50**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

**3.261** **Nonpriority creditor's name and mailing address**
**Quadient Inc**
**478 Wheelers Farm Road**
**Milford, CT 06461**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$4,253.60**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

**3.262** **Nonpriority creditor's name and mailing address**
**Rachaya Jette Bethea**
**158 Parker Street**
**Gardner, MA 01440**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$132.30**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** student account
Is the claim subject to offset? ■ No ☐ Yes

**3.263** **Nonpriority creditor's name and mailing address**
**Reagan Wajer**
**94 Pleasant St**
**Grafton, MA 01519**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$100.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** student account
Is the claim subject to offset? ■ No ☐ Yes

**3.264** **Nonpriority creditor's name and mailing address**
**Rebeca Brito Correia**

**North Grosvenordale, CT 06255**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$416.16**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** student account
Is the claim subject to offset? ■ No ☐ Yes

Debtor **The Sisters of Saint Ann, Inc. d/b/a Anna Maria College** Case number (if known) **26-40758-EDK**
Name

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount |
|---|---|---|---|
| 3.265 | **RefQuest**<br>**6255 Carrollton Ave**<br>**Indianapolis, IN 46230**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** goods/services<br>Is the claim subject to offset? ■ No ☐ Yes | **$11,408.00** |
| 3.266 | **Rexel**<br>**5429 Lyndon B. Johnson Fwy**<br>**Suite 600**<br>**Dallas, TX 75240**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** goods/services<br>Is the claim subject to offset? ■ No ☐ Yes | **$4,015.38** |
| 3.267 | **Ria M Cabral**<br>**63 Apthrop**<br>**Worcester, MA 01606**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Student account<br>Is the claim subject to offset? ■ No ☐ Yes | **$6,147.00** |
| 3.268 | **Richard Figueroa**<br>**31 Drexel St**<br>**Worcester, MA 01602**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** student account<br>Is the claim subject to offset? ■ No ☐ Yes | **$4,993.00** |
| 3.269 | **Richard Ricardi**<br>**2 Hadley Lane**<br>**Westborough, MA 01581**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** student account<br>Is the claim subject to offset? ■ No ☐ Yes | **$608.00** |
| 3.270 | **Risepoint LLC**<br>**Attn: Legal Dept.**<br>**2803 Philadelphia Pike**<br>**Suite B PMG 7250**<br>**Claymont, DE 19703**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Goods/services provided<br>Is the claim subject to offset? ■ No ☐ Yes | **$295,756.38** |
| 3.271 | **Rita Ajubese**<br>**24 Pine St**<br>**Whitinsville, MA 01588**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** student account<br>Is the claim subject to offset? ■ No ☐ Yes | **$200.00** |

Debtor **The Sisters of Saint Ann, Inc. d/b/a Anna Maria College**
Name

Case number (if known) **26-40758-EDK**

3.272 **Nonpriority creditor's name and mailing address**
**Rize Education**
**37 West 20th Street**
**Suite 1101**
**New York, NY 10011**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$68,200.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

---

3.273 **Nonpriority creditor's name and mailing address**
**Roadrunner Recycling Inc.**
**105 40th Street Suite 100**
**Pittsburgh, PA 15201**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$19,089.39**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

---

3.274 **Nonpriority creditor's name and mailing address**
**Rocky's Ace Hardware Inc.**
**40 Island Pond Road**
**Springfield, MA 01118**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$3,681.19**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

---

3.275 **Nonpriority creditor's name and mailing address**
**Ruby Electric**
**dkd Solutions dba Ruby Elect**
**77 East Worcester Street**
**Worcester, MA 01604**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$8,533.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

---

3.276 **Nonpriority creditor's name and mailing address**
**Ryan Flynn**
**108 Wallace Avenue**
**Auburn, MA 01501**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$500.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** student account
Is the claim subject to offset? ■ No ☐ Yes

---

3.277 **Nonpriority creditor's name and mailing address**
**Ryan Hill**
**128 Hunter Ave**
**Ashburnham, MA 01430**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$200.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** student account
Is the claim subject to offset? ■ No ☐ Yes

---

3.278 **Nonpriority creditor's name and mailing address**
**Ryan Murphy**
**1 Whitewood Lane**
**North Branford, CT 06471**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,397.99**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** student account
Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **The Sisters of Saint Ann, Inc. d/b/a Anna Maria College** Case number (if known) **26-40758-EDK**
Name

3.279 **Nonpriority creditor's name and mailing address**
**Scott Marderosian**
**117 Colburn Road**
**Worcester, MA 01607**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$75.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** refund
Is the claim subject to offset? ■ No ☐ Yes

