# EXHIBIT C

## List of Unredacted Names and Addresses

Abigail Harrison
26 Smith Avenue
Ware, MA 01082

Adewuyi Victor
12 Alakun, Bab Adisa
Ibeju Lekki
Lagos

Ahlina Andrews
112 School St
Clinton, MA 01510

Alberta Fordjour
24A Outlook Drive
Worcester, MA 01602

Alec Fournier
76 Paxton Drive
Spencer, MA 01562

Alexander Mayanja
32 Seven Springs Lane
Burlington, MA 01803

Alisha Ditaranto
60 Brigham St
Hubbardston, MA 01452

Alison Arendt
42 W. 499 Burlington Road
Spencer, MA 01562

Amber Girard
11 Wakefield Street
Webster, MA 01570

Angela Boadu Jr
Bortiano-Milell
Accra 00000
GHANA

Angela Botehlho Fritze
19B Summer Street
North Brookfield, MA 01535

Angela Pasceri
129 Paxton Road
Spencer, MA 01562

Angelo Abbate
50 Sunset Lane
Box 203
Paxton, MA 01612

Anne Brown
91 Oakwood Avenue
Lynn, MA 01902

Anthony Camilo
32 Turning Mill Road
Brewster Town
Brewster, MA 02631

Anthony Ceciliano
73 Lakeside Drive
Shrewsbury, MA 01545

Aronu Pascal Ikechukwu
Awka
Anambra 420102
NIGERIA

Ava Blanchard
25 Lancelot Dr
Paxton, MA 01612

Becky Ramirez
20 Village Way Apt 12
Webster, MA 01570

Bianca Fagundes
312 Lake Avenue
Worcester, MA 01604

Bjornson Jones Mungas
2809 Great Northern Loop
Suite 100
Missoula, MT 59808

Brianna Limbaugh
18 Baker Road
Charlton, MA 01507

Brooke Austin
57 Kendall St
PO Box 1081
Barre, MA 01005

Brooke Cardwell
53 Brewster Way
Holden, MA 01520

Caeden Michael Humpage
8 Williamsburg Lane
Scarborough, ME 04074

Candace Mero
195 Belmont Street Apt 2
Worcester, MA 01605

Carl Socha
14 Woodsley Road
Wilbraham, MA 01095

Celia Baxter
70 Old Worcester Road
Charlton, MA 01507

Cheryl Home Franklin
1404 Windsor Lane
Brewster, NY 10509

Chioma Ugochukwu
194 Greenbrier Way
Canton, GA 30114

Christopher Testa
189 Wordsworth St
East Boston, MA 02128

Clayton Dunlop
309 Harvard Street
Lancaster, MA 01523

Comfort Agyemang
12 Balis Ave
Worcester, MA 01604

Corey McNally
16 Ash Lane
Dudley, MA 01571

Dakota Moore
116 Lake Street Apt B
Webster, MA 01570

David McCauley
41 Outlook Road
Marshfield, MA 02050

Dayary Estrada
81C Harrison Street
Worcester, MA 01604

Dominic Brown
4 Hillside Dr
Sturbridge, MA 01566

Dr. Sean J. Ryan
16 Holland Road, #3
Worcester, MA 01603

Dylan McCallum
16 Nancy Dr
Rutland, MA 01543

Eben Goldman
48 Horse Pond Road
Shirley, MA 01464

Elba Marquez
1 Alcott St Apt 2
Worcester, MA 01610

Eliana Espinal
120 Washington Street Apt 311
Worcester, MA 01610

Elton Stubbs
8 Paine Rd
Randolph, MA 02368

Emily Goodwin
2 Monica Lane
Blackstone, MA 01504

Emma Morse
133 Bratlle St
Athol, MA 01331

Enmanuel Jimenez Perez
24 Water St Apt 109
Clinton, MA 01510

Erika Melendez
123 Chestnut St
Southbridge, MA 01550

Ethan Hart
80 New Braintree Road
North Brookfield, MA 01535

Evan Fournier
76 Paxton Road
Spencer, MA 01562

Evan Rivera
278 Pleasant St
Lowell, MA 01852

Fran Doyle
6 RF Higgins Drive
