8/17/2026 GRANTED. THE HEARING OF 8/27/2026 IS CONTINUED TO 9/3/2026 AT 12:00 PM. THE CONTINUED HEARING WILL BE CONDUCTED BOTH IN PERSON AT THE FEDERAL COURTHOUSE, 300 STATE STREET, BERKSHIRE COURTROOM, SPRINGFIELD, MA AND BY ZOOM.GOV VIDEO CONFERENCE. PARTIES IN INTEREST WHO WISH TO PARTICIPATE THROUGH ZOOM, BY 12:00 P.M. ONE COURT BUSINESS DAY BEFORE THE HEARING, SHOULD EMAIL THE COURTROOM CLERK AT SOPHIA_HOWARD@MAB.USCOURTS.GOV TO RECEIVE THE ZOOM LINK.

**THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**
**CENTRAL DIVISION**

| | |
|---|---|
| In re:<br><br>THE SISTERS OF SAINT ANN<br>d/b/a ANNA MARIA COLLEGE,<br><br>Debtor.[1] | Chapter 11<br><br>Case No. 26-40758-EDK |

**ASSENTED TO MOTION TO CONTINUE AUGUST 27, 2026 HEARING ON MOTION FOR ENTRY OF AN ORDER (I) AUTHORIZING THE PRIVATE SALE OF NURSING PROGRAM ASSETS FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES, AND OTHER INTERESTS, AND (II) GRANTING RELATED RELIEF**

The Sisters of Saint Ann d/b/a Anna Maria College, debtor and debtor in possession in the above-captioned chapter 11 case (the "Debtor" or the "College"), hereby moves (the "Motion") pursuant to Rule 5071-1 of the Local Bankruptcy Rules of the United States Bankruptcy Court for the District of Massachusetts (the "Local Rules") to continue the hearing (the "Hearing") on the *Debtor's Motion for Entry of an Order (I) Authorizing the Private Sale of Nursing Program Assets Free and Clear of Liens, Claims, Encumbrances, and Other Interests, and (II) Granting Related Relief* (the "Private Sale Motion") [Dkt. No. 158] currently scheduled for **August 27, 2026 at 11:00 A.M. (prevailing Eastern Time)** to **September 3, 2026**, or another date as the Court's schedule permits.

As grounds for this request the Debtor states that its counsel has unavoidable scheduling conflicts on August 27, 2026 at the time of the Hearing. Counsel to Assumption University consents to this continuance request.

---

[1] The last four digits of the Debtor's taxpayer identification number are 2060. The Debtor's address is 50 Sunset Lane, Paxton, MA 01612.