**THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**
**CENTRAL DIVISION**

| | |
|---|---|
| In re:<br><br>THE SISTERS OF SAINT ANN<br>d/b/a ANNA MARIA COLLEGE,<br><br>Debtor.[1] | Chapter 11<br><br>Case No. 26-40758-EDK |

**NOTICE OF INTENDED PRIVATE SALE OF PROPERTY,**
**DEADLINE FOR SUBMITTING OBJECTIONS AND HEARING DATE**

**SEPTEMBER 30, 2026 IS THE ESTIMATED DATE OF THE PROPOSED SALE.**

**SEPTEMBER 2, 2026 at 12:00 P.M. (Prevailing Eastern Time) IS THE DATE BY WHICH OBJECTIONS MUST BE MADE.**

**PLEASE TAKE NOTICE** that on August 14, 2026, The Sisters of Saint Ann d/b/a Anna Maria College, as debtor and debtor in possession in the above-captioned chapter 11 case (the "College" or the "Debtor") filed the *Motion for Entry of an Order (I) Authorizing the Private Sale of Nursing Program Assets Free and Clear of All Liens, Claims, Encumbrances, and Other Interests, and (II) Granting Related Relief* [Dkt. No. 158] (the "Private Sale Motion"), through which the Debtor requests authority to sell (the "Private Sale") a discrete set of assets once supporting the undergraduate and graduate nursing programs ("Nursing Programs") offered through the Debtor's School of Nursing and Health Science (the "Nursing Program Assets") to Assumption University, a Massachusetts non-profit corporation ("Assumption"), by *private sale,* free and clear of all liens, claims, encumbrances, and other interests, pursuant to the terms of an Asset Purchase Agreement ("APA") and related Transfer Agreement ("Transfer Agreement", and with the APA, the "Sale Documents") negotiated by and between the Debtor and Assumption (the "Assumption Transaction").

## A. Property to Be Sold.

**PLEASE TAKE FURTHER NOTICE** that as described in the Private Sale Motion previously or contemporaneously served upon you, the assets that the Debtor seeks to sell by Private Sale consist of the following tangible and intangible assets and properties (collectively, the "Assets"):

[1] The last four digits of the Debtor's taxpayer identification number are 2060. The Debtor's address is 50 Sunset Lane, Paxton, MA 01612.

a. all of the curricular materials, other files, plans, documents, correspondence, lists, notebooks, creative materials, studies, reports, or records of Anna Maria College owned by Anna Maria College and relating solely to the AMC Nursing School or its provision of educational services to the Current Anna Maria Nursing Students, as set forth on Schedule 1.04(a) to the APA attached to the Private Sale Motion, in each case whether written or electronically stored or otherwise recorded; and

b. all goodwill of the Assets.

The Nursing Program Assets expressly exclude the Debtor's Campus and related real estate.

**B. The Offer and Proposed Purchaser.**

**PLEASE TAKE FURTHER NOTICE** that in consideration for the ability to acquire the Assets on an expedited basis and through private sale, Assumption has agreed to fund a payment to the Debtor of $1,100,000.00 (the "Purchase Price") at closing of the Assumption Transaction, less a hold-back reserve of $110,000.00 ("Holdback"), for a total closing payment of $990,000.00 ("Closing Payment"). The APA provides that the Holdback shall serve as Assumption's exclusive remedy and source of recovery to the extent Assumption suffers "Indemnifiable Damages" as defined in the APA; the balance of the Holdback shall be released to the Debtor on the one year anniversary of the date of the closing of the Assumption Transaction.

**PLEASE TAKE FURTHER NOTICE** that Assumption University is a private Catholic university located at 500 Salisbury Street, Worcester, MA 01609, with no affiliation with the Debtor.

**PLEASE TAKE FURTHER NOTICE** that the Private Sale is expected to take place on or before September 30, 2026.

**C. Sale Free and Clear of Liens.**

**PLEASE TAKE FURTHER NOTICE** that the Private Sale Motion seeks entry of an order (the "Sale Order") approving the Private Sale of the Nursing Program Assets free and clear of all liens, claims, encumbrances, and other interests, pursuant to section 363(f) of the Bankruptcy Code. Any perfected, enforceable, and valid liens shall attach to the proceeds of the Private Sale in accordance with the priorities established under orders entered by the Bankruptcy Court and applicable law.

