# EXHIBIT 1




APPROVAL UNDER THE SUBDIVISION CONTROL LAW NOT REQUIRED.
PAXTON PLANNING BOARD
PLANNING BOARD ENDORSEMENT IS NOT A DETERMINATION AS TO CONFORMANCE WITH THE ZONING BYLAW.

DATE: ______________

THIS PLAN CONFORMS TO THE RULES AND REGULATIONS OF THE REGISTERS OF DEEDS OF THE COMMONWEALTH OF MASSACHUSETTS

**THOMPSON-LISTON ASSOCIATES, INC.**
PROFESSIONAL CIVIL ENGINEERS
PROFESSIONAL LAND SURVEYORS
51 MAIN STREET, PO BOX 570
BOYLSTON, MASS. 01505-0570
TEL: 508-869-6151 EMAIL: info@tlainc.net

| DATE: | DWG NO. |
|---|---|
| JULY 5, 2023 | - |

| REVISIONS | |
|---|---|
| DATE: | DESCRIPTION |
| | |

SCALE: 1 INCH = 40 FEET

FEET 40 30 20 10 0 40 80

METERS 10 5 0 10 20 30

**PROGRESS PRINT**
INFORMATION SHOWN ON THIS PLAN IS NOT NECESSARILY COMPLETE OR CORRECT.
DATE: 06-30-2023

PLAN OF LAND IN
PAXTON, MASSACHUSETTS
LOT 2 IS OWNED BY:
THE COMMUNITY OF THE SISTERS OF SAINT ANNE
WDRD BOOK-PAGE: 6967-131
SEE PLAN BOOK-PLAN: 464-16
ASSESSORS: 17-22-A
ZONING DISTRICT: GRB