# **EXHIBIT 2**


OVERALL LAYOUT PLAN
DESIGN DOCUMENTS
CAMPUS IMPROVEMENTS
ANNA MARIA COLLEGE
50 SUNSET LANE, PAXTON, MA 01612
DERCK & EDSON
CAMPUSES DOWNTOWNS ATHLETICS
WWW.DERCKANDEDSON.COM
RELEASES:
1 09/26/22 PERMIT SET
DATE: 09/26/2022
PROJECT #: 210370
DRAWN BY: MAL, AJK
PM: JLL
PIC: SBS
DRAWING NO.
C-103
SCALE: 1"=60'
LAYOUT PLAN LEGEND
PROPERTY LINE
LOT LINE
SETBACK LINE
EASEMENT LINE
RIGHT-OF-WAY LINE
CENTER LINE
PROPOSED SIGN
LIGHT STRUCTURE
EXISTING FENCE
PROPOSED FENCE
FLOOD PLAIN
ASPHALT PAVING
ASPHALT PAVING OVERLAY
CONCRETE WALK
CONCRETE PAVING
PROJECT LIMIT LINE
PROPOSED BASEBALL FIELD
MAINTENANCE ACCESS PATH
LIMIT OF TREE CLEARING AND GRADING
525'
200'
ROT PROPERTY