# EXHIBIT 3

**droysr@charter.net**

**From:** Mary Lou Retelle <mretelle@annamaria.edu>
**Sent:** Friday, April 14, 2023 6:38 PM
**To:** David Roy
**Subject:** Re: Thank You

**Flag Status:** Flagged

Dave. It is our pleasure to afford your family with something that is justly deserved. Your family is obviously part of the Anna Maria history and I am happy to include with actual affirmation. Stay well and let me know big other issues arise. Mary Lou

Sent from my iPhone

> On Apr 14, 2023, at 5:59 PM, David Roy <droysr@charter.net> wrote:
>
> CAUTION: This email originated from outside of Anna Maria College. Do not click links or open attachments unless you recognize the sender and know the content is safe.
>
>
> Mary Lou, I know we thanked you earlier but I really just wanted to send you another quick note.
>
> Elaina & I are overwhelmed by your generosity and kindness. Words cannot truly express our gratitude.
>
> This is a day which we will never forget. It's a life changing event for us.
>
> Thank you again.
>
> Dave Roy
> droysr@charter.net
> Sent From My IPhone