# EXHIBIT 5

**droysr@charter.net**

| | |
|---|---|
| **From:** | Michael Miers <mmiers@annamaria.edu> |
| **Sent:** | Wednesday, May 3, 2023 9:38 PM |
| **To:** | David Roy; eroy4@charter.net; droyjr8@charter.net |
| **Cc:** | Mary Lou Retelle |
| **Subject:** | Land Discussion |
| **Attachments:** | Roy Property Exhibit[42].pdf; PB Form A; ANR[60].pdf |

Dave,

I hope this email finds you well. I apologize for the delay; it took several attempts of outreach to the town to get information on beginning this process. I received an email back from the town today.

The area we are in is Residential Zone B, so we need to make sure the parcel meets these requirements, which the proposed does. Attached you will find our mock-up of the location (please ignore the baseball field placement and the College will not be pursuing this site as the field location). Based on this, we are showing 200' frontage with 525' width to match your existing parcel allowing lot area to be 105,000 sq. ft. Within this lot area, you should easily be able to meet requirements B-F when building.

| HEIGHT (STORIES) - 2 OR LESS | RESIDENTIAL ZONE A | RESIDENTIAL ZONE B |
|---|---|---|
| A. MINIMUM FRONTAGE | 100 | 200 |
| B. MINIMUM WIDTH THRU BUILDING | 125 | 150 |
| C. MINIMUM SETBACK FROM FRONT LOT LINE | 30 | 30 |
| D. MINIMUM SETBACK FROM STREET CENTER LINE | 55 | 55 |
| E. MINIMUM SIDE YARD SEPARATION | 15 | 25 |
| F. MINIMUM REAR YARD SEPARATION | 30 | 30 |
| G. MINIMUM LOT AREA | 30,000 | 60,000 |

Next Steps:

1. We will need to hire a surveyor to map out the proposed section of land and produce a set of plans for the plot.
2. We will need to complete and submit the attached ANR Application to the planning board. Fees for this are as follows:
    a. $350 application fee
    b. $100 fee for each new lot (in this case 1)
3. When the application goes to the planning board we will need to provide the following
    a. Complete application and fees (#2 above)
    b. 8 sets of plans from surveyor
    c. 1 set of reduced plans from surveyor

The planning board meets monthly, so depending on when we can get everything completed and submitted will determine which month it will be heard on.

I would be happy to meet with you to determine a surveyor for step 1. I assume you may want a specific person who you can also use when creating the building plans after the land is transferred.

Please let me know your thoughts. Thank you.

ANNA MAE

**Michael Miers**
Executive Vice President &
Chief Information Officer

p 508.849.3326
e mmiers@annamaria.edu
t @themikemiers
w annamaria.edu

**Planning Board**
Town of Paxton
697 Pleasant Street
Paxton, MA 01612
(508) 753 2803 x11 tel
(508) 797 0966 fax

# FORM A
# APPLICATION FOR ENDORSEMENT OF A PLAN BELIEVED NOT TO REQUIRE APPROVAL

File two completed forms with the Planning Board and one with the Town Clerk.

To the Paxton Planning Board (Date) ______________________

The undersigned wishes to record the accompanying plan and requests a determination and endorsement by said Board that approval by it under the Subdivision control Law is not required. The undersigned believes that such approval is not required for the following reasons: (Circle as appropriate.)

1. The accompanying plan is not a subdivision because the plan does not show a division of land.

2. The division of the tract of land shown on the accompanying plan is not a subdivision because every lot shown on the plan has frontage of at least such distance as is presently required by the Paxton Zoning By-Law for erection of a building on such lot and every lot shown on the plan has such frontage on:

a. a public way or way which the Town Clerk certifies is maintained and used as a public way, namely ______________________

b. a way shown on a plan theretofore approved and endorsed in accordance with the Subdivision Control Law, namely ______________________on ______________________, and subject to the following conditions ______________________
______________________;or

c. a private a way,______________________, in existence on ______________, 20__________ the date the Subdivision Control Law became effective in the Town, in the opinion of the Board, having sufficient width, suitable grades and adequate construction to provide for the needs of vehicular traffic in relation to the proposed use of the land abutting thereon or served thereby, and for the installation of municipal services to serve such land and the buildings erected or to be erected thereon.

3. The division of the tract of land shown on the accompanying plan is not a subdivision because it shows a proposed conveyance or other instrument, adding to, taking away from, or changing the size and shape of, lots in such a manner as not to leave any lot so affected without the frontage required by the Paxton Zoning By-Law. (Provide the Board with proper evidence to such effect.)

4. The division of the tract of land shown on the accompanying plan is not a subdivision because two (2) or more buildings were standing prior to ______________, 20__________ the date when the Subdivision Control Law went into effect in the Town, and the plan shows a division of land to create separate lots on each of which (1) of such buildings remains standing. Evidence of the existence of such buildings prior to the effective date of the Subdivision Control Law is submitted as follows:

______________________________________________

______________________________________________

______________________________________________

5. Other reasons or comments: (See M.G.L. c. 41, $81-L.)

______________________________________________

______________________________________________

______________________________________________

**Planning Board**
Town of Paxton
697 Pleasant Street
Paxton, MA 01612
(508) 753 2803 x11 tel
(508) 797 0966 fax

**FORM A**
**APPLICATION FOR ENDORSEMENT OF A PLAN**
**BELIEVED NOT TO REQUIRE APPROVAL**
(Continued)

Applicant's Name: ______________________________

Applicant's Address: ______________________________

Owner's Name: ______________________________

Owner's Address: ______________________________

Surveyor's Name: ______________________________

Surveyor's Address: ______________________________

The owner's title to the land is derived by deed from ______________________________ dated______________________________, and recorded in the Worcester District Registry of Deeds, Book __________, Page __________or Land Court Certificate of Title No. __________, registered in Worcester District, Book __________, Page __________, and is shown on Assessors' Map __________, Lot __________.

Location and Description of Property:

______________________________

______________________________

______________________________

Number of lots on the proposed plan: __________

Received by Town Clerk:

Date:______________________________

Time: ______________________________

______________________________

Signature

Applicant's Signature:

______________________________

Signatures of all owners of record if not the applicant;

______________________________

______________________________

______________________________


OVERALL LAYOUT PLAN
DESIGN DOCUMENTS
CAMPUS IMPROVEMENTS
ANNA MARIA COLLEGE
50 SUNSET LANE, PAXTON MA 01612
DERCK & EDSON
C-103
LAYOUT PLAN LEGEND
SCALE: 1"=60'
PROPOSED BASEBALL FIELD