# **EXHIBIT 6**

**droysr@charter.net**

| | |
|---|---|
| **From:** | Michael Miers <mmiers@annamaria.edu> |
| **Sent:** | Monday, June 26, 2023 6:32 PM |
| **To:** | David Roy |
| **Subject:** | Fwd: Anna Maria - Survey work |
| **Attachments:** | image001.jpg; image002.gif; Anna Maria ANR proposal.pdf |
| **Flag Status:** | Flagged |

Dave,

Please see below and attached. I'm still reading through it, but figured I would pass along. Looks like they are 3-4 weeks and $3k-$3.6k. I'm happy to search around for others if you would like too. Please let me know your thoughts. Thank you.

Michael Miers
Executive Vice President &
Chief Information Officer
Anna Maria College
50 Sunset Lane Box: B
Paxton, MA 01612
(508) 849-3326
mmiers@annamaria.edu

Begin forwarded message:

**From:** Seth Liston <Seth@tlainc.net>
**Date:** June 26, 2023 at 3:43:43 PM EDT
**To:** Michael Miers <mmiers@annamaria.edu>
**Subject: RE: Anna Maria - Survey work**

CAUTION: This email originated from outside of Anna Maria College. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Good afternoon Michael,
Thank you For your patience.
Attached, please find the proposal for the requested work. Let me know if you have any questions.
Our lead time for survey work at this time is approx. 3-4 weeks depending on weather and construction schedules.

Thank you,

**Seth Liston**
**Thompson-Liston Associates, Inc**
51 Main Street, PO Box 570
Boylston, MA 01505

508-869-6151

**From:** Michael Miers <mmiers@annamaria.edu>
**Sent:** Friday, June 23, 2023 9:35 AM
**To:** Seth Liston <Seth@tlainc.net>
**Subject:** Re: Anna Maria - Survey work

Thank you Seth.

**Michael Miers**
Executive Vice President &
Chief Information Officer

p 508.849.3326
e mmiers@annamaria.edu
t @themikemiers
w annamaria.edu

---

**From:** Seth Liston <Seth@tlainc.net>
**Date:** Thursday, June 22, 2023 at 6:16 PM
**To:** Michael Miers <mmiers@annamaria.edu>
**Subject:** Anna Maria - Survey work

**CAUTION:** This email originated from outside of Anna Maria College. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Good evening Mike,
I'm sorry for the delay in getting back to you on this I was on my honeymoon when I received your first email and forwarded it back to my office. I will check on this in the morning and try and get some answers for you ASAP.
Thank you,
Seth

Thank you,

**Seth Liston**
**Thompson-Liston Associates, Inc**
51 Main Street, PO Box 570
Boylston, MA 01505

508-869-6151

THOMPSON-LISTON ASSOCIATES, INC.
*Professional Engineers Professional Land Surveyors*
*Erosion Control Specialists*
*info@tlainc.net (508) 869-6151*

June 26, 2023

Attn:. Michael Myers
Anna Maria College
50 Sunset Lane
Paxton, MA 01612

Re: Proposal for Surveying Services
Streeter Road, Paxton, MA

Dear Mr. Magnusson:

Thompson-Liston Associates, Inc. (TLA) is pleased to provide to you, the Client, the following proposal for Professional Land Surveying Services with regard to the subject project.

TLA proposes to perform surveying pursuant to your desire to mark the property lines and to provide a drawing of your property including the location buildings.

**Parcel Description**

The subject property is located at the intersection of Grove Street and Streeter Road, in Paxton, MA and is described in a deed recorded at the Worcester District Registry of Deeds in Book 18897 Page 58. The parcel with frontage on the northerly side of Streeter Road is reported to encompass approximately 72 Acres of land. The deed describes land owned by the Community of the Sisters of Saint Anne.

**Scope of Services**

**SURVEY**

Task A: We will perform an on-the-ground survey of the referenced property.
We will:

- Perform research at the Assessors Office and Registry of Deeds and in our records;
- Search for and locate the various record and set monuments on and near to the property;
- Perform calculations to check the survey lines and coordinate the property corners;
- We will prepare a plan showing an approximate 200' x 530' parcel of land known as lot 17/22A to be conveyed to the owners of the abutting lot 17/22B

Task B: We will prepare and file the ANR Plan and associated forms

- We will prepare the Form A required with the plan for endorsement;
- We will set iron rods or drill holes at the major unmarked property corners;
- We will deliver to the Town of Paxton the stamped ANR Plan and completed Form A for the Planning Board's endorsement

Areas on Concern:

1. We believe that the preparation of an ANR plan for this intended purpose will not require the entirety of lot 17/22A to be surveyed and shown on a plan.

