UNITED STATES BANKRUPTCY COURT

DISTRICT OF Massachusetts

In Re. The Sisters of Saint Ann, Inc. d/b/a Anna Maria College §
§
§
Debtor(s) §

Case No. 26-40758

☐ Jointly Administered

# Monthly Operating Report

Chapter 11

Reporting Period Ended: 07/31/2026

Petition Date: 06/26/2026

Months Pending: 1

Industry Classification: 6 1 1 3

Reporting Method: Accrual Basis ○ Cash Basis ◉

Debtor's Full-Time Employees (current): 3

Debtor's Full-Time Employees (as of date of order for relief): 16

**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

- ☒ Statement of cash receipts and disbursements
- ☐ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
- ☐ Statement of operations (profit or loss statement)
- ☐ Accounts receivable aging
- ☐ Postpetition liabilities aging
- ☐ Statement of capital assets
- ☐ Schedule of payments to professionals
- ☐ Schedule of payments to insiders
- ☒ All bank statements and bank reconciliations for the reporting period
- ☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/Dr. Sean J. Ryan
Signature of Responsible Party

08/21/2026
Date

Dr. Sean J. Ryan
Printed Name of Responsible Party

50 Sunset Lane
Paxton, MA 01612
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name The Sisters of Saint Ann, Inc. d/b/a Anna Maria College Case No. 26-40758

| Part 1: Cash Receipts and Disbursements | | Current Month | Cumulative |
|---|---|---|---|
| a. | Cash balance beginning of month | $20,034 | |
| b. | Total receipts (net of transfers between accounts) | $357,042 | $357,042 |
| c. | Total disbursements (net of transfers between accounts) | $231,852 | $234,646 |
| d. | Cash balance end of month (a+b-c) | $145,224 | |
| e. | Disbursements made by third party for the benefit of the estate | $5,188 | $5,188 |
| f. | Total disbursements for quarterly fee calculation (c+e) | $237,040 | $239,833 |

| Part 2: Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | | Current Month |
|---|---|---|
| a. | Accounts receivable (total net of allowance) | $0 |
| b. | Accounts receivable over 90 days outstanding (net of allowance) | $0 |
| c. | Inventory (Book ○ Market ○ Other ● (attach explanation)) | $0 |
| d | Total current assets | $0 |
| e. | Total assets | $0 |
| f. | Postpetition payables (excluding taxes) | $0 |
| g. | Postpetition payables past due (excluding taxes) | $0 |
| h. | Postpetition taxes payable | $0 |
| i. | Postpetition taxes past due | $0 |
| j. | Total postpetition debt (f+h) | $0 |
| k. | Prepetition secured debt | $17,767,770 |
| l. | Prepetition priority debt | $0 |
| m. | Prepetition unsecured debt | $5,149,928 |
| n. | Total liabilities (debt) (j+k+l+m) | $22,917,698 |
| o. | Ending equity/net worth (e-n) | $-22,917,698 |

| Part 3: Assets Sold or Transferred | | Current Month | Cumulative |
|---|---|---|---|
| a. | Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. | Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. | Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4: Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | | Current Month | Cumulative |
|---|---|---|---|
| a. | Gross income/sales (net of returns and allowances) | $357,841 | |
| b. | Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c. | Gross profit (a-b) | $357,841 | |
| d. | Selling expenses | $0 | |
| e. | General and administrative expenses | $237,040 | |
| f. | Other expenses | $0 | |
| g. | Depreciation and/or amortization (not included in 4b) | $0 | |
| h. | Interest | $0 | |
| i. | Taxes (local, state, and federal) | $0 | |
| j. | Reorganization items | $0 | |
| k. | Profit (loss) | $120,002 | $117,208 |

Debtor's Name The Sisters of Saint Ann, Inc. d/b/a Anna Maria College Case No. 26-40758

