**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**CENTRAL DIVISION**

| | |
|---|---|
| In re:<br><br>THE SISTERS OF ST. ANN<br>d/b/a ANNA MARIA COLLEGE,<br><br>Debtor.[1] | Chapter 11<br><br>Case No. 26-40758-EDK |

**RESPONSE AND RESERVATION OF RIGHTS OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO THE PROPOSED CONVEYANCE OF SALE ASSETS FREE AND CLEAR OF LIENS, CLAIMS, AND ENCUMBRANCES**

The Official Committee of Unsecured Creditors of the Sisters of St. Ann d/b/a Anna Maria College (the "Committee") files this response and reservation of rights (the "Response") with respect to the proposed conveyance method of the Sale Assets (as defined below) free and clear of liens, claims, and encumbrances as set forth in the *Motion for Entry of Orders (I) Approving Sale Procedures; and (II) Approving Sale of Substantially All Assets Free and Clear of All Liens, Claims, and Encumbrances* [Docket No. 5] (the "Sale Motion"), and respectfully represents as follows:

## RESPONSE AND RESERVATION OF RIGHTS

1. On June 26, 2026 (the "Petition Date"), the Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code, thereby commencing the above-captioned chapter 11 case.

2. On the Petition Date, the Debtor filed the Sale Motion, seeking the entry of orders approving sale procedures and approving the sale of substantially all of the Debtor's assets (the

[1] The last four digits of the Debtor's taxpayer identification number are 2060. The Debtor's address is 50 Sunset Lane, Paxton, MA 01612.

"Sale Assets") free and clear of all liens, claims, and encumbrances pursuant to section 363(f) of the Bankruptcy Code.

3. On July 16, 2026 (the "Committee Formation Date"), the United States Trustee (the "U.S. Trustee") appointed the Committee pursuant to section 1102 of the Bankruptcy Code [Docket No. 69].

4. On July 20, 2026, the Court entered the *Order (I) Approving Sale Procedures; (II) Scheduling an Auction; (III) Scheduling a Sale Hearing; (IV) Approving the Form and Manner of Notice Thereof; and (V) Granting Related Relief* [Docket No. 80] (the "Sale Procedures Order").

5. On July 22, 2026, the Debtor filed its *Notice of Sale Procedures, Auction Date, and Sale Hearing* [Docket No. 83] (the "Sale Notice").

6. The Sale Notice established August 24, 2026, at 4:00 p.m. (prevailing Eastern Time) as the deadline for parties to file objections to the Sale Motion's proposed method for conveyance of the Sale Assets free and clear of liens, claims, and encumbrances (the "Free and Clear Objection Deadline").

7. Accordingly, the Committee makes this filing to reserve all rights prior to expiration of the Free and Clear Objection Deadline to the free and clear sale portion of the Sale Motion and hereby reserves all rights, claims, arguments, defenses, and remedies with respect to the same.

## RESPONSE AND RESERVATION OF RIGHTS

8. As a conceptual matter, the Committee does not object to the Sale Assets being sold free and clear of liens, claims, and encumbrances, pursuant to section 363(f) of the Bankruptcy Code and subject to a proper sale process that yields the maximum value for assets in compliance

with the Bankruptcy Code. Further, the Committee does not assert that it holds a direct property interest in any of the Sale Assets.

9. However, the Committee does not yet have a clear or complete understanding of what assets are being sold, to whom, or on what terms. As a result, the Committee has not yet formulated its position with respect to a proposed sale or any aspect of such a sale.

10. Consequently, the Committee files this Response to reserve all of its rights prior to expiration of the Free and Clear Objection Deadline.

## CONCLUSION

Based on the foregoing, the Committee respectfully reserves all of its rights pending additional information on the terms for conveyance of the Sale Assets, including any terms that result in a sale free and clear of liens, claims, and encumbrances.

[*remainder of this page intentionally left blank*]

Dated: August 24, 2026

*/s/ Andrew C. Helman*
Andrew C. Helman (BBO# 679155)
Kyle D. Smith (admitted *pro hac vice*)
Dentons Bingham Greenebaum LLP
One City Center, Suite 11100
Portland, Maine 04101
Phone: (207) 810-4955
Email: andrew.helman@dentons.com
kyle.d.smith@dentons.com

Lauren M. Macksoud (admitted *pro hac vice*)
Henry Thomas (admitted *pro hac vice*)
Dentons US LLP
1221 Avenue of the Americas
New York, NY 10020
Phone: (212) 768-5347
Email: lauren.macksoud@dentons.com
henry.thomas@dentons.com

*Proposed Counsel to the Official Committee of Unsecured Creditors of Sisters of St. Ann d/b/a Anna Maria College*

# CERTIFICATE OF SERVICE

I, Andrew C. Helman, an individual 18 years of age or older, certify that the foregoing document was served on all parties receiving notice and service in this case through the Court's CM/ECF electronic filing system. Such Objection Notice Parties, as defined in and receiving notice pursuant to the *Notice of Sale Procedures, Auction Date, and Sale Hearing* [Docket No. 83] are identified in the "Objection Notice List" below.

**Objection Notice List**

- Eric K. Bradford Eric.K.Bradford@USDOJ.gov
- Richard King USTPRegion01.WO.ECF@USDOJ.GOV
- John J. Monaghan bos-bankruptcy@hklaw.com, hapi@hklaw.com
- Lynne B. Xerras lynne.xerras@hklaw.com
- Kathleen Morris St. John kathleen.stjohn@hklaw.com
- Paul G. Lannon paul.lannon@hklaw.com, jennifer.blake@hklaw.com
- Jonathan D Marshall jmarshall@choate.com
- Douglas R. Gooding dgooding@choate.com