**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION**

| | |
|---|---|
| In re:<br><br>THE SISTERS OF SAINT ANN<br>d/b/a ANNA MARIA COLLEGE,<br><br>Debtor.[1] | Chapter 11<br><br>Case No. 26-40758-EDK |

**DECLARATION OF PRESIDENT SEAN J. RYAN, Ed.D.
IN SUPPORT OF DEBTOR'S MOTION FOR ENTRY OF INTERIM AND
FINAL ORDERS (I) AUTHORIZING DEBTOR TO OBTAIN POSTPETITION
FINANCING, (II) GRANTING CONSENSUAL PRIMING LIENS AND PROVIDING
SUPERPRIORITY ADMINISTRATIVE EXPENSE STATUS TO DIP LENDER,
(III) AUTHORIZING CONSENSUAL USE OF CASH COLLATERAL,
(IV) GRANTING ADEQUATE PROTECTION TO PREPETITION SECURED
CREDITOR, (V) MODIFYING THE AUTOMATIC STAY, (VI) SCHEDULING
A FINAL HEARING, AND (VII) GRANTING RELATED RELIEF**

I, Sean J. Ryan, Ed.D., hereby declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury that the following is true and correct to the best of my knowledge, information and belief:

1. I am the President of The Sisters of Saint Ann d/b/a Anna Maria College (the "Debtor" or the "College"). I submit this declaration (this "Declaration") in support of the pending *Motion for Entry of an Order (I) Authorizing the Private Sale of Nursing Program Assets Free and Clear of All Liens, Claims, Encumbrances, and Other Interests, and (II) Granting Related Relief* [Dkt. No. 158] (the "Private Sale Motion"), through which the Debtor requests authority to sell a discrete set of assets once supporting the undergraduate nursing programs ("Nursing Program") offered through the Debtor's School of Nursing and Health Science (the "Nursing Program

[1] The last four digits of the Debtor's taxpayer identification number are 2060. The Debtor's address is 50 Sunset Lane, Paxton, MA 01612.

Assets") to Assumption University, a Massachusetts non-profit corporation ("Assumption"), by *private sale,* free and clear of all liens, claims, encumbrances, and other interests, pursuant to the terms of an Asset Purchase Agreement ("APA") and related Transfer Agreement ("Transfer Agreement", and with the APA, the "Sale Documents") negotiated by and between the Debtor and Assumption (the "Assumption Transaction").

2. The statements in this Declaration are based upon my personal knowledge and information acquired in my capacity as President of the College and my role, on behalf of the College, in negotiating the terms for the Assumption Transaction. If called upon to testify, I could and would testify competently to the facts set forth herein.

3. I submit this Supplemental Declaration to provide additional factual support for the relief requested in the Private Sale Motion and, in particular, to describe the basis for my belief that entry into the Assumption Transaction is in the best interests of the College and its constituents given the circumstances of this case.

4. To the best of my recollection, the College was initially contacted by a representative of Assumption to express interest in potentially acquiring assets associated with the Nursing Program in approximately early April, 2026. I then facilitated, with the assistance of outside counsel, Holland & Knight LLP ("H&K"), the exchange of information requested by Assumption's representatives in order to conduct diligence regarding the Nursing Program and the identity of those students enrolled in the Nursing Program that could potentially complete their studies at Assumption, at their election.

5. Negotiations between representatives of the College, in which I participated, and representatives of Assumption, ensued over a period of approximately six weeks, leading to the execution of a Memorandum of Understanding on June 2, 2026 ("MOU") which outlined the

proposed terms for Assumption to acquire the Nursing Program Assets and offer admission to Assumption's nursing program to those students enrolled in the Nursing Program through a definitive agreement regarding the Transaction. In executing the MOU, the College agreed not enter into any discussion or negotiations with, or solicit offers from any person or entity other than Assumption regarding any transaction in relation to the Nursing Program in the nature of the Transaction except for arrangements with operators of other nursing programs for the teach-out of those students not enrolled in the Nursing Program.

6. Following execution of the MOU, I worked with H&K to negotiate the terms of and finalize the form of the Sale Documents, leading to their execution on August 12, 2026.

7. At no point prior to or after filing of the Sale Motion was I or any other representative of the Debtor contacted by a potential purchaser for the Nursing Program Assets other than Assumption.

8. In the exercise of my business judgment, and based on my experience in working with the Debtor's outside professionals in implementing the closure of the College and wind-down of its educational programs, the opportunity to enter the Transaction represents the best opportunity available the Debtor, and its student-body.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 2, 2026



Sean J. Ryan, Ed.D.
President
The Sisters of St. Ann
d/b/a Anna Maria College



#544322699_v1