| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **The Sisters of Saint Ann, Inc. d/b/a Anna Maria College** |
| United States Bankruptcy Court for the: | DISTRICT OF MASSACHUSETTS |
| Case number (if known) | **26-40758-EDK** |

X Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

X Amended *Schedules E/F and G*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 9/2/26

*X* [signature]
Signature of individual signing on behalf of debtor

**Dr. Sean J. Ryan**
Printed name

**President**
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name **The Sisters of Saint Ann, Inc. d/b/a Anna Maria College**

United States Bankruptcy Court for the: DISTRICT OF MASSACHUSETTS

Case number (if known) **26-40758-EDK**

■ Check if this is an amended filing

# Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | **Arkansas Dept Finance & Administration<br>Revenue Legal Counsel<br>PO Box 1272<br>Little Rock, AR 72203**<br>Date or dates debt was incurred:<br>Last 4 digits of account number:<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim:<br>Is the claim subject to offset?<br>■ No<br>☐ Yes | **Unknown** | **Unknown** |
| 2.2 | **Connecticut Dept of Revenue Services<br>Collections Unit Bankruptcy Team<br>450 Columbus Blvd Suite 1<br>Hartford, CT 06103**<br>Date or dates debt was incurred:<br>Last 4 digits of account number:<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim:<br>Is the claim subject to offset?<br>■ No<br>☐ Yes | **Unknown** | **Unknown** |

Debtor **The Sisters of Saint Ann, Inc. d/b/a Anna Maria College** Case number (if known) **26-40758-EDK**
Name

2.3 Priority creditor's name and mailing address
**Internal Revenue Service**
**Centralized Insolvency Operation**
**Post Office Box 7346**
**Philadelphia, PA 19101-7346**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown** **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

2.4 Priority creditor's name and mailing address
**Kansas Dept of Revenue**
**PO Box 3506**
**Topeka, KS 66625**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown** **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

2.5 Priority creditor's name and mailing address
**Massachusetts Department of Revenue**
**Bankruptcy Unit**
**PO Box 7090**
**Boston, MA 02204**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown** **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

2.6 Priority creditor's name and mailing address
**Michigan Dept of Treasury**
**Tax Policy Division**
**Attn: Litigation Liaison**
**430 W Allegan St**
**Lansing, MI 48922**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown** **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **The Sisters of Saint Ann, Inc. d/b/a Anna Maria College**
Name

Case number (if known) **26-40758-EDK**

2.7 Priority creditor's name and mailing address
**New Jersey Division of Taxation**
**Bankruptcy Unit**
**3 John Fitch Way 5th Floor**
**Trenton, NJ 08611**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown** **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

2.8 Priority creditor's name and mailing address
**Ohio Department of Taxation**
**Attn: Bankruptcy Division**
**PO Box 530**
**Columbus, OH 43216**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown** **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

2.9 Priority creditor's name and mailing address
**Rhode Island Division of Taxation**
**One Capitol Hill**
**Providence, RI 02908**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown** **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

2.10 Priority creditor's name and mailing address
**Town of Paxton Tax Collector**
**Attn Tristan Dun Treasurer Collector**
**697 Pleasant Street**
**Paxton, MA 01612**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown** **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **The Sisters of Saint Ann, Inc. d/b/a Anna Maria College**
Name

Case number (if known) **26-40758-EDK**

2.11 Priority creditor's name and mailing address
**Vermont Department of Taxes**
**133 State Street**
**1st Floor Lobby**
**Montpelier, VT 05602**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown** **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

3.1 **Nonpriority creditor's name and mailing address**
**AA Transportation**
**605 Hartford Turnpike**
**Shrewsbury, MA 01545-8639**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

**$1,850.00**

3.2 **Nonpriority creditor's name and mailing address**
**Abigail Harrison**
**26 Smith Avenue**
**Ware, MA 01082**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** student account
Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

3.3 **Nonpriority creditor's name and mailing address**
**Adewuyi Victor**
**12 Alakun, Bab Adisa**
**Ibeju Lekki**
**Lagos**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** student account
Is the claim subject to offset? ■ No ☐ Yes

**$300.00**

3.4 **Nonpriority creditor's name and mailing address**
**Ahearn Equipment Inc.**
**460 Main St.**
**Spencer, MA 01562**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

**$1,946.71**

3.5 **Nonpriority creditor's name and mailing address**
**Ahlina Andrews**
**112 School St**
**Clinton, MA 01510**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** student account
Is the claim subject to offset? ■ No ☐ Yes

**$100.00**

Debtor **The Sisters of Saint Ann, Inc. d/b/a Anna Maria College** Case number (if known) **26-40758-EDK**
Name

3.6 **Nonpriority creditor's name and mailing address**
**Airbrush Works**
**75 Webster Street**
**Worcester, MA 01603**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$30.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

3.7 **Nonpriority creditor's name and mailing address**
**Airgas USA LLC**
**259 N. Radnor-Chester Road**
**Suite 100**
**Wayne, PA 19087-5240**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$598.84**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Utilities
Is the claim subject to offset? ■ No ☐ Yes

3.8 **Nonpriority creditor's name and mailing address**
**Alberta Fordjour**
**24A Outlook Drive**
**Worcester, MA 01602**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$200.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** student account
Is the claim subject to offset? ■ No ☐ Yes

3.9 **Nonpriority creditor's name and mailing address**
**Alec Fournier**
**76 Paxton Drive**
**Spencer, MA 01562**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$200.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** student account
Is the claim subject to offset? ■ No ☐ Yes

3.10 **Nonpriority creditor's name and mailing address**
**Alexander Mayanja**
**32 Seven Springs Lane**
**Burlington, MA 01803**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$200.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** student account
Is the claim subject to offset? ■ No ☐ Yes

3.11 **Nonpriority creditor's name and mailing address**
**Alfred Brown Associates Inc.**
**105 Washington Street**
**Auburn, MA 01501-0309**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$991.19**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** services provided
Is the claim subject to offset? ■ No ☐ Yes

3.12 **Nonpriority creditor's name and mailing address**
**Alisha Ditaranto**
**60 Brigham St**
**Hubbardston, MA 01452**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$986.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** student account
Is the claim subject to offset? ■ No ☐ Yes

Debtor **The Sisters of Saint Ann, Inc. d/b/a Anna Maria College** Case number (if known) **26-40758-EDK**
Name

3.13 **Nonpriority creditor's name and mailing address**
**Alison Arendt**
**42 W. 499 Burlington Road**
**Spencer, MA 01562**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$156.64**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** student account
Is the claim subject to offset? ■ No ☐ Yes

3.14 **Nonpriority creditor's name and mailing address**
**All Wood Lockers**
**1050 W State St.**
**Newcomerstown, OH 43832**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$27,175.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Goods/services provided
Is the claim subject to offset? ■ No ☐ Yes

3.15 **Nonpriority creditor's name and mailing address**
**Amazon**
**Attn: Legal Department**
**PO Box 81226**
**Seattle, WA 98108**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$12,078.60**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Goods/services provided
Is the claim subject to offset? ■ No ☐ Yes

3.16 **Nonpriority creditor's name and mailing address**
**Amber Girard**
**11 Wakefield Street**
**Webster, MA 01570**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** student account
Is the claim subject to offset? ■ No ☐ Yes

3.17 **Nonpriority creditor's name and mailing address**
**Angela Boadu Jr**
**Bortiano-Milell**
**Accra 00000**
**GHANA**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$300.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** student account
Is the claim subject to offset? ■ No ☐ Yes

3.18 **Nonpriority creditor's name and mailing address**
**Angela Botehlho Fritze**
**19B Summer Street**
**North Brookfield, MA 01535**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$200.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** student account
Is the claim subject to offset? ■ No ☐ Yes

3.19 **Nonpriority creditor's name and mailing address**
**Angela Pasceri**
**129 Paxton Road**
**Spencer, MA 01562**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$150.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** student account
Is the claim subject to offset? ■ No ☐ Yes

Debtor **The Sisters of Saint Ann, Inc. d/b/a Anna Maria College** Case number (if known) **26-40758-EDK**
Name

**3.20** **Nonpriority creditor's name and mailing address**
**Angelo Abbate**
**50 Sunset Lane**
**Box 203**
**Paxton, MA 01612**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$500.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** student account
Is the claim subject to offset? ■ No ☐ Yes

---

**3.21** **Nonpriority creditor's name and mailing address**
**Anne Brown**
**91 Oakwood Avenue**
**Lynn, MA 01902**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$10,350.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** student account
Is the claim subject to offset? ■ No ☐ Yes

---

**3.22** **Nonpriority creditor's name and mailing address**
**Anthony Camilo**
**32 Turning Mill Road**
**Brewster Town**
**Brewster, MA 02631**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,198.10**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** student account
Is the claim subject to offset? ■ No ☐ Yes

---

**3.23** **Nonpriority creditor's name and mailing address**
**Anthony Ceciliano**
**73 Lakeside Drive**
**Shrewsbury, MA 01545**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$200.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** student account
Is the claim subject to offset? ■ No ☐ Yes

---

**3.24** **Nonpriority creditor's name and mailing address**
**Aronu Pascal Ikechukwu**
**Awka**
**Anambra 420102**
**NIGERIA**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$300.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** student account
Is the claim subject to offset? ■ No ☐ Yes

---

**3.25** **Nonpriority creditor's name and mailing address**
**Aspire Ed & IT Solutions LLC**
**PO Box 16402**
**Sugar Land, TX 77496**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$18,800.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Goods/services provided
Is the claim subject to offset? ■ No ☐ Yes

---

**3.26** **Nonpriority creditor's name and mailing address**
**Assessment Technologies Institute LLC**
**11161 Overbrook Drive**
**Leawood, KS 66211**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$14,832.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **The Sisters of Saint Ann, Inc. d/b/a Anna Maria College** Case number (if known) **26-40758-EDK**
Name

3.27 **Nonpriority creditor's name and mailing address**
**Automatic Laundry Services Co Inc.**
**45 Border St.**
**West Newton, MA 02465**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$141,290.74**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Goods/services provided
Is the claim subject to offset? ■ No ☐ Yes

---

3.28 **Nonpriority creditor's name and mailing address**
**Ava Blanchard**
**25 Lancelot Dr**
**Paxton, MA 01612**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$100.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** student account
Is the claim subject to offset? ■ No ☐ Yes

---

3.29 **Nonpriority creditor's name and mailing address**
**Awg Dewar Inc.**
**4 Batterymarch Park Suite 320**
**Quincy, MA 02169-7468**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,768.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Goods/services provided
Is the claim subject to offset? ■ No ☐ Yes

---

3.30 **Nonpriority creditor's name and mailing address**
**B&H Photo Video Corp**
**Remittance Processing Center**
**PO Box 28072**
**New York, NY 10087-8072**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$202.70**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Goods/services provided
Is the claim subject to offset? ■ No ☐ Yes

---

3.31 **Nonpriority creditor's name and mailing address**
**Balfour & Co.**
**Erickson Group LLC**
**17 Angela Way**
**Concord, NH 03301**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$14,124.16**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Goods/services provided
Is the claim subject to offset? ■ No ☐ Yes

---

3.32 **Nonpriority creditor's name and mailing address**
**Beantown Swing Orchestra**
**138 Partridge Lane**
**Concord, MA 01742**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,875.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

---

3.33 **Nonpriority creditor's name and mailing address**
**Becky Ramirez**
**20 Village Way Apt 12**
**Webster, MA 01570**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,100.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** student account
Is the claim subject to offset? ■ No ☐ Yes

---

3.34 **Nonpriority creditor's name and mailing address**
**Bell Simons Company**
**29 Lafayette Street**
**Hartford, CT 06126**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$5,343.31**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

