**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**
**CENTRAL DIVISION**

| | |
|---|---|
| In re:<br><br>THE SISTERS OF SAINT ANN<br>d/b/a ANNA MARIA COLLEGE,<br><br>Debtor.[1] | Chapter 11<br><br>Case No. 26-40758-EDK |

# NOTICE OF AMENDMENT TO SCHEDULES (E/F & G) AND MATRIX

**PLEASE TAKE NOTICE** that The Sisters of Saint Ann d/b/a Anna Maria College, the debtor and debtor in possession (the "Debtor") in the above-captioned chapter 11 case, hereby provides notice, pursuant to Rule 1009(a) of Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 1009-1 of the Local Rules for the United States Bankruptcy Court for the District of Massachusetts (the "Local Rules"), that the Debtor is contemporaneously filing Amended Schedules E/F (Creditors Who Have Unsecured Claims) and Schedule G (Executory Contracts and Unexpired Leases) (collectively, the "Amended Schedules") in the above-captioned chapter 11 case.

**PLEASE TAKE FURTHER NOTICE** that the purpose of filing the Amended Schedules is to add certain creditors and parties not previously listed on the Debtor's Schedules. A list of the newly added creditors to Schedule E/F is attached hereto as **Exhibit A**, and a list of newly added parties to Schedule G is attached hereto as **Exhibit B**. In addition, the Debtor is separately filing an amended Matrix that will include the newly added creditors.

[1] The last four digits of the Debtor's taxpayer identification number are 2060. The Debtor's address is 50 Sunset Lane, Paxton, MA 01612.

**PLEASE TAKE FURTHER NOTICE** that the amendments do not alter or modify any previously scheduled claims other than those specifically reflected in the Amended Schedules. The Debtor reserves all rights, claims, and defenses with respect to the amended and previously filed Schedules.

Dated: September 2, 2026

Respectfully submitted,

/s/ *Lynne B. Xerras*_
John J. Monaghan (MA Bar #546454)
Lynne B. Xerras (MA Bar #632441)
Kathleen St. John (MA Bar #681565)
**HOLLAND & KNIGHT LLP**
10 St. James Avenue
Boston, MA 02116
Telephone: (617) 523-2700
Facsimile: (617) 523-6850
E-mail: john.monaghan@hklaw.com
lynne.xerras@hklaw.com
kathleen.stjohn@hklaw.com

*Counsel to the Debtor/Debtor in Possession*

# EXHIBIT A
## Newly Added Creditors to Schedule E/F

Cynthia Raps
29 Loveland Road
Webster MA 01570

Daniel Mcgowan
50 Warner Ave
Worcester MA 01604

Dianne White
3 Sandy Hill Road
West Bridgewater MA 02379

Elijah Rapaport
27 Florence Street, Unit 3
Worcester MA 01610

Irene Wong
7 Glenwood St.
Malden MA 02148

Jean Roy
140 Malden Street
Holden MA 01520

John Finley
7807 Canyon Lake Circle
Orlando FL 32835

Joseph Dincecco
176 Russett Road
Boston MA 02132

Joseph Mageary
396 Hollis Rd
Lunenberg MA 01462

Karen Benson
3 Know Street
Worcester MA 01603

Karin Ciance
120 Mixter Road
Holden MA 01520

Kelsey Hartigan
326 Main Street, Apt. 201
Saco ME 04072

Kosta Drosidis
703 Salisbury St.
Holden MA 01520

Lenore Rust
210B Pine Street
Leicester MA 01524

Madison Marie Romano
67 Savannah Lane
Lebanon ME 04027

Melissa Egan
103 Summer Street
Maynard MA 01754

Michael Maddaleni MD
36 Barnard Hill Road
Boylston, MA 01505

Michael Mosher
48 Old Mill Lane
Templeton MA 01468

Mina Girouard
107 Washington St., Apt. 3
Gardner MA 01440

Raymond Zalneraitis Jr.
43 Fairlawn Ave.
Oxford MA 01540

Rebeca Brito Correia
873 Riverside Drive
North Grovensdale CT 0625

Siemens Industry Inc.
Attn. Dinis Pimentel
150 Royall St. Suite 201
Canton MA 02021

**EXHIBIT B**
**Newly Added Parties to Schedule G**

Siemens Industry Inc.
Attn. Dinis Pimentel
150 Royall St. Suite 201
Canton MA 02021