# EXHIBIT A

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, ss

SUPREME JUDICIAL COURT
FOR SUFFOLK COUNTY
NO. SJ-2023-0021

**MOUNT IDA COLLEGE**

**v.**

**ELIZABETH N. DEWAR, AS SHE IS THE ACTING ATTORNEY GENERAL OF THE COMMONWEALTH OF MASSACHUSETTS, UNIVERSITY OF MASSACHUSETTS FOUNDATION, INC., CAPE COD COMMUNITY COLLEGE EDUCATIONAL FOUNDATION, INC. AND MASSACHUSETTS FUNERAL DIRECTORS ASSSOCIATION, INC.**

**JUDGMENT**

This matter came before the Court, Cypher, J., on a petition pursuant to G. L. c. 180A, §§ 5 and 7 and G. L. c. 214, §§ 1, 5, and 10B, filed by Mount Ida College. It appearing that the respondents; Elizabeth N. Dewar, as she is the Acting Attorney General of the Commonwealth of Massachusetts, the University of Massachusetts Foundation, Inc., Cape Cod Community College Educational Foundation, Inc., and the Massachusetts Funeral Directors Association, Inc, have all assented thereto:

NOW THEREFORE, it is ordered, adjudged, and decreed:

The (1) modification of the use of each fund described in the petition by application of the doctrine of cy pres and equitable deviation, due to circumstances of impossibility and impracticability, and as further described in Attachment A thereto, is approved, and (2) Mount Ida College is authorized to

transfer such funds to respondents; University of Massachusetts Foundation, Inc., Cape Cod Community College Educational Foundation, Inc., and Massachusetts Funeral Directors Association, Inc., for the purposes of administering the modified funds, pursuant to the schedule provided in Attachment A, to further the modified funds' original charitable and educational purposes.

By the Court, (Cypher, J.)

/s/ Maura S. Doyle
Maura S. Doyle, Clerk

Entered: January 17, 2023

# ATTACHMENT A

## Attachment A

| Fund No. | Mount Ida Fund Name | Original Purpose | Modified Purpose for UMASS Foundation | Reason for Modification | Market Valu as of 6/30/2022) |
|---|---|---|---|---|---|
| 1 | **Ralph and Janice James Endowed Scholarship Fund** | Distributable allocations of the Fund shall be applied periodically, but not less than once a year for the purpose of keeping with the intent of the Donors to provide financial assistance to a worthy Mount Ida College student who has been affiliated with Tenacity, Inc., a Massachusetts not-for-profit corporation, the mission of which is to improve the scholastic character and physical development of urban youth combining tennis instruction/competition and academic support with a focus on life skills.<br><br>In any given year, if there are no Tenacity-related students available, then the award may be given to another deserving student. | Funds will be transferred to the UMASS Foundation, to be managed in accordance with the fund's purpose, as the donors and charitable purposes match those of the Mount Ida Ralph & Janice James Endowed Scholarship Fund, for students at the University of Massachusetts Boston campus. | The original donors established a similar fund at UMASS Boston with similar purposes, to which this fund may be added. The fund's original purpose contained language that allowed broad application of the awar in the event there were no Tenacity-related students available, which supports a modified purpose that similarly allows broad application of the award, in alignment with the donors' original intent. The funds will continue to provide financial assistanc to students, who have been affiliated with Tenacity, if possible, with the purpose of improving the scholastic character, life skills, and physical development of urban youth, consister with the original intent. | $58,786.67 |
| 2 | **Claire Brooks Ekker Memorial Fund** | Distributable allocations of the Fund shall be applied for the purpose of providing financial assistance to a full-time undergraduate student at Mount Ida College. This student must have earned at least 30 college credits at the time of his or her scholarship application, must have a GPA of at least 3.33, must have demonstrated financial need, and must have shown a commitment to his or her major through involvement in clubs, internships, and other related activities.<br><br>In any given year, if there are not students who fit the criteria outlined above, then the award may be given to another deserving student with GPA of 3.2 or above who can demonstrate the other scholarship requirements. | Funds will be combined into a Mustang Scholarship where distributable allocations shall be applied for the purpose of providing financial assistance to a full-time undergraduate UMASS Amherst student(s), who maintains a GPA of at least 3.33. | The market value of the fund is below the threshold for the UMASS Foundation's minimum endowment, s it must be combined with sufficient funds to meet the recipient institution' policy. The fund is not linked to any particular academic field of study, and may be applied to students in any field This fund is suited for the purposes of a general academic and merit scholarship, as its requirements included a minimum GPA, demonstrated financial need, and a commitment to a major field of study, but lack a commitment to a specific or particular field of study. Combining the funds into a larger, unified Mustang Scholarship will provide a larger source of scholarship opportunity for students. | $10,390.74 |
| 3 | **Kenneth C Baron Scholarship** | The Fund will support annual scholarship awards totaling up to $2,500 per year for student(s) that meet the following criteria: the student or student must be rising from sophomore year to junior year and have demonstrated financial need that impacts their ability to continue attending the College (based on their FAFSA). | Funds will be combined into the Matteson Scholarship, where distributable allocations shall be applie in accordance with the terms of the Matteson Scholarship. | The market value of the fund is below the threshold for the UMASS Foundation's minimum endowment and needs to be combined into a large fund to meet the policy requirements of the UMASS Foundation. The perso | $6,831.91 |

