# EXHIBIT C



# Safeguarding your clients' securities

## Place your trust in custodial services from Fidelity Investments®

Not FDIC Insured • May Lose Value • No Bank Guarantee



# Helping to ensure the safety of your clients' securities

When you bring your business to Fidelity Investments (Fidelity), you can feel confident that we're continually working to help ensure the safety of your clients' assets. We take seriously the trust you place in us, safeguarding your clients' assets as though they were our own.

We've prepared this brochure to help answer any questions you may have about the safety and security of your clients' assets, and to help you address any concerns your clients may have when you tell them that their assets are held with Fidelity.

For Institutional use only. Not for distribution to the public as sales material in any form.

# Strength and reputation of Fidelity Investments

There are a number of considerations when choosing a custodian, including the length of time it has been in the custody business, the demonstrated commitment to client support, and, maybe most important, the financial strength of the firm.

Fidelity's mission is to inspire better futures and deliver better outcomes for the customers and businesses we serve. With assets under administration of $15.0 trillion, including discretionary assets of $5.9 trillion as of March 31, 2025, we focus on meeting the unique needs of a diverse set of customers: helping more than 40 million people feel more confident in their most important financial goals, manage employee benefit programs for over 29,500 businesses, and support more than 15,900 financial institutions with innovative investment and technology solutions to grow their businesses. Privately held for more than 75 years, Fidelity's diverse businesses and independence give us insight into the entire market and the stability needed to think and act for the long term as we deliver value to you.

To help ensure the safety of your clients' assets, Fidelity's registered broker-dealers are subject to the operating rules and regulations of the NYSE, SIPC, FINRA, and the MSRB.

For Institutional use only. Not for distribution to the public as sales material in any form.

# What regulatory controls are in place to help ensure that my clients' assets are protected?

As a client of Fidelity, your clearing, brokerage, and custody services are provided by National Financial Services LLC (NFS) or Fidelity Brokerage Services LLC (FBS)—both of which are wholly owned business units of Fidelity and are broker-dealers and members of the New York Stock Exchange (NYSE), the Securities Investor Protection Corporation (SIPC), the Financial Industry Regulatory Authority (FINRA), the Municipal Securities Rulemaking Board (MSRB), and other exchanges.

As members of these entities, these Fidelity business units are required to adhere to stringent regulations, which are designed to help safeguard your clients' assets and interests, including:

- Keeping accurate records of your clients' assets held at either of these broker-dealers
- Maintaining client securities at NFS or in a controlled location
- Maintaining net capital at required levels[1]

Compliance with the various industry rules is monitored by Fidelity. Among the rules that help protect our clients is Securities and Exchange Commission (SEC) Rule 15c3-3. Under SEC Rule 15c3-3, NFS protects client securities that are fully paid for, by segregating them and ensuring that they are not used for any other purpose, such as for loans to investors or institutions. This practice helps ensure that clients have access to these securities at all times. This rule also protects clients by requiring that a broker-dealer maintain a special reserve bank account, separate from all bank accounts of the broker-dealer, for the exclusive benefit of clients. Should a broker-dealer determine that deposits in the special reserve bank account are insufficient per SEC rules, the broker-dealer is required to increase deposits to the necessary level or immediately notify the SEC of the deficiency.

In compliance with SEC rules, NFS and FBS have their financial information audited every year by an independent public accounting firm. Furthermore, as members of the NYSE and FINRA and registered with the SEC, NFS and FBS are subject to each of these entities' regulatory oversight and examinations.

[1] To view NFS's current statement of financial condition, please visit www.mybrokerageinfo.com.

For Institutional use only. Not for distribution to the public as sales material in any form.

# How much protection is provided, and who provides the protection?

## Securities Investor Protection Corporation

NFS and FBS are members of SIPC,[2] which was created by Congress in 1970 to protect customers of member broker-dealer firms. The Securities Investor Protection Corporation (SIPC) is a nonprofit organization that protects stocks, bonds, and other securities in case a brokerage firm goes bankrupt, and assets are missing. The SIPC will cover up to $500,000 in securities, including a $250,000 limit for cash held in a brokerage account. All Fidelity brokerage accounts are covered by SIPC. This includes money market funds held in a brokerage account since they are considered securities.

Learn more about SIPC coverage at www.sipc.org or call 202.371.8300.

## "Excess of SIPC" Coverage

In addition to SIPC protection, Fidelity provides its brokerage customers with additional "excess of SIPC" coverage. The excess coverage would only be used when SIPC coverage is exhausted. Like SIPC, excess protection does not cover investment losses in customer accounts due to market fluctuation. It also does not cover other claims for losses incurred while broker-dealers remain in business. For example, fraud claims would not be covered if the brokerage firm was still in operation. Total aggregate excess of SIPC coverage available through Fidelity's excess of SIPC policy is $1 billion. Within Fidelity's excess of SIPC coverage, there is no per-customer dollar limit on coverage of securities, but there is a per customer limit of $1.9 million on coverage of cash awaiting investment. This is the maximum excess of SIPC protection currently available in the brokerage industry.

[2] A full description of SIPC and its coverage is available at www.sipc.org.

For Institutional use only. Not for distribution to the public as sales material in any form.

## For more information, please contact your Fidelity representative.

Fidelity INVESTMENTS®

For Institutional use only. Not for distribution to the public as sales material in any form.

Information provided in, and presentation of, this document are for informational and educational purposes only and are not a recommendation to take any particular action, or any action at all, nor an offer or solicitation to buy or sell any securities or services presented. It is not investment advice. Fidelity does not provide legal or tax advice. Before making any investment decisions, you should consult with your own professional advisers and take into account all of the particular facts and circumstances of your individual situation. Fidelity and its representatives may have a conflict of interest in the products or services mentioned in these materials because they have a financial interest in them, and receive compensation, directly or indirectly, in connection with the management, distribution, and /or servicing of these products or services, including Fidelity funds, certain third-party funds and products, and certain investment services.

Third-party marks are the property of their respective owners; all other marks are the property of FMR LLC.

Fidelity Investments® provides clearing, custody, or other brokerage services through National Financial Services LLC or Fidelity Brokerage Services LLC, Members NYSE, SIPC.

© 2025 FMR LLC. All rights reserved.

480633.15.0

1.797895.117
0625