**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**CENTRAL DIVISION**

| | |
|---|---|
| In re:<br><br>THE SISTERS OF ST. ANN<br>d/b/a ANNA MARIA COLLEGE,<br><br>Debtor.[1] | Chapter 11<br><br>Case No. 26-40758-EDK |

**STATEMENT OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS IN SUPPORT OF DEBTOR'S REPLY TO OBJECTION OF DAVID E. ROY, ELAINA M. ROY, AND DAVID E. ROY, JR. TO DEBTOR'S MOTION FOR ENTRY OF ORDERS APPROVING SALE PROCEDURES AND SALE OF SUBSTANTIALLY ALL OF THE DEBTOR'S ASSETS**

The Official Committee of Unsecured Creditors of the Sisters of St. Ann d/b/a Anna Maria College (the "Committee") files this statement in support of the Debtor's Reply [Dkt. No. 194] (the "Reply") to the Objection [Dkt. No. 175] (the "Objection") of David E. Roy, Elaina M. Roy, and David E. Roy Jr. (collectively, the "Roys") to the Debtor's *Motion for Entry of an Order (A) Approving the Sale of Substantially All of the Debtor's Assets, in One or More Transactions Free and Clear of All Liens, Claims, Encumbrances, and Other Interests, (B) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (C) Granting Certain Related Relief* [Dkt. No. 5] (the "Sale Motion"),[2] and respectfully states as follows:

[1] The last four digits of the Debtor's taxpayer identification number are 2060. The Debtor's address is 50 Sunset Lane, Paxton, MA 01612.

[2] Capitalized terms used and not otherwise defined herein shall have the meanings ascribed to such terms in the Sale Motion



27245641.v1

## STATEMENT IN SUPPORT

1. The Committee has reviewed the Reply and the Objection and joins in the arguments set forth in the Reply. The Committee agrees that the Roys' claimed interest in the approximately 2.4-acre parcel known as "Lot 2" is subject to a bona fide dispute within the meaning of section 363(f)(4) of the Bankruptcy Code and that the sale should be authorized to proceed free and clear of the Roys' asserted interest, with any interest the Roys may ultimately establish attaching to the allocable sale proceeds.

2. The Committee is charged with protecting the interests of the Debtor's unsecured creditors, whose recoveries depend on a timely and value-maximizing sale of the Debtor's assets—principally real estate comprising the Debtor's campus in Paxton, Massachusetts. The Committee's constituents (primarily composed of students, trade creditors, and other parties with whom the Debtor transacted in the ordinary course) should not have their potential recoveries held hostage by the Roys' unproven and disputed claim to a small portion of the College's land. The Roys' asserted interest is wholly unrecorded, unperfected, and rests on an alleged oral promise that was never reduced to a written agreement. The sale process is the central mechanism through which the estate will generate value for all creditors, and any delay or impediment to that process directly harms the unsecured creditor body.

3. For the foregoing reasons, the Committee respectfully requests that the Court overrule the Roys' Objection and authorize the sale to proceed free and clear of the Roys' asserted interest pursuant to section 363(f) of the Bankruptcy Code.

Dated: September 4, 2026

*/s/ Kyle D. Smith*
Andrew C. Helman (BBO# 679155)
Kyle D. Smith (admitted *pro hac vice*)
Dentons Bingham Greenebaum LLP
One City Center, Suite 11100
Portland, Maine 04101
Phone: (207) 810-4955
Email: andrew.helman@dentons.com
kyle.d.smith@dentons.com

Lauren M. Macksoud (admitted *pro hac vice*)
Henry Thomas (admitted *pro hac vice*)
Dentons US LLP
1221 Avenue of the Americas
New York, NY 10020
Phone: (212) 768-5347
Email: lauren.macksoud@dentons.com
henry.thomas@dentons.com

*Counsel to the Official Committee of Unsecured Creditors of Sisters of St. Ann d/b/a Anna Maria College*