**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| In re:<br><br>THE SISTERS OF SAINT ANN<br>d/b/a ANNA MARIA COLLEGE,<br><br>Debtor.[1] | Chapter 11<br><br>Case No. 26-40758-EDK |

**DEBTOR'S MOTION TO AMEND SCHEDULES AND MATRIX, AS ORDERED**

The Sisters of Saint Ann, d/b/a Anna Maria College, debtor and debtor-in-possession in the above captioned case (the "College" or "Debtor"), respectfully submits this motion ("Motion"), in accordance with the Court's *Order Regarding Deficient Filing* dated September 3, 2026 [Dkt. No. 189] (the "Deficiency Order"), requesting that the Court remove the Deficiency Order and retroactively permit the amendment of the original form of *Schedules of Assets and Liabilities* [Dkt. No. 107] and *Verification of Creditor Matrix* [Dkt. No. 109] filed by the Debtor through the filing of the *Amended Schedules E/F and G* [Dkt. No. 185] (the "Amended Schedules") and of an amended form of Matrix [Dkt. No. 186] (the "Amended Matrix"), along with the *Notice of Amendment to Schedules (E/F & G) and Matrix* [Dkt. No. 187] ("Amendment Notice").

As grounds therefore, the Debtor submits that, in accordance with Rule 1009(a) of the Federal Rules of Bankruptcy Procedure and Massachusetts Local Bankruptcy Rule 1009-1, the Debtor previously filed the Amendment Notice providing information regarding the nature of the amendments and identifying the newly added creditors and parties, and served the Amendment Notice, along with information regarding the upcoming Section 341 Meeting, upon the newly

[1] The last four digits of the Debtor's taxpayer identification number are 2060. The Debtor's address is 50 Sunset Lane, Paxton, MA 01612.

added creditors, as evidenced by a subsequently filed Certificate of Service [Dkt. No. 188]. Pursuant to Local Rule 1009-1, the Amended Schedules and Matrix are each identified as "Amended," and this is not an individual debtor's case triggering the obligations of Rule 1009-1(b). In addition, pursuant to Federal Bankruptcy Rule 1009(a), the Debtor provided notice of the amendment to the U.S. Trustee, the impacted creditors, and other parties in interest. Based upon the foregoing, the Debtor respectfully submits that any deficiencies identified in the Deficiency Order have been cured and that no further action is required.

WHEREFORE, the Debtor respectfully requests that this Court: (a) grant this Motion and authorizing the Debtor to file the Amended Schedules and Matrix, as well as to further amend the Schedules and Matrix to the extent necessary, based on the Debtor's further reconciliation of its books and records, in compliance with Federal Rule 1009 and Local Rule 1009-1, without the requirement to file a separate motion; (b) find the Deficiency Order satisfied; and (c) grant such other and further relief as the Court deems just and proper.

Dated: September 10, 2026

Respectfully submitted,

/s/ *Lynne B. Xerras*

John J. Monaghan (MA Bar #546454)
Lynne B. Xerras (MA Bar #632441)
Kathleen St. John (MA Bar #681565)
**HOLLAND & KNIGHT LLP**
10 St. James Avenue
Boston, MA 02116
Telephone: (617) 523-2700
Facsimile: (617) 523-6850
E-mail: john.monaghan@hklaw.com
lynne.xerras@hklaw.com
kathleen.stjohn@hklaw.com

*Counsel to the Debtor/Debtor in Possession*

**CERTIFICATE OF SERVICE**

I, Lynne B. Xerras, counsel for The Sisters of Saint Ann d/b/a Anna Maria College, the debtor and debtor in possession in the above-captioned chapter 11 case, hereby certify that on September 10 2026, I caused copies of the foregoing *Motion to Amend Schedules and Matrix* to be served by the Court's CM/ECF electronic filing system on all registered users as well as all creditors and parties previously served with the Amended Schedules.

*/s/ Lynne B. Xerras*_____________