**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS, CENTRAL DIVISION**

-------------------------------------------------------x

In re:

THE SISTERS OF ST. ANN d/b/a/ ANNA MARIA COLLEGE,

Debtor.

Chapter 11

Case No. 26-40758-EDK

-------------------------------------------------------x

# DECLARATION

Pursuant to 28 U.S.C. § 1746, I, Amy Monroe, declare as follows:

1. I am over the age of eighteen (18) and competent to make this Declaration.

2. I am an employee of MaTran Inc., d/b/a Master's Leasing & Rental ("MaTran") as a paralegal in its general counsel's office.

3. I am authorized by MaTran to make this Declaration in support of its objection to the purported sale of non-estate assets by the Sisters of St. Ann d/b/s Anna Maria College (the "Debtor").

4. Unless otherwise stated, this Declaration is based on personal knowledge including my review of MaTran's business records of which I am a custodian and which are made and maintained in the ordinary course of business of MaTran.

5. MaTran is a corporation incorporated under the laws of the State of Nebraska which does business under the registered trade name Master's Leasing and Rental and maintains its corporate headquarters in Kansas City, Missouri.

6. MaTran is an affiliate of Master's Transportation, Inc. ("Masters").

7. On September 16, 2024, MaTran and the Debtor entered into a written lease agreement (as amended, the "Lease") under which Movant agreed to lease to the Debtor a 2023

Freightliner Glaval bus (the "Vehicle") for thirty-sixth months with a monthly base payment of $4,851.04 (the "Monthly Payment"). A true and correct copy of the Lease is attached hereto as Exhibit A.

8. By addendum dated May 22, 2025 (the "Addendum"), the Lease term ends on September 30, 2027 (the "Expiration Date"). A true and correct copy of the Addendum is attached hereto as Exhibit B.

9. MaTran acquired title to the Vehicle on September 23, 2024 for the sum of $208,435.00. True and correct copies of the Bill of Sale and Certificate of Title reflecting MaTran's acquisition and ownership of the Vehicle are attached as Exhibits C and D.

10. The Vehicle's registration with the State of Missouri is current through December 2027. A true and correct copy of the Vehicle's most recent registration renewal is attached as Exhibit E.

11. A true and correct printout of a spreadsheet with the heading "MaTran Core Fleet Market Price Guide" (the "Price Guide") is attached hereto as Exhibit F.

12. In the ordinary course of its business, MaTran annually compiles and updates the Price Guide for the motor vehicle models that it resells and leases.

13. In compiling the Price Guide, MaTran relies on publicly available information concerning the sale prices of comparable vehicles.

14. As set forth in cells E76 and F76 of the Price Guide, the base resale price of the Vehicle, as of December 2025, was $199,900.00. However, as set forth in lines 78 and 79, this price is subject to a downward adjustment of up to $7,000.00 or an upwards adjustment of $5,000.00 depending on mileage accrued. Because MaTran does not know the current mileage of

the Vehicle, the resale price of the Vehicle, without consideration of other depreciation factors, is in the range of $192,900.00 and $204,900.00.

15. As set forth in cells F72 to F76, the annual deprecation of prior year models of the Vehicle ranged from $10,000.00 to $40,000.00 with average of $18,000.00.

16. Assuming significant depreciation of up to $40,000.00 over the course of the current calendar year based on historical data, the respective minimum and maximum current market value of the Vehicle would range from a low of $152,900.00 to a high of $194,900.00.

17. Attached as Exhibit G hereto is a true and correct account statement for the Lease showing that as of September 14, 2026, the Debtor was in arrears under the lease in the approximate amount of $38,808.32.

18. To date, the Debtor has not tendered any post-petition Monthly Payments.

Pursuant to 28 U.S.C. § 1746(1), I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: September 14, 2026
Kansas City, Missouri

Amy Monroe
Amy Monroe