# Exhibit B

# ADDENDUM

## TO LEASE AGREEMENT: LEASE-3907

*Anna Marie College*

On this 6th day of May 2025, the terms of the original Vehicle Lease Agreement, LEASE-3907, is amended as follows:

- The Commencement Date for LEASE-3907 is now 10/01/2024.

All other terms and conditions of the original Vehicle Lease Agreement, LEASE-3907 remains unchanged and enforceable.

DocuSigned by:
Lessee signature: Michael Miers Date: 5/13/2025
EE36D636DB4546A...

Lessee printed name and title: Michael Miers Executive Vice President

DocuSigned by:
Lessor signature: John Goodbrake Date: 5/22/2025
D6ED831A39EB4AE...

Lessor printed name and title: John Goodbrake, President