# Exhibit D

GL22-278

Form **1957**

Missouri Department of Revenue
**Bill of Sale or Even-Trade Bill of Sale**

The seller must complete all applicable information and sign this form. The Bill of Sale or Even-Trade Bill of Sale must be notarized when showing proof of ownership on major component parts of a rebuilt vehicle or when specifically requested to be notarized by the Department of Revenue.

| Purchaser(s) Names(s) (typed or printed) | | | Seller(s) Name(s) (typed or printed) | | |
|---|---|---|---|---|---|
| Matran Inc | | | Masters Transportation Inc | | |
| Address: 800 Quik Trip Way | | | Address: 800 Quik Trip Way | | |
| City: Belton | State: MO | Zip Code: 64012 | City: Belton | State: MO | Zip Code: 64012 |

**Motor Vehicle**

| Year | Make | Title Number | Vehicle Identification Number |
|---|---|---|---|
| 2023 | Freight | | 4UZADRFD5PCUW0492 |
| Sale Date (MM/DD/YYYY): 09/23/2024 | | Sale Price: $208,435.00 | If an even-trade occurred, please complete the information in the Unit or Vehicle Traded For Section. |

**Boat**

| Year | Make | Title Number |
|---|---|---|
| ____ | | |
| Vessel Identification Number | | |
| Sale Date (MM/DD/YYYY): __/__/____ | | Sale Price |

**Trailer**

| Year | Make | Title Number |
|---|---|---|
| ____ | | |
| Vehicle Identification Number | | |
| Sale Date (MM/DD/YYYY): __/__/____ | | Sale Price |

**Outboard Motor**

| Year | Make | Title Number | Motor Identification Number |
|---|---|---|---|
| ____ | | | |
| Horsepower | Sale Date (MM/DD/YYYY): __/__/____ | | Sale Price |

**Unit or Vehicle Traded for**

| Year | Make | Title Number |
|---|---|---|
| ____ | | |
| Vehicle Identification Number | | |

**Signature**

Under penalties of perjury, I declare that the information I have provided and any attached supplement is true, complete, and correct.

| Signature of One Purchaser | Signature of One Seller | Unit or Vehicle Sold For Destruction |
|---|---|---|
| Matran, Inc. [signature] | Master's Transportation, Inc M. Bradley [signature] | ☐ Yes ☒ No |

**Notary**

Notary required for rebuilt vehicle or when specifically requested to be notarized by the Department of Revenue.

| Embosser or black ink rubber stamp seal | Subscribed and sworn before me, this ____ day of ____ year ____ | |
|---|---|---|
| | State | County (or City of St. Louis) |
| | Notary Public Signature | Notary Public Name (Typed or Printed) |
| | My Commission Expires __/__/____ | |



**Mail to:** Motor Vehicle Bureau
P.O. Box 100
Jefferson City, MO 65105

**Phone:** (573) 526-3669
**E-Mail:** mvbmail@dor.mo.gov

Visit **http://dor.mo.gov/motorv/nos/** for additional information