# Exhibit E

REN

2.2




011DG726700020040

Lease 3907
Anna Marie
College



## OWNER INFORMATION

MATRAN INC
14655 PROSPECT AVE
KANSAS CITY, MO 64146

COUNTY: JACKSON

## VEHICLE INFORMATION

| MAKE | YEAR | VEHICLE ID NUMBER | KIND OF VEHICLE | BODY STYLE | FUEL TYPE | ODOMETER | HORSEPOWER |
|---|---|---|---|---|---|---|---|
| GLAV | 2023 | 4UZADRFD5PCUW0492 | BUS | SHUTL | GASOLINE | | |

| TITLE NUMBER | PURCHASE DATE |
|---|---|
| UNF43299 | 9/23/2024 |

## REGISTRATION INFORMATION

| CURRENT REGISTRATION TYPE | CURRENT NUMBER | EXPIRATION |
|---|---|---|
| PLATE STANDARD BUS SHUTTLE BUS | 9C64B4 | 12/2027 |

## ISSUED INVENTORY INFORMATION

| INVENTORY TYPE | INVENTORY NUMBER |
|---|---|
| SET TABS -2027 | M5212206 |

## FEE INFORMATION

| DESCRIPTION - CODE | AMOUNT |
|---|---|
| REGISTRATION FEE / SHUTTLE BUS - 0060 | $64.50 |
| AGENT FEE / AGENT FEE - 0708 | $18.00 |
| **TOTAL PAID:** | **$82.50** |

You must present your insurance card (a copy is acceptable) or other acceptable proof of financial responsibility. Any false statement in this receipt is a violation of the law and may be punished by fine or imprisonment or both.

## SIGNATURE STATEMENT

I hereby certify that: the statement(s) herein are true to the best of my knowledge; by not presenting a safety inspection, if applicable, that my vehicle does not meet the requirements for inspection under Section 307.350 RSMo; and that I have and will maintain, during the period of registrations, financial responsibility with respect to each motor vehicle that I own, license or operate on the streets or highways.

**SIGNATURE: X** ______________________

NOTE: The Missouri Department of Revenue may electronically resubmit checks returned for insufficient or uncollected funds. Other restrictions may apply.

## FOR OFFICE USE ONLY

| PREVIOUS NUMBER | EXPIRATION DATE |
|---|---|
| 9C64B4 | 12/2025 |

VERIFICATION
Safety Inspection: Exempt
Financial Responsibility: Verified
Personal Property Tax: Verified 2024

***Your opinion matters! Please tell us if our service met your expectations at bit.ly/DORfeedback***

HARRISONVILLE
Office: 072011
Operator - Time: DG7267 - 12/19/2025 10:00:25 AM
Workstation: 6
Shipment: 148

Missouri Department of Revenue
PO Box 100
Jefferson City, MO 65105-0100
(573) 526-3669
www.dor.mo.gov

Scan the QR code to tell us about your experience!

## IT'S TIME TO RENEW YOUR VEHICLE REGISTRATION!

Your registration must be renewed on or before the last day of the expiration month. Refer to the Renewal Requirements on the front side of this notice. For more detailed information regarding renewal requirements, visit mydmv.mo.gov/renewalrequirements.

Sign up to receive electronic notifications at: mydmv.mo.gov/electronicnotifications.

**RENEW ONLINE** If a personal identification number (PIN) is provided on the front side of this notice, visit **dor.mo.gov/motor-vehicle/plates/renewal.html**.

**RENEW IN PERSON OR BY PHONE** Visit **dor.mo.gov/license-office-locator/** to find an office location or license office phone number to renew your vehicle registration.

SCAN FOR INFORMATION

**LIABILITY INSURANCE REQUIREMENT**

(all applicants excluding trailers and all-terrain vehicles):

The state of Missouri requires all motor vehicle owners to have liability insurance. When registering your motor vehicle, you must enclose proof of insurance and sign below. Keep proof of insurance in your vehicle. Any false affidavit is a crime under Section 575.050 RSMo. of Missouri law.

**AMATEUR RADIO PLATE APPLICANTS:**

Signing this form certifies you hold an unrevoked/unexpired amateur radio license.

**DISABLED PERSON APPLICANTS:**

You are not required to submit a physician's statement if you **provide proof of disability in the form of a statement from the United States Department of Veteran Affairs or the United States Veteran's Administration (VA)** or submitted one in the last seven years with a different license plate/placard number.

Record plate/placard number here: ______________

**OPTIONAL FUND DONATIONS:**

☐ WWI Memorial Trust Fund ☐ **$1** ☐ **$10** ☐ Other _____

☐ **$1** Missouri Medal of Honor ☐ **$1** Blindness Awareness

☐ Organ Donor Fund $ _____ (Minimum **$1**)

**Ever served on active duty in the United States Armed Forces?**

If yes, **visit dor.mo.gov/military/** to see the services and benefits DOR offers to all eligible military individuals, or complete the survey at **mvc.dps.mo.gov/MoVeteransInformation/Survey/DOR** to receive information from the Missouri Veterans Commission.

A list of all state agency resources and benefits can be found at **veteranbenefits.mo.gov/state-benefits/**.

Form 289 (Revised 01-2025)

SIGNATURE IS REQUIRED FOR MAIL-IN RENEWAL

SIGNATURE OF OWNER OR AUTHORIZED AGENT

MISSOURI DEPARTMENT OF REVENUE