# Exhibit F

## Matran Core Fleet Market Price Guide

**COMMERCIAL**

| | Make | Body Model | Capacity | Price | Notes | Notes |
|---|---|---|---|---|---|---|
| ################### | Dodge /Chrysler | Voyager Braun | 5 + 1WC | $26,900.00 | | |
| ################### | Dodge /Chrysler | Voyager Braun | 5+1 WC | $29,900.00 | toyota add $6,000 Add $2,000 AWD | |
| ################### | Dodge /Chrysler | Voyager Braun | 5+1 WC | $34,900.00 | toyota add $6,000 Add $2,000 AWD | |
| ################### | Dodge /Chrysler | Voyager Braun | 5 + 1WC | $39,900.00 | toyota add $7,000 Add $2,000 AWD | |
| ################### | Dodge /Chrysler | Voyager Braun | 5 + 1WC | $44,900.00 | toyota add $7,000 Add $2,000 AWD | |
| ################### | Dodge /Chrysler | Voyager Braun | 5 + 1WC | $49,900.00 | toyota add $7,000 Add $2,000 AWD | |
| ################### | Ford SRW | Transit Van | 15 | $34,900.00 | Add $8500.00 forADA Conversions / $5,000 for DRW | Add $6,000 AWD (X9C,U5X) Aluminum floor add $4,000 |
| ################### | Ford SRW | Transit Van | 15 | $37,900.00 | Add $8500.00 forADA Conversions / $7,000 for DRW | Add $6,000 AWD (X9C,U5X) Aluminum floor add $4,000 |
| ################### | Ford SRW | Transit Van | 15 | $39,900.00 | Add $8500.00 forADA Conversions / $7,000 for DRW | Add $6,000 AWD (X9C,U5X) Aluminum floor add $4,000 |
| ################### | Ford SRW | Transit Van | 15 | $44,900.00 | Add $8500.00 forADA Conversions / $7,000 for DRW | Add $6,000 AWD (X9C,U5X) Aluminum floor add $4,000 |
| ################### | Ford SRW | Transit Van | 15 | $54,900.00 | Add $8500.00 forADA Conversions / $7,000 for DRW | Add $6,000 AWD (X9C,U5X) Aluminum floor add $4,000 |

** VANS^^ Mileage under 50,000 total miles add $5000.00 to all models and prices above

**** VANS^^ MILEAGE OVER 80,000 DEDUCT $2500.00 mileage over 100,000 deduct additional $2500.00**

| | | | | | | |
|---|---|---|---|---|---|---|
| ################### | Ford Transit | W/T Glaval Goshen | 14 + RL | $59,900.00 | | See mileage adjustments below |
| ################### | Ford Transit | W/T Glaval Goshen | 14 + RL | $64,900.00 | | See mileage adjustments below |
| ################### | Ford Transit | W/T Glaval Goshen | 14 + RL | $69,900.00 | | See mileage adjustments below |
| ################### | Ford Transit | Glaval | 14 + RL | $79,900.00 | | See mileage adjustments below |
| ################### | Ford Transit | Glaval | 14 + RL | $84,900.00 | | See mileage adjustments below |
| ################### | Ford Transit | Glaval | 14 + RL | $89,900.00 | | See mileage adjustments below |
| ################### | Ford E350/E450 | W/T GLAVAL GOSHEN | 14 + RL | $59,900.00 | | See mileage adjustments below |
| ################### | Ford E350/E450 | W/T GLAVAL GOSHEN | 14 + RL | $64,900.00 | | See mileage adjustments below |
| ################### | Ford E350/E450 | W/T GLAVAL GOSHEN | 14 + RL | $74,900.00 | | See mileage adjustments below |
| ################### | Ford E350/E450 | Glaval | 14 + RL | $79,900.00 | | See mileage adjustments below |
| ################### | Ford E350/E450 | Glaval | 14 + RL | $84,900.00 | | See mileage adjustments below |
| ################### | Ford E350/E450 | Glaval | 14 + RL | $89,900.00 | | See mileage adjustments below |
| ################### | Mercedes | Sprinter / Executive class | 14 + RL | $64,900.00 | | See mileage adjustments below |
| ################### | Mercedes | Sprinter / Executive class | 14 + RL | $74,900.00 | | See mileage adjustments below |
| ################### | Mercedes | Sprinter / Executive class | 14 + RL | $84,900.00 | | See mileage adjustments below |
| ################### | Mercedes | Sprinter / Executive class | 14 + RL | $89,900.00 | | See mileage adjustments below |
| ################### | Mercedes | Sprinter / Executive class | 14 + RL | $99,900.00 | | See mileage adjustments below |
| ################### | Ford E350/E450 or Transit | WT / Glaval/Goshen | 12-2WC | $54,900.00 | | See mileage adjustments below |
| ################### | Ford E350/E450 or Transit | WT / Glaval/Goshen | 12-2WC | $64,900.00 | | See mileage adjustments below |
| ################### | Ford E350/E450 or Transit | WT / Glaval/Goshen | 12-2WC | $69,900.00 | | See mileage adjustments below |
| ################### | Ford E350/E450 or Transit | Glaval | 12-2WC | $79,900.00 | | See mileage adjustments below |
| ################### | Ford E350/E450 or Transit | Glaval | 12-2WC | $89,900.00 | | See mileage adjustments below |
| ################### | Ford E-450 | WT / Glaval | 16-2WC /20+2 | $59,900.00 | | See mileage adjustments below |
| ################### | Ford E-450 | WT / Glaval | 16-2WC /20+2 | $64,900.00 | | See mileage adjustments below |
| ################### | Ford E-450 | WT / Glaval | 16-2WC /20+2 | $74,900.00 | | See mileage adjustments below |
| ################### | Ford E-450 | Glaval | 16-2WC /20+2 | $84,900.00 | | See mileage adjustments below |

