# Exhibit G

**Master's Transportation Inc.**
**14655 Prospect Ave**
**Kansas City, MO 64146**
**Phone: (816) 318-9988**

**ANNA MARIA COLLEGE DBA SISTERS OF ST.**
50 SUNSET LANE
PAXTON MA 1612

**CUSTOMER STATEMENT**
as of 9/14/2026

**Customer ID: C061946**

| Date | Transaction Type | Invoice / Doc. # | | Days Past Due | Amount | Balance |
|---|---|---|---|---|---|---|
| 11/1/2025 | Invoice | 54514 | | 287 | 4,851.04 | 4,851.04 |
| 3/1/2026 | Lease Invoice | 133631 | | 197 | 4,851.04 | 4,851.04 |
| 4/1/2026 | Lease Invoice | 134629 | | 166 | 4,851.04 | 4,851.04 |
| 5/1/2026 | Lease Invoice | 135942 | | 136 | 4,851.04 | 4,851.04 |
| 6/1/2026 | Lease Invoice | 137254 | | 105 | 4,851.04 | 4,851.04 |
| 7/1/2026 | Lease Invoice | 138060 | | 75 | 4,851.04 | 4,851.04 |
| 7/28/2026 | Lease Invoice | 139032 | | 48 | 4,851.04 | 4,851.04 |
| 9/1/2026 | Lease Invoice | 140066 | | 13 | 4,851.04 | 4,851.04 |

| Current | 1 to 30 | 31 to 60 | 61 to 90 | 91 to 120 | Over 120 | Total Due |
|---|---|---|---|---|---|---|
| 0.00 | 4,851.04 | 4,851.04 | 4,851.04 | 4,851.04 | 19,404.16 | 38,808.32 |