3.280 **Nonpriority creditor's name and mailing address**
**Sehila Ryerson**
**135 Blithewood Ave**
**Worcester, MA 01604**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$200.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** student account
Is the claim subject to offset? ■ No ☐ Yes

3.281 **Nonpriority creditor's name and mailing address**
**SESAC**
**35 Music Square East**
**Nashville, TN 37203**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$422.75**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** good/services
Is the claim subject to offset? ■ No ☐ Yes

3.282 **Nonpriority creditor's name and mailing address**
**Shanelis Deleon**
**1 Union St**
**Marlborough, MA 01752**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** student account
Is the claim subject to offset? ■ No ☐ Yes

3.283 **Nonpriority creditor's name and mailing address**
**Shanik Suarez**
**894 Main St**
**Worcester, MA 01610**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$200.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** student account
Is the claim subject to offset? ■ No ☐ Yes

3.284 **Nonpriority creditor's name and mailing address**
**Shayla Halloran**
**35 Chadwick Street**
**Worcester, MA 01605**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$10,212.20**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** student account
Is the claim subject to offset? ■ No ☐ Yes

3.285 **Nonpriority creditor's name and mailing address**
**Shoes For Crews LLC**
**500 T-Rex Avenue**
**Suite 100**
**Boca Raton, FL 33431**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$66.66**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Goods/services provided
Is the claim subject to offset? ■ No ☐ Yes

Debtor **The Sisters of Saint Ann, Inc. d/b/a Anna Maria College** Case number (if known) **26-40758-EDK**
Name

3.286 **Nonpriority creditor's name and mailing address**
**Shorts Travel Mtg**
**NCAA Travel Dept**
**1203 W Ridgeway Ave**
**Waterloo, IA 50701**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$10,137.82**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Goods/services provided
Is the claim subject to offset? ■ No ☐ Yes

3.287 **Nonpriority creditor's name and mailing address**
**Siemens Public Inc.**
**170 Wood Avenue S**
**Iselin, NJ 08830**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Former lease/debt satisfied
Is the claim subject to offset? ■ No ☐ Yes

3.288 **Nonpriority creditor's name and mailing address**
**Sign Man**
**160 E Broadway**
**PO Box 622143**
**Oviedo, FL 32765**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$717.50**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Goods/services provided
Is the claim subject to offset? ■ No ☐ Yes

3.289 **Nonpriority creditor's name and mailing address**
**Silver Screen Design Inc.**
**324 Wells Street Suite 3**
**Greenfield, MA 01301**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$3,762.21**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Goods/services provided
Is the claim subject to offset? ■ No ☐ Yes

3.290 **Nonpriority creditor's name and mailing address**
**Siteone Landscape Supply LLC**
**24110 Network Place**
**Chicago, IL 60673**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,755.36**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Goods/services provided
Is the claim subject to offset? ■ No ☐ Yes

3.291 **Nonpriority creditor's name and mailing address**
**Skoler Abbott & Presser PC**
**One Monarch Place Suite 2000**
**Springfield, MA 01144**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$4,796.50**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Goods/services provided
Is the claim subject to offset? ■ No ☐ Yes

3.292 **Nonpriority creditor's name and mailing address**
**Soccer Asylum LLC**
**603 Pleasant Street**
**Paxton, MA 01612**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$10,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

Debtor **The Sisters of Saint Ann, Inc. d/b/a Anna Maria College** Case number (if known) **26-40758-EDK**
Name

| | | | |
|---|---|---|---|
| 3.293 | **Nonpriority creditor's name and mailing address**<br>**Sodexo Inc. & Affiliates**<br>**Attn Joshua Hubbard VP Operations**<br>**915 Meeting Street**<br>**Suite 14000**<br>**North Bethesda, MD 20852**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>**Basis for the claim:** Goods/services provided<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,317,668.59** |
| 3.294 | **Nonpriority creditor's name and mailing address**<br>**Sophia Figueroa Sanchez**<br>**123 Blood Rd**<br>**Charlton, MA 01507**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** student account<br>Is the claim subject to offset? ■ No ☐ Yes | **$200.00** |
| 3.295 | **Nonpriority creditor's name and mailing address**<br>**Sophia Harrison**<br>**9 Lawrence Road**<br>**Lynn, MA 01904**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** student account<br>Is the claim subject to offset? ■ No ☐ Yes | **$70.00** |
| 3.296 | **Nonpriority creditor's name and mailing address**<br>**Spectrum Enterprise**<br>**Charter Communications**<br>**Box 223085**<br>**Pittsburgh, PA 15251-2085**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Utilities<br>Is the claim subject to offset? ■ No ☐ Yes | **$18,034.98** |
| 3.297 | **Nonpriority creditor's name and mailing address**<br>**Springshare LLC**<br>**801 Brickell Ave**<br>**Suite 900**<br>**Miami, FL 33131**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Goods/services provided<br>Is the claim subject to offset? ■ No ☐ Yes | **$3,125.00** |
| 3.298 | **Nonpriority creditor's name and mailing address**<br>**Stephanie Ekwueme**<br>**APO Mechanic Village Plot 177**<br>**AMAC**<br>**Nigeria**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** student account<br>Is the claim subject to offset? ■ No ☐ Yes | **$100.00** |
| 3.299 | **Nonpriority creditor's name and mailing address**<br>**Stephen Mante**<br>**South La Estate**<br>**GHANA**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** student account<br>Is the claim subject to offset? ■ No ☐ Yes | **$300.00** |