Norwell, MA 02061

Gabriela Campos
15 Dickenson Way Apt 82D
Marlborough, MA 01752

Geidyann Soto
74 Hollis St Apt 6
Marlborough, MA 01752

Hailey Benoit
217 Sturbridge Rd Unit 42
Charlton, MA 01507

Hennessy Beltran
69 Hillcraft Ave
Worcester, MA 01606

Hilda Mota
8111 E Yale Ave
6 108
Denver, CO 80231

Hunter Felton
165 Lyman St
Westborough, MA 01581

Idalys Reyes
35 Vincent Circle
Worcester, MA 01604

India Santiago Maldona
56 Combs Street Apt 3
Southbridge, MA 01550

Isabella Surmis
50 Curtis St
Auburn, MA 01501

James Bidwell
1 Dawson Rd.
Worcester, MA 01602

Jamya Parker
2251 Washington St Apt B
Newton Lower Falls, MA 02462

Jasmine Davis
178 Park Street #2
Charlton, MA 01507

Jaylene Gomes
1093 Main St Apt 16
Leicester, MA 01524

Jeffrey Atherton
116 Taylor Rd
Ashby, MA 01431

Jeffrey Lupisella
58 Trahan Avenue
Worcester, MA 01604

Jenneh Sambola
19 Parsons Hill Dr
Worcester, MA 01603

Jennie Caissie
53 Fort Hill Road
Oxford, MA 01540

Jennifer Nguyen
4 Cabot St
Worcester, MA 01603

Jessenia Perez
8 New Plainville Road Unit 6
New Bedford, MA 02745

Jesus Vazquez
27 Highfield Road Unit B
Charlton, MA 01507

Jill Cummings
23 High Street
West Boylston, MA 01583

Jillian Evans
42 Phillips Road Unit 1
Holden, MA 01520

John Brennan
12 Genevieve Lane
Webster, MA 01570

Joseph Akoto
2 Ayrshire Rd
Worcester, MA 01604

Judith LeDoux
26 Perkins Street
Worcester, MA 01605

Julian Booth
41 Sycamore Dr
Leominster, MA 01453

Julianna Lavoie
379 Mechanic St
Leominster, MA 01453

Julianna Stanger
140 Skivira Lane
New Braintree, MA 01531

Juliette Alger
61 Shiretown Road
Dedham, MA 02026

Kahlia Duffy
9 Mechanic St
Ayer, MA 01432

Karin Ciance
120 Mixter Road
Holden, MA 01520

Kasey Burdin
299 Royalston Rd
Baldwinville, MA 01436

Kelly Sullivan
270 Resevoir St
Holden, MA 01520

Kelsey Hartigan
326 Main Street, Apt. 201
Saco, ME 04072

Keyah Adamson
95 Pine St Apt 2L
Cambridge, MA 02139

Kiandra Booth Desmarais
24 Burbank St
Millbury, MA 01527

Kiara Gauthier
197 Southbridge Rd
Burlington, MA 01803

Larry Last
PO Box 1467
Wolfeboro, NH 03894

Lesiah Byron
31 Bedford Avenue Apt 3
Worcester, MA 01604

Lia Mucera
11 Winterberry Lane
Worcester, MA 01604

Lily Celata
29 Mountain View St
Baldwinville, MA 01436

Lisa Livsey
17 Elaine Street
Webster, MA 01570

Livia Pontolilo
390 Henshaw St
Rochdale, MA 01542

Lucas Borges
99 Wilkens Lane Apt 1413
Hyannis, MA 02601

Lucas Cardoso
160 Coe Rd
Brockton, MA 02302

Luuna Nguyen
85 Gates Street
Worcester, MA 01610

Mackenzie Lafreniere
1185 Alger St
Winchendon, MA 01475

Madelyn Kelley
10 River St Apt B
Millbury, MA 01527

Manuel Abraham Toribio
221 E Main St Apt 1013
East Brookfield, MA 01515

Marcus Wallace
249 Gresham St
Springfield, MA 01119

Masrura Abubakar
600 Main St
Worcester, MA 01608

Matthew St Pierre
52 Fern Ave
Amesbury, MA 01913

Melissa Altidor
1 Devens Road