**D. Objection Deadline.**

**PLEASE TAKE FURTHER NOTICE** that any objection to the Private Sale Motion (a "Sale Objection") must: (a) be in writing; (b) conform to the Federal Bankruptcy Rules and Local Rules, including Bankruptcy Rule 9014; (c) set forth with particularity the specific grounds for the objection and why the intended sale should not be authorized; and (d) be filed with the Clerk, United States Bankruptcy Court, 300 State Street, Springfield, Massachusetts 01105, together with proof of service, and served so as to be actually received by the Notice Parties (defined below) on or before **September 2, 2026 at 12:00 P.M. (prevailing Eastern Time)** (the "Objection

Deadline”). Sale Objections must be served so as to be actually received by the following parties (collectively, the “Notice Parties”): (a) Debtor’s counsel, Holland & Knight LLP, Attn: John J. Monaghan, Esq., Lynne B. Xerras, Esq., 10 Saint James Avenue, 11th Floor, Boston, Massachusetts 02116, c/o lynne.xerras@hklaw.com; (b) counsel to Assumption, Bowditch & Dewey LLP, Attn: Christopher Terry, Esq., Peter J. Martin, Esq., 75 Federal Street, Suite 1000, Boston, Massachusetts 02110, c/o cterry@bowditch.com, pmartin@bowditch.com; (c) counsel to Citizens Funding Corp. and Citizens Bank, National Association, Choate, Hall & Stewart LLP, Attn: Douglas R. Gooding, Esq., Jonathan D. Marshall, Esq., Two International Place, Boston, Massachusetts 02110, c/o dgooding@choate.com; (d) the Office of the United States Trustee for the District of Massachusetts, Attn: William K. Harrington, 5 Post Office Square, Suite 1000, Boston, Massachusetts 02116, c/o eric.k.bradford@usdoj.gov; and (e) counsel the Official Committee of Unsecured Creditors, Dentons Bingham Greenebaum LLP, One City Center, Suite 11100, Portland, ME 04101, Attn: Andrew C. Helman, andrew.helman@dentons.com.

**E. Sale Hearing.**

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Private Sale Motion and any Sale Objections (the “Private Sale Hearing”) will be held at the Federal Courthouse, 300 State Street, Berkshire Courtroom, Springfield, Massachusetts 01105, on **September 3, 2026, at 12:00 P.M. (prevailing Eastern Time)**, before the Honorable Elizabeth D. Katz, United States Bankruptcy Judge. The Private Sale Hearing will be conducted both in person and by Zoom.gov videoconference. Parties in interest who wish to participate by Zoom should email the Courtroom Clerk at Sophia_howard@mab.uscourts.gov by 12:00 p.m. one court business day before the Private Sale Hearing, providing their name, the party they represent, and whether or not they will be an active participant in the hearing or only observing. Participation by video is only permitted by parties in interest. All other parties who wish to attend the Private Sale Hearing must attend in person.

The Private Sale Hearing may be adjourned from time to time without further notice to creditors or other parties in interest other than by announcement of the adjournment in open court on the date scheduled for the Private Sale Hearing, and the filing of a notice of the same on the Bankruptcy Court’s docket. Any party who has filed a Sale Objection is expected to be present at the Private Sale Hearing, failing which such Sale Objection may be overruled. The Bankruptcy Court may take evidence at the Private Sale Hearing to resolve issues of fact and may modify the method of sale set forth in this Notice at or prior to the Private Sale Hearing. If no Sale Objections are timely filed by the Objection Deadline, the Bankruptcy Court, in its discretion, may cancel the Private Sale Hearing and approve the Private Sale without a hearing.

**PLEASE TAKE FURTHER NOTICE THAT ANY PARTY OR ENTITY WHO FAILS TO TIMELY FILE A SALE OBJECTION ON OR BEFORE THE OBJECTION DEADLINE MAY BE FOREVER BARRED FROM ASSERTING ANY OBJECTION TO THE PRIVATE SALE, INCLUDING WITH RESPECT TO THE TRANSFER OF THE NURSING PROGRAM ASSETS FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES, AND OTHER INTERESTS, EXCEPT AS AGREED TO BY THE PROPOSED PURCHASER ON THE TERMS OF THE SALE ORDER.**

Any party that has not received a copy of the Private Sale Motion and wishes to obtain a copy, including all exhibits thereto, may obtain such documents free of charge by emailing kathleen.stjohn@hklaw.com. Any questions concerning the intended Private Sale shall be addressed to the undersigned.

Respectfully Submitted,

THE SISTERS OF SAINT ANN
d/b/a ANNA MARIA COLLEGE

By its counsel,

Dated: August 17, 2026

/s/ *John J. Monaghan*
John J. Monaghan (MA Bar #546454)
Lynne B. Xerras (MA Bar #632441)
Kathleen St. John (MA Bar #681565)
**HOLLAND & KNIGHT LLP**
10 St. James Avenue
Boston, MA 02116
Telephone: (617) 523-2700
Facsimile: (617) 523-6850
E-mail: john.monaghan@hklaw.com
lynne.xerras@hklaw.com
kathleen.stjohn@hklaw.com

*Counsel to the Debtor/Debtor-in-Possession*

#539538505_v5