2. We have survey work from over 20 years ago in this area and believe that there is enough monumentation available to complete the work within the estimated budget. If we determine that this is not the case, we will communicate with you immediately to discuss the options.
3. This proposal does not include an appearance at a Public hearing. (usually not required)

Conditions, Presumptions, Limitations & Exclusions

The proposal fee is subject to the following presumptions:

1. We estimate that our work to prepare this plan will take approximately two weeks depending on weather and working schedule and we would expect to start within the next four weeks.

2. Direct expenses, such as field supplies, postage, photocopying, printing, computer plotting, delivery or courier costs, travel, telephone, or police traffic detail costs (if required) will be accounted separately and invoiced outside of the Fee Estimate.

**Estimated Fees**

The Estimated Fee for the proposed work is $3,200 - $3,600

The Estimated Fee is based upon an estimate of the hours required at the hourly rates as indicated on our Fee Schedule. The Estimated Fees are subject to the Conditions, Presumptions, Limitations & Exclusions stated above and attached as Exhibit A, Standard Conditions.

Thank you for the opportunity to provide this proposal for professional services. Please review this proposal carefully to be sure that it contains the required scope of services. We look forward to working with you on this project. If the proposal is acceptable, please sign below, confirm the billing name and address, and return the signed document to us. Please contact us if you have questions. Thank you.

Sincerely,

THOMPSON-LISTON ASSOCIATES, INC.

Seth Liston

Read, Understood and Accepted by:

______________________________ ____________________

Authorized Representative of Anna Maria College Date

## EXHIBIT A
## STANDARD CONDITIONS

**1.** The Client is responsible for providing access to the Land for TLA, its employees, agents, and consultants to enter upon the Land for the purposes of carrying out, from time to time, the services described in this Agreement.

**2.** The Client agrees that the completion of certain phases of the services described in this Agreement may alter the terrain or vegetation in the area of the Land. The Client shall indemnify and hold harmless TLA for such reasonable damage as may ensue from the work.

**3.** The Client agrees that TLA is not obligated or required to prepare for or appear in any litigation or arbitration proceeding nor any preliminary to such proceedings on behalf of the Client except in consideration of additional compensation as may be mutually agreed upon.

**4.** The Client agrees to limit TLA's liability to the Client and to all Contractors on the project, such that the total aggregate liability of TLA due to TLA's professional negligent acts, errors, design defects, or omissions for services rendered under this Agreement shall not exceed the limit of this Agreement or $250,000, whichever is less. The Client also agrees to notify any Contractor who may perform work in connection with any of the services described in this Agreement of the limitation of TLA's professional liability and to require that said Contractor agree, as a condition of the Client/Contractor agreement or contract, to limit TLA's professional liability as described in this paragraph.

**5.** The Client understands and agrees that, in connection with the performance of the services as described in this Agreement, any persons or entities engaged by TLA to perform any portion of the services described in this Agreement shall be independent contractors of TLA. Any such persons or entities shall be solely responsible for the methods and means used in performing their services and they shall not be considered or deemed to be employees or agents of TLA.

**6.** The Client agrees that TLA shall not be responsible for observations, reports or compliance with respect to OSHA regulations as they may affect or relate to designs, recommendations, or conclusions rendered during the performance of the services described in this Agreement.

**7.** Since TLA does not have any control over the cost of labor, materials, equipment or services furnished by others, the Client agrees that any estimates of the expected cost of construction prepared by TLA shall be considered to be preliminary and agrees that TLA shall not be held liable for differences between estimates and construction costs.

**8.** All documents, including original drawings, reports, estimates, specifications, and field notes and data are and remain the sole and exclusive property of TLA as instruments of service. Excepted from this statement of ownership of documents is a mylar or original plan that will be released for recording at an appropriate Registry of Deeds. The Client may, at its expense and after payment of all outstanding invoices, obtain record prints of drawings, in consideration of which the Client will use them solely in connection with the above-described project and not for the purpose of making subsequent extensions or enlargements thereto.

**9.** This agreement may be terminated by either party by written notice if the other party has breached a material term of this Agreement and such breach has persisted without cure for twenty (20) days. TLA shall then be paid for services completed up to the time of the termination. TLA's payment shall be based upon the fee schedule and the numbers of hours worked.