**Part 5: Professional Fees and Expenses**

| | | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy) *Aggregate Total* | | | | | | |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | i | | | | | | |
| | ii | | | | | | |
| | iii | | | | | | |
| | iv | | | | | | |
| | v | | | | | | |
| | vi | | | | | | |
| | vii | | | | | | |
| | viii | | | | | | |
| | ix | | | | | | |
| | x | | | | | | |
| | xi | | | | | | |
| | xii | | | | | | |
| | xiii | | | | | | |
| | xiv | | | | | | |
| | xv | | | | | | |
| | xvi | | | | | | |
| | xvii | | | | | | |
| | xviii | | | | | | |
| | xix | | | | | | |
| | xx | | | | | | |
| | xxi | | | | | | |
| | xxii | | | | | | |
| | xxiii | | | | | | |
| | xxiv | | | | | | |
| | xxv | | | | | | |
| | xxvi | | | | | | |
| | xxvii | | | | | | |
| | xxviii | | | | | | |
| | xxix | | | | | | |
| | xxx | | | | | | |
| | xxxi | | | | | | |
| | xxxii | | | | | | |
| | xxxiii | | | | | | |
| | xxxiv | | | | | | |
| | xxxv | | | | | | |
| | xxxvi | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xxxvii | | | | | | |
| | xxxvii | | | | | | |
| | xxxix | | | | | | |
| | xl | | | | | | |
| | xli | | | | | | |
| | xlii | | | | | | |
| | xliii | | | | | | |
| | xliv | | | | | | |
| | xlv | | | | | | |
| | xlvi | | | | | | |
| | xlvii | | | | | | |
| | xlviii | | | | | | |
| | xlix | | | | | | |
| | l | | | | | | |
| | li | | | | | | |
| | lii | | | | | | |
| | liii | | | | | | |
| | liv | | | | | | |
| | lv | | | | | | |
| | lvi | | | | | | |
| | lvii | | | | | | |
| | lviii | | | | | | |
| | lix | | | | | | |
| | lx | | | | | | |
| | lxi | | | | | | |
| | lxii | | | | | | |
| | lxiii | | | | | | |
| | lxiv | | | | | | |
| | lxv | | | | | | |
| | lxvi | | | | | | |
| | lxvii | | | | | | |
| | lxviii | | | | | | |
| | lxix | | | | | | |
| | lxx | | | | | | |
| | lxxi | | | | | | |
| | lxxii | | | | | | |
| | lxxiii | | | | | | |
| | lxxiv | | | | | | |
| | lxxv | | | | | | |
| | lxxvi | | | | | | |
| | lxxvii | | | | | | |
| | lxxviii | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | lxxix | | | | | | |
| | lxxx | | | | | | |
| | lxxxi | | | | | | |
| | lxxxii | | | | | | |
| | lxxxiii | | | | | | |
| | lxxxiv | | | | | | |
| | lxxxv | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxix | | | | | | |
| | xc | | | | | | |
| | xci | | | | | | |
| | xcii | | | | | | |
| | xciii | | | | | | |
| | xciv | | | | | | |
| | xcv | | | | | | |
| | xcvi | | | | | | |
| | xcvii | | | | | | |
| | xcviii | | | | | | |
| | xcix | | | | | | |
| | c | | | | | | |
| | ci | | | | | | |

| | | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy) *Aggregate Total* | | | | | | |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | i | | | | | | |
| | ii | | | | | | |
| | iii | | | | | | |
| | iv | | | | | | |
| | v | | | | | | |
| | vi | | | | | | |
| | vii | | | | | | |
| | viii | | | | | | |
| | ix | | | | | | |
| | x | | | | | | |
| | xi | | | | | | |
| | xii | | | | | | |
| | xiii | | | | | | |
| | xiv | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xv | | | | | | |
| | xvi | | | | | | |
| | xvii | | | | | | |
| | xviii | | | | | | |
| | xix | | | | | | |
| | xx | | | | | | |
| | xxi | | | | | | |
| | xxii | | | | | | |
| | xxiii | | | | | | |
| | xxiv | | | | | | |
| | xxv | | | | | | |
| | xxvi | | | | | | |
| | xxvii | | | | | | |
| | xxviii | | | | | | |
| | xxix | | | | | | |
| | xxx | | | | | | |
| | xxxi | | | | | | |
| | xxxii | | | | | | |
| | xxxiii | | | | | | |
| | xxxiv | | | | | | |
| | xxxv | | | | | | |
| | xxxvi | | | | | | |
| | xxxvii | | | | | | |
| | xxxvii | | | | | | |
| | xxxix | | | | | | |
| | xl | | | | | | |
| | xli | | | | | | |
| | xlii | | | | | | |
| | xliii | | | | | | |
| | xliv | | | | | | |
| | xlv | | | | | | |
| | xlvi | | | | | | |
| | xlvii | | | | | | |
| | xlviii | | | | | | |
| | xlix | | | | | | |
| | l | | | | | | |
| | li | | | | | | |
| | lii | | | | | | |
| | liii | | | | | | |
| | liv | | | | | | |
| | lv | | | | | | |
| | lvi | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | lvii | | | | | | |
| | lviii | | | | | | |
| | lix | | | | | | |
| | lx | | | | | | |
| | lxi | | | | | | |
| | lxii | | | | | | |
| | lxiii | | | | | | |
| | lxiv | | | | | | |
| | lxv | | | | | | |
| | lxvi | | | | | | |
| | lxvii | | | | | | |
| | lxviii | | | | | | |
| | lxix | | | | | | |
| | lxx | | | | | | |
| | lxxi | | | | | | |
| | lxxii | | | | | | |
| | lxxiii | | | | | | |
| | lxxiv | | | | | | |
| | lxxv | | | | | | |
| | lxxvi | | | | | | |
| | lxxvii | | | | | | |
| | lxxviii | | | | | | |
| | lxxix | | | | | | |
| | lxxx | | | | | | |
| | lxxxi | | | | | | |
| | lxxxii | | | | | | |
| | lxxxiii | | | | | | |
| | lxxxiv | | | | | | |
| | lxxxv | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxix | | | | | | |
| | xc | | | | | | |
| | xci | | | | | | |
| | xcii | | | | | | |
| | xciii | | | | | | |
| | xciv | | | | | | |
| | xcv | | | | | | |
| | xcvi | | | | | | |
| | xcvii | | | | | | |
| | xcviii | | | | | | |

Debtor's Name The Sisters of Saint Ann, Inc. d/b/a Anna Maria College Case No. 26-40758