3.35 **Nonpriority creditor's name and mailing address**
**Bells Lawn & Garden Center**
**201 Southbridge Street**
**Auburn, MA 01501-2590**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,180.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

3.36 **Nonpriority creditor's name and mailing address**
**Bianca Fagundes**
**312 Lake Avenue**
**Worcester, MA 01604**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$170.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** student account
Is the claim subject to offset? ■ No ☐ Yes

3.37 **Nonpriority creditor's name and mailing address**
**Bio-Rad Laboratories Inc.**
**1000 Alfred Nobel Drive**
**Hercules, CA 94547**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$167.49**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

3.38 **Nonpriority creditor's name and mailing address**
**Bjornson Jones Mungas**
**2809 Great Northern Loop**
**Suite 100**
**Missoula, MT 59808**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,882.50**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** student account
Is the claim subject to offset? ■ No ☐ Yes

3.39 **Nonpriority creditor's name and mailing address**
**Blackstone National Golf Club LLC**
**The Barn**
**227 Putnam Hill Road**
**Sutton, MA 01590**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$13,567.60**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

3.40 **Nonpriority creditor's name and mailing address**
**BM Technologies Inc**
**171 North Winstead Avenue**
**Rocky Mount, NC 27804**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$3,643.60**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

Debtor **The Sisters of Saint Ann, Inc. d/b/a Anna Maria College** Case number (if known) **26-40758-EDK**
Name

3.41 **Nonpriority creditor's name and mailing address**
**BMTX Inc.**
**171 N Winstead Avenue**
**Rocky Mount, NC 27804**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$3,713.45**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

---

3.42 **Nonpriority creditor's name and mailing address**
**Bollus Lynch CPAs**
**89 Shrewsbury St Suite 200**
**Worcester, MA 01604**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$4,500.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

---

3.43 **Nonpriority creditor's name and mailing address**
**Bond Construction Corporation**
**Route 31 North**
**98 North Spencer Rd**
**Spencer, MA 01562-1402**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$11,188.08**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

---

3.44 **Nonpriority creditor's name and mailing address**
**Boston Globe**
**1 Exchange Place**
**Suite 201**
**Boston, MA 02109**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$135.90**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

---

3.45 **Nonpriority creditor's name and mailing address**
**Bound Tree Medical LLC**
**23537 Network Place**
**Chicago, IL 60673-1235**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$456.56**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

---

3.46 **Nonpriority creditor's name and mailing address**
**Braman Chemical Enterprise Inc.**
**147 Herbert P Almgren Dr**
**Agawam, MA 01001-0368**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,302.09**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

---

3.47 **Nonpriority creditor's name and mailing address**
**Brianna Limbaugh**
**18 Baker Road**
**Charlton, MA 01507**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$7,078.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** student account
Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **The Sisters of Saint Ann, Inc. d/b/a Anna Maria College** Case number (if known) **26-40758-EDK**
Name

3.48 **Nonpriority creditor's name and mailing address**
**Brooke Austin**
**57 Kendall St**
**PO Box 1081**
**Barre, MA 01005**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$200.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** student account
Is the claim subject to offset? ■ No ☐ Yes

---

3.49 **Nonpriority creditor's name and mailing address**
**Brooke Cardwell**
**53 Brewster Way**
**Holden, MA 01520**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$200.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** student account
Is the claim subject to offset? ■ No ☐ Yes

---

3.50 **Nonpriority creditor's name and mailing address**
**BSN Sports LLC**
**14460 Varsity Brands Way**
**Dallas, TX 75244**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$54,195.79**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

---

3.51 **Nonpriority creditor's name and mailing address**
**Burkeno Inc**
**Dr Aaron Lorenz**
**589 Bellevue Avenue Apt 2**
**Newport, RI 02840**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 2726

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

---

3.52 **Nonpriority creditor's name and mailing address**
**Caeden Michael Humpage**
**8 Williamsburg Lane**
**Scarborough, ME 04074**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$500.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** student account
Is the claim subject to offset? ■ No ☐ Yes

---

3.53 **Nonpriority creditor's name and mailing address**
**Candace Mero**
**195 Belmont Street Apt 2**
**Worcester, MA 01605**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$200.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** student account
Is the claim subject to offset? ■ No ☐ Yes

---

3.54 **Nonpriority creditor's name and mailing address**
**Carl Socha**
**14 Woodsley Road**
**Wilbraham, MA 01095**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$200.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** student account
Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **The Sisters of Saint Ann, Inc. d/b/a Anna Maria College** Case number (if known) **26-40758-EDK**
Name

3.55 **Nonpriority creditor's name and mailing address**
**Carolina Biological Supply Co.**
**2700 York Road**
**Burlington, NC 27215**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,825.04**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

3.56 **Nonpriority creditor's name and mailing address**
**Catholic Free Press**
**49 Elm St**
**Worcester, MA 01609-2514**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$367.40**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

3.57 **Nonpriority creditor's name and mailing address**
**CBUAO**
**5325 Lakefront Blvd A**
**Delray Beach, FL 33484**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$500.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

3.58 **Nonpriority creditor's name and mailing address**
**Celia Baxter**
**70 Old Worcester Road**
**Charlton, MA 01507**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$300.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** student account
Is the claim subject to offset? ■ No ☐ Yes

3.59 **Nonpriority creditor's name and mailing address**
**Championship Mindset**
**401 E 8th Street Suite 214**
**PMB-325**
**Sioux Falls, SD 57103**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

3.60 **Nonpriority creditor's name and mailing address**
**Chemsearch FE**
**2727 Chemsearch Blvd**
**Irving, TX 75062**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$3,671.16**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

3.61 **Nonpriority creditor's name and mailing address**
**Cheryl Home Franklin**
**1404 Windsor Lane**
**Brewster, NY 10509**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$150.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** student account
Is the claim subject to offset? ■ No ☐ Yes

Debtor **The Sisters of Saint Ann, Inc. d/b/a Anna Maria College** Case number (if known) **26-40758-EDK**
Name

**3.62** **Nonpriority creditor's name and mailing address**
**Chimento & Webb PC**
**333 Elm Street Suite 230**
**Dedham, MA 02026**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$6,811.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

---

**3.63** **Nonpriority creditor's name and mailing address**
**Christopher Testa**
**189 Wordsworth St**
**East Boston, MA 02128**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$600.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** student account
Is the claim subject to offset? ■ No ☐ Yes

---

**3.64** **Nonpriority creditor's name and mailing address**
**Cintas**
**6800 Cintas Blvd**
**Mason, OH 45040**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$341.54**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

---

**3.65** **Nonpriority creditor's name and mailing address**
**City of Worcester**
**c/o Dept of Conservation and Recreation**
**Attn Paula Davison**
**180 Beaman St**
**West Boylston, MA 01583**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$39,408.30**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** wastewater processing
Is the claim subject to offset? ■ No ☐ Yes

---

**3.66** **Nonpriority creditor's name and mailing address**
**Clayton Dunlop**
**309 Harvard Street**
**Lancaster, MA 01523**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** student account
Is the claim subject to offset? ■ No ☐ Yes

---

**3.67** **Nonpriority creditor's name and mailing address**
**Comfort Agyemang**
**12 Balis Ave**
**Worcester, MA 01604**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$102.50**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** student account
Is the claim subject to offset? ■ No ☐ Yes

---

**3.68** **Nonpriority creditor's name and mailing address**
**Common Application Inc.**
**3003 Washington Blvd**
**Suite 1000**
**Arlington, VA 22201**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$3,924.98**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **The Sisters of Saint Ann, Inc. d/b/a Anna Maria College** Case number (if known) **26-40758-EDK**
Name

| | | | |
|---|---|---|---|
| 3.69 | **Nonpriority creditor's name and mailing address**<br>**Corey McNally**<br>**16 Ash Lane**<br>**Dudley, MA 01571**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** student account<br>Is the claim subject to offset? ■ No ☐ Yes | **$200.00** |
| 3.70 | **Nonpriority creditor's name and mailing address**<br>**Creative Services Inc.**<br>**64 Pratt Street**<br>**Mansfield, MA 02048-1937**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** goods/services<br>Is the claim subject to offset? ■ No ☐ Yes | **$227.77** |
| 3.71 | **Nonpriority creditor's name and mailing address**<br>**Creedon and Co**<br>**39 Jolma Rd**<br>**Worcester, MA 01604**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** goods/services<br>Is the claim subject to offset? ■ No ☐ Yes | **$5,320.31** |
| 3.72 | **Nonpriority creditor's name and mailing address**<br>**Crown Awards**<br>**9 Skyline Drive**<br>**Hawthorne, NY 10532**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** goods/services<br>Is the claim subject to offset? ■ No ☐ Yes | **$363.09** |
| 3.73 | **Nonpriority creditor's name and mailing address**<br>**Cynthia Raps**<br>**29 Loveland Road**<br>**Webster, MA 01570**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** reimbursements owed<br>Is the claim subject to offset? ■ No ☐ Yes | **$75.00** |
| 3.74 | **Nonpriority creditor's name and mailing address**<br>**Daida**<br>**300 Columbus Circle Suite I**<br>**Edison, NJ 08837**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** goods/services<br>Is the claim subject to offset? ■ No ☐ Yes | **$839.24** |
| 3.75 | **Nonpriority creditor's name and mailing address**<br>**Dakota Moore**<br>**116 Lake Street Apt B**<br>**Webster, MA 01570**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** student account<br>Is the claim subject to offset? ■ No ☐ Yes | **$700.00** |

Debtor **The Sisters of Saint Ann, Inc. d/b/a Anna Maria College** Case number (if known) **26-40758-EDK**
Name

| # | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount |
|---|---|---|---|
| 3.76 | **Daktronics Inc.<br>SDS 12-2222<br>PO Box 86<br>Minneapolis, MN 55486**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: goods/services<br>Is the claim subject to offset? ■ No ☐ Yes | **$584.38** |
| 3.77 | **Daniel McGowan<br>50 Warner Ave<br>Worcester, MA 01604**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: reimbursements owed<br>Is the claim subject to offset? ■ No ☐ Yes | **$150.00** |
| 3.78 | **Dayary Estrada<br>81C Harrison Street<br>Worcester, MA 01604**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: student account<br>Is the claim subject to offset? ■ No ☐ Yes | **$200.00** |
| 3.79 | **Deer Pond Auto Repair Svc.<br>14 Huntoon Memorial Hwy<br>Leicester, MA 01524**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: goods/services<br>Is the claim subject to offset? ■ No ☐ Yes | **$13,501.24** |
| 3.80 | **Dianne White<br>3 Sandy Hill Road<br>West Bridgewater, MA 02379**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: reimbursements owed<br>Is the claim subject to offset? ■ No ☐ Yes | **$237.30** |
| 3.81 | **Dileo Gas Inc.<br>630 Sunderland Rd<br>Worcester, MA 01604**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: goods/services<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.82 | **Dillon Boiler Services Co Inc.<br>380 Crawford St<br>Fitchburg, MA 01420**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: goods/services<br>Is the claim subject to offset? ■ No ☐ Yes | **$15,055.48** |

Debtor **The Sisters of Saint Ann, Inc. d/b/a Anna Maria College** Case number (if known) **26-40758-EDK**
Name

3.83 **Nonpriority creditor's name and mailing address**
**Discover Central Massachusetts**
**311 Main Street Suite 200**
**Worcester, MA 01608**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$400.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

3.84 **Nonpriority creditor's name and mailing address**
**Dogfather Vending LLC**
**48 Channing St**
**Worcester, MA 01605**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,610.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

3.85 **Nonpriority creditor's name and mailing address**
**Dominic Brown**
**4 Hillside Dr**
**Sturbridge, MA 01566**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$150.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** student account
Is the claim subject to offset? ■ No ☐ Yes