| Fund No. | Mount Ida Fund Name | Original Purpose | Modified Purpose for UMASS Foundation | Reason for Modification | Market Valu as of 6/30/2022) |
|---|---|---|---|---|---|
| | | In any given year, if there are no deserving students that meet the established criteria, then the award may be given to another deserving student. | | for whom the fund is named, as well a the donor, had close personal ties with the Mount Ida campus, and it would b suited to remain with those students who continue to use the Mount Ida campus facilities, now owned by UMASS Amherst. The Matteson Scholarship is designed to support students in educational programs on the Mount Ida campus, and therefore is best suited to be combined with the Matteson Scholarship so that it may continue t support students on campus in line with the donor's original intent. The original purpose also included a statement that the award may be given broadly to a deserving student, if no students fit the general criteria of bein an undergraduate and having demonstrated financial need. This modification would preserve the general intent of the donor and recognize the ongoing connection to the campus facilities, by combining with the Matteson Scholarship. | |
| 4 | **Judith Rina Stone Stairman Scholarship** | Distributable allocations of the Fund shall be applied periodically, but not less than once a year for the purpose of keeping with the intent of the Donors to provide financial assistance to a worthy Mount Ida College student with preference given to a student of Jewish immigran background and/or who has been affiliated with Jewish Family & Children's Service of Greater Boston, a Massachusetts non-for-profit corporation who's mission is to provide individuals and families exceptional human service and healthcare programs, guided by Jewish traditions of social responsibility, compassion, and respect for all members of the community. | Funds will be combined into a Mustang Scholarship where distributable allocations shall be applied for the purpose of providing financial assistance to a full-time undergraduate UMASS Amherst student(s), who maintains a GPA of at least 3.33. | The market value of the fund is below the threshold for the UMASS Foundation's minimum endowment, s it must be combined with sufficient funds to meet the recipient institution' policy. The fund is not linked to any particular academic field of study, and may be applied to students in any field This fund was not tied directly to any particular field of study, and would be suited for the support of general scholarship. Combining the funds into a larger, unified Mustang Scholarship will provide a larger source of scholarship opportunity for students. The original intent related to awards o a religious or ethnic background cannot be fulfilled by a public or private institution of higher education that is a recipient of federal funding, and is therefore impossible or | $5,195.37 |

| Fund No. . | Mount Ida Fund Name | Original Purpose | Modified Purpose for UMASS Foundation | Reason for Modification | Market Valu as of 6/30/2022) |
|---|---|---|---|---|---|
| | | | | impracticable to implement. | |
| 5 | **Carol J Matteson Scholarship** | Proceeds from the investment of the principle of the fund will provide financial support to a selected member of each sophomore class beginning in the 2010 - 2011 academic year that have exhibited demonstrated leadership skills in the classroom and the campus community and also has demonstrated financial need. Each recipient of the scholarship will be known as a "Matteson Scholar" and will be expected to work to achieve levels of academic excellence, leadership and community care by themselves and for the College. Each recipient will be guaranteed to receive the award for three years, ensuring that a "Matteson Scholar" will be represented in the sophomore, junior and senior class each academic year. | Distributable allocations shall be applied for the purpose of providing financial assistance to a student, currently enrolled in a program at the University of Massachusetts Amherst campus at Mount Ida, who is a membei of the sophomore class that has exhibited demonstrated leadership skill in the classroom and the campus community, with demonstrated financial need, with the expectation that the recipient will work to achieve levels of academic excellence, leadership and community care for themselves and the institution, with the guarantee that the recipient wi receive the earlier of the award for thre years or until the recipient graduates. If no students are eligible based on the conclusion of the program, the allocations shall be applied to any student attending the UMASS Amherst campus at Mount Ida for educational oi experiential purposes. | The Matteson Scholarship, named for former Mount Ida president, is intended to specifically support students engaged in educational programs at the Mount Ida campus, now owned by UMASS Amherst. UMASS Amherst adopted the Mount Ida Veterinary Technology program, which is run from the Mount Ida campus facilities. This fund's original purpose was in support of high academic performance, to be awarded over a period of years to the same student. Combining related funds into this Scholarship will increase the likelihood that the award will be made to students using the Mount Ida campus over a period of years, encouraging enrollment and retention in an academic program directly tied t the Mount Ida campus, in support of the donor's original intent. | $236,381.21 |
| 6 | **Carlson Family Scholarship** | No gift instrument can be located for these funds and the designated purpose is unknown. Collateral documentation of the fund does not reveal clear donor intent as to the award requirements. | Funds will be combined into a Mustang Scholarship where distributable allocations shall be applied for the purpose of providing financial assistance to a full-time undergraduate UMASS Amherst student(s), who maintains a GPA of at least 3.33. | As no gift instrument can be located, the original intent of the donors is unknown, other than the fund was intended to be used as a scholarship. The fund is not linked to any particula academic field of study, and may be applied to students in any field. This fund is suited for the purposes of a general academic and merit scholarship, as its requirements included a minimum GPA, demonstrated financial need, and a commitment to a major field of study, but lacks a commitment to a specific o particular field of study. Combining the funds into a larger, unified Mustang Scholarship will provide a larger source of scholarship opportunity for students. | $86,534.01 |