| | | | | | | |
|---|---|---|---|---|---|---|
| #################### | Ford E-450 | Glaval | 16-2WC /20+2 | $94,900.00 | | See mileage adjustments below |
| #################### | Ford E-450 | Goshen | 25 + RL | $59,900.00 | | See mileage adjustments below |
| #################### | Ford E-450 | Goshen | 25 + RL | $69,900.00 | | See mileage adjustments below |
| #################### | Ford E-450 | Goshen | 25 + RL | $74,900.00 | | See mileage adjustments below |
| #################### | Ford E-450 | Glaval | 25 + RL | $84,900.00 | | See mileage adjustments below |
| #################### | Ford E-450 | Glaval | 25 + RL | $94,900.00 | | See mileage adjustments below |
| #################### | Ford F-550 | Goshen / Glaval | 28-2 / 33 | $79,900.00 | | See mileage adjustments below |
| #################### | Ford F-550 | Goshen / Glaval | 28-2 / 33 | $94,900.00 | | See mileage adjustments below |
| #################### | Ford F-550 | Goshen / Glaval | 28-2 / 33 | $109,900.00 | | See mileage adjustments below |
| #################### | Ford F-550 | Glaval | 28-2 / 33 | $119,900.00 | | See mileage adjustments below |
| #################### | Ford F-550 | Glaval | 28-2 / 33 | $124,900.00 | | See mileage adjustments below |
| #################### | Ford F-550 | Grech | 27 RL / 31 NRL | $99,900.00 | | See mileage adjustments below |
| #################### | Ford F-650 | Champion / Glaval | 35 + RL / 40 | $99,900.00 | **FREIGHTLINER +$10,000** | See mileage adjustments below |
| #################### | Ford F-650 | Champion / Glaval | 35 + RL / 40 | $119,900.00 | **FREIGHTLINER +$10,000** | See mileage adjustments below |
| #################### | Ford F-650 | Champion / Glaval | 35 + RL / 40 | $129,900.00 | **FREIGHTLINER +$10,000** | See mileage adjustments below |
| #################### | Ford F-650 | Champion / Glaval | 35 + RL / 40 | $169,900.00 | **FREIGHTLINER +$10,000** | See mileage adjustments below |
| #################### | Ford F-650 | Champion / Glaval | 35 + RL / 40 | $189,900.00 | **FREIGHTLINER +$10,000** | See mileage adjustments below |

**** SHUTTLES and SCHOOL BUS ** Mileage under 50,000 total miles add $5000.00 to all models and prices above**

**** SHUTTLES and SCHOOL BUS ** MILEAGE OVER 80,000 DEDUCT $4000.00 mileage over 100,000 deduct additional $3000.**

**SCHOOL BUS** **(Buses Priced as Hydraulic Brake Missouri Spec Buses)**

| | | | | |
|---|---|---|---|---|
| #################### | BB/Thms/IC | Conventional Style | 71 / 77 | $54,900.00 |
| #################### | BB/Thms/IC | Conventional Style | 71 / 77 | $69,900.00 |
| #################### | BB/Thms/IC | Conventional Style | 71 / 77 | $79,900.00 |
| #################### | BB/Thms/IC | Conventional Style | 71 / 77 | $89,900.00 |
| #################### | BB/Thms/IC | Conventional Style | 71 / 77 | $99,900.00 |
| #################### | BB/Thms/IC | Conventional Style | 71/77 | $114,900.00 |
| #################### | BB/Thms/IC | Conventional Style | 71/77 | $124,900.00 |

| | |
|---|---|
| $4,000.00 | a/c (existing) |
| $2,000.00 | Air Brake |
| $12,000.00 | Texas Spec. already includes air brake |
| $17,000.00 | California spec already includes air brake |
| $4,800.00 | paint entire bus white |
| ($5,000.00) | deduct over 70,000 miles |
| $12,500.00 | add dealer installed a/c to a non a/c used bus |

Please email used@masterstransportation.com for any unit that does not fall into descriptions above

*All quotes subject to availability*

00