Debtor **The Sisters of Saint Ann, Inc. d/b/a Anna Maria College** Case number (if known) **26-40758-EDK**
Name

| | | | |
|---|---|---|---|
| 3.300 | **Nonpriority creditor's name and mailing address**<br>**Stephen O'Connor**<br>**46 Cricklewood Drive**<br>**Leicester, MA 01524**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** student account<br>Is the claim subject to offset? ■ No ☐ Yes | **$650.00** |
| 3.301 | **Nonpriority creditor's name and mailing address**<br>**Stericycle Inc.**<br>**2355 Waukegan Rd**<br>**Attn Legal Dept**<br>**Deerfield, IL 60015**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** goods/services<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,529.14** |
| 3.302 | **Nonpriority creditor's name and mailing address**<br>**Stringking**<br>**19100 S Vermont Ave**<br>**Gardena, CA 90248**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** goods/services<br>Is the claim subject to offset? ■ No ☐ Yes | **$599.95** |
| 3.303 | **Nonpriority creditor's name and mailing address**<br>**Sunbelt Rentals**<br>**2341 Deerfield Dr**<br>**Fort Mill, SC 29715**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** goods/services<br>Is the claim subject to offset? ■ No ☐ Yes | **$13,857.98** |
| 3.304 | **Nonpriority creditor's name and mailing address**<br>**Synergy Imports LLC**<br>**444 Hayward Ave N**<br>**St Paul, MN 55128**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** goods/services<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,874.24** |
| 3.305 | **Nonpriority creditor's name and mailing address**<br>**Tammy Boyle**<br>**93 Blackstone River Road**<br>**Worcester, MA 01607**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** student account<br>Is the claim subject to offset? ■ No ☐ Yes | **$75.00** |
| 3.306 | **Nonpriority creditor's name and mailing address**<br>**Tan Le**<br>**Salomon-Petri-Ring 11**<br>**Hamburg, Germany**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** student account<br>Is the claim subject to offset? ■ No ☐ Yes | **$500.00** |

Debtor **The Sisters of Saint Ann, Inc. d/b/a Anna Maria College** Case number (if known) **26-40758-EDK**
Name

3.307 **Nonpriority creditor's name and mailing address**
**Tayenne Dos Santos**
**346 Turnpike Road 4306**
**Westborough, MA 01581**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$100.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** student account
Is the claim subject to offset? ■ No ☐ Yes

3.308 **Nonpriority creditor's name and mailing address**
**Taylene Marquez**
**161 Copeland St**
**Quincy, MA 02169**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$200.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** student account
Is the claim subject to offset? ■ No ☐ Yes

3.309 **Nonpriority creditor's name and mailing address**
**Taylor Freezer of New England Inc.**
**1030 University Avenue**
**Norwood, MA 02062-2644**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,213.43**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

3.310 **Nonpriority creditor's name and mailing address**
**Techsolutions, Inc.**
**157 Church Street**
**22nd Floor**
**New Haven, CT 06510**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$37,500.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Goods/services provided
Is the claim subject to offset? ■ No ☐ Yes

3.311 **Nonpriority creditor's name and mailing address**
**Teresa Watts**
**8 Depot Street Apt D**
**Sutton, MA 01590**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$10,350.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** student account
Is the claim subject to offset? ■ No ☐ Yes

3.312 **Nonpriority creditor's name and mailing address**
**The 016 LLC**
**20 Cook Street**
**Holden, MA 01520**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$900.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

3.313 **Nonpriority creditor's name and mailing address**
**The Hanover Insurance Group Inc.**
**Attn Pete Baute**
**440 Lincoln St**
**Worcester, MA 01653**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** insurance
Is the claim subject to offset? ■ No ☐ Yes