Worcester, MA 01606

Michael Maddaleni MD
36 Barnard Hill Road
Boylston, MA 01505

Michael Odonkor
443 Mill St
Worcester, MA 01602

Michael Van Neste
65 Sandpiper Circle
East Falmouth, MA 02536

Michele Hutchinson
4 Patricia Drive
North Oxford, MA 01537

Michelle C Arbour
171 Bailey Rd
Holden, MA 01520

Mikayla Costigen
3 Messier St Apt 4
South Grafton, MA 01560

Mileigh Correia
34 Clinton Rd
Sterling, MA 01564

Miurka Torres
28 West Main St Apt A
Millbury, MA 01527

Naomi Moura
18 Main St
Sturbridge, MA 01566

Nash Sicari Swinimer
25 Dupaul St.
Southbridge, MA 01550

Natalia Wilder
1 Duffy Road
Hubbardston, MA 01452

Nathan Lemus
274 Pleasant St.
Paxton, MA 01612

Ngocmy Nguyen
298 Harding St
Worcester, MA 01610

Noraida Morales
12 Birch St
Fitchburg, MA 01420

Noraida Rosado
139 King St Apt 2
Fitchburg, MA 01420

Nyia Gonzalez
18 Day Lane
Webster, MA 01570

Olivia Guertin
9 Mark St
Providence, RI 02904

Paige Stewart
32 Berlin Street
Auburn, MA 01501

Rachaya Jette Bethea
158 Parker Street
Gardner, MA 01440

Reagan Wajer
94 Pleasant St
Grafton, MA 01519

Rebeca Brito Correia
North Grosvenordale, CT 06255

Ria M Cabral
63 Apthrop
Worcester, MA 01606

Richard Figueroa
31 Drexel St
Worcester, MA 01602

Richard Ricardi
2 Hadley Lane
Westborough, MA 01581

Rita Ajubese
24 Pine St
Whitinsville, MA 01588

Ryan Flynn
108 Wallace Avenue
Auburn, MA 01501

Ryan Hill
128 Hunter Ave
Ashburnham, MA 01430

Ryan Murphy
1 Whitewood Lane
North Branford, CT 06471

Scott Marderosian
117 Colburn Road
Worcester, MA 01607

Sehila Ryerson
135 Blithewood Ave
Worcester, MA 01604

Shanelis Deleon
1 Union St
Marlborough, MA 01752

Shanik Suarez
894 Main St
Worcester, MA 01610

Shayla Halloran
35 Chadwick Street
Worcester, MA 01605

Sophia Figueroa Sanchez
123 Blood Rd
Charlton, MA 01507

Sophia Harrison
9 Lawrence Road
Lynn, MA 01904

Stephanie Ekwueme
APO Mechanic Village Plot 177
AMAC
Nigeria

Stephen Mante
South La Estate
GHANA

Stephen O'Connor
46 Cricklewood Drive
Leicester, MA 01524

Tammy Boyle
93 Blackstone River Road
Worcester, MA 01607

Tan Le
Salomon-Petri-Ring 11
Hamburg, Germany

Tayenne Dos Santos
346 Turnpike Road 4306
Westborough, MA 01581

Taylene Marquez
161 Copeland St
Quincy, MA 02169

Teresa Watts
8 Depot Street Apt D
Sutton, MA 01590

Tina Source
600 Forest St
Bridgewater, MA 02324

Toby Rodriguez
180 Linden Avenue
Malden, MA 02148

Trinity Fuller
9 Michelle Lane
North Oxford, MA 01537

Tyler Sandor
12 Overlook Road
North Salem, NY 10560

Ulyces Jantuah
156 Madison St
Fitchburg, MA 01420

Waleri Mora Cruz
43 Beacon Hill Ave Apt 2
Lynn, MA 01902

Yanelise Vega
68 Stockton St
Worcester, MA 01610

Zanae Martinez
15 Forbes Street
Apt. 3
Worcester, MA 01605

Zanae Winchester
560 Mill Street Apr 101
Worcester, MA 01602

Zaria Tobey
89 Pleasant St
Hyannis, MA 02601

Zidane Lopes Oliveira
60 Burt St
Dorchester Center, MA 02124