**10.** This Agreement shall be governed by the laws of the Commonwealth of Massachusetts.

**11.** Invoices will be rendered at the completion of phases or tasks or on a monthly basis and are due upon presentation. Invoices will be mailed to the Client at the Client's and/or email address. A finance charge of 1 1/2% per month (18% per year) on all sums under $500.00 and of 1% per month (12% per year) on all sums over $500.00 will be added to the unpaid balance after 30 days from the date of the invoice that remains unpaid. It is further understood that if there is a failure of the Client to pay any invoice due to TLA within 30 days after the date thereof, TLA may, without waiving any other

claim or right against the Client, and without liability whatsoever to the Client, terminate its performance hereunder. In the event that TLA places any unpaid invoice in the hands of an agency or attorney for collection, the Client agrees to pay all costs of collection, including reasonable attorney's fees and costs. Out-of-pocket expenses will be billed on an as received basis and will be due on receipt of invoice.

**12.** In the event that TLA is obstructed or delayed in the completion of these services by any act of the Client or the Client's agents or by any act beyond the control of TLA, including but not limited to snow cover, inclement weather, illness, strikes, failure of equipment, unanticipated degree of difficulty in completing the services, or delay created by approving agencies, the period of completion shall be extended for a period of time equal to the time lost by reason of any or all of the aforementioned causes.

**13.** This agreement may be amended by mutual agreement in the form of a confirmation of additional services signed by both parties.

**14.** The Proposal and the Professional Services Agreement to which these Standard Conditions are attached are valid and in force for thirty days after the issuance of the appropriate Proposal or Professional Services Agreement after which time they may be withdrawn.

**15.** TLA will not be responsible for damage incurred to unmarked underground components of irrigation (sprinkler) systems or underground animal control wires (a.k.a. "invisible fences").

**16.** TLA will not be held responsible for costs incurred due to installers or contractor errors.

**17.** TLA estimates of fees for professional services are understood to be for initial submissions to City/Town boards only. Any revisions required by Client, Municipal Entity, or Governmental Agent will be billed at the hourly rate according to the Fee Schedule shown in Exhibit B.

**18**. We accept Cash and/or check for payment of retainer and invoice

**19**. All unpaid invoices shall be paid prior to any and all plan submissions and filings.

**20.** Unless otherwise directed prior to work being done, TLA will work to provide reasonable consulting, inspection and layout services requested by contractors and subcontractors who are contracted to work on the subject project to help in expediting the project through the approval process. All such reasonable work done by TLA will be billed at the hourly rate to the Client

**21.** That since March of 2020 the State of Massachusetts and individual Town Governments have had varying levels of regulations placed on its citizens and businesses do to the COVID 19 Pandemic and related issues. We work very hard to maintain work and filing schedules and but that delays caused by unforeseen delays as a result of government schedules, or mandated work stoppages due to regional or worksite outbreaks and employee quarantine are beyond our control. We require all Clients/client entities with whom we have personal contact with to alert us if a positive test for COVID or a related illness occur.

**22.** State City, and Town regulations and the interpretations of their requirements are ever changing and are not decreasing with these changes. We work hard to be able to predict the requirements that will be made upon each filing, but the ever-changing personnel and their interpretations of their duties and department responsibilities make this a difficult and sometime impossible task. We are not responsible for the requirements made by local and state governments and regulatory bodies that affect the job status, tasks and delays.

THOMPSON-LISTON ASSOCIATES, INC.
*Professional Engineers Professional Land Surveyors*
*Erosion Control Specialists*
*info@tlainc.net (508) 869-6151*

## EXHIBIT B
## FEE SCHEDULE

| | Per Hour |
|---|---|
| Professional Staff | $180.00 |
| Public Meeting Representation Time | $240.00 |
| Technical Staff | $130.00 |
| Support | $ 90.00 |
| Field Crew - 2 Person (Minimum 3 hours) | $160.00 |
| GPS Crew | $150.00 |
| Field Crew - 3 Person (Minimum 3 hours) | $200.00 |
| Soil Testing - (4-hour minimum) | $160.00 |
| Court Time (Waiting, Testifying, Being Deposed) | Double Rate |

Time after 8 hours per day and Saturday time is invoiced at 1.5 times the regular hourly rate. Charge time begins when personnel leave our office and ends upon return to our office.

Direct Expenses are billed at cost plus an accounting service fee of 10%. Direct Expenses will include such items as field supplies, printing and copying, plotting, shipping, mailing, mileage, expendable supplies, telephone, fax, plans and deeds, and other materials necessary to complete the project.
*Mileage is now being billed at a rate higher than the state standard for reimbursement due to the recent fuel price increases. The current charge for mileage is $1.10/Mile.