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xcix | | | | | | |
| | c | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | | |

| Part 6: Postpetition Taxes | | Current Month | Cumulative |
|---|---|---|---|
| a. | Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. | Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. | Postpetition employer payroll taxes accrued | $0 | $0 |
| d. | Postpetition employer payroll taxes paid | $0 | $0 |
| e. | Postpetition property taxes paid | $0 | $0 |
| f. | Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. | Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

**Part 7: Questionnaire - During this reporting period:**

a. Were any payments made on prepetition debt? (if yes, see Instructions) — Yes ○ No ◉

b. Were any payments made outside the ordinary course of business without court approval? (if yes, see Instructions) — Yes ○ No ◉

c. Were any payments made to or on behalf of insiders? — Yes ○ No ◉

d. Are you current on postpetition tax return filings? — Yes ◉ No ○

e. Are you current on postpetition estimated tax payments? — Yes ◉ No ○

f. Were all trust fund taxes remitted on a current basis? — Yes ◉ No ○

g. Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) — Yes ○ No ◉

h. Were all payments made to or on behalf of professionals approved by the court? — Yes ○ No ○ N/A ◉

i. Do you have:
- Worker's compensation insurance? — Yes ◉ No ○
  - If yes, are your premiums current? — Yes ◉ No ○ N/A ○ (if no, see Instructions)
- Casualty/property insurance? — Yes ◉ No ○
  - If yes, are your premiums current? — Yes ◉ No ○ N/A ○ (if no, see Instructions)
- General liability insurance? — Yes ◉ No ○
  - If yes, are your premiums current? — Yes ◉ No ○ N/A ○ (if no, see Instructions)

j. Has a plan of reorganization been filed with the court? — Yes ○ No ◉

k. Has a disclosure statement been filed with the court? — Yes ○ No ◉

l. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? — Yes ◉ No ○

Debtor's Name The Sisters of Saint Ann, Inc. d/b/a Anna Maria College Case No. 26-40758

## Part 8: Individual Chapter 11 Debtors (Only)

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ○ No ● |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○ No ○ N/A ● |

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

| | |
|---|---|
| /s/Dr. Sean J. Ryan | Dr. Sean J. Ryan |
| Signature of Responsible Party | Printed Name of Responsible Party |
| President | 08/21/2026 |
| Title | Date |

Debtor's Name The Sisters of Saint Ann, Inc. d/b/a Anna Maria College Case No. 26-40758

PageOnePartOne

PageOnePartTwo

PageTwoPartOne

PageTwoPartTwo

Debtor's Name The Sisters of Saint Ann, Inc. d/b/a Anna Maria College Case No. 26-40758

Bankruptcy1to50

Bankruptcy51to100

NonBankruptcy1to50

NonBankruptcy51to100

Debtor's Name The Sisters of Saint Ann, Inc. d/b/a Anna Maria College Case No. 26-40758

PageThree

PageFour

**The Sisters of Saint Ann, Inc. d/b/a Anna Maria College**
**Case No. 26-40758-EDK**
**Schedule of Receipts & Disbursements - July MOR**