3.86 **Nonpriority creditor's name and mailing address**
**Dylan McCallum**
**16 Nancy Dr**
**Rutland, MA 01543**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$100.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** student account
Is the claim subject to offset? ■ No ☐ Yes

3.87 **Nonpriority creditor's name and mailing address**
**Eben Goldman**
**48 Horse Pond Road**
**Shirley, MA 01464**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$500.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** student account
Is the claim subject to offset? ■ No ☐ Yes

3.88 **Nonpriority creditor's name and mailing address**
**Ebsco Subscription Service**
**Payment Processing Center**
**PO Box 204661**
**Dallas, TX 75320-4661**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$6,801.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

3.89 **Nonpriority creditor's name and mailing address**
**ECMC**
**Attn Accounts Receivable**
**111 Washington Ave S**
**Suite 1400**
**Minneapolis, MN 55401**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,230.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

Debtor **The Sisters of Saint Ann, Inc. d/b/a Anna Maria College**
Name

Case number (if known) **26-40758-EDK**

3.90 **Nonpriority creditor's name and mailing address**
**Ecolab**
**Attn Legal Dept**
**1 Ecolab Place**
**Saint Paul, MN 55102**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,492.17**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

3.91 **Nonpriority creditor's name and mailing address**
**Educational Computer Systems Inc.**
**100 Global View Drive**
**Suite 800**
**Warrendale, PA 15086**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$7,023.73**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

3.92 **Nonpriority creditor's name and mailing address**
**Elba Marquez**
**1 Alcott St Apt 2**
**Worcester, MA 01610**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,978.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** student account
Is the claim subject to offset? ■ No ☐ Yes

3.93 **Nonpriority creditor's name and mailing address**
**Elevator Maintenance & Service Inc.**
**163 Washington St**
**Worcester, MA 01610**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$8,733.02**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

3.94 **Nonpriority creditor's name and mailing address**
**Eliana Espinal**
**120 Washington Street Apt 311**
**Worcester, MA 01610**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$100.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** student account
Is the claim subject to offset? ■ No ☐ Yes

3.95 **Nonpriority creditor's name and mailing address**
**Elijah Rapaport**
**27 Florence St Unit 3**
**Worcester, MA 01610**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** reimbursements owed
Is the claim subject to offset? ■ No ☐ Yes

3.96 **Nonpriority creditor's name and mailing address**
**Elton Stubbs**
**8 Paine Rd**
**Randolph, MA 02368**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$200.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** student account
Is the claim subject to offset? ■ No ☐ Yes

Debtor **The Sisters of Saint Ann, Inc. d/b/a Anna Maria College** Case number (if known) **26-40758-EDK**
Name

**3.97** **Nonpriority creditor's name and mailing address**
**Emergency Education Consultants**
**17 Misty Lane**
**Pelham, NH 03076**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$30,359.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

---

**3.98** **Nonpriority creditor's name and mailing address**
**Emily Goodwin**
**2 Monica Lane**
**Blackstone, MA 01504**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$200.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** student account
Is the claim subject to offset? ■ No ☐ Yes

---

**3.99** **Nonpriority creditor's name and mailing address**
**Emma Morse**
**133 Bratlle St**
**Athol, MA 01331**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$200.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** student account
Is the claim subject to offset? ■ No ☐ Yes

---

**3.100** **Nonpriority creditor's name and mailing address**
**Encoura LLC**
**75 Remittance Drive Dept 1020**
**Chicago, IL 60675-1020**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$9,395.20**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

---

**3.101** **Nonpriority creditor's name and mailing address**
**Enmanuel Jimenez Perez**
**24 Water St Apt 109**
**Clinton, MA 01510**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$200.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** student account
Is the claim subject to offset? ■ No ☐ Yes

---

**3.102** **Nonpriority creditor's name and mailing address**
**Enterprise**
**Ean Services LLC**
**PO Box 840173**
**Kansas City, MO 64184-0173**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$8,990.32**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

---

**3.103** **Nonpriority creditor's name and mailing address**
**Erika Melendez**
**123 Chestnut St**
**Southbridge, MA 01550**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$200.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** student account
Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **The Sisters of Saint Ann, Inc. d/b/a Anna Maria College** Case number (if known) **26-40758-EDK**
Name

3.104 **Nonpriority creditor's name and mailing address**
**Ethan Hart**
**80 New Braintree Road**
**North Brookfield, MA 01535**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$200.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** student account
Is the claim subject to offset? ■ No ☐ Yes

---

3.105 **Nonpriority creditor's name and mailing address**
**Evan Fournier**
**76 Paxton Road**
**Spencer, MA 01562**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$200.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** student account
Is the claim subject to offset? ■ No ☐ Yes

---

3.106 **Nonpriority creditor's name and mailing address**
**Evan Rivera**
**278 Pleasant St**
**Lowell, MA 01852**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$200.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** student account
Is the claim subject to offset? ■ No ☐ Yes

---

3.107 **Nonpriority creditor's name and mailing address**
**Events Central LLC**
**155 Ararat Street**
**Worcester, MA 01601**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$450.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

---

3.108 **Nonpriority creditor's name and mailing address**
**Falcon**
**810 West Highway 25/70**
**Newport, TN 37821**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$7,380.12**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

---

3.109 **Nonpriority creditor's name and mailing address**
**FedEx**
**Attn Legal Department**
**1000 Ridgeway Loop Road**
**Suite 600**
**Memphis, TN 38120**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$32.73**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

---

3.110 **Nonpriority creditor's name and mailing address**
**First American Commercial Bancorp Inc**
**645 N Michigan Ave Suite 800**
**Chicago, IL 60611**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Former lease/debt satisfied
Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **The Sisters of Saint Ann, Inc. d/b/a Anna Maria College** Case number (if known) **26-40758-EDK**
Name

**3.111** **Nonpriority creditor's name and mailing address**
**Fisher Scientific Company LLC**
**300 Industry Drive**
**Pittsburgh, PA 15275**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$174.70**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

**3.112** **Nonpriority creditor's name and mailing address**
**Flood Fire Pro, Inc.**
**852 Upper Union Street**
**Franklin, MA 02038**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$43,953.94**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Goods/services provided
Is the claim subject to offset? ■ No ☐ Yes

**3.113** **Nonpriority creditor's name and mailing address**
**FMC Ice Sports**
**100 Schoosett Street Building 3**
**Pembroke, MA 02359**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$17,900.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

**3.114** **Nonpriority creditor's name and mailing address**
**Follett Higher Education Group LLC**
**Attn General Accounting**
**3 Westbrook Corporate Center**
**Suite 200**
**Westchester, IL 60154**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$5,230.87**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

**3.115** **Nonpriority creditor's name and mailing address**
**Fran Doyle**
**6 RF Higgins Drive**
**Norwell, MA 02061**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$530.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** reimbursement
Is the claim subject to offset? ■ No ☐ Yes

**3.116** **Nonpriority creditor's name and mailing address**
**Fun Enterprises Inc.**
**63 Tosca Drive**
**Stoughton, MA 02072**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$27,550.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

**3.117** **Nonpriority creditor's name and mailing address**
**FW Webb Company**
**160 Middlesex Turnpike**
**Bedford, MA 01730**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$289.41**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

Debtor **The Sisters of Saint Ann, Inc. d/b/a Anna Maria College** Case number (if known) **26-40758-EDK**
Name

**3.118** **Nonpriority creditor's name and mailing address**
**Gabriela Campos**
**15 Dickenson Way Apt 82D**
**Marlborough, MA 01752**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$200.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** student account
Is the claim subject to offset? ■ No ☐ Yes

---

**3.119** **Nonpriority creditor's name and mailing address**
**Gannett New England Localiq**
**Attn Law Department**
**7950 Jones Branch Drive**
**Mc Lean, VA 22107**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$4,057.83**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

---

**3.120** **Nonpriority creditor's name and mailing address**
**Geidyann Soto**
**74 Hollis St Apt 6**
**Marlborough, MA 01752**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$200.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** student account
Is the claim subject to offset? ■ No ☐ Yes

---

**3.121** **Nonpriority creditor's name and mailing address**
**Gibney Sports & Reconditioning**
**808 Main St**
**Worcester, MA 01610**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$4,901.35**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

---

**3.122** **Nonpriority creditor's name and mailing address**
**Gorout**
**2660 Superior Dr NW Unit 104**
**Rochester, MN 55901**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,860.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

---

**3.123** **Nonpriority creditor's name and mailing address**
**Grainger Industrial Supply**
**Dept 823701834**
**100 Grainger Pkwy**
**Palatine, IL 60038-0001**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$286.11**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

---

**3.124** **Nonpriority creditor's name and mailing address**
**Guaranty Glass**
**88 Main St**
**Spencer, MA 01562**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,458.81**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

---

3.125 **Nonpriority creditor's name and mailing address**
**Gula Promotions LLC**
**4 Autumn Lane**
**Stratham, NH 03885**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,099.36**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

---

3.126 **Nonpriority creditor's name and mailing address**
**Gustafson Plumbers Inc.**
**1035 Millbury Street MPL11543**
**Worcester, MA 01607**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$802.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

---

3.127 **Nonpriority creditor's name and mailing address**
**Hailey Benoit**
**217 Sturbridge Rd Unit 42**
**Charlton, MA 01507**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$100.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** student account
Is the claim subject to offset? ■ No ☐ Yes

---

3.128 **Nonpriority creditor's name and mailing address**
**Handy Solutions**
**74 Richards Ave**
**Paxton, MA 01612**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$600.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

---

3.129 **Nonpriority creditor's name and mailing address**
**Hannaford & Dumas**
**26 Conn Street**
**Woburn, MA 01801**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,151.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

---

3.130 **Nonpriority creditor's name and mailing address**
**Harmony Environmental Inc.**
**7 Mineral Spring Ave**
**Ludlow, MA 01056**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$260.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

---

3.131 **Nonpriority creditor's name and mailing address**
**HD Supply Facilities Maintenance**
**PO Box 604233**
**Charlotte, NC 28260-4233**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$3,320.58**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **The Sisters of Saint Ann, Inc. d/b/a Anna Maria College** Case number (if known) **26-40758-EDK**
Name

3.132 **Nonpriority creditor's name and mailing address**
**Hennessy Beltran**
**69 Hillcraft Ave**
**Worcester, MA 01606**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$200.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** student account
Is the claim subject to offset? ■ No ☐ Yes

3.133 **Nonpriority creditor's name and mailing address**
**Herbert Berg Florist Inc.**
**19 Blackstone River Rd**
**Worcester, MA 01607**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$750.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

3.134 **Nonpriority creditor's name and mailing address**
**Hilda Mota**
**8111 E Yale Ave**
**6 108**
**Denver, CO 80231**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$200.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** student account
Is the claim subject to offset? ■ No ☐ Yes

3.135 **Nonpriority creditor's name and mailing address**
**Hinckley Allen & Snyder LLP**
**Attn K Mousette Esq**
**28 State St**
**Boston, MA 02109**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$22,201.28**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

3.136 **Nonpriority creditor's name and mailing address**
**Holden Municipal Light Dept**
**One Holden St**
**Holden, MA 01520**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Utilities
Is the claim subject to offset? ■ No ☐ Yes

3.137 **Nonpriority creditor's name and mailing address**
**HRC Total Solutions**
**111 Charles Street**
**Manchester, NH 03101**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,686.39**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

3.138 **Nonpriority creditor's name and mailing address**
**Hunter Felton**
**165 Lyman St**
**Westborough, MA 01581**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$200.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** student account
Is the claim subject to offset? ■ No ☐ Yes

Debtor **The Sisters of Saint Ann, Inc. d/b/a Anna Maria College** Case number (if known) **26-40758-EDK**
Name