| Fund No. | Mount Ida Fund Name | Original Purpose | Modified Purpose for UMASS Foundation | Reason for Modification | Market Valu as of 6/30/2022) |
|---|---|---|---|---|---|
| | | | | | |
| 7 | **Ron Lettieri Memorial Fund** | No gift instrument can be located for these funds and the donor-designated purpose is unknown. The fund was used to support an awar in recognition of teaching excellence annually, as recommended by students and faculty. | Funds will be combined into a Mustang Scholarship where distributable allocations shall be applied for the purpose of providing financial assistance to a full-time undergraduate UMASS Amherst student(s), who maintains a GPA of at least 3.33. | The market value of the fund is below the threshold for the UMASS Foundation's minimum endowment, and the fund is not linked to any particular academic field of study. There are no longer any teachers employed by Mount Ida, so the original purpose is now impossible. Since no professors are employed by Mount Ida College, this fund would be suited for the purposes of a general academic and merit scholarship, and combing the funds into a larger Mustang Scholarship will provide a larger source of scholarship opportunity for students. | $18,111.07 |
| 8 | **Arline G Wadsworth Lecture Series** | The distributable allocations of the fund shall be applied periodically, but not less than once each year for the following purpose in keeping with the intent of the Donor to honor her husband William Steele Wadsworth: The fund will support the expenses associated with visiting scholars, artists and lecturers of distinction in professions and fields of endeavor supported by the mission and curriculum of Mount Ida College. The fund may support the expenses associated with a single lecture presentation or an extended residence of a scholar, artist, or expert in a field of study related to the mission and curriculum of Mount Ida College. All correspondence and publicity associated with the use of this fund will state specifically that the activity is paid for (in part or fully) by the William Steele Wadsworth Lecture Fund. The programs associated with the fund will be managed by the Vice President for Institutional Advancement or his/her designee in keeping with the Donors wishes to provide a programs of distinction to the students, faculty, staff, alumni and greater Newton community. | Distributable allocations shall be applied for the purpose of supporting expenses associated with visiting scholars, artists and lecturers of distinction, whether in the form of a single lecture presentation or an extended residence of a scholar, artist, or expert, in professions and fields of endeavor hosted at the University of Massachusetts Amherst Mount Ida Campus, supported by the mission and curriculum of the institution, the distributions of which are to be recognized as the William Steele Wadsworth Lecture Fund in correspondence and publicity. | This fund has sufficient market value to be managed by the UMASS Foundation as a single fund. As UMASS Amherst now owns the Mount Ida campus, the original purposes may continue to be honored by using the fund to support visiting scholars, artists, and lectures of distinction, as originally intended by the donors. While it is impossible to award this through Mount Ida College due to the closure, UMASS Amherst may utilize this award consistent with donor intent at the Mount Ida campus location which it now owns. | $95,647.64 |
| 9 | **Broadhead Athletic Fund** | No gift instrument can be located for these funds and the designated purpose is unknown. | Distributable allocations under the renamed Broadhead and Palmer Athletic Fund shall be applied for the purpose of supporting a student athlete who demonstrates financial need and maintains a GPA of at least 3.33. The student selected for this award should be in the senior year of their program | This fund has sufficient market value to be managed by the UMASS Foundation as a single fund, and was originally intended to be an athletic award. The Jacqueline Palmer Endowment was similarly intended to be an athletic award at Mount Ida, and the two funds should be combined to | $34,004.75 |

| Fund No. | Mount Ida Fund Name | Original Purpose | Modified Purpose for UMASS Foundation | Reason for Modification | Market Valu as of 6/30/2022) |
|---|---|---|---|---|---|
| | | | and exemplify steadfast courage during their seasons of play, demonstrate high ideals of sportsmanship and scholarship with a commitment to life-long wellness. | create a larger, more generous fund that meets the endowment requirements of the UMASS Foundation. The combination of funds would continue to be used in a manner consistent with donor intent in awarding student athletes, which is impossible for Mount Ida College to make at this time due to closure. | |
| 10 | **Jacqueline Palmer Endowment** | This award will be presented annually at the close of spring athletic competition, to two senior athletes who exemplify the qualities of Dr. Palmer – steadfast courage during their seasons of play, demonstrated high ideals of sportsmanship and scholarship while attending the [Mount Ida] College, and a commitmen to life-long wellness. This award is presented annually to a Sport Management major who has financial need and exhibits the following qualities: leadership, scholarship, citizenship and contribution to the college community/sport management program. | Funds will be combined into the renamed Broadhead and Palmer Athletic Fund where distributable allocations shall be applied consistent with the purposes of that Fund. | This market value of this fund is belov the threshold for the UMASS Foundation's minimum endowment, but the fund does provide sufficient description of the donor intent. Since the Broadhead Athletic Fund is similarly intended for athletes, the purposes and values should be combined to create a larger, more generous fund that meets the endowment requirements of the UMASS Foundation. The combinatior of funds would continue to be used in manner consistent with donor intent in awarding student athletes, which is impossible for Mount Ida College to make at this time due to closure. | $9,897.18 |
| 11 | **Stettner Endowed Scholarship** | No gift instrument can be located for these funds and the designated purpose is unknown. | Funds will be combined into a Mustang Scholarship where distributable allocations shall be applied for the purpose of providing financial assistance to a full-time undergraduate UMASS Amherst student(s), who maintains a GPA of at least 3.33. | As no gift instrument can be located, the original intent of the donors is unknown, other than the fund was intended to be used as a scholarship. The market value of the fund is below the threshold for the UMASS Foundation's minimum endowment, s it must be combined with sufficient funds to meet the recipient institution' policy. The fund is not linked to any particular academic field of study, and may be applied to students in any field This fund is suited for the purposes of a general academic and merit scholarship, as its requirements included a minimum GPA, demonstrated financial need, and a commitment to a major field of study, but lacks a commitment to a specific d | $30,294.21 |