Debtor **The Sisters of Saint Ann, Inc. d/b/a Anna Maria College** Case number (if known) **26-40758-EDK**
Name

| | | | |
|---|---|---|---|
| 3.314 | **Nonpriority creditor's name and mailing address**<br>**The Pilot**<br>**66 Brooks Drive**<br>**Braintree, MA 02184-3839**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** goods/services<br>Is the claim subject to offset? ■ No ☐ Yes | **$620.00** |
| 3.315 | **Nonpriority creditor's name and mailing address**<br>**Tina Source**<br>**600 Forest St**<br>**Bridgewater, MA 02324**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** student account<br>Is the claim subject to offset? ■ No ☐ Yes | **$200.00** |
| 3.316 | **Nonpriority creditor's name and mailing address**<br>**Toby Rodriguez**<br>**180 Linden Avenue**<br>**Malden, MA 02148**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** student account<br>Is the claim subject to offset? ■ No ☐ Yes | **$10,350.00** |
| 3.317 | **Nonpriority creditor's name and mailing address**<br>**Town of Paxton**<br>**Municipal Light Dept.**<br>**578 Pleasant Street**<br>**Paxton, MA 01613**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** 1300 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** water/sewer<br>Is the claim subject to offset? ■ No ☐ Yes | **$11,720.99** |
| 3.318 | **Nonpriority creditor's name and mailing address**<br>**Town of Paxton**<br>**Attn Tara Rondeau**<br>**578 Pleasant Street**<br>**Paxton, MA 01612-1300**<br>**Date(s) debt was incurred** various<br>**Last 4 digits of account number** various | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Electric<br>Is the claim subject to offset? ■ No ☐ Yes | **$36,361.98** |
| 3.319 | **Nonpriority creditor's name and mailing address**<br>**Town of Paxton Police Dept**<br>**576 Pleasant Street**<br>**Paxton, MA 01612**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** safety monitoring<br>Is the claim subject to offset? ■ No ☐ Yes | **$98,053.00** |
| 3.320 | **Nonpriority creditor's name and mailing address**<br>**Trinity Fuller**<br>**9 Michelle Lane**<br>**North Oxford, MA 01537**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** student account<br>Is the claim subject to offset? ■ No ☐ Yes | **$300.00** |

Debtor **The Sisters of Saint Ann, Inc. d/b/a Anna Maria College**
Name

Case number (if known) **26-40758-EDK**

3.321 **Nonpriority creditor's name and mailing address**
**Triumph Roofing Inc.**
**46 Elm Street Unit 3**
**Baldwinville, MA 01436**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,572.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

3.322 **Nonpriority creditor's name and mailing address**
**Truleague Incorporated**
**245 Walnut Street**
**Newtonville, MA 02460-1646**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$6,500.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

3.323 **Nonpriority creditor's name and mailing address**
**Tucks Trucks Inc**
**244 Washington St**
**Hudson, MA 01749**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$235.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

3.324 **Nonpriority creditor's name and mailing address**
**Tyler Sandor**
**12 Overlook Road**
**North Salem, NY 10560**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,293.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** student account
Is the claim subject to offset? ■ No ☐ Yes

3.325 **Nonpriority creditor's name and mailing address**
**Ulyces Jantuah**
**156 Madison St**
**Fitchburg, MA 01420**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$200.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** student account
Is the claim subject to offset? ■ No ☐ Yes

3.326 **Nonpriority creditor's name and mailing address**
**Underberg and Kessler LLP**
**Attn Accounts Receivable**
**300 Bausch and Lomb Place**
**Rochester, NY 14604**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$546.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** services provided
Is the claim subject to offset? ■ No ☐ Yes

3.327 **Nonpriority creditor's name and mailing address**
**Uniti Solutions**
**Attn Uniti Solutions Services**
**PO Box 25310**
**Little Rock, AR 72212**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$8,595.78**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Utilities
Is the claim subject to offset? ■ No ☐ Yes

Debtor **The Sisters of Saint Ann, Inc. d/b/a Anna Maria College** Case number (if known) **26-40758-EDK**
Name

3.328 **Nonpriority creditor's name and mailing address**
**US Department of Education**
**IHE Program Management**
**Attn: Alisha Curtis**
**400 Maryland Ave SW**
**Washington, DC 20202**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$987,495.00**
☐ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** G5 Award
Is the claim subject to offset? ■ No ☐ Yes