| Financial Institution | Acct # | Transaction Date | Bank Description | Receipts | Disbursements | Transfers |
|---|---|---|---|---|---|---|
| Citizens Bank | 9893 | 7/1/2026 | Finix-Meadow Settlement | 311.63 | | |
| Citizens Bank | 3403 | 7/2/2026 | Deposit | 43,075.44 | | |
| Citizens Bank | 3403 | 7/2/2026 | Funds Transfer Citizens | | | 19,300.00 |
| Citizens Bank | 9893 | 7/2/2026 | Funds Transfer Citizens Bank | | | (19,300.00) |
| Citizens Bank | 9893 | 7/2/2026 | Authnet Gateway Billing | | 10.00 | |
| Citizens Bank | 9893 | 7/3/2026 | Finix-Meadow Settlement | 69.40 | | |
| Country Bank | 7724 | 7/6/2026 | Transfer - to close Country Bank Account | | | (798.92) |
| Citizens Bank | 3403 | 7/6/2026 | Transfer - to close Country Bank Account (part of 7/6 Deposit that totals $887.52) | | | 798.92 |
| Citizens Bank | 3403 | 7/6/2026 | Deposit (part of 7/6 Deposit that totals $887.52) | 88.60 | | |
| Citizens Bank | 9893 | 7/7/2026 | Funds Transfer | | | 113.25 |
| Citizens Bank | 2759 | 7/7/2026 | Funds Transfer | | | (113.25) |
| Citizens Bank | 2759 | 7/7/2026 | Williams Fudge | 113.25 | | |
| Citizens Bank | 3403 | 7/7/2026 | Citizens Bank - DIP Loan Funding | 123,700.00 | | |
| Citizens Bank | 9893 | 7/7/2026 | Finix-Meadow Settlement | 69.40 | | |
| Citizens Bank | 2767 | 7/7/2026 | Funds Transfer | | | 1,800.00 |
| Citizens Bank | 9893 | 7/7/2026 | Funds Transfer | | | (1,800.00) |
| Citizens Bank | 9893 | 7/7/2026 | Funds Transfer | | | 1,800.00 |
| Citizens Bank | 2767 | 7/7/2026 | Funds Transfer | | | (1,800.00) |
| Citizens Bank | 2775 | 7/8/2026 | Funds Transfer | | | 40,636.58 |
| Citizens Bank | 9893 | 7/8/2026 | Funds Transfer | | | (40,636.58) |
| Citizens Bank | 9893 | 7/8/2026 | Funds Transfer | | | 45,000.00 |
| Citizens Bank | 2775 | 7/8/2026 | Funds Transfer | | | (45,000.00) |
| Citizens Bank | 2775 | 7/8/2026 | Funds Transfer | | | 45,000.00 |
| Citizens Bank | 3403 | 7/8/2026 | Funds Transfer | | | (45,000.00) |
| Citizens Bank | 2775 | 7/8/2026 | Paycom | | 40,636.58 | |
| Citizens Bank | 9893 | 7/9/2026 | WorldPay | | 230.74 | |
| Citizens Bank | 2759 | 7/13/2026 | NSC Oper Acct | 2,383.50 | | |
| Citizens Bank | 2759 | 7/13/2026 | ECSI | 150.00 | | |
| Citizens Bank | 2759 | 7/13/2026 | NSC Oper Acct | 129.00 | | |
| Citizens Bank | 9893 | 7/16/2026 | Citizens Bank - Service Charge | | 1,946.81 | |
| Citizens Bank | 9893 | 7/17/2026 | Finix-Meadow Settlement | 272.59 | | |
| Citizens Bank | 3403 | 7/20/2026 | Citizens Bank - DIP Loan Funding | 75,000.00 | | |
| Citizens Bank | 3403 | 7/22/2026 | Citizens Bank - DIP Loan Funding | 83,662.50 | | |
| Citizens Bank | 9893 | 7/22/2026 | Finix-Meadow Settlement | 290.93 | | |
| Citizens Bank | 3403 | 7/22/2026 | Paycom | | 50,029.59 | |
| Citizens Bank | 3403 | 7/23/2026 | Town of Paxton | | 25,000.00 | |
| Citizens Bank | 3403 | 7/23/2026 | Town of Paxton | | 862.50 | |
| Citizens Bank | 3403 | 7/23/2026 | Handy Solutions | | 6,200.00 | |
| Citizens Bank | 3403 | 7/23/2026 | Pinchin, LLC | | 2,000.00 | |
| Citizens Bank | 3403 | 7/23/2026 | Brightview Landscapes, LLC | | 26,776.00 | |
| Citizens Bank | 9893 | 7/28/2026 | Finix-Meadow Settlement | 311.63 | | |
| Citizens Bank | 3403 | 7/28/2026 | Hanover Insurance | | 78,160.00 | |
| Citizens Bank | 9893 | 7/29/2026 | Amer Online Giv | 388.00 | | |
| Citizens Bank | 3403 | 7/30/2026 | Citizens Bank - DIP Loan Funding | 27,026.00 | | |
| Citizens Bank | 3403 | 7/30/2026 | Funds Transfer | | | 3,937.99 |
| Citizens Bank | 9893 | 7/30/2026 | Funds Transfer | | | (3,938) |
| Citizens Bank | 3403 | 7/30/2026 | Funds Transfer | | | 2,663 |
| Citizens Bank | 2759 | 7/30/2026 | Funds Transfer | | | (2,663) |
| | | | | | | |
| | | | | **357,041.87** | **231,852.22** | **-** |
| | | | | | | |
| **Disbursements Made by Third Party** | | | | | | |
| | | 7/2/2026 | Daida | | **5,187.72** | |

Citizens®

US759 | BR325 | 1
ROP 450
P.O. Box 7000
Providence, RI 02940

## Commercial Account Statement



Beginning June 26, 2026
through July 31, 2026

**Questions? Contact us today:**

**CALL:**
Commercial Account Customer Service
1-800-862-6200

**VISIT:**
Access your account online:
citizensbank.com

**MAIL:**
Citizens
Customer Service Center
P.O. Box 42001
Providence, RI 02940-2001

THE SISTERS OF SAINT ANN
DBA ANNA MARIA COLLEGE
DIP CHAPTER 11 BANKRUPTCY CASE #26-40758
124 WASHINGTON ST STE 101
FOXBORO MA 02035-1368

**THE SISTERS OF SAINT ANN**
**DBA ANNA MARIA COLLEGE**
**DIP CHAPTER 11 BANKRUPTCY CASE #26-40758**
**Commercial Checking**
**XXXXXX-340-3**

## Commercial Checking for XXXXXX-340-3

**Balance Calculation**

| | | |
|---|---|---|
| Previous Balance | | .00 |
| Checks | - | .00 |
| Debits | - | 198,189.59 |
| Deposits & Credit | + | 379,251.95 |
| **Current Balance** | = | 181,062.36 |

Your next statement period will end on August 31, 2026.