**3.139** **Nonpriority creditor's name and mailing address**
**Hunton Andrews Kurth LLP**
**Attn Accounts Receivable Dept**
**Bank of America Plaza Suite 4100**
**600 Peachtree Street NE**
**Atlanta, GA 30308**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$9,338.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** legal services
Is the claim subject to offset? ■ No ☐ Yes

**3.140** **Nonpriority creditor's name and mailing address**
**Hyperice Inc.**
**525 Technology Drive**
**Suite 100**
**Irvine, CA 92618**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,512.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

**3.141** **Nonpriority creditor's name and mailing address**
**Idalys Reyes**
**35 Vincent Circle**
**Worcester, MA 01604**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$200.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** student account
Is the claim subject to offset? ■ No ☐ Yes

**3.142** **Nonpriority creditor's name and mailing address**
**Impact Fire Services, LLC**
**PO Box 735062**
**Dallas, TX 75373**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,679.22**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

**3.143** **Nonpriority creditor's name and mailing address**
**Imperial Dade**
**55 Rt. 1 & 9**
**Attn: Legal Dept.**
**Jersey City, NJ 07306**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$11,235.78**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods purchased
Is the claim subject to offset? ■ No ☐ Yes

**3.144** **Nonpriority creditor's name and mailing address**
**India Santiago Maldona**
**56 Combs Street Apt 3**
**Southbridge, MA 01550**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$200.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** student account
Is the claim subject to offset? ■ No ☐ Yes

**3.145** **Nonpriority creditor's name and mailing address**
**Indoor Air Quality Improvement, Inc**
**dba Mighty Duct**
**28 Hastings St Bldg E**
**Mendon, MA 01756**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,405.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

Debtor **The Sisters of Saint Ann, Inc. d/b/a Anna Maria College** Case number (if known) **26-40758-EDK**
Name

**3.146** **Nonpriority creditor's name and mailing address**
**Irene Wong**
**7 Glenwood St**
**Malden, MA 02148**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$500.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** reimbursements owed
Is the claim subject to offset? ■ No ☐ Yes

---

**3.147** **Nonpriority creditor's name and mailing address**
**Isabella Surmis**
**50 Curtis St**
**Auburn, MA 01501**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$100.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** student account
Is the claim subject to offset? ■ No ☐ Yes

---

**3.148** **Nonpriority creditor's name and mailing address**
**J&J Commercial Services**
**269 Concord St**
**Holliston, MA 01746**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$149.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

---

**3.149** **Nonpriority creditor's name and mailing address**
**J&J Contracting**
**3180 County Road 20**
**International Falls, MN 56649**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,715.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

---

**3.150** **Nonpriority creditor's name and mailing address**
**Jackson Immuno Research Laboratories Inc**
**872 W Baltimore Pike**
**West Grove, PA 19390**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$93.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

---

**3.151** **Nonpriority creditor's name and mailing address**
**Jamya Parker**
**2251 Washington St Apt B**
**Newton Lower Falls, MA 02462**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$200.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** student account
Is the claim subject to offset? ■ No ☐ Yes

---

**3.152** **Nonpriority creditor's name and mailing address**
**Jasmine Davis**
**178 Park Street #2**
**Charlton, MA 01507**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$7,416.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** student account
Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **The Sisters of Saint Ann, Inc. d/b/a Anna Maria College** Case number (if known) **26-40758-EDK**

**3.153** **Nonpriority creditor's name and mailing address**
**Jaylene Gomes**
**1093 Main St Apt 16**
**Leicester, MA 01524**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$718.80**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** student account
Is the claim subject to offset? ■ No ☐ Yes

---

**3.154** **Nonpriority creditor's name and mailing address**
**JB Graphics Inc.**
**9388 Corbett Drive**
**Mc Cordsville, IN 46055**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$513.32**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

---

**3.155** **Nonpriority creditor's name and mailing address**
**Jean Roy**
**140 Malden Street**
**Malden, MA 02148**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$150.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** reimbursements owed
Is the claim subject to offset? ■ No ☐ Yes

---

**3.156** **Nonpriority creditor's name and mailing address**
**Jeffrey Atherton**
**116 Taylor Rd**
**Ashby, MA 01431**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$100.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** student account
Is the claim subject to offset? ■ No ☐ Yes

---

**3.157** **Nonpriority creditor's name and mailing address**
**Jeffrey Lupisella**
**58 Trahan Avenue**
**Worcester, MA 01604**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$150.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** student account
Is the claim subject to offset? ■ No ☐ Yes

---

**3.158** **Nonpriority creditor's name and mailing address**
**Jenneh Sambola**
**19 Parsons Hill Dr**
**Worcester, MA 01603**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$100.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** student account
Is the claim subject to offset? ■ No ☐ Yes

---

**3.159** **Nonpriority creditor's name and mailing address**
**Jennie Caissie**
**53 Fort Hill Road**
**Oxford, MA 01540**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$200.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** student account
Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **The Sisters of Saint Ann, Inc. d/b/a Anna Maria College** Case number (if known) **26-40758-EDK**
Name

3.160 **Nonpriority creditor's name and mailing address**
**Jennifer Nguyen**
**4 Cabot St**
**Worcester, MA 01603**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$200.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** student account
Is the claim subject to offset? ■ No ☐ Yes

3.161 **Nonpriority creditor's name and mailing address**
**Jessenia Perez**
**8 New Plainville Road Unit 6**
**New Bedford, MA 02745**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$3,810.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** student account
Is the claim subject to offset? ■ No ☐ Yes

3.162 **Nonpriority creditor's name and mailing address**
**Jesus Vazquez**
**27 Highfield Road Unit B**
**Charlton, MA 01507**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$4,685.56**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** student account
Is the claim subject to offset? ■ No ☐ Yes

3.163 **Nonpriority creditor's name and mailing address**
**Jill Cummings**
**23 High Street**
**West Boylston, MA 01583**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$10,350.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** student account
Is the claim subject to offset? ■ No ☐ Yes

3.164 **Nonpriority creditor's name and mailing address**
**Jillian Evans**
**42 Phillips Road Unit 1**
**Holden, MA 01520**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$200.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** student account
Is the claim subject to offset? ■ No ☐ Yes

3.165 **Nonpriority creditor's name and mailing address**
**JJ Bafaro Inc.**
**PO Box 943**
**Worcester, MA 01613-0943**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$979.50**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

3.166 **Nonpriority creditor's name and mailing address**
**John Brennan**
**12 Genevieve Lane**
**Webster, MA 01570**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$350.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** student account
Is the claim subject to offset? ■ No ☐ Yes

Debtor **The Sisters of Saint Ann, Inc. d/b/a Anna Maria College** Case number (if known) **26-40758-EDK**
Name

3.167 **Nonpriority creditor's name and mailing address**
**John Finley**
**7807 Canyon Lake Circle**
**Orlando, FL 32835**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,425.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** reimbursements owed
Is the claim subject to offset? ■ No ☐ Yes

3.168 **Nonpriority creditor's name and mailing address**
**Johnson Controls Fire Protection LP**
**95 Shawmut Road**
**Canton, MA 02021**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,835.35**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** services provided
Is the claim subject to offset? ■ No ☐ Yes

3.169 **Nonpriority creditor's name and mailing address**
**Joseph Akoto**
**2 Ayrshire Rd**
**Worcester, MA 01604**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$100.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** student account
Is the claim subject to offset? ■ No ☐ Yes

3.170 **Nonpriority creditor's name and mailing address**
**Joseph Dincecco**
**176 Russett Road**
**Boston, MA 02132**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$46.55**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** reimbursements owed
Is the claim subject to offset? ■ No ☐ Yes

3.171 **Nonpriority creditor's name and mailing address**
**Joseph Mageary**
**396 Hollis Rd**
**Lunenburg, MA 01462**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** reimbursements owed
Is the claim subject to offset? ■ No ☐ Yes

3.172 **Nonpriority creditor's name and mailing address**
**Joseph's Lock & Safe Company Inc.**
**55 Green Street**
**Worcester, MA 01604-4109**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$5,123.40**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

3.173 **Nonpriority creditor's name and mailing address**
**Jostens Inc**
**21336 Network Place**
**Chicago, IL 60673-1213**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$718.52**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

Debtor **The Sisters of Saint Ann, Inc. d/b/a Anna Maria College** Case number (if known) **26-40758-EDK**
Name

3.174 **Nonpriority creditor's name and mailing address**
**Julian Booth**
**41 Sycamore Dr**
**Leominster, MA 01453**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$200.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** student account
Is the claim subject to offset? ■ No ☐ Yes

3.175 **Nonpriority creditor's name and mailing address**
**Julianna Lavoie**
**379 Mechanic St**
**Leominster, MA 01453**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$200.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** student account
Is the claim subject to offset? ■ No ☐ Yes

3.176 **Nonpriority creditor's name and mailing address**
**Julianna Stanger**
**140 Skivira Lane**
**New Braintree, MA 01531**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$10,350.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** student account
Is the claim subject to offset? ■ No ☐ Yes

3.177 **Nonpriority creditor's name and mailing address**
**Juliette Alger**
**61 Shiretown Road**
**Dedham, MA 02026**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$100.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** student account
Is the claim subject to offset? ■ No ☐ Yes

3.178 **Nonpriority creditor's name and mailing address**
**Kahlia Duffy**
**9 Mechanic St**
**Ayer, MA 01432**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$200.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** student account
Is the claim subject to offset? ■ No ☐ Yes

3.179 **Nonpriority creditor's name and mailing address**
**Kamco Supply Corp of Boston**
**Attn Robert W Hurwitz**
**Hurwitz Richard Sencabaugh PLLC**
**162 Park Street Suite 301**
**North Reading, MA 01864**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,345.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

3.180 **Nonpriority creditor's name and mailing address**
**Karen Benson**
**3 Know St**
**Worcester, MA 01603**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$75.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** reimbursements owed
Is the claim subject to offset? ■ No ☐ Yes

Debtor **The Sisters of Saint Ann, Inc. d/b/a Anna Maria College** Case number (if known) **26-40758-EDK**

| | | | |
|---|---|---|---|
| 3.181 | **Nonpriority creditor's name and mailing address**<br>**Karin Ciance**<br>**120 Mixter Road**<br>**Holden, MA 01520**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** reimbursements owed<br>Is the claim subject to offset? ■ No ☐ Yes | **$206.26** |
| 3.182 | **Nonpriority creditor's name and mailing address**<br>**Kasey Burdin**<br>**299 Royalston Rd**<br>**Baldwinville, MA 01436**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** student account<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,200.00** |
| 3.183 | **Nonpriority creditor's name and mailing address**<br>**Kelly Sullivan**<br>**270 Resevoir St**<br>**Holden, MA 01520**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** student account<br>Is the claim subject to offset? ■ No ☐ Yes | **$395.06** |
| 3.184 | **Nonpriority creditor's name and mailing address**<br>**Kelsey Hartigan**<br>**326 Main St Apt 201**<br>**Saco, ME 04072**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** reimbursements owed<br>Is the claim subject to offset? ■ No ☐ Yes | **$210.00** |
| 3.185 | **Nonpriority creditor's name and mailing address**<br>**Keyah Adamson**<br>**95 Pine St Apt 2L**<br>**Cambridge, MA 02139**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** student account<br>Is the claim subject to offset? ■ No ☐ Yes | **$100.00** |
| 3.186 | **Nonpriority creditor's name and mailing address**<br>**Kiandra Booth Desmarais**<br>**24 Burbank St**<br>**Millbury, MA 01527**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** student account<br>Is the claim subject to offset? ■ No ☐ Yes | **$200.00** |
| 3.187 | **Nonpriority creditor's name and mailing address**<br>**Kiara Gauthier**<br>**197 Southbridge Rd**<br>**Burlington, MA 01803**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** student account<br>Is the claim subject to offset? ■ No ☐ Yes | **$200.00** |