| Fund No.. | Mount Ida Fund Name | Original Purpose | Modified Purpose for UMASS Foundation | Reason for Modification | Market Valu as of 6/30/2022) |
|---|---|---|---|---|---|
| | | | | particular field of study. Combining the funds into a larger, unified Mustang Scholarship will provide a larger source of scholarship opportunity for students. | |
| 12 | **Judy Allen Endowed Scholarship** | No gift instrument can be located for these funds and the designated purpose is unknown. | Funds will be combined into a Mustang Scholarship where distributable allocations shall be applied for the purpose of providing financial assistance to a full-time undergraduate UMASS Amherst student(s), who maintains a GPA of at least 3.33. | As no gift instrument can be located, the original intent of the donors is unknown, other than the fund was intended to be used as a scholarship. The market value of the fund is below the threshold for the UMASS Foundation's minimum endowment, s it must be combined with sufficient funds to meet the recipient institution' policy. The fund is not linked to any particular academic field of study, and may be applied to students in any field This fund is suited for the purposes of a general academic and merit scholarship, as its requirements included a minimum GPA, demonstrated financial need, and a commitment to a major field of study, but lacks a commitment to a specific o particular field of study. Combining the funds into a larger, unified Mustang Scholarship will provide a larger source of scholarship opportunity for students. | $33,244.31 |
| 13 | **Honors Scholars Fund** | Entering freshmen and transfer students with demonstrated academic potential will be invited to join the program. Current Mount Ida students with a GPA of 3.5 or above can also apply. | Funds will be combined into a Mustang Scholarship where distributable allocations shall be applied for the purpose of providing financial assistance to a full-time undergraduate UMASS Amherst student(s), who maintains a GPA of at least 3.33. | The market value of the fund is below the threshold for the UMASS Foundation's minimum endowment, s it must be combined with sufficient funds to meet the recipient institution' policy. The fund is not linked to any particular academic field of study, and may be applied to students in any field This fund is suited for the purposes of a general academic and merit scholarship, as its requirements included a minimum GPA, demonstrated financial need, and a commitment to a major field of study, but lacks a commitment to a specific o particular field of study. Combining | $35,570.11 |

| Fund No. | Mount Ida Fund Name | Original Purpose | Modified Purpose for UMASS Foundation | Reason for Modification | Market Valu as of 6/30/2022) |
|---|---|---|---|---|---|
| | | | | the funds into a larger, unified Mustang Scholarship will provide a larger source of scholarship opportunity for students. The original requirement of an honors-level GPA may be awarded by UMASS Amherst per its own determination of their standard of honors, as these specific GPA levels may vary by institution. | |
| 14 | **Thomas Bowling Outstanding Photography** | The distributable allocations of the fund shall be applied periodically, but not less than once each year for the following purpose in keeping with the intent of the Donor to provide financial assistance to a worthy Mount Ida College student in the School of Design that has shown progress in photography.<br>The amount of the award shall be no less than $100 per year and no greater than $250 per year, to be provided through distributable earnings derived from the investment of the gift(s), depending upon endowment performance.<br>Students may submit application of a portfolio of 10-12 photographs fc consideration to the Award Committee. | Funds will be combined into a Mustang Scholarship where distributable allocations shall be applied for the purpose of providing financial assistance to a full-time undergraduate UMASS Amherst student(s), who maintains a GPA of at least 3.33. | The market value of the fund is below the threshold for the UMASS Foundation's minimum endowment, s it must be combined with sufficient funds to meet the recipient institution' policy. While this fund was linked to a particular field of study, it would be impossible to award this scholarship tc a Mount Ida program that no longer exists. The amount of funding for the award in its current form would be impossible to complete under the recipient institution's funding requirements, and the modification should seek to continue the award in some form. Combining the funds into larger, unified Mustang Scholarship will provide a larger source of scholarship opportunity for students. UMASS Amherst, as the managing institution of the Mustang Scholarship may decide to award the funds to a qualifying student in its equivalent institutional program. | $5,205.76 |
| 15 | **Leif Hanson Memorial Scholarship** | No gift instrument can be located for these funds and the designated purpose is unknown. | Funds will be combined into a Mustang Scholarship where distributable allocations shall be applied for the purpose of providing financial assistance to a full-time undergraduate UMASS Amherst student(s), who maintains a GPA of at least 3.33. | As no gift instrument can be located, the original intent of the donors is unknown, other than the fund was intended to be used as a scholarship. The market value of the fund is below the threshold for the UMASS Foundation's minimum endowment, s it must be combined with sufficient funds to meet the recipient institution' policy. The fund is not linked to any particular academic field of study, and | $2,115.43 |