3.329 **Nonpriority creditor's name and mailing address**
**US Department of Education**
**Oversight Enforcement**
**Attn Vickie Mouzon MS**
**400 Maryland Ave SW**
**Washington, DC 20202**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$584,562.00**
☐ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** SIP Title III Grant
Is the claim subject to offset? ■ No ☐ Yes

3.330 **Nonpriority creditor's name and mailing address**
**USA Today Media Corp**
**PO Box 631210**
**Cincinnati, OH 45263-1210**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$16,151.47**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** services provided
Is the claim subject to offset? ■ No ☐ Yes

3.331 **Nonpriority creditor's name and mailing address**
**Verizon Wireless**
**Bankruptcy Administration**
**500 Technology Dr Suite 550**
**Weldon Spring, MO 63304**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$685.89**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** telephone
Is the claim subject to offset? ■ No ☐ Yes

3.332 **Nonpriority creditor's name and mailing address**
**W J Grosvenor**
**6301 E Lombard Street**
**Baltimore, MD 21224-1779**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$149.04**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Goods/services provided
Is the claim subject to offset? ■ No ☐ Yes

3.333 **Nonpriority creditor's name and mailing address**
**Waleri Mora Cruz**
**43 Beacon Hill Ave Apt 2**
**Lynn, MA 01902**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$200.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** student account
Is the claim subject to offset? ■ No ☐ Yes

3.334 **Nonpriority creditor's name and mailing address**
**Walmart Community Card**
**Capital One**
**PO Box 60506**
**City Of Industry, CA 91716-0506**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$12.90**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** credit card
Is the claim subject to offset? ■ No ☐ Yes

Debtor **The Sisters of Saint Ann, Inc. d/b/a Anna Maria College** Case number (if known) **26-40758-EDK**
Name

**3.335** **Nonpriority creditor's name and mailing address**
**Warrior Sports Inc.**
**16151 Collections Center Drive**
**Chicago, IL 60693**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$12,432.88**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

**3.336** **Nonpriority creditor's name and mailing address**
**Waybetter Marketing Inc**
**Rich Whipkey President**
**PO Box 1439**
**Columbia, MD 21044**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$176,329.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** services provided
Is the claim subject to offset? ■ No ☐ Yes

**3.337** **Nonpriority creditor's name and mailing address**
**WB Mason Co Inc**
**59 Centre Street**
**Brockton, MA 02303**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$3,043.34**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

**3.338** **Nonpriority creditor's name and mailing address**
**Whalley Computer Associates**
**One Whalley Way**
**Southwick, MA 01077**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$35.60**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

**3.339** **Nonpriority creditor's name and mailing address**
**Whitewater Inc**
**RH White Construction Co Inc**
**41 Central St**
**Auburn, MA 01501**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$37,762.17**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

**3.340** **Nonpriority creditor's name and mailing address**
**Wilson Bus Lines Inc.**
**203 Patriots Rd**
**PO Box 415**
**E Templeton, MA 01438**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$13,724.10**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** services provided
Is the claim subject to offset? ■ No ☐ Yes

**3.341** **Nonpriority creditor's name and mailing address**
**Xerox Financial Services**
**Attn Legal Department**
**401 Merritt 7**
**Norwalk, CT 06851-1056**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$83,625.26**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** equipment lease
Is the claim subject to offset? ■ No ☐ Yes

Debtor: The Sisters of Saint Ann, Inc. d/b/a Anna Maria College (Name) — Case number (if known): 26-40758-EDK

| No. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount |
|---|---|---|---|
| 3.342 | **Yanelise Vega**<br>**68 Stockton St**<br>**Worcester, MA 01610**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: student account<br>Is the claim subject to offset? ■ No ☐ Yes | **$200.00** |
| 3.343 | **Zanae Martinez**<br>**15 Forbes Street**<br>**Apt. 3**<br>**Worcester, MA 01605**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: student account<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,000.00** |
| 3.344 | **Zanae Winchester**<br>**560 Mill Street Apr 101**<br>**Worcester, MA 01602**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: student account<br>Is the claim subject to offset? ■ No ☐ Yes | **$200.00** |
| 3.345 | **Zaria Tobey**<br>**89 Pleasant St**<br>**Hyannis, MA 02601**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: student account<br>Is the claim subject to offset? ■ No ☐ Yes | **$2,570.00** |
| 3.346 | **Zidane Lopes Oliveira**<br>**60 Burt St**<br>**Dorchester Center, MA 02124**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: student account<br>Is the claim subject to offset? ■ No ☐ Yes | **$200.00** |

## Part 3: List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 5,149,928.13 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 5,149,928.13 |