### TRANSACTION DETAILS FOR COMMERCIAL CHECKING ACCOUNT ENDING 340-3

**Debits** **
***May include checks that have been processed electronically by the payee/merchant.*

| Date | Amount | Description |
|---|---|---|
| ***Other Debits*** | | |
| 07/08 | 45,000.00 | TRANSFER<br>TRANSFER TO 1338502775 |
| 07/22 | 50,029.59 | OUTGOING WIRE TRANSFER<br>(MTS NO.260722016368)<br>BENEFICIARY NAME : PAYCOM CLIENT TRUST<br>ORIG TO BNF INFO: CLIENT CODE: 0F548 CLIENT<br>FED ID# : 20260722A1B7A41C005620 |

| Previous Balance |
|---|
| .00 |
| **Total Debits** |
| - **198,189.59** |

Please See Additional Information on Next Page

## Commercial Checking for XXXXXX-340-3 Continued

**Debits (Continued) ****
*Many include checks that have been processed electronically by the payee/merchant.*

| *Date* | *Amount* | *Description* |
|---|---|---|
| ***Other Debits (Continued)*** | | |
| 07/23 | 25,000.00 | OUTGOING WIRE TRANSFER<br>(MTS NO.260723014820)<br>BENEFICIARY NAME : TOWN OF PAXTON<br>ORIG TO BNF INFO:<br>FED ID# : 20260723A1B7A41C005730 |
| 07/28 | 78,160.00 | DEBIT MEMO |

**Deposits & Credits**

**Total Deposits & Credits** + **379,251.95**

| *Date* | *Amount* | *Description* |
|---|---|---|
| 07/02 | 43,075.44 | DEPOSIT |
| 07/02 | 19,300.00 | TELEPHONE TRANSFER |
| 07/06 | 887.52 | DEPOSIT |
| 07/07 | 123,700.00 | Citizens Bank, N COMM LOANS 260707 880880000245635 |
| 07/20 | 75,000.00 | Citizens Bank, N COMM LOANS 260720 880880000245635 |
| 07/22 | 83,662.50 | Citizens Bank, N COMM LOANS 260722 880880000245635 |
| 07/30 | 27,026.00 | Citizens Bank, N COMM LOANS 260730 880880000245635 |
| 07/30 | 3,937.99 | TRANSFER<br>TRANSFER FROM 1338069893 |
| 07/30 | 2,662.50 | TRANSFER<br>TRANSFER FROM 1338502759 |

**Daily Balance**

**Current Balance** = **181,062.36**

| *Date* | *Balance* | *Date* | *Balance* | *Date* | *Balance* |
|---|---|---|---|---|---|
| 07/02 | 62,375.44 | 07/08 | 141,962.96 | 07/23 | 225,595.87 |
| 07/06 | 63,262.96 | 07/20 | 216,962.96 | 07/28 | 147,435.87 |
| 07/07 | 186,962.96 | 07/22 | 250,595.87 | 07/30 | 181,062.36 |

Member FDIC Equal Housing Lender

Citizens



**Checking Account Balance Worksheet**

Before completing this worksheet, please be sure to adjust your checkbook register balance by

- Adding any interest earned
- Subtracting any fees or other charges

**1** Your current balance on this statement

$ ______________
Current Balance

**2** List deposits which do not appear on this statement

| Date | Amount | Date | Amount |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

+ $ ______________
Total of 2

**3** Subtotal by adding 1 and 2

= $ ______________
Subtotal of 1 and 2

**4** List outstanding checks, transfers, debits, POS purchases or withdrawals that do not appear on this statement.

| Date/ Check No. | Amount | Date/ Check No. | Amount |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

- $ ______________
Total of 4

**5** Subtract 4 from 3. This should match your checkbook register balance.

= $ ______________
Total

## CUSTOMER SERVICE

If you have any questions regarding your account or discover an error, call the number shown on the front of your statement or write to us at the following address:

***Citizens***
***Customer Service Center***
***P.O. Box 42001***
***Providence, RI 02940-2001***

**Change of Address**

Please call the number shown at the front of your statement to notify us of a change of address.

## DEPOSIT ACCOUNTS ARE NON-TRANSFERABLE

Personal deposit accounts, such as CD's and savings accounts, cannot be transferred to another person or to a corporate entity.



## ELECTRONIC TRANSFERS

**In Case of Errors or Questions About Your Electronic Transfers**

(For Consumer Accounts Used Primarily for Personal, Family or Household Purposes)

Telephone us at the customer service number provided on Page 1 of this statement or write to us at the customer service address provided as soon as you can, if you think your statement or receipt is wrong or if you need more information about an electronic transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number, if any.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error and, if possible, the date it appeared on your statement or receipt.
- It will be helpful to us if you also give us a telephone number at which you can be reached in case we need any further information.

For consumer accounts used primarily for personal, family, or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

(For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.)

## OVERDRAFT LINES OF CREDIT BILLING RIGHTS SUMMARY

**What To Do If You Think You Find A Mistake On Your Statement:**

If you think there is an error on your statement write to us at the customer service address provided as soon as possible.
In your letter, give us the following information:

- Account information: Your name and account number.
- Dollar amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error the following are true:

- We cannot try to collect the amount in question or report you as delinquent on that amount.
- The charge in question may remain on your statement and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

## INTEREST CHARGE CALCULATIONS FOR OVERDRAFT LINE OF CREDIT ACCOUNTS BASED ON AVERAGE DAILY BALANCE COMPUTATION METHOD

**Calculating your Interest Charge**

We calculate the interest charge on your Overdraft Line by applying the Daily Periodic Rate to the Average Daily Balance. Then, we multiply that result by the number of days in the billing cycle in which a balance is owed on your Overdraft Line. This gives us the total interest charge for that billing period.