Debtor **The Sisters of Saint Ann, Inc. d/b/a Anna Maria College**
Name

Case number (if known) **26-40758-EDK**

| | | | |
|---|---|---|---|
| 3.188 | **Nonpriority creditor's name and mailing address**<br>**KM Graphics**<br>**51 West Street**<br>**Ware, MA 01082**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** goods/services<br>Is the claim subject to offset? ■ No ☐ Yes | **$80.00** |
| 3.189 | **Nonpriority creditor's name and mailing address**<br>**Knight's Airport Limousine Service**<br>**390 Hartford Turnpike**<br>**Shrewsbury, MA 01545**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** goods/services<br>Is the claim subject to offset? ■ No ☐ Yes | **$243.00** |
| 3.190 | **Nonpriority creditor's name and mailing address**<br>**Kosta Drosidis**<br>**703 Salisbury St**<br>**Holden, MA 01520**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** reimbursements owed<br>Is the claim subject to offset? ■ No ☐ Yes | **$150.00** |
| 3.191 | **Nonpriority creditor's name and mailing address**<br>**Larry Last**<br>**PO Box 1467**<br>**Wolfeboro, NH 03894**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** student account<br>Is the claim subject to offset? ■ No ☐ Yes | **$475.00** |
| 3.192 | **Nonpriority creditor's name and mailing address**<br>**Lenore Rust**<br>**210B Pine Street**<br>**Leicester, MA 01524**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$298.17** |
| 3.193 | **Nonpriority creditor's name and mailing address**<br>**Lesiah Byron**<br>**31 Bedford Avenue Apt 3**<br>**Worcester, MA 01604**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** student account<br>Is the claim subject to offset? ■ No ☐ Yes | **$200.00** |
| 3.194 | **Nonpriority creditor's name and mailing address**<br>**Lia Mucera**<br>**11 Winterberry Lane**<br>**Worcester, MA 01604**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** student account<br>Is the claim subject to offset? ■ No ☐ Yes | **$200.00** |

Debtor **The Sisters of Saint Ann, Inc. d/b/a Anna Maria College**
Name

Case number (if known) **26-40758-EDK**

3.195 **Nonpriority creditor's name and mailing address**
**Liberty Movers Inc.**
**99 Huntoon Memorial Hwy**
**Leicester, MA 01524**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,236.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

---

3.196 **Nonpriority creditor's name and mailing address**
**Lily Celata**
**29 Mountain View St**
**Baldwinville, MA 01436**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$100.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** student account
Is the claim subject to offset? ■ No ☐ Yes

---

3.197 **Nonpriority creditor's name and mailing address**
**Lisa Livsey**
**17 Elaine Street**
**Webster, MA 01570**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$150.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** account balance
Is the claim subject to offset? ■ No ☐ Yes

---

3.198 **Nonpriority creditor's name and mailing address**
**Livia Pontolilo**
**390 Henshaw St**
**Rochdale, MA 01542**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$200.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** student account
Is the claim subject to offset? ■ No ☐ Yes

---

3.199 **Nonpriority creditor's name and mailing address**
**LIX Insurance Information Exchange**
**1574 Crescent Pointe Pkwy**
**College Station, TX 77845**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$158.75**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

---

3.200 **Nonpriority creditor's name and mailing address**
**Lucas Borges**
**99 Wilkens Lane Apt 1413**
**Hyannis, MA 02601**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$100.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** student account
Is the claim subject to offset? ■ No ☐ Yes

---

3.201 **Nonpriority creditor's name and mailing address**
**Lucas Cardoso**
**160 Coe Rd**
**Brockton, MA 02302**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$200.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** student account
Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **The Sisters of Saint Ann, Inc. d/b/a Anna Maria College** Case number (if known) **26-40758-EDK**

Name

3.202 **Nonpriority creditor's name and mailing address**
**Luuna Nguyen**
**85 Gates Street**
**Worcester, MA 01610**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$10,350.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** student account
Is the claim subject to offset? ■ No ☐ Yes

---

3.203 **Nonpriority creditor's name and mailing address**
**Lyme Green Heat**
**302 Orford Road**
**Lyme, NH 03768**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$93,827.70**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

---

3.204 **Nonpriority creditor's name and mailing address**
**Lyrasis**
**Attn John McGarl**
**4920 Atlanta Hwy 1015**
**Alpharetta, GA 30004**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$4,326.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

---

3.205 **Nonpriority creditor's name and mailing address**
**Mackenzie Lafreniere**
**1185 Alger St**
**Winchendon, MA 01475**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$200.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** student account
Is the claim subject to offset? ■ No ☐ Yes

---

3.206 **Nonpriority creditor's name and mailing address**
**Madelyn Kelley**
**10 River St Apt B**
**Millbury, MA 01527**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$200.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** student account
Is the claim subject to offset? ■ No ☐ Yes

---

3.207 **Nonpriority creditor's name and mailing address**
**Madison Marie Romano**
**67 Savannah Lane**
**Lebanon, ME 04027**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** reimbursements owed
Is the claim subject to offset? ■ No ☐ Yes

---

3.208 **Nonpriority creditor's name and mailing address**
**Manuel Abraham Toribio**
**221 E Main St Apt 1013**
**East Brookfield, MA 01515**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$200.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** student account
Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **The Sisters of Saint Ann, Inc. d/b/a Anna Maria College** Case number (if known) **26-40758-EDK**
Name

3.209 **Nonpriority creditor's name and mailing address**
**Marcus Wallace**
**249 Gresham St**
**Springfield, MA 01119**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$100.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** student account
Is the claim subject to offset? ■ No ☐ Yes

---

3.210 **Nonpriority creditor's name and mailing address**
**Marlin Leasing Corp.**
**300 Fellowship Road**
**Mount Laurel, NJ 08054**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

---

3.211 **Nonpriority creditor's name and mailing address**
**Marsh Moriarty Ontell & Golder PC**
**25 Braintree Hill Office Park**
**Suite 301**
**Braintree, MA 02184**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$800.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

---

3.212 **Nonpriority creditor's name and mailing address**
**Masrura Abubakar**
**600 Main St**
**Worcester, MA 01608**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$500.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** student account
Is the claim subject to offset? ■ No ☐ Yes

---

3.213 **Nonpriority creditor's name and mailing address**
**Mass Park Inc.**
**dba Valet Park of America**
**185 Spring Street**
**Springfield, MA 01105**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

---

3.214 **Nonpriority creditor's name and mailing address**
**Massachusetts Dept of Higher Education**
**Attn Cynthia Farr Brown PhD**
**One Ashburton Place Room 1401**
**Boston, MA 02108**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

---

3.215 **Nonpriority creditor's name and mailing address**
**Massachusetts Dept of Unemployment Asst**
**P.O. Box 419815**
**Boston, MA 02241-9815**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$74,735.78**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Unemployment benefits
Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **The Sisters of Saint Ann, Inc. d/b/a Anna Maria College** Case number (if known) **26-40758-EDK**
Name

**3.216** **Nonpriority creditor's name and mailing address**
**Massachusetts Water Resources Authority**
**Treasurer's Office**
**190 Tafts Avenue**
**Winthrop, MA 02152**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$125.97**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

**3.217** **Nonpriority creditor's name and mailing address**
**Master's Leasing & Rental**
**14655 Prospect Ave**
**Kansas City, MO 64146**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$4,851.04**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

**3.218** **Nonpriority creditor's name and mailing address**
**MaTran**
**800 Quik Trip Way**
**Belton, MO 64012**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Car loan
Is the claim subject to offset? ■ No ☐ Yes

**3.219** **Nonpriority creditor's name and mailing address**
**Matthew St Pierre**
**52 Fern Ave**
**Amesbury, MA 01913**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,163.30**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** student account
Is the claim subject to offset? ■ No ☐ Yes

**3.220** **Nonpriority creditor's name and mailing address**
**Mckesson Medical Surgical**
**9954 Mayland Drive**
**Henrico, VA 23233**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$392.38**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

**3.221** **Nonpriority creditor's name and mailing address**
**Meadow Technologies**
**110 Charlton Street 6B**
**New York, NY 10014**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$38,281.11**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

**3.222** **Nonpriority creditor's name and mailing address**
**Medicat LLC**
**303 Perimeter Center N**
**Suite 450**
**Atlanta, GA 30346**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$14,125.59**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

Debtor **The Sisters of Saint Ann, Inc. d/b/a Anna Maria College**
Name

Case number (if known) **26-40758-EDK**

3.223 **Nonpriority creditor's name and mailing address**
**Melissa Altidor**
**1 Devens Road**
**Worcester, MA 01606**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,200.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** student account
Is the claim subject to offset? ■ No ☐ Yes

3.224 **Nonpriority creditor's name and mailing address**
**Melissa Egan**
**103 Summer Street**
**Maynard, MA 01754**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$150.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** reimbursements owed
Is the claim subject to offset? ■ No ☐ Yes

3.225 **Nonpriority creditor's name and mailing address**
**Merchants Fleet**
**14 Central Park Drive 1st Floor**
**Hooksett, NH 03106**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$11,184.80**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

3.226 **Nonpriority creditor's name and mailing address**
**Michael Maddaleni MD**
**36 Barnard Road**
**Boylston, MA 01505**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$10,650.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

3.227 **Nonpriority creditor's name and mailing address**
**Michael Mosher**
**48 Old Mill Lane**
**Templeton, MA 01468**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,200.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** reimbursements owed
Is the claim subject to offset? ■ No ☐ Yes

3.228 **Nonpriority creditor's name and mailing address**
**Michael Odonkor**
**443 Mill St**
**Worcester, MA 01602**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$100.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** student account
Is the claim subject to offset? ■ No ☐ Yes

3.229 **Nonpriority creditor's name and mailing address**
**Michael Van Neste**
**65 Sandpiper Circle**
**East Falmouth, MA 02536**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$200.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** student account
Is the claim subject to offset? ■ No ☐ Yes

Debtor **The Sisters of Saint Ann, Inc. d/b/a Anna Maria College** Case number (if known) **26-40758-EDK**
Name

3.230 **Nonpriority creditor's name and mailing address**
**Michele Hutchinson**
**4 Patricia Drive**
**North Oxford, MA 01537**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$200.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** student account
Is the claim subject to offset? ■ No ☐ Yes

3.231 **Nonpriority creditor's name and mailing address**
**Michelle C Arbour**
**171 Bailey Rd**
**Holden, MA 01520**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$500.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** student account
Is the claim subject to offset? ■ No ☐ Yes

3.232 **Nonpriority creditor's name and mailing address**
**Mikayla Costigen**
**3 Messier St Apt 4**
**South Grafton, MA 01560**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$100.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** student account
Is the claim subject to offset? ■ No ☐ Yes

3.233 **Nonpriority creditor's name and mailing address**
**Mileigh Correia**
**34 Clinton Rd**
**Sterling, MA 01564**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$200.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** student account
Is the claim subject to offset? ■ No ☐ Yes

3.234 **Nonpriority creditor's name and mailing address**
**Miles Press Inc.**
**14 Sword Street**
**Auburn, MA 01501**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$937.48**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

3.235 **Nonpriority creditor's name and mailing address**
**Mina Girouard**
**107 Washington St Apt 3**
**Gardner, MA 01440**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,200.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** reimbursements owed
Is the claim subject to offset? ■ No ☐ Yes

3.236 **Nonpriority creditor's name and mailing address**
**Miurka Torres**
**28 West Main St Apt A**
**Millbury, MA 01527**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$8,264.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** student account
Is the claim subject to offset? ■ No ☐ Yes

Debtor **The Sisters of Saint Ann, Inc. d/b/a Anna Maria College** Case number (if known) **26-40758-EDK**
Name

3.237 **Nonpriority creditor's name and mailing address**
**Mohawk Communications LLC**
**1698 Northampton Street**
**Holyoke, MA 01040**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$7,585.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