| Fund No. | Mount Ida Fund Name | Original Purpose | Modified Purpose for UMASS Foundation | Reason for Modification | Market Valu as of 6/30/2022) |
|---|---|---|---|---|---|
| | | | | may be applied to students in any field This fund is suited for the purposes of a general academic and merit scholarship, as its requirements included a minimum GPA, demonstrated financial need, and a commitment to a major field of study, but lacks a commitment to a specific o particular field of study. Combining the funds into a larger, unified Mustang Scholarship will provide a larger source of scholarship opportunity for students. | |
| 16 | **Student Emergency Book Fund** | Students are eligible to receive funds from the Alumni Book Fund only once during their enrollment at Mount Ida College. Funds may be used for textbooks and other academic supplies only and may not be used fo tuition. | Funds will be combined into a General Mustang Scholarship where distributable allocations shall be applied for the purpose of providing financial assistance to a full-time undergraduate UMASS Amherst student(s), who maintains a GPA of at least 3.33. | The market value of the fund is below the threshold for the UMASS Foundation's minimum endowment, s it must be combined with sufficient funds to meet the recipient institution' policy. The fund is not linked to any particular academic field of study, and may be applied to students in any field This fund is suited for the purposes of a general academic and merit scholarship, as it simply supports the purchase of books during their enrollment. Combining the funds into larger, unified Mustang Scholarship will provide a larger source of scholarship opportunity for students, and students awarded this fund may apply the award to book costs, consistent with donor intent. | $2,337.92 |
| 17 | **Ladies Dog Club Scholarship** | The purpose of the fund is to provide scholarship assistance to Mount Ida Students enrolled in the Canine Science Program. In awarding scholarship assistance, preference will be given to a student or students who reside in one of the six New England states: Maine, New Hampshire, Vermont, Massachusetts, Rhode Island or Connecticut. In conformity with this criterion of selection; the faculty and administration of Mount Ida College will determine the selection o individual recipients of the award and the amount of assistance to be given to recipients. The fund is a restricted endowment fund. Only earnings in the fund account can be paid out for the purpose of the fund. Whether an award is made in any given year will be at the discretion of the faculty and administration of the | Funds will be combined into the Matteson Scholarship Fund where distributable allocations shall be applie consistent with the purposes of that Fund. | The market value of the fund is below the threshold for the UMASS Foundation's minimum endowment and needs to be combined into a large fund to meet the policy requirements of the UMASS Foundation. The donors intended this fund to support students in the Canine Science Program, which is no longer exists in any form. The closest approximation t the original program is the Veterinary Technology Program, which continues at the Mount Ida campus as adopted b | $8,312.60 |

| Fund No. | Mount Ida Fund Name | Original Purpose | Modified Purpose for UMASS Foundation | Reason for Modification | Market Valu as of 6/30/2022) |
|---|---|---|---|---|---|
| | | College. No awards of less than $100.00 will be made to student recipients. The Ladies Dog Club will receive an annual stewardship report on activity in the fund, any scholarship award payments, and information about the student recipient or recipients. | | UMASS Amherst, and would be suitec to remain with the students enrolled in that program. This Program includes the study of canines as part of the course requirements, consistent with donor intent. The Matteson Scholarship is designed to support students in educational programs on the Mount Ida campus, including the Veterinary Technology Program, and therefore is best suited to be combined with the Matteson Scholarship. | |
| 18 | **Ednarae Bligh Herrmann Scholarship** | The purpose of this fund is to provide scholarship assistance to Mount Ida Students enrolled in the School of Science & Allied Health. The scholarship will be awarded to a student or students enrolled in the School of Science and Allied Health on the basis of scholastic merit. The scholarship will not be based solely on financial need or means-testing. | Funds will be combined into a Mustang Scholarship where distributable allocations shall be applied for the purpose of providing financial assistance to a full-time undergraduate UMASS Amherst student(s), who maintains a GPA of at least 3.33. | The market value of the fund is below the threshold for the UMASS Foundation's minimum endowment, and the fund is not linked to any particular academic field of study. The School of Science & Allied Health no longer exists in any form, therefore distribution of this fund is impossible. This fund is suited for the purposes of a general academic and merit scholarship, and combing the funds into a larger Mustang Scholarship will provide a larger source of scholarship opportunity for students. As a general scholarship fund, the award may be still applied to students majoring in the fields related to science and allied health, consistent with donor intent. However, the current amount of funding would be impossible to maintain as a single fund due to the minimum funding requirements of the recipient institution, and combination with a larger fund would result in the creation of a meaningful amount of award. | $5,195.37 |
| 19 | **Maxine Davis Memorial Scholarship** | The distributable allocations of the fund shall be applied periodically, but not less than once each year for the following purpose in keeping with the intent of the Donor to honor Maxine Davis:<br>The fund will support a scholarship for a student(s), preferably from Massachusetts, enrolled full time in a degree program at Mount Ida College. The student(s) should be in good standing and have completed at least one year of study in a degree program. A committee will select the student(s) based on | Funds will be combined into a Mustang Scholarship where distributable allocations shall be applied for the purpose of providing financial assistance to a full-time undergraduate UMASS Amherst student(s), who maintains a GPA of at least 3.33. | The market value of the fund is sufficient to meet the threshold for the UMASS Foundation's minimum endowment, but the fund is not linked to any particular academic field of study. This fund is suited for the purposes of a general academic and merit scholarship, and combing the | $31,536.95 |