**Calculating your Average Daily Balance**

To calculate the average daily balance, we take the beginning balance of you Overdraft Line each day (which does not include any unpaid interest charges or fees), add any new loan advances as of the date of those advances and subtract any payments or credits. This gives us the daily balance. Then, we add all the daily balances for the billing cycle together and divide the total by the number of days in the billing cycle. This gives us the average daily balance of your account.

**Credit Bureau Reporting**

We may report information about your Overdraft Line to credit bureaus for each joint account holder of your checking account. Late payments, missed payments, or other defaults on your Overdraft Line may be reflected in your credit report. If you believe we have furnished inaccurate or incomplete information to a credit reporting agency, write to us at the consumer service address provided and include your name, address, account number, and description of what you believe is inaccurate or incomplete.

***Thank you for banking with Citizens.***

Citizens®

US710 | BR325
ROP 450
P.O. Box 7000
Providence, RI 02940

## Commercial Account Statement



Beginning July 01, 2026
through July 31, 2026

**Questions? Contact us today:**

**CALL:**
Commercial Account Customer Service
1-800-862-6200

**VISIT:**
Access your account online:
citizensbank.com

**MAIL:**
Citizens
Customer Service Center
P.O. Box 42001
Providence, RI 02940-2001

THE SISTERS OF ST ANN
DBA ANNA MARIA COLLEGE
DIP CHAPTER 11 BANKRUPTCY CASE #23-40758
50 SUNSET LN
PAXTON MA 01612-1106

**THE SISTERS OF ST ANN**
**DBA ANNA MARIA COLLEGE**
**DIP CHAPTER 11 BANKRUPTCY CASE #23-40758**
**Commercial Checking**
**XXXXXX-989-3**

## Commercial Checking for XXXXXX-989-3

| **Balance Calculation** | | |
|---|---|---|
| Previous Balance | | 19,235.29 |
| Checks | - | .00 |
| Debits | - | 67,862.12 |
| Deposits & Credit | + | 48,626.83 |
| **Current Balance** | = | .00 |

Your next statement period will end on August 31, 2026.

### TRANSACTION DETAILS FOR COMMERCIAL CHECKING ACCOUNT ENDING 989-3

**Debits** **
***May include checks that have been processed electronically by the payee/merchant.*

| *Date* | *Amount* | *Description* |
|---|---|---|
| ***Other Debits*** | | |
| 07/02 | 19,300.00 | TELEPHONE TRANSFER |
| 07/02 | 10.00 | AUTHNET GATEWAY BILLING 260702 149005850 |
| 07/07 | 1,800.00 | TRANSFER TO CHECKING ACCT 101 1338502767 CTZTRF |
| 07/08 | 40,636.58 | TRANSFER TO CHECKING ACCT 101 1338502775 CTZTRF |
| 07/09 | 230.74 | WORLDPAY CCDMTHCHGS 070826 02891D |
| 07/16 | 1,946.81 | SERVICE CHARGE |
| | | Please refer to your Commercial Analysis Statement |

| **Previous Balance** | |
|---|---|
| | **19,235.29** |
| **Total Debits** | |
| - | **67,862.12** |

Please See Additional Information on Next Page

## Commercial Checking for XXXXXX-989-3 Continued

### Debits (Continued) **

***May include checks that have been processed electronically by the payee/merchant.*

| Date | Amount | Description |
|---|---|---|
| ***Other Debits (Continued)*** | | |
| 07/30 | 3,937.99 | TRANSFER<br>TRANSFER TO 1412423403 |

### Deposits & Credits

| Date | Amount | Description |
|---|---|---|
| 07/01 | 311.63 | FINIX-MEADOW SETTLEMENT 260630 0A5291F2-00FB-4 |
| 07/03 | 69.40 | FINIX-MEADOW SETTLEMENT 260702 0A5291F2-00FB-4 |
| 07/07 | 69.40 | FINIX-MEADOW SETTLEMENT 260706 0A5291F2-00FB-4 |
| 07/07 | 113.25 | TRANSFER FROM CHECKING ACCT 101 1338502759 CTZTRF |
| 07/08 | 45,000.00 | TRANSFER FROM CHECKING ACCT 101 1338502775 CTZTRF |
| 07/08 | 1,800.00 | TRANSFER FROM CHECKING ACCT 101 1338502767 CTZTRF |
| 07/17 | 272.59 | FINIX-MEADOW SETTLEMENT 260716 0A5291F2-00FB-4 |
| 07/22 | 290.93 | FINIX-MEADOW SETTLEMENT 260721 0A5291F2-00FB-4 |
| 07/28 | 311.63 | FINIX-MEADOW SETTLEMENT 260727 0A5291F2-00FB-4 |
| 07/29 | 388.00 | AMER ONLINE GIV1 EDI PAYMNT 072726 1VGAPYJLEQ |