3.238 **Nonpriority creditor's name and mailing address**
**Morningstar Danford**
**50 Sunset Ln**
**Paxton, MA 01612**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

3.239 **Nonpriority creditor's name and mailing address**
**Mount Saint Charles Academy**
**800 Logee St**
**Woonsocket, RI 02895**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

3.240 **Nonpriority creditor's name and mailing address**
**Moving Right Along**
**101 21 101st Street**
**Ozone Park, NY 11416**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$10,650.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

3.241 **Nonpriority creditor's name and mailing address**
**Nally Associates Inc.**
**23 W Bacon Street**
**Plainville, MA 02762**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$6,845.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

3.242 **Nonpriority creditor's name and mailing address**
**Naomi Moura**
**18 Main St**
**Sturbridge, MA 01566**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$200.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** student account
Is the claim subject to offset? ■ No ☐ Yes

3.243 **Nonpriority creditor's name and mailing address**
**Nash Sicari Swinimer**
**25 Dupaul St**
**Southbridge, MA 01550**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$200.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** student
Is the claim subject to offset? ■ No ☐ Yes

Debtor **The Sisters of Saint Ann, Inc. d/b/a Anna Maria College** Case number (if known) **26-40758-EDK**
Name

**3.244 Nonpriority creditor's name and mailing address**
**NASW MA Chapter**
**6 Beacon Street 915**
**Boston, MA 02108**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$120.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

**3.245 Nonpriority creditor's name and mailing address**
**Natalia Wilder**
**1 Duffy Road**
**Hubbardston, MA 01452**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$200.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** student
Is the claim subject to offset? ■ No ☐ Yes

**3.246 Nonpriority creditor's name and mailing address**
**Nathan Lemus**
**274 Pleasant St**
**Paxton, MA 01612**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$100.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** student
Is the claim subject to offset? ■ No ☐ Yes

**3.247 Nonpriority creditor's name and mailing address**
**National Association of Social Workers**
**750 First Street, NE**
**Suite 800**
**Washington, DC 20002**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,148.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

**3.248 Nonpriority creditor's name and mailing address**
**National Collegiate Honors Council**
**250 Knoll Residential Center**
**440 N 17Th Street**
**Lincoln, NE 68588-0627**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$750.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

**3.249 Nonpriority creditor's name and mailing address**
**National Council for Mental Wellbeing**
**1400 K Street NW Suite 1050**
**Washington, DC 20005**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$6,792.45**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

**3.250 Nonpriority creditor's name and mailing address**
**NE Voice & Data Communications**
**8436 Wirt Street**
**Omaha, NE 68134**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

Debtor **The Sisters of Saint Ann, Inc. d/b/a Anna Maria College**
Name

Case number (if known) **26-40758-EDK**

3.251 **Nonpriority creditor's name and mailing address**
**New England Golf Cars Methuen**
**62 Industrial Way**
**Seekonk, MA 02771**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,085.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

3.252 **Nonpriority creditor's name and mailing address**
**New England Women's Hockey Alliance**
**34 Woodside Ave**
**Winthrop, MA 02152**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$7,245.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

3.253 **Nonpriority creditor's name and mailing address**
**Ngocmy Nguyen**
**298 Harding St**
**Worcester, MA 01610**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$538.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** student account
Is the claim subject to offset? ■ No ☐ Yes

3.254 **Nonpriority creditor's name and mailing address**
**Noraida Morales**
**12 Birch St**
**Fitchburg, MA 01420**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$200.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** student account
Is the claim subject to offset? ■ No ☐ Yes

3.255 **Nonpriority creditor's name and mailing address**
**Noraida Rosado**
**139 King St Apt 2**
**Fitchburg, MA 01420**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$500.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** student account
Is the claim subject to offset? ■ No ☐ Yes

3.256 **Nonpriority creditor's name and mailing address**
**Nyia Gonzalez**
**18 Day Lane**
**Webster, MA 01570**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$200.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** student account
Is the claim subject to offset? ■ No ☐ Yes

3.257 **Nonpriority creditor's name and mailing address**
**Oceans Promotions**
**11243 Shady Lake Run**
**Fort Myers, FL 33913**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$3,763.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

Debtor **The Sisters of Saint Ann, Inc. d/b/a Anna Maria College**
Name

Case number (if known) **26-40758-EDK**

3.258 **Nonpriority creditor's name and mailing address**
**OCP**
**Oregon Catholic Press**
**340 Oswego Pointe Dr**
**Lake Oswego, OR 97034**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$25.82**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

3.259 **Nonpriority creditor's name and mailing address**
**Off Duty Management Inc.**
**1906 Avenue D**
**Katy, TX 77493**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$252.47**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

3.260 **Nonpriority creditor's name and mailing address**
**Office Of The Diaconate**
**49 Elm Street**
**Worcester, MA 01609**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,700.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

3.261 **Nonpriority creditor's name and mailing address**
**Olivia Guertin**
**9 Mark St**
**Providence, RI 02904**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$500.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** student account
Is the claim subject to offset? ■ No ☐ Yes

3.262 **Nonpriority creditor's name and mailing address**
**Olympic Trophy Mfg Co**
**1078 West Boylston Street**
**Suite 105**
**Worcester, MA 01606**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$69.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

3.263 **Nonpriority creditor's name and mailing address**
**OT Sports Industries Inc.**
**Attn Amy Mooney**
**172 Boone Street**
**Burlington, NC 27215**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$35.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

3.264 **Nonpriority creditor's name and mailing address**
**Pagano Media**
**11 Millbrook Street**
**Worcester, MA 01606**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$5,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

Debtor **The Sisters of Saint Ann, Inc. d/b/a Anna Maria College** Case number (if known) **26-40758-EDK**
Name

3.265 **Nonpriority creditor's name and mailing address**
**Paige Stewart**
**32 Berlin Street**
**Auburn, MA 01501**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$170.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** student account
Is the claim subject to offset? ■ No ☐ Yes

3.266 **Nonpriority creditor's name and mailing address**
**Party People Inc**
**46 Quirk Road**
**Milford, CT 06460**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,560.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

3.267 **Nonpriority creditor's name and mailing address**
**Paxton Auto Service**
**324 Pleasant St**
**Paxton, MA 01612**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$132.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

3.268 **Nonpriority creditor's name and mailing address**
**Paxton Fire Department**
**Attn Michael Pingitore Fire Chief**
**576 Pleasant Street**
**Paxton, MA 01612**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

3.269 **Nonpriority creditor's name and mailing address**
**Peabody Supply Company Inc.**
**Hajoca Corporation**
**PO Box 789662**
**Philadelphia, PA 19178-9662**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$732.70**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

3.270 **Nonpriority creditor's name and mailing address**
**People's Linen Service**
**9 Giffin Street**
**Keene, NH 03431**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$21.28**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

3.271 **Nonpriority creditor's name and mailing address**
**Pete's Service**
**192 Pleasant Street**
**Worcester, MA 01609**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,446.50**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

Debtor **The Sisters of Saint Ann, Inc. d/b/a Anna Maria College**
Name

Case number (if known) **26-40758-EDK**

**3.272** **Nonpriority creditor's name and mailing address**
**Peterson Oil Service Inc.**
**75 Crescent St**
**Worcester, MA 01605**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$9,352.75**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

---

**3.273** **Nonpriority creditor's name and mailing address**
**Photos By Kmo**
**14 Pearl Street**
**Millbury, MA 01527**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$325.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

---

**3.274** **Nonpriority creditor's name and mailing address**
**Pleasant Valley Country Club**
**95 Armsby Road**
**Sutton, MA 01590**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$9,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

---

**3.275** **Nonpriority creditor's name and mailing address**
**Polar Beverages Corp**
**1001 Southbridge Street**
**Worcester, MA 01610**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$551.25**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

---

**3.276** **Nonpriority creditor's name and mailing address**
**Prestosports**
**7800 Montgomery Road Unit 200**
**Cincinnati, OH 45236**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$8,717.50**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

---

**3.277** **Nonpriority creditor's name and mailing address**
**Proquest LLC**
**789 E Eisenhower Parkway**
**Ann Arbor, MI 48108**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$8,717.50**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

---

**3.278** **Nonpriority creditor's name and mailing address**
**Quadient Inc**
**478 Wheelers Farm Road**
**Milford, CT 06461**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$4,253.60**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **The Sisters of Saint Ann, Inc. d/b/a Anna Maria College** Case number (if known) **26-40758-EDK**
Name

3.279 **Nonpriority creditor's name and mailing address**
**Rachaya Jette Bethea**
**158 Parker Street**
**Gardner, MA 01440**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$132.30**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** student account
Is the claim subject to offset? ■ No ☐ Yes

---

3.280 **Nonpriority creditor's name and mailing address**
**Raymond Zalneraitis Jr**
**43 Fairlawn Ave**
**Oxford, MA 01540**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,480.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** reimbursements owed
Is the claim subject to offset? ■ No ☐ Yes

---

3.281 **Nonpriority creditor's name and mailing address**
**Reagan Wajer**
**94 Pleasant St**
**Grafton, MA 01519**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$100.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** student account
Is the claim subject to offset? ■ No ☐ Yes

---

3.282 **Nonpriority creditor's name and mailing address**
**Rebeca Brito Correia**
**873 Riverside Dr**
**North Grosvenordale, CT 06255**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$416.16**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** reimbursements owed
Is the claim subject to offset? ■ No ☐ Yes

---

3.283 **Nonpriority creditor's name and mailing address**
**RefQuest**
**6255 Carrollton Ave**
**Indianapolis, IN 46230**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$11,408.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

---

3.284 **Nonpriority creditor's name and mailing address**
**Rexel**
**5429 Lyndon B. Johnson Fwy**
**Suite 600**
**Dallas, TX 75240**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$4,015.38**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

---

3.285 **Nonpriority creditor's name and mailing address**
**Ria M Cabral**
**63 Apthrop**
**Worcester, MA 01606**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$6,147.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Student account
Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **The Sisters of Saint Ann, Inc. d/b/a Anna Maria College** Case number (if known) **26-40758-EDK**

Name

**3.286 Nonpriority creditor's name and mailing address**
**Richard Figueroa**
**31 Drexel St**
**Worcester, MA 01602**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$4,993.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** student account
Is the claim subject to offset? ■ No ☐ Yes

**3.287 Nonpriority creditor's name and mailing address**
**Richard Ricardi**
**2 Hadley Lane**
**Westborough, MA 01581**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$608.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** student account
Is the claim subject to offset? ■ No ☐ Yes

**3.288 Nonpriority creditor's name and mailing address**
**Risepoint LLC**
**Attn: Legal Dept.**
**2803 Philadelphia Pike**
**Suite B PMG 7250**
**Claymont, DE 19703**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$295,756.38**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Goods/services provided
Is the claim subject to offset? ■ No ☐ Yes

**3.289 Nonpriority creditor's name and mailing address**
**Rita Ajubese**
**24 Pine St**
**Whitinsville, MA 01588**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$200.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** student account
Is the claim subject to offset? ■ No ☐ Yes

**3.290 Nonpriority creditor's name and mailing address**
**Rize Education**
**37 West 20th Street**
**Suite 1101**
**New York, NY 10011**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$68,200.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

**3.291 Nonpriority creditor's name and mailing address**
**Roadrunner Recycling Inc.**
**105 40th Street Suite 100**
**Pittsburgh, PA 15201**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$19,089.39**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

**3.292 Nonpriority creditor's name and mailing address**
**Rocky's Ace Hardware Inc.**
**40 Island Pond Road**
**Springfield, MA 01118**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$3,681.19**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