| Fund No. | Mount Ida Fund Name | Original Purpose | Modified Purpose for UMASS Foundation | Reason for Modification | Market Valu as of 6/30/2022) |
|---|---|---|---|---|---|
| | | applications submitted. The student(s) should have earned a minimum of a 2.5 cumulative grade point average. The student(s) should have demonstrated financial need. | | funds into a larger Mustang Scholarship will provide a larger source of scholarship opportunity for students. While it is impossible to continue this award with Mount Ida students, combination with the Mustang Scholarship would allow this award to be broadly applied in a manner consistent with donor intent fo the purposes of general scholarship. | |
| 20 | **Fashion Design Scholarship** | Distributable allocations shall be applied for the purpose of providing financial assistance to a student, with preference for those formerly enrolled at Mount Ida College, who is a full-time undergraduate enrolled in twelve or more credits per semester and majoring in a design program, with a grade point average of at least 3.0, who has completed at least thirty credits at the time of application, demonstrating financial need, and submits one letter of recommendation from a design faculty member and a personal statement regarding how the scholarship will impact the student's financial and educational experience at the institution, highlighting any extracurricular and/or industry engagement as related to the student's design field. | This fund is not sufficient to support a meaningful award and the associated funds should be contributed to the Tamotsu Yamamoto Scholarship, as the intent of the donors align. | The market value of the fund is below the threshold for the UMASS Foundation's minimum endowment. The fund is linked to the former design program at Mount Ida, which has been adopted by UMASS Dartmouth, including the program, materials, and professors linked to the Yamotsu Yamamoto Scholarship for the same purposes. This fund is suited to be combined into that fund, in order to provide a more generous award for the same purposes, and would remain consistent with donor intent. | $51.95 |
| 21 | **Fashion Merchandising Scholarship** | Distributable allocations shall be applied for the purpose of providing financial assistance to a student, with preference for those formerly enrolled at Mount Ida College, who is a full-time undergraduate enrolled in twelve or more credits per semester and majoring in a design program, with a grade point average of at least 3.0, who has completed at least thirty credits at the time of application, demonstrating financial need, and submits one letter of recommendation from a design faculty member and a personal statement regarding how the scholarship will impact the student's financial and educational experience at the institution, highlighting any extracurricular and/or industry engagemen as related to the student's design field. | This fund is not sufficient to support a meaningful award and the associated funds should be contributed to the Tamotsu Yamamoto Scholarship, as the intent of the donors align. | The market value of the fund is below the threshold for the UMASS Foundation's minimum endowment. The fund is linked to the former design program at Mount Ida, which has been adopted by UMASS Dartmouth, including the program, materials, and professors linked to the Yamotsu Yamamoto Scholarship for the same purposes. This fund is suited to be combined into that fund, in order to provide a more generous award for the same purposes, and would remain consistent with donor intent. | $202.62 |
| 22 | **Tamotsu Yamamoto Scholarship** | I give my residuary estate to the Tamotsu Yamamoto Scholarship at Mount Ida College, Newton, Massachusetts, or its successor in interest to augment the endowment of that scholarship, so it can continue to benefit students as established under the terms of the Scholarship as they exist now or as they may be amended in the future. Requirements: | Distributable allocations shall be applied for the purpose of providing financial assistance to a student, who i a full-time undergraduate student at UMASS Dartmouth with twelve credits or more per semester, studying in the | The proposed modifications are minimal, and are intended to adjust the award appropriately so that it may be awarded to students in the UMASS Dartmouth design program adopted from Mount Ida. The adopted design | $493,344.75 |

| Fund No. . | Mount Ida Fund Name | Original Purpose | Modified Purpose for UMASS Foundation | Reason for Modification | Market Valu as of 6/30/2022) |
|---|---|---|---|---|---|
| | | 1. FT undergraduate student (12 credits or more each semester);<br>2. Be an interior Design major;<br>3. Will be a sophomore, junior, or senior;<br>4. Have submitted a FAFSA application and demonstrated financial need<br>according to applicant's application and eligibility for a Federal Pell grant;<br>5. Submit one letter of recommendation from an interior Design faculty member;<br>and<br>6. Submit a personal statement of interest/application describing: 1) applicant's commitment to your major through involvement in clubs, internships, and other related activities and; 2) how this scholarship wil impact applicant's financial and educational experience at Mount Ida College. | field or major of interior design, with demonstrated financial need, the application of which requires a letter of recommendation from an interior desig program faculty member and a persona statement of interest describing the applicant's commitment to the applicant's major through involvement in clubs, internships, and other related activities and describing how the scholarship will impact the applicant's financial and educational experience at the institution. | program included the materials and equipment from the Mount Ida program, and professors from the Mount Ida program now teach the same program at UMASS Dartmouth. This award is best suited to continue to support students in a similar fashion for the program adopted by UMASS Dartmouth, consistent with donor intent. | |
| 23 | **Herbert Anderson Memorial Fund** | No gift instrument can be located for these funds and the designated purpose is unknown. | Funds will be combined into the Tamotsu Yamamoto Scholarship Fund where distributable allocations shall be applied consistent with the purposes of that Fund.. | As no gift instrument can be located, the original intent of the donors is unknown, other than the fund was intended to be used as a scholarship. The market value of the fund is below the threshold for the UMASS Foundation's minimum endowment, so it must be combined with sufficient funds to meet the recipient institution' policy. The fund is linked to the forme design program at Mount Ida, which has been adopted by UMASS Dartmouth, including the program, materials, and professors linked to the Yamotsu Yamamoto Scholarship for the same purposes. This fund is suited to be combined into that fund, in orde to provide a more generous award for the same purposes. | $2,462.61 |