**Total Deposits & Credits**

| | |
|---|---|
| + | **48,626.83** |

### Daily Balance

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 07/01 | 19,546.92 | 07/08 | 4,852.39 | 07/22 | 3,238.36 |
| 07/02 | 236.92 | 07/09 | 4,621.65 | 07/28 | 3,549.99 |
| 07/03 | 306.32 | 07/16 | 2,674.84 | 07/29 | 3,937.99 |
| 07/07 | -1,311.03 | 07/17 | 2,947.43 | 07/30 | .00 |

**Current Balance**

| | |
|---|---|
| = | **.00** |

Citizens



**Checking Account Balance Worksheet**

Before completing this worksheet, please be sure to adjust your checkbook register balance by

- Adding any interest earned
- Subtracting any fees or other charges

1 Your current balance on this statement

$ ____________
Current Balance

2 List deposits which do not appear on this statement

| Date | Amount | Date | Amount |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

+ $ ____________
Total of 2

3 Subtotal by adding 1 and 2

= $ ____________
Subtotal of 1 and 2

4 List outstanding checks, transfers, debits, POS purchases or withdrawals that do not appear on this statement.

| Date/ Check No. | Amount | Date/ Check No. | Amount |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

- $ ____________
Total of 4

5 Subtract 4 from 3. This should match your checkbook register balance.

= $ ____________
Total

## CUSTOMER SERVICE

If you have any questions regarding your account or discover an error, call the number shown on the front of your statement or write to us at the following address:

***Citizens***
***Customer Service Center***
***P.O. Box 42001***
***Providence, RI 02940-2001***

**Change of Address**

Please call the number shown at the front of your statement to notify us of a change of address.

## DEPOSIT ACCOUNTS ARE NON-TRANSFERABLE

Personal deposit accounts, such as CD's and savings accounts, cannot be transferred to another person or to a corporate entity.

Citizens is a brand name of Citizens Bank, N.A. REV 12/22

## ELECTRONIC TRANSFERS

**In Case of Errors or Questions About Your Electronic Transfers**

(For Consumer Accounts Used Primarily for Personal, Family or Household Purposes)

Telephone us at the customer service number provided on Page 1 of this statement or write to us at the customer service address provided as soon as you can, if you think your statement or receipt is wrong or if you need more information about an electronic transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number, if any.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error and, if possible, the date it appeared on your statement or receipt.
- It will be helpful to us if you also give us a telephone number at which you can be reached in case we need any further information.

For consumer accounts used primarily for personal, family, or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

(For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.)

## OVERDRAFT LINES OF CREDIT BILLING RIGHTS SUMMARY

**What To Do If You Think You Find A Mistake On Your Statement:**

If you think there is an error on your statement write to us at the customer service address provided as soon as possible.
In your letter, give us the following information:

- Account information: Your name and account number.
- Dollar amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error the following are true:

- We cannot try to collect the amount in question or report you as delinquent on that amount.
- The charge in question may remain on your statement and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

## INTEREST CHARGE CALCULATIONS FOR OVERDRAFT LINE OF CREDIT ACCOUNTS BASED ON AVERAGE DAILY BALANCE COMPUTATION METHOD

**Calculating your Interest Charge**

We calculate the interest charge on your Overdraft Line by applying the Daily Periodic Rate to the Average Daily Balance. Then, we multiply that result by the number of days in the billing cycle in which a balance is owed on your Overdraft Line. This gives us the total interest charge for that billing period.

**Calculating your Average Daily Balance**

To calculate the average daily balance, we take the beginning balance of you Overdraft Line each day (which does not include any unpaid interest charges or fees), add any new loan advances as of the date of those advances and subtract any payments or credits. This gives us the daily balance. Then, we add all the daily balances for the billing cycle together and divide the total by the number of days in the billing cycle. This gives us the average daily balance of your account.

**Credit Bureau Reporting**

We may report information about your Overdraft Line to credit bureaus for each joint account holder of your checking account. Late payments, missed payments, or other defaults on your Overdraft Line may be reflected in your credit report. If you believe we have furnished inaccurate or incomplete information to a credit reporting agency, write to us at the consumer service address provided and include your name, address, account number, and description of what you believe is inaccurate or incomplete.

***Thank you for banking with Citizens.***

Citizens®

US710 | BR325
ROP 450
P.O. Box 7000
Providence, RI 02940

## Commercial Account Statement



Beginning July 01, 2026
through July 31, 2026

**Questions? Contact us today:**

**CALL:**
Commercial Account Customer Service
1-800-862-6200

**VISIT:**
Access your account online:
citizensbank.com

**MAIL:**
Citizens
Customer Service Center
P.O. Box 42001
Providence, RI 02940-2001

THE SISTERS OF ST ANN
DBA ANNA MARIA COLLEGE
DIP CHAPTER 11 BANKRUPTCY CASE #23-40758
50 SUNSET LN
PAXTON MA 01612-1106

**THE SISTERS OF ST ANN**
**DBA ANNA MARIA COLLEGE**
**DIP CHAPTER 11 BANKRUPTCY CASE #23-40758**
**Commercial Checking**
**XXXXXX-275-9**

## Commercial Checking for XXXXXX-275-9

| Balance Calculation | | |
|---|---|---|
| Previous Balance | | .00 |
| Checks | - | .00 |
| Debits | - | 2,775.75 |
| Deposits & Credit | + | 2,775.75 |
| **Current Balance** | = | .00 |

Your next statement period will end on August 31, 2026.