Debtor **The Sisters of Saint Ann, Inc. d/b/a Anna Maria College**
Name

Case number (if known) **26-40758-EDK**

3.293 **Nonpriority creditor's name and mailing address**
**Ruby Electric**
**dkd Solutions dba Ruby Elect**
**77 East Worcester Street**
**Worcester, MA 01604**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$8,533.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

3.294 **Nonpriority creditor's name and mailing address**
**Ryan Flynn**
**108 Wallace Avenue**
**Auburn, MA 01501**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$500.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** student account
Is the claim subject to offset? ■ No ☐ Yes

3.295 **Nonpriority creditor's name and mailing address**
**Ryan Hill**
**128 Hunter Ave**
**Ashburnham, MA 01430**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$200.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** student account
Is the claim subject to offset? ■ No ☐ Yes

3.296 **Nonpriority creditor's name and mailing address**
**Ryan Murphy**
**1 Whitewood Lane**
**North Branford, CT 06471**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,397.99**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** student account
Is the claim subject to offset? ■ No ☐ Yes

3.297 **Nonpriority creditor's name and mailing address**
**Scott Marderosian**
**117 Colburn Road**
**Worcester, MA 01607**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$75.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** refund
Is the claim subject to offset? ■ No ☐ Yes

3.298 **Nonpriority creditor's name and mailing address**
**Sehila Ryerson**
**135 Blithewood Ave**
**Worcester, MA 01604**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$200.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** student account
Is the claim subject to offset? ■ No ☐ Yes

3.299 **Nonpriority creditor's name and mailing address**
**SESAC**
**35 Music Square East**
**Nashville, TN 37203**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$422.75**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** good/services
Is the claim subject to offset? ■ No ☐ Yes

Debtor **The Sisters of Saint Ann, Inc. d/b/a Anna Maria College** Case number (if known) **26-40758-EDK**
Name

**3.300** **Nonpriority creditor's name and mailing address**
**Shanelis Deleon**
**1 Union St**
**Marlborough, MA 01752**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** student account
Is the claim subject to offset? ■ No ☐ Yes

**3.301** **Nonpriority creditor's name and mailing address**
**Shanik Suarez**
**894 Main St**
**Worcester, MA 01610**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$200.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** student account
Is the claim subject to offset? ■ No ☐ Yes

**3.302** **Nonpriority creditor's name and mailing address**
**Shayla Halloran**
**35 Chadwick Street**
**Worcester, MA 01605**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$10,212.20**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** student account
Is the claim subject to offset? ■ No ☐ Yes

**3.303** **Nonpriority creditor's name and mailing address**
**Shoes For Crews LLC**
**500 T-Rex Avenue**
**Suite 100**
**Boca Raton, FL 33431**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$66.66**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Goods/services provided
Is the claim subject to offset? ■ No ☐ Yes

**3.304** **Nonpriority creditor's name and mailing address**
**Shorts Travel Mtg**
**NCAA Travel Dept**
**1203 W Ridgeway Ave**
**Waterloo, IA 50701**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$10,137.82**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Goods/services provided
Is the claim subject to offset? ■ No ☐ Yes

**3.305** **Nonpriority creditor's name and mailing address**
**Siemens Industry Inc**
**PO Box 2134**
**Carol Stream, IL 60132**
**Date(s) debt was incurred** 1/1/2026
**Last 4 digits of account number** 9506

**As of the petition filing date, the claim is:** *Check all that apply.* **$19,380.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** software contract
Is the claim subject to offset? ■ No ☐ Yes

**3.306** **Nonpriority creditor's name and mailing address**
**Siemens Public Inc.**
**170 Wood Avenue S**
**Iselin, NJ 08830**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Former lease/debt satisfied
Is the claim subject to offset? ■ No ☐ Yes

Debtor **The Sisters of Saint Ann, Inc. d/b/a Anna Maria College** Case number (if known) **26-40758-EDK**
Name

**3.307** **Nonpriority creditor's name and mailing address**
**Sign Man**
**160 E Broadway**
**PO Box 622143**
**Oviedo, FL 32765**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$717.50**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Goods/services provided
Is the claim subject to offset? ■ No ☐ Yes

---

**3.308** **Nonpriority creditor's name and mailing address**
**Silver Screen Design Inc.**
**324 Wells Street Suite 3**
**Greenfield, MA 01301**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$3,762.21**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Goods/services provided
Is the claim subject to offset? ■ No ☐ Yes

---

**3.309** **Nonpriority creditor's name and mailing address**
**Siteone Landscape Supply LLC**
**24110 Network Place**
**Chicago, IL 60673**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,755.36**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Goods/services provided
Is the claim subject to offset? ■ No ☐ Yes

---

**3.310** **Nonpriority creditor's name and mailing address**
**Skoler Abbott & Presser PC**
**One Monarch Place Suite 2000**
**Springfield, MA 01144**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$4,796.50**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Goods/services provided
Is the claim subject to offset? ■ No ☐ Yes

---

**3.311** **Nonpriority creditor's name and mailing address**
**Soccer Asylum LLC**
**603 Pleasant Street**
**Paxton, MA 01612**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$10,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

---

**3.312** **Nonpriority creditor's name and mailing address**
**Sodexo Inc. & Affiliates**
**Attn Joshua Hubbard VP Operations**
**915 Meeting Street**
**Suite 14000**
**North Bethesda, MD 20852**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,317,668.59**
☐ Contingent
☐ Unliquidated
■ Disputed
**Basis for the claim:** Goods/services provided
Is the claim subject to offset? ■ No ☐ Yes

---

**3.313** **Nonpriority creditor's name and mailing address**
**Sophia Figueroa Sanchez**
**123 Blood Rd**
**Charlton, MA 01507**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$200.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** student account
Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **The Sisters of Saint Ann, Inc. d/b/a Anna Maria College** Case number (if known) **26-40758-EDK**
Name

3.314 **Nonpriority creditor's name and mailing address**
**Sophia Harrison**
**9 Lawrence Road**
**Lynn, MA 01904**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$70.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** student account
Is the claim subject to offset? ■ No ☐ Yes

3.315 **Nonpriority creditor's name and mailing address**
**Spectrum Enterprise**
**Charter Communications**
**Box 223085**
**Pittsburgh, PA 15251-2085**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$18,034.98**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Utilities
Is the claim subject to offset? ■ No ☐ Yes

3.316 **Nonpriority creditor's name and mailing address**
**Springshare LLC**
**801 Brickell Ave**
**Suite 900**
**Miami, FL 33131**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$3,125.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Goods/services provided
Is the claim subject to offset? ■ No ☐ Yes

3.317 **Nonpriority creditor's name and mailing address**
**Stephanie Ekwueme**
**APO Mechanic Village Plot 177**
**AMAC**
**Nigeria**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$100.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** student account
Is the claim subject to offset? ■ No ☐ Yes

3.318 **Nonpriority creditor's name and mailing address**
**Stephen Mante**
**South La Estate**
**GHANA**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$300.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** student account
Is the claim subject to offset? ■ No ☐ Yes

3.319 **Nonpriority creditor's name and mailing address**
**Stephen O'Connor**
**46 Cricklewood Drive**
**Leicester, MA 01524**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$650.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** student account
Is the claim subject to offset? ■ No ☐ Yes

3.320 **Nonpriority creditor's name and mailing address**
**Stericycle Inc.**
**2355 Waukegan Rd**
**Attn Legal Dept**
**Deerfield, IL 60015**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,529.14**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

Debtor **The Sisters of Saint Ann, Inc. d/b/a Anna Maria College** Case number (if known) **26-40758-EDK**
Name

| | | | |
|---|---|---|---|
| 3.321 | Nonpriority creditor's name and mailing address<br>**Stringking**<br>**19100 S Vermont Ave**<br>**Gardena, CA 90248**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: goods/services<br>Is the claim subject to offset? ■ No ☐ Yes | **$599.95** |
| 3.322 | Nonpriority creditor's name and mailing address<br>**Sunbelt Rentals**<br>**2341 Deerfield Dr**<br>**Fort Mill, SC 29715**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: goods/services<br>Is the claim subject to offset? ■ No ☐ Yes | **$13,857.98** |
| 3.323 | Nonpriority creditor's name and mailing address<br>**Synergy Imports LLC**<br>**444 Hayward Ave N**<br>**St Paul, MN 55128**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: goods/services<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,874.24** |
| 3.324 | Nonpriority creditor's name and mailing address<br>**Tammy Boyle**<br>**93 Blackstone River Road**<br>**Worcester, MA 01607**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: student account<br>Is the claim subject to offset? ■ No ☐ Yes | **$75.00** |
| 3.325 | Nonpriority creditor's name and mailing address<br>**Tan Le**<br>**Salomon-Petri-Ring 11**<br>**Hamburg, Germany**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: student account<br>Is the claim subject to offset? ■ No ☐ Yes | **$500.00** |
| 3.326 | Nonpriority creditor's name and mailing address<br>**Tayenne Dos Santos**<br>**346 Turnpike Road 4306**<br>**Westborough, MA 01581**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: student account<br>Is the claim subject to offset? ■ No ☐ Yes | **$100.00** |
| 3.327 | Nonpriority creditor's name and mailing address<br>**Taylene Marquez**<br>**161 Copeland St**<br>**Quincy, MA 02169**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: student account<br>Is the claim subject to offset? ■ No ☐ Yes | **$200.00** |

Debtor **The Sisters of Saint Ann, Inc. d/b/a Anna Maria College** Case number (if known) **26-40758-EDK**
Name

3.328 **Nonpriority creditor's name and mailing address**
**Taylor Freezer of New England Inc.**
**1030 University Avenue**
**Norwood, MA 02062-2644**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,213.43**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

---

3.329 **Nonpriority creditor's name and mailing address**
**Techsolutions, Inc.**
**157 Church Street**
**22nd Floor**
**New Haven, CT 06510**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$37,500.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Goods/services provided
Is the claim subject to offset? ■ No ☐ Yes

---

3.330 **Nonpriority creditor's name and mailing address**
**Teresa Watts**
**8 Depot Street Apt D**
**Sutton, MA 01590**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$10,350.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** student account
Is the claim subject to offset? ■ No ☐ Yes

---

3.331 **Nonpriority creditor's name and mailing address**
**The 016 LLC**
**20 Cook Street**
**Holden, MA 01520**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$900.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

---

3.332 **Nonpriority creditor's name and mailing address**
**The Hanover Insurance Group Inc.**
**Attn Pete Baute**
**440 Lincoln St**
**Worcester, MA 01653**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** insurance
Is the claim subject to offset? ■ No ☐ Yes

---

3.333 **Nonpriority creditor's name and mailing address**
**The Pilot**
**66 Brooks Drive**
**Braintree, MA 02184-3839**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$620.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

---

3.334 **Nonpriority creditor's name and mailing address**
**Tina Source**
**600 Forest St**
**Bridgewater, MA 02324**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$200.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** student account
Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **The Sisters of Saint Ann, Inc. d/b/a Anna Maria College** Case number (if known) **26-40758-EDK**
Name

**3.335** **Nonpriority creditor's name and mailing address**
**Toby Rodriguez**
**180 Linden Avenue**
**Malden, MA 02148**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$10,350.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** student account
Is the claim subject to offset? ■ No ☐ Yes

**3.336** **Nonpriority creditor's name and mailing address**
**Town of Paxton**
**Municipal Light Dept.**
**578 Pleasant Street**
**Paxton, MA 01613**
**Date(s) debt was incurred** _
**Last 4 digits of account number** 1300

**As of the petition filing date, the claim is:** *Check all that apply.* **$11,720.99**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** water/sewer
Is the claim subject to offset? ■ No ☐ Yes

**3.337** **Nonpriority creditor's name and mailing address**
**Town of Paxton**
**Attn Tara Rondeau**
**578 Pleasant Street**
**Paxton, MA 01612-1300**
**Date(s) debt was incurred** various
**Last 4 digits of account number** various