| Fund No. | Mount Ida Fund Name | Original Purpose | Modified Purpose for Cape Cod Foundation | Reason for Modificatio | Market Valu as of (12/31/2021) |
|---|---|---|---|---|---|
| 24 | **Austin Memorial Scholarship** | The distributable allocations of the fund shall be applied periodically, but not less than once each year for the following purpose in keeping with the intent of the Donor to honor her parents, Michael C. Austin and Helen E. Austin:<br>The fund will support a scholarship for a student enrolled in a degree program in the | Distributable allocations shall be applied for the purpose of providin financial assistance to a student, with preference to those students | The fund has sufficient valu to meet the minimum endowment requirements of the CCCC Foundation, and | $25,976.86 |

| | | | | | |
|---|---|---|---|---|---|
| | | New England Institute of Funeral service Education at Mount Ida College. The student should be in good standing and have completed at least one year of study in either the associate degree or bachelor degree curriculum. The scholarship committee of the New England Institute of Funeral service Education will select the student. The student should be from Bristol County, Massachusetts if possible. | from Bristol County, Massachusett who are enrolled in a funeral servic education program, in good standing and having completed one year of study in the program. | only requires minimal modifications to the named parties in order to align with the funeral program adopted by CCCC. | |
| 25 | **Raoul Pinette Lectureship Fund** | The interest to be used to provide the Maine Funeral Directors Association with a program on counseling and/or professionalism, free of charge, every two years for their Convention. | This fund does not meet the minimum funding requirements under CCCC policy, and should be contributed to the NEI Scholarships fund to align with those purposes and in order to support an award at a meaningful level of funding. | This fund does not have sufficient market value to meet the minimum endowment requirements fo the CCCC Foundation, but i tied to the funeral program adopted from Mount Ida. The donor intent aligns with the purpose of providing financial assistance to a funeral program student's educational development, and therefore should be combined with the larger pool of NEI Scholarships in order to provide a more generous award. | $9,351.67 |
| 26 | **NEI Scholarships** | Must complete one year of study in FH Management/Services and in good academic standing. | Distributable allocations shall be applied for the purpose of providin financial assistance to a student, who is enrolled in the funeral services program, is in good standing and has completed at least one year of study. | The fund has sufficient valu to meet the minimum endowment requirements of the CCCC Foundation, and only requires minimal modifications to the named program in order to align with the funeral program adopted by CCCC. The requested modification only removes the requirements and references that are impossible to complete, due to Mount Ida College's closure. | $84,747.03 |

| <u>**Fund No.**</u> | <u>**Mount Ida Fund Name**</u> | <u>**Original Language**</u> | <u>**Modified Purpose for MFDA**</u> | <u>**Reason for Modificatior**</u> | <u>**Market Value as of 12/31/2021**</u> |
|---|---|---|---|---|---|
| 27 | **Dodge Family Scholarship** | The distributable allocations of the fund shall be applied periodically, but not less than once each year for the following purpose in keeping with the intent of the Donor to honor the members of the Dodge Family, their | Distributable allocations shall be applied for the purpose of supporting a student or students enrolled in a degree program in the | The fund contained a restriction directing the corpus to the "Dodge | $41,165.54 |

| | | | | | |
|---|---|---|---|---|---|
| | | contributions to the New England Institute of Funeral Service Education and funeral service industry.<br>The fund will support a scholarship for a student enrolled in a degree program in the New England Institute of Funeral Service Education at Mount Ida College.<br>The students should be in good standing and have completed at least one year of study in either the associate degree or bachelor degree curriculum. The scholarship committee of the New England Institute of Funeral Service Education will select the student.<br>If the funeral service program at Mount Ida College should cease to exist then the corpus of the fund and the related unallocated interest and dividends will be transferred to the Dodge Educational Fund. | funeral services field in a Massachusetts institution of higher education. The selected student should be in good standing and have completed at least one year of study in either an associate degree or bachelor degree curriculum. A scholarship committee within MFDA will make the selection. The student recipient(s) shall receive a letter from MFDA stating specifically that the student(s) is the recipient of the "MFDA Dodge Family Scholarship" through the generosity of the Dodge family, their friends, and associates. Appropriate acknowledgment will be made o the scholarship award in MFDA publications and publicity. The amount to be expended and the dates at which expenditures will be made shall be determined by MFDA from time to time in its discretion, but such amounts shall not be limited to income as conventionally defined; rather the fund shall be invested so as to maximize total investment return which can be realized in th circumstances, without regard to the conventional categories of "income" and "principal," and further, the amounts expended shall be determined by MFDA wit a view to balancing (a) the objective of having a significantly beneficial effect, against (b) the objective of the permanence o the fund, giving the first objective priority over the second. | Educational Fund" in the event Mount Ida no longer taught the funeral service program. This fund does not exist at this time. Instead, the original donors will establish a "MFDA Dodge Family Scholarship Fund" within the MFDA, an organization which promotes the development of funeral education. The donors continue to work with the MFDA and promote funeral director education, selecting students for the award, and making distributions. Distribution by the MFDA will ensure that the funds reach students in funeral director programs at multiple institutions. These changes are consistent with donor intent, as expressed by the restriction in the original award, and also continue to recognize the original donor intent of awarding students enrolled in the same major field of study. | |