### TRANSACTION DETAILS FOR COMMERCIAL CHECKING ACCOUNT ENDING 275-9

**Debits** **
***May include checks that have been processed electronically by the payee/merchant.*

| Date | Amount | Description |
|---|---|---|
| ***Other Debits*** | | |
| 07/07 | 113.25 | TRANSFER TO CHECKING ACCT 101 1338069893 CTZTRF |
| 07/30 | 2,662.50 | TRANSFER<br>TRANSFER TO 1412423403 |

| | |
|---|---|
| | **Previous Balance** |
| | **.00** |
| | **Total Debits** |
| - | **2,775.75** |

Please See Additional Information on Next Page

## Commercial Checking for XXXXXX-275-9 Continued

### Deposits & Credits

| Date | Amount | Description |
|---|---|---|
| 07/07 | 113.25 | WILLIAMS FUDGE WF Corp 260707 006932100000000 |
| 07/13 | 2,383.50 | NSC OPER ACCT CREDITS 260710 TO10037553 |
| 07/13 | 150.00 | ECSI CASH DISB 260713 912620017 |
| 07/13 | 129.00 | NSC OPER ACCT CREDITS 260710 DV10037555 |

**Total Deposits & Credits**

+ **2,775.75**

### Daily Balance

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 07/07 | .00 | 07/13 | 2,662.50 | 07/30 | .00 |

**Current Balance**

= **.00**

Member FDIC Equal Housing Lender

Citizens



**Checking Account Balance Worksheet**

Before completing this worksheet, please be sure to adjust your checkbook register balance by

- Adding any interest earned
- Subtracting any fees or other charges

**1** Your current balance on this statement

$ ______________
Current Balance

**2** List deposits which do not appear on this statement

| Date | Amount | Date | Amount |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

+ $ ______________
Total of 2

**3** Subtotal by adding 1 and 2

= $ ______________
Subtotal of 1 and 2

**4** List outstanding checks, transfers, debits, POS purchases or withdrawals that do not appear on this statement.

| Date/ Check No. | Amount | Date/ Check No. | Amount |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

- $ ______________
Total of 4

**5** Subtract 4 from 3. This should match your checkbook register balance.

= $ ______________
Total

## CUSTOMER SERVICE

If you have any questions regarding your account or discover an error, call the number shown on the front of your statement or write to us at the following address:

***Citizens***
***Customer Service Center***
***P.O. Box 42001***
***Providence, RI 02940-2001***

**Change of Address**

Please call the number shown at the front of your statement to notify us of a change of address.

## DEPOSIT ACCOUNTS ARE NON-TRANSFERABLE

Personal deposit accounts, such as CD's and savings accounts, cannot be transferred to another person or to a corporate entity.

Citizens is a brand name of Citizens Bank, N.A. REV 12/22

## ELECTRONIC TRANSFERS

**In Case of Errors or Questions About Your Electronic Transfers**

(For Consumer Accounts Used Primarily for Personal, Family or Household Purposes)

Telephone us at the customer service number provided on Page 1 of this statement or write to us at the customer service address provided as soon as you can, if you think your statement or receipt is wrong or if you need more information about an electronic transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number, if any.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error and, if possible, the date it appeared on your statement or receipt.
- It will be helpful to us if you also give us a telephone number at which you can be reached in case we need any further information.

For consumer accounts used primarily for personal, family, or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

(For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.)

## OVERDRAFT LINES OF CREDIT BILLING RIGHTS SUMMARY

**What To Do If You Think You Find A Mistake On Your Statement:**

If you think there is an error on your statement write to us at the customer service address provided as soon as possible.
In your letter, give us the following information:

- Account information: Your name and account number.
- Dollar amount: The dollar amount of the suspected error.
- Description of Problem: If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error the following are true:

- We cannot try to collect the amount in question or report you as delinquent on that amount.
- The charge in question may remain on your statement and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

## INTEREST CHARGE CALCULATIONS FOR OVERDRAFT LINE OF CREDIT ACCOUNTS BASED ON AVERAGE DAILY BALANCE COMPUTATION METHOD

**Calculating your Interest Charge**

We calculate the interest charge on your Overdraft Line by applying the Daily Periodic Rate to the Average Daily Balance. Then, we multiply that result by the number of days in the billing cycle in which a balance is owed on your Overdraft Line. This gives us the total interest charge for that billing period.

**Calculating your Average Daily Balance**

To calculate the average daily balance, we take the beginning balance of you Overdraft Line each day (which does not include any unpaid interest charges or fees), add any new loan advances as of the date of those advances and subtract any payments or credits. This gives us the daily balance. Then, we add all the daily balances for the billing cycle together and divide the total by the number of days in the billing cycle. This gives us the average daily balance of your account.

**Credit Bureau Reporting**

We may report information about your Overdraft Line to credit bureaus for each joint account holder of your checking account. Late payments, missed payments, or other defaults on your Overdraft Line may be reflected in your credit report. If you believe we have furnished inaccurate or incomplete information to a credit reporting agency, write to us at the consumer service address provided and include your name, address, account number, and description of what you believe is inaccurate or incomplete.

***Thank you for banking with Citizens.***