**As of the petition filing date, the claim is:** *Check all that apply.* **$36,361.98**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Electric
Is the claim subject to offset? ■ No ☐ Yes

**3.338** **Nonpriority creditor's name and mailing address**
**Town of Paxton Police Dept**
**576 Pleasant Street**
**Paxton, MA 01612**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$98,053.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** safety monitoring
Is the claim subject to offset? ■ No ☐ Yes

**3.339** **Nonpriority creditor's name and mailing address**
**Trinity Fuller**
**9 Michelle Lane**
**North Oxford, MA 01537**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$300.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** student account
Is the claim subject to offset? ■ No ☐ Yes

**3.340** **Nonpriority creditor's name and mailing address**
**Triumph Roofing Inc.**
**46 Elm Street Unit 3**
**Baldwinville, MA 01436**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,572.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

**3.341** **Nonpriority creditor's name and mailing address**
**Truleague Incorporated**
**245 Walnut Street**
**Newtonville, MA 02460-1646**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$6,500.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

Debtor **The Sisters of Saint Ann, Inc. d/b/a Anna Maria College** Case number (if known) **26-40758-EDK**
Name

**3.342** **Nonpriority creditor's name and mailing address**
**Tucks Trucks Inc**
**244 Washington St**
**Hudson, MA 01749**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$235.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

---

**3.343** **Nonpriority creditor's name and mailing address**
**Tyler Sandor**
**12 Overlook Road**
**North Salem, NY 10560**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,293.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** student account
Is the claim subject to offset? ■ No ☐ Yes

---

**3.344** **Nonpriority creditor's name and mailing address**
**Ulyces Jantuah**
**156 Madison St**
**Fitchburg, MA 01420**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$200.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** student account
Is the claim subject to offset? ■ No ☐ Yes

---

**3.345** **Nonpriority creditor's name and mailing address**
**Underberg and Kessler LLP**
**Attn Accounts Receivable**
**300 Bausch and Lomb Place**
**Rochester, NY 14604**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$546.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** services provided
Is the claim subject to offset? ■ No ☐ Yes

---

**3.346** **Nonpriority creditor's name and mailing address**
**Uniti Solutions**
**Attn Uniti Solutions Services**
**PO Box 25310**
**Little Rock, AR 72212**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$8,595.78**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Utilities
Is the claim subject to offset? ■ No ☐ Yes

---

**3.347** **Nonpriority creditor's name and mailing address**
**US Department of Education**
**IHE Program Management**
**Attn: Alisha Curtis**
**400 Maryland Ave SW**
**Washington, DC 20202**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$987,495.00**
☐ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** G5 Award
Is the claim subject to offset? ■ No ☐ Yes

---

**3.348** **Nonpriority creditor's name and mailing address**
**US Department of Education**
**Oversight Enforcement**
**Attn Vickie Mouzon MS**
**400 Maryland Ave SW**
**Washington, DC 20202**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$584,562.00**
☐ Contingent
■ Unliquidated
☐ Disputed
**Basis for the claim:** SIP Title III Grant
Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **The Sisters of Saint Ann, Inc. d/b/a Anna Maria College** Case number (if known) **26-40758-EDK**
Name

3.349 **Nonpriority creditor's name and mailing address**
**USA Today Media Corp**
**PO Box 631210**
**Cincinnati, OH 45263-1210**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$16,151.47**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** services provided
Is the claim subject to offset? ■ No ☐ Yes

---

3.350 **Nonpriority creditor's name and mailing address**
**Verizon Wireless**
**Bankruptcy Administration**
**500 Technology Dr Suite 550**
**Weldon Spring, MO 63304**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$685.89**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** telephone
Is the claim subject to offset? ■ No ☐ Yes

---

3.351 **Nonpriority creditor's name and mailing address**
**W J Grosvenor**
**6301 E Lombard Street**
**Baltimore, MD 21224-1779**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$149.04**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Goods/services provided
Is the claim subject to offset? ■ No ☐ Yes

---

3.352 **Nonpriority creditor's name and mailing address**
**Waleri Mora Cruz**
**43 Beacon Hill Ave Apt 2**
**Lynn, MA 01902**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$200.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** student account
Is the claim subject to offset? ■ No ☐ Yes

---

3.353 **Nonpriority creditor's name and mailing address**
**Walmart Community Card**
**Capital One**
**PO Box 60506**
**City Of Industry, CA 91716-0506**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$12.90**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** credit card
Is the claim subject to offset? ■ No ☐ Yes

---

3.354 **Nonpriority creditor's name and mailing address**
**Warrior Sports Inc.**
**16151 Collections Center Drive**
**Chicago, IL 60693**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$12,432.88**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

---

3.355 **Nonpriority creditor's name and mailing address**
**Waybetter Marketing Inc**
**Rich Whipkey President**
**PO Box 1439**
**Columbia, MD 21044**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$176,329.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** services provided
Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **The Sisters of Saint Ann, Inc. d/b/a Anna Maria College** Case number (if known) **26-40758-EDK**
Name

3.356 **Nonpriority creditor's name and mailing address**
**WB Mason Co Inc**
**59 Centre Street**
**Brockton, MA 02303**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$3,043.34**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

3.357 **Nonpriority creditor's name and mailing address**
**Whalley Computer Associates**
**One Whalley Way**
**Southwick, MA 01077**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$35.60**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

3.358 **Nonpriority creditor's name and mailing address**
**Whitewater Inc**
**RH White Construction Co Inc**
**41 Central St**
**Auburn, MA 01501**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$37,762.17**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** goods/services
Is the claim subject to offset? ■ No ☐ Yes

3.359 **Nonpriority creditor's name and mailing address**
**Wilson Bus Lines Inc.**
**203 Patriots Rd**
**PO Box 415**
**E Templeton, MA 01438**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$13,724.10**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** services provided
Is the claim subject to offset? ■ No ☐ Yes

3.360 **Nonpriority creditor's name and mailing address**
**Xerox Financial Services**
**Attn Legal Department**
**401 Merritt 7**
**Norwalk, CT 06851-1056**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$83,625.26**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** equipment lease
Is the claim subject to offset? ■ No ☐ Yes

3.361 **Nonpriority creditor's name and mailing address**
**Yanelise Vega**
**68 Stockton St**
**Worcester, MA 01610**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$200.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** student account
Is the claim subject to offset? ■ No ☐ Yes

3.362 **Nonpriority creditor's name and mailing address**
**Zanae Martinez**
**15 Forbes Street**
**Apt. 3**
**Worcester, MA 01605**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** student account
Is the claim subject to offset? ■ No ☐ Yes

Debtor **The Sisters of Saint Ann, Inc. d/b/a Anna Maria College** Case number (if known) **26-40758-EDK**
Name

3.363 **Nonpriority creditor's name and mailing address**
**Zanae Winchester**
**560 Mill Street Apr 101**
**Worcester, MA 01602**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$200.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **student account**
Is the claim subject to offset? ■ No ☐ Yes

3.364 **Nonpriority creditor's name and mailing address**
**Zaria Tobey**
**89 Pleasant St**
**Hyannis, MA 02601**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,570.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **student account**
Is the claim subject to offset? ■ No ☐ Yes

3.365 **Nonpriority creditor's name and mailing address**
**Zidane Lopes Oliveira**
**60 Burt St**
**Dorchester Center, MA 02124**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$200.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **student account**
Is the claim subject to offset? ■ No ☐ Yes

## Part 3: List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ **0.00** |
| **5b. Total claims from Part 2** | 5b. + | $ **5,181,651.41** |
| **5c. Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. | $ **5,181,651.41** |

**Fill in this information to identify the case:**

Debtor name **The Sisters of Saint Ann, Inc. d/b/a Anna Maria College**

United States Bankruptcy Court for the: DISTRICT OF MASSACHUSETTS

Case number (if known) **26-40758-EDK**

■ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Lease Agreement dated February 13 2025** | **Automatic Laundry Services Company Inc<br>45 Border Street<br>West Newton, MA 02465** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Services Agreement dated August 29 2025** | **Boston Growth Partners LLC<br>25 Old Coach Road<br>Sudbury, MA 01776** |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Spectrum Business Service Level Agreement for Enterprise Services** | **Charter Communications Operating LLC<br>400 Washington Blvd<br>13th Floor<br>Stamford, CT 06902** |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Employment Contract** | **Chioma Ugochukwu<br>194 Greenbrier Way<br>Canton, GA 30114** |

Debtor 1 **The Sisters of Saint Ann, Inc. d/b/a Anna Maria College** (First Name / Middle Name / Last Name) Case number (*if known*) **26-40758-EDK**

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.5. | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Xerox Business Solutions Copy Plus Rental Agreement dated July 31 2025** | **Connecticut Business Systems LLC**<br>**100 Great Meadow Road**<br>**3rd Floor**<br>**Wethersfield, CT 06109** |
| 2.6. | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Employment Contract** | **David McCauley**<br>**50 Sunset Lane**<br>**Paxton, MA 01612** |
| 2.7. | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Employment Agreement dated July 1 2025** | **Dr Sean J. Ryan**<br>**50 Sunset Lane**<br>**Paxton, MA 01612** |
| 2.8. | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Employment Contract** | **James Bidwell**<br>**50 Sunset Lane**<br>**Paxton, MA 01612** |
| 2.9. | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Master Services Agreement dated January 6 2022** | **John Wiley and Sons Inc**<br>**111 River Street**<br>**General Counsel EVP**<br>**Hoboken, NJ 07030** |

Debtor 1 **The Sisters of Saint Ann, Inc. d/b/a Anna Maria College** Case number (*if known*) **26-40758-EDK**

First Name Middle Name Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.10. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Employment Contract** | **Judith LeDoux**<br>**50 Sunset Lane**<br>**Paxton, MA 01612** |
| 2.11. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Employment Contract** | **Karin Ciance**<br>**50 Sunset Lane**<br>**Paxton, MA 01612** |
| 2.12. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **equipment lease** | **Marlin Leasing**<br>**as successor to Xerox Financial**<br>**300 Fellowship Road**<br>**Mount Laurel, NJ 08054** |
| 2.13. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **interest in self-insurance organization** | **NEEIA Compensation Inc**<br>**711 East Main Street Suite 201**<br>**Chicopee, MA 01020** |
| 2.14. State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Software License Agreement dated October 9 2024** | **Pharos Resources LLC**<br>**500 Chestnut St**<br>**Suite 700**<br>**Abilene, TX 79602** |

Debtor 1 **The Sisters of Saint Ann, Inc. d/b/a Anna Maria College**
First Name Middle Name Last Name

Case number (*if known*) **26-40758-EDK**

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.15. | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Master Services Agreement dated January 6 2022 as Amended** | **Risepoint LLC**<br>**2803 Philadelphia Pike**<br>**Suite B PMB 7250**<br>**Attn Legal Department**<br>**Claymont, DE 17703** |
| 2.16. | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **software maintenance contract**<br>**expires Dec 31, 2026** | **Siemens Industry Inc**<br>**Attn Dinis Pimentel**<br>**150 Royall St Suite 201**<br>**Canton, MA 02021** |
| 2.17. | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Grant Agreement dated July 1 2021** | **Town of Paxton**<br>**Town Hall**<br>**697 Pleasant Street**<br>**Paxton, MA 01612** |
| 2.18. | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **Agreement for Slate Services dated February 27 2024** | **Waybetter Marketing Inc**<br>**PO Box 1439**<br>**Rich Whipkey President**<br>**Columbia, MD 21044** |
| 2.19. | State what the contract or lease is for and the nature of the debtor's interest<br>State the term remaining<br>List the contract number of any government contract | **equipment lease** | **Xerox Financial**<br>**PO BOX 802555**<br>**Chicago, IL 60680** |