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS. SUPREME JUDICIAL COURT

MOUNT IDA COLLEGE,

Petitioner,

v. EQUITY NO.

ELIZABETH N. DEWAR, AS SHE IS ACTING ATTORNEY GENERAL OF THE COMMONWEALTH OF MASSACHUSETTS, UNIVERSITY OF MASSACHUSETTS FOUNDATION, INC., CAPE COD COMMUNITY COLLEGE EDUCATIONAL FOUNDATION, INC., AND MASSACHUSETTS FUNERAL DIRECTORS ASSOCIATION, INC.,

Respondents.

**ASSENTED-TO MOTION FOR ENTRY OF JUDGMENT**

Now comes the Petitioner, Mount Ida College ("MIC"), in the above-referenced matter and moves that this Honorable Court enter judgment in the form attached. As grounds for this motion, MIC states as follows:

1. As set forth in MIC's Petition, MIC in 2018 transferred virtually all of its assets to the University of Massachusetts at Amherst. Following the transfer of assets, MIC closed and ceased operations.

2. Apart from the transferred assets, MIC held, and continues to hold, substantial monies in restricted funds for student scholarships.

3. By MIC's Petition herein, MIC, with the assent of the Attorney General of the Commonwealth, seeks to transfer such restricted funds – as identified in the Petition, and Attachment A, thereto – to the following beneficiaries (the "beneficiaries") under *cy pres* and

related principles: (a) University of Massachusetts Foundation, Inc.; (b) Cape Cod Community College Educational Foundation; and (c) Massachusetts Funeral Directors Association.

4. All of the beneficiaries assent to the transfers sought in the Petition.

WHEREFORE, MIC respectfully requests that the Court enter Judgment in the form attached hereto.

Respectfully submitted,

MOUNT IDA COLLEGE

By its attorneys,

HOLLAND & KNIGHT LLP

Gordon P. Katz

Gordon P. Katz (BBO #261080)
gordon.katz@hklaw.com
John J. Monaghan (BBO #546454)
john.monaghan@hklaw.com
10 St. James Avenue
Boston, MA 02116
(617) 523-6850

Dated: 1/13, 2023
Boston, Massachusetts

**Assented to the relief requested:**

ELIZABETH N. DEWAR, ACTING ATTORNEY GENERAL FOR THE COMMONWEALTH OF MASSACHUSETTS

By her attorney,

/s/ Bernardo Cuadra

Bernardo G. Cuadra (BBO #679762)
OFFICE OF THE ATTORNEY GENERAL
Non-Profit Organizations/Public Charities Division
One Ashburton Place
Boston, MA 02108
(617) 727-2200



#180631551_v1

UNIVERSITY OF MASSACHUSETTS FOUNDATION, INC.

By its attorney,

Paul Dawley

Paul C. Dawley (BBO #553831)
UNIVERSITY OF MASSACHUSETTS
FOUNDATION, INC.
100 Carlson Avenue, Building 12
Newton, MA 02459
(617) 7501306
pdawley@umassfoundation.org

Dated: 12/15/22

CAPE COD COMMUNITY COLLEGE EDUCATIONAL FOUNDATION

By its attorney,

James M. Norcross (BBO #673245)
RILEY & NORCROSS LLC
156 Crowell Road – P.O. Box 707
Chatham, MA 02633
(508) 945-5400
jmnorcross@erileyandnorcross.com

UNIVERSITY OF MASSACHUSETTS FOUNDATION, INC.

By its attorney,

______________________________

Paul C. Dawley (BBO #553831)
UNIVERSITY OF MASSACHUSETTS
FOUNDATION, INC.
100 Carlson Avenue, Building 12
Newton, MA 02459
(617) 7501306
pdawley@umassfoundation.org

Dated: __________

CAPE COD COMMUNITY COLLEGE EDUCATIONAL FOUNDATION

By its attorney,

______________________________

James M. Norcross (BBO #673245)
RILEY & NORCROSS LLC
156 Crowell Road – P.O. Box 707
Chatham, MA 02633
(508) 945-5400
jmnorcross@erileyandnorcross.com

MASSACHUSETTS FUNERAL DIRECTORS ASSOCIATION

By its attorney,

Anita S. Lichtblau

Anita S. Lichtblau (BBO #544192)
CASNER & EDWARDS, LLP
303 Congress Street
Boston, MA 02210
Tel: 617-426-5900
lichtblau@casneredwards.com



#180631551_v1