UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re:

THE SISTERS OF ST. ANN,
d/b/a ANNA MARIA COLLEGE,

Debtor.

Case No. 26-40758-EDK
Chapter 11

**CERTIFICATE OF SERVICE**

I, Argie Kosmetatos Shapiro, counsel for Attorney General Andrea Joy Campbell, an interested party in the above captioned Chapter 11 proceeding, hereby certify that on September 21, 2026, I caused copies of the foregoing Attorney General's Response To Debtor's Motion For Entry Of Order Authorizing Debtor to Transfer Possession of Certain Memorials to Donors For Relocation to be served by (i) the Court's CM/ECF electronic filing system on all registered users, and (ii) U.S.P.S. first class mail on the parties listed on the Service List attached hereto as Schedule A.

*/s/ Argie Kosmetatos Shapiro*
Argie Kosmetatos Shapiro

## SCHEDULE A

Arkansas Dept Finance & Administration Revenue Legal Counsel
PO Box 1272
Little Rock, AR 72203

Connecticut Dept of Revenue Services
Collections Unit Bankruptcy Team
450 Columbus Blvd, Suite 1
Hartford, CT 0610

Internal Revenue Service
Centralized Insolvency Operation
Post Office Box 7346
Philadelphia, PA 19101-7346

Kansas Dept of Revenue
PO Box 3506
Topeka, KS 66625

Massachusetts Department of Revenue
Bankruptcy Unit
PO Box 7090
Boston, MA 02204

Michigan Dept of Treasury
Tax Policy Division
Attn: Litigation Liaison
430 W Allegan St
Lansing, MI 48922

New Jersey Division of Taxation
Bankruptcy Unit
3 John Fitch Way, 5th Floor
Trenton, NJ 08611

Ohio Department of Taxation
Attn: Bankruptcy Division
PO Box 530
Columbus, OH 43216

Rhode Island Division of Taxation
One Capitol Hill
Providence, RI 02908

Town of Paxton Tax Collector
Attn Tristan Dun, Treasurer Collector
697 Pleasant Street
Paxton, MA 01612

Vermont Department of Taxes
133 State Street, 1st Floor Lobby
Montpelier, VT 05602

AA Transportation
605 Hartford Turnpike
Shrewsbury, MA 01545-8639

Abigail Harrison
26 Smith Avenue
Ware, MA 01082

Adewuyi Victor 1
2 Alakun, Bab Adisa
Ibeju Lekki
Lagos

Ahearn Equipment Inc.
460 Main St.
Spencer, MA 01562

Ahlina Andrews
112 School St
Clinton, MA 01510

Airbrush Works
75 Webster Street
Worcester, MA 01603

Airgas USA LLC
259 N. Radnor-Chester Road, Suite 100
Wayne, PA 19087-5240

Alberta Fordjour
24A Outlook Drive
Worcester, MA 01602

Alec Fournier
76 Paxton Drive
Spencer, MA 01562

Alexander Mayanja
32 Seven Springs Lane
Burlington, MA 01803

Alfred Brown Associates, Inc.
105 Washington Street
Auburn, MA 01501-0309

Alisha Ditaranto
60 Brigham Street
Hubbardston, MA 01452

Alison Arendt
42 W. 499 Burlington Road
Spencer, MA 01562

All Wood Lockers
1050 W. State Street
Newcomerstown, OH 43832

Amazon
Attn: Legal Department
PO Box 81226
Seattle, WA 98108

Amber Girard
11 Wakefield Street
Webster, MA 01570

Angela Boadu Jr.
Bortiano-Milell
Accra 00000
GHANA

Angela Botehlho Fritze
19B Summer Street
North Brookfield, MA 01535

Angela Pasceri
129 Paxton Road
Spencer, MA 01562

Angelo Abbate
50 Sunset Lane
PO Box 203
Paxton, MA 01612

Anne Brown
91 Oakwood Avenue
Lynn, MA 01902

Anthony Camilo
32 Turning Mill Road
Brewster Town
Brewster, MA 02631

Anthony Ceciliano
73 Lakeside Drive
Shrewsbury, MA 01545

Aronu Pascal Ikechukwu
Awka
Anambra 420102
Nigeria

Aspire Ed & IT Solutions LLC
PO Box 16402
Sugar Land, TX 77496

Assessment Technologies Institute LLC
11161 Overbrook Drive
Leawood, KS 66211

Automatic Laundry Services Co Inc.
45 Border St.
West Newton, MA 02465

Ava Blanchard
25 Lancelot Dr
Paxton, MA 01612
Awg Dewar Inc.
4 Batterymarch Park, Suite 320
Quincy, MA 02169-7468

B&H Photo Video Corp
Remittance Processing Center
PO Box 28072
New York, NY 10087-8072

Balfour & Co. Erickson Group LLC
17 Angela Way
Concord, NH 03301

Beantown Swing Orchestra
138 Partridge Lane
Concord, MA 01742

Becky Ramirez
20 Village Way, Apt 12
Webster, MA 01570

Bell Simons Company
29 Lafayette Street
Hartford, CT 06126

Bells Lawn & Garden Center
201 Southbridge Street
Auburn, MA 01501-2590

Bianca Fagundes
312 Lake Avenue
Worcester, MA 01604

Bio-Rad Laboratories Inc.
1000 Alfred Nobel Drive
Hercules, CA 94547

Bjornson Jones Mungas
2809 Great Northern Loop, Suite 100
Missoula, MT 59808

Blackstone National Golf Club LLC
The Barn
227 Putnam Hill Road
Sutton, MA 01590

BM Technologies Inc
171 North Winstead Avenue
Rocky Mount, NC 27804

BMTX, Inc.
171 N. Winstead Avenue
Rocky Mount, NC 27804

Bollus Lynch CPAs
89 Shrewsbury St, Suite
200 Worcester, MA 01604

Bond Construction Corporation
Route 31 North
98 North Spencer Rd
Spencer, MA 01562-1402

Boston Globe
1 Exchange Place, Suite 201
Boston, MA 02109

Bound Tree Medical LLC
23537 Network Place
Chicago, IL 60673-1235

Braman Chemical Enterprise Inc.
147 Herbert P Almgren Dr
Agawam, MA 01001-0368

Brianna Limbaugh
18 Baker Road
Charlton, MA 01507

Brooke Austin
57 Kendall Street
PO Box 1081
Barre, MA 01005

Brooke Cardwell
53 Brewster Way
Holden, MA 01520

BSN Sports LLC
14460 Varsity Brands Way
Dallas, TX 75244

Burkeno Inc.
Dr. Aaron Lorenz
589 Bellevue Avenue, Apt 2
Newport, RI 02840

Caeden Michael Humpage
8 Williamsburg Lane
Scarborough, ME 04074

Candace Mero
195 Belmont Street, Apt 2
Worcester, MA 01605

Carl Socha
14 Woodsley Road
Wilbraham, MA 01095

Carolina Biological Supply Co.
2700 York Road
Burlington, NC 27215

Catholic Free Press
49 Elm Street
Worcester, MA 01609-2514

CBUAO
5325 Lakefront Boulevard A
Delray Beach, FL 33484

Celia Baxter
70 Old Worcester Road
Charlton, MA 01507

Championship Mindset
401 E 8th Street, Suite 214
PMB-325
Sioux Falls, SD 57103

Chemsearch FE
2727 Chemsearch Blvd
Irving, TX 75062
Cheryl Home Franklin
1404 Windsor Lane
Brewster, NY 10509

Chimento & Webb PC
333 Elm Street, Suite 230
Dedham, MA 02026

Christopher Testa
189 Wordsworth Street
East Boston, MA 02128

Cintas
68 Cintas Blvd
Mason, OH 45040

City of Worcester
c/o Dept of Conservation and Recreation
Attn Paula Davison
180 Beaman St
West Boylston, MA 01583

Clayton Dunlop
309 Harvard Street
Lancaster, MA 01523

Comfort Agyemang
12 Balis Avenue
Worcester, MA 01604

Common Application Inc.
3003 Washington Blvd, Suite 1000
Arlington, VA 22201

Corey McNally
16 Ash Lane
Dudley, MA 01571

Creative Services Inc.
64 Pratt Street
Mansfield, MA 02048-1937

Creedon and Co
39 Jolma Road
Worcester, MA 01604

Crown Awards
9 Skyline Drive
Hawthorne, NY 10532

Cynthia Raps
29 Loveland Road
Webster, MA 01570

Daida
300 Columbus Circle, Suite I
Edison, NJ 08837

Dakota Moore
116 Lake Street, Apt. B
Webster, MA 01570

Daktronics Inc.
SDS 12-2222
PO Box 86
Minneapolis, MN 55486

Daniel McGowan
50 Warner Avenue
Worcester, MA 01604

Dayary Estrada
81C Harrison Street
Worcester, MA 01604

Deer Pond Auto Repair Svc.
14 Huntoon Memorial Hwy
Leicester, MA 01524

Dianne White
3 Sandy Hill Road
West Bridgewater, MA 02379

Dileo Gas Inc.
630 Sunderland Road
Worcester, MA 01604

Dillon Boiler Services Co Inc.
380 Crawford Street
Fitchburg, MA 01420

Discover Central Massachusetts
311 Main Street, Suite 200
Worcester, MA 01608

Dogfather Vending LLC
48 Channing Street
Worcester, MA 01605

Dominic Brown
4 Hillside Dr.
Sturbridge, MA 01566

Dylan McCallum
16 Nancy Dr.
Rutland, MA 01543

Eben Goldman
48 Horse Pond Road
Shirley, MA 01464

Ebsco Subscription Service
Payment Processing Center
PO Box 204661
Dallas, TX 75320-4661

ECMC
Attn: Accounts Receivable
111 Washington Ave S
Suite 1400
Minneapolis, MN 55401

Ecolab
Attn: Legal Department
1 Ecolab Place
Saint Paul, MN 55102

Educational Computer Systems Inc.
100 Global View Drive, Suite 800
Warrendale, PA 15086

Elba Marquez
1 Alcott Street, Apt. 2
Worcester, MA 01610

Elevator Maintenance & Service Inc.
163 Washington Street
Worcester, MA 01610

Eliana Espinal
120 Washington Street, Apt. 311
Worcester, MA 01610

Elijah Rapaport
27 Florence Street, Unit 3
Worcester, MA 01610

Elton Stubbs
8 Paine Road
Randolph, MA 02368

Emergency Education Consultants
17 Misty Lane
Pelham, NH 03076

Emily Goodwin
2 Monica Lane
Blackstone, MA 01504

Emma Morse
133 Brattle Street
Athol, MA 01331

Encoura LLC
74 Remittance Drive, Dept 1020
Chicago, IL 60675-1020

Emmanuel Jiminez Perez
24 Water Street, Apt. 109
Clinton, MA 10510

Enterprise
Ean Services LLC
PO Box 840173
Kansas City, MO 64184-0173

Erika Melendez
123 Chestnut Street
Southbridge, MA 01550

Ethan Hart
80 New Braintree Road
North Brookfield, MA 01535

Evan Fournier
76 Paxton Road
Spencer, MA 01562

Evan Rivera
278 Pleasant Street
Lowell, MA 01852

Events Central LLC
155 Ararat Street
Worcester, MA 01601

Falcon
810 West Highway, 25/70
Newport, TN 37821

FedEx
Attn Legal Department
1000 Ridgeway Loop Road, Suite 600
Memphis, TN 38120

First American Commercial Bancorp Inc
645 N Michigan Ave, Suite 800
Chicago, IL 60611

Fisher Scientific Company LLC
300 Industry Drive
Pittsburgh, PA 15275

Flood Fire Pro, Inc.
852 Upper Union Street
Franklin, MA 02038

FMC Ice Sports
100 Schoosett Street, Building 3
Pembroke, MA 02359

Follett Higher Education Group LLC
Attn General Accounting
3 Westbrook Corporate Center, Suite 200
Westchester, IL 60154

Fran Doyle
6 RF Higgins Drive
Norwell, MA 02061

Fun Enterprises Inc.
63 Tosca Drive
Stoughton, MA 02072

FW Webb Company
160 Middlesex Turnpike
Bedford, MA 01730

Gabriela Campos
15 Dickensen Way, Apt. 82D
Marlborough, MA 01752

Gannett New England Local
Attn Law Department
7950 Jones Branch Drive
Mc Lean, VA 22107

Geidyann Soto
74 Hollis Street, Apt. 6
Marlborough, MA 01752

Gibney Sports & Reconditioning
808 Main St
Worcester, MA 01610

Gorout
2660 Superior Dr NW, Unit 104
Rochester, MN 55901

Grainger Industrial Supply
Dept 823701834
100 Grainger Pkwy
Palatine, IL 60038-0001

Guaranty Glass
88 Main Street
Spencer, MA 01562

Gula Promotions LLC
4 Autumn Lane
Stratham, NH 03885

Gustafson Plumbers Inc.
1035 Millbury Street MPL11543
Worcester, MA 01607

Hailey Benoit
217 Sturbridge Rd, Unit 42
Charlton, MA 01507

Handy Solutions
74 Richards Ave
Paxton, MA 01612

Hannaford & Dumas
26 Conn Street
Woburn, MA 01801

Harmony Environmental Inc.
7 Mineral Spring Ave
Ludlow, MA 01056

HD Supply Facilities Maintenance
PO Box 604233
Charlotte, NC 28260-4233

Hennessy Beltran
69 Hillcraft Avenue
Worcester, MA 01606

Herbert Berg Florist Inc.
19 Blackstone River Rd
Worcester, MA 01607

Hilda Mota
8111 E Yale Ave
6 108
Denver, CO 80231

Hinckley Allen & Snyder LLP
Attn K Mousette Esq
28 State St
Boston, MA 02109

Holden Municipal Light Dept
One Holden St
Holden, MA 01520

HRC Total Solutions
111 Charles Street
Manchester, NH 03101

Hunter Felton
165 Lyman Street
Westborough, MA 01581

Hunton Andrews Kurth LLP
Attn Accounts Receivable Dept
Bank of America Plaza, Suite 4100
600 Peachtree Street NE
Atlanta, GA 30308

Hyperice Inc.
525 Technology Drive, Suite 100
Irvine, CA 92618

Idalys Reyes
35 Vincent Circle
Worcester, MA 01604

Impact Fire Services, LLC
PO Box 735062
Dallas, TX 75373

Imperial Dade
55 Rt. 1 & 9
Attn: Legal Dept.
Jersey City, NJ 07306

India Santiago Maldona
56 Combs Street, Apt 3
Southbridge, MA 01550

Indoor Air Quality Improvement, Inc dba Mighty Duct
28 Hastings St, Bldg
E Mendon, MA 01756

Irene Wong
7 Glenwood St
Malden, MA 02148

Isabella Surmis
50 Curtis St
Auburn, MA 01501

J&J Commercial Services
269 Concord St
Holliston, MA 01746

J&J Contracting
3180 County Road 20
International Falls, MN 56649

Jackson Immuno Research Laboratories Inc
872 W Baltimore Pike
West Grove, PA 19390

Jamya Parker
2251 Washington St, Apt B
Newton Lower Falls, MA 02462

Jasmine Davis
178 Park Street #2
Charlton, MA 01507

Jaylene Gomes
1093 Main St, Apt 16
Leicester, MA 01524

JB Graphics Inc.
9388 Corbett Drive
McCordsville, IN 46055

Jean Roy
140 Malden Street
Malden, MA 02148

Jeffrey Atherton
116 Taylor Rd
Ashby, MA 01431

Jeffrey Lupisella
58 Trahan Avenue
Worcester, MA 01604

Jenneh Sambola
19 Parsons Hill Dr
Worcester, MA 01603

Jennie Caissie
53 Fort Hill Road
Oxford, MA 01540

Jennifer Nguyen
4 Cabot St
Worcester, MA 01603

Jessenia Perez
8 New Plainville Road, Unit 6
New Bedford, MA 02745

Jesus Vazquez
27 Highfield Road, Unit B
Charlton, MA 01507

Jill Cummings
23 High Street
West Boylston, MA 01583

Jillian Evans
42 Phillips Road, Unit 1
Holden, MA 01520

JJ Bafaro Inc.
PO Box 943
Worcester, MA 01613-0943

John Brennan
12 Genevieve Lane
Webster, MA 01570

John Finley
7807 Canyon Lake Circle
Orlando, FL 32835

Johnson Controls Fire Protection LLP
95 Shawmut Road
Canton, MA 02021

Joseph Akoto
2 Ayrshire Rd
Worcester, MA 01604

Joseph Dincecco
176 Russett Road
Boston, MA 02132

Joseph Mageary
396 Hollis Rd
Lunenburg, MA 01462

Joseph's Lock & Safe Company Inc.
55 Green Street
Worcester, MA 01604-4109

Jostens Inc
21336 Network Place
Chicago, IL 60673-1213

Julian Booth
41 Sycamore Dr
Leominster, MA 01453

Julianna Lavoie
379 Mechanic St
Leominster, MA 01453

Julianna Stanger
140 Skivira Lane
New Braintree, MA 01531

Juliette Alger
61 Shiretown Road
Dedham, MA 02026

Kahlia Duffy
9 Mechanic St
Ayer, MA 01432

Kamco Supply Corp of Boston
Attn Robert W Hurwitz
Hurwitz Richard Sencabaugh PLLC
162 Park Street, Suite 301
North Reading, MA 01864

Karen Benson
3 Know St
Worcester, MA 01603

Karin Ciance
120 Mixter Road
Holden, MA 01520

Kasey Burdin
299 Royalston Rd
Baldwinville, MA 01436

Kelly Sullivan
270 Resevoir St
Holden, MA 01520

Kelsey Hartigan
326 Main St, Apt 201
Saco, ME 04072

Keyah Adamson
95 Pine St, Apt 2L
Cambridge, MA 02139

Kiandra Booth Desmarais
24 Burbank St
Millbury, MA 01527

Kiara Gauthier
197 Southbridge Rd
Burlington, MA 01803

KM Graphics
51 West Street
Ware, MA 01082

Knight's Airport Limousine Service
390 Hartford Turnpike
Shrewsbury, MA 01545

Kosta Drosidis
703 Salisbury St
Holden, MA 01520

Larry Last
PO Box 1467
Wolfeboro, NH 03894

Lenore Rust
210B Pine Street
Leicester, MA 01524

Lesiah Byron
31 Bedford Avenue, Apt 3
Worcester, MA 01604

Lia Mucera
11 Winterberry Lane
Worcester, MA 01604

Liberty Movers Inc.
99 Huntoon Memorial Hwy
Leicester, MA 01524

Lily Celata
29 Mountain View St
Baldwinville, MA 01436

Lisa Livsey
17 Elaine Street
Webster, MA 01570

Livia Pontolilo
390 Henshaw St
Rochdale, MA 01542

LIX Insurance Information Exchange
1574 Crescent Pointe Pkwy
College Station, TX 77845

Lucas Borges
99 Wilkens Lane, Apt 1413
Hyannis, MA 02601

Lucas Cardoso
160 Coe Rd
Brockton, MA 02302

Luuna Nguyen
85 Gates Street
Worcester, MA 01610

Lyme Green Heat
302 Orford Road
Lyme, NH 03768

Lyrasis
Attn John McGarl
4920 Atlanta Hwy 1015
Alpharetta, GA 30004

Mackenzie Lafreniere
1185 Alger St
Winchendon, MA 01475

Madelyn Kelley
10 River St, Apt B
Millbury, MA 01527

Madison Marie Romano
67 Savannah Lane
Lebanon, ME 04027

Manuel Abraham Toribio
221 E Main St, Apt 1013
East Brookfield, MA 01515

Marcus Wallace
249 Gresham St
Springfield, MA 01119

Marlin Leasing Corp.
300 Fellowship Road
Mount Laurel, NJ 08054

Marsh Moriarty Ontell & Golder PC
25 Braintree Hill Office Park, Suite 301
Braintree, MA 02184

Masrura Abubakar
600 Main St
Worcester, MA 01608

Mass Park Inc. dba Valet Park of America
185 Spring Street
Springfield, MA 01105

Massachusetts Dept of Higher Education
Attn: Cynthia Farr Brown, PhD
One Ashburton Place, Room 1401
Boston, MA 02108

Massachusetts Dept of Unemployment Assistance
P.O. Box 419815
Boston, MA 02241-9815

Massachusetts Water Resources Authority Treasurer's Office
190 Tafts Avenue
Winthrop, MA 02152

Master's Leasing & Rental
14655 Prospect Ave
Kansas City, MO 64146

MaTran
800 Quik Trip Way
Belton, MO 64012

Matthew St Pierre
52 Fern Ave
Amesbury, MA 01913

Mckesson Medical Surgical
9954 Mayland Drive
Henrico, VA 23233

Meadow Technologies
110 Charlton Street, #6B
New York, NY 10014

Medicat LLC
303 Perimeter Center N, Suite 450
Atlanta, GA 30346

Melissa Altidor
1 Devens Road
Worcester, MA 01606

Melissa Egan
103 Summer Street
Maynard, MA 01754

Merchants Fleet
14 Central Park Drive, 1st Floor
Hooksett, NH 03106

Michael Maddaleni MD
36 Barnard Road
Boylston, MA 01505

Michael Mosher
48 Old Mill Lane
Templeton, MA 01468

Michael Odonkor
443 Mill St
Worcester, MA 01602

Michael Van Neste
65 Sandpiper Circle
East Falmouth, MA 02536

Michele Hutchinson
4 Patricia Drive
North Oxford, MA 01537

Michelle C Arbour
171 Bailey Rd
Holden, MA 01520

Mikayla Costigen
3 Messier St, Apt 4
South Grafton, MA 01560

Mileigh Correia
34 Clinton Rd
Sterling, MA 01564

Miles Press Inc.
14 Sword Street
Auburn, MA 01501

Mina Girouard
107 Washington St, Apt 3
Gardner, MA 01440

Miurka Torres
28 West Main St, Apt A
Millbury, MA 01527

Mohawk Communications LLC
1698 Northampton Street
Holyoke, MA 01040

Morningstar Danford
50 Sunset Ln
Paxton, MA 01612

Mount Saint Charles Academy
800 Logee St
Woonsocket, RI 02895

Moving Right Along
101-21 101st Street
Ozone Park, NY 11416

Nally Associates Inc.
23 W Bacon Street
Plainville, MA 02762

Naomi Moura
18 Main St
Sturbridge, MA 01566

Nash Sicari Swinimer
25 Dupaul St
Southbridge, MA 01550

NASW, MA Chapter
6 Beacon Street 915
Boston, MA 02108

Natalia Wilder
1 Duffy Road
Hubbardston, MA 01452

Nathan Lemus
274 Pleasant St
Paxton, MA 01612

National Association of Social Workers
750 First Street, NE Suite 800
Washington, DC 20002

National Collegiate Honors Council
250 Knoll Residential Center
440 N 17th Street
Lincoln, NE 68588-0627

National Council for Mental Wellbeing
1400 K Street NW, Suite 1050
Washington, DC 20005

NE Voice & Data Communications
8436 Wirt Street
Omaha, NE 68134

New England Golf Cars Methuen
62 Industrial Way
Seekonk, MA 02771

New England Women's Hockey Alliance
34 Woodside Ave
Winthrop, MA 02152

Ngocmy Nguyen
298 Harding St
Worcester, MA 01610

Noraida Morales
12 Birch St
Fitchburg, MA 01420

Noraida Rosado
139 King St, Apt 2
Fitchburg, MA 01420

Nyia Gonzalez
18 Day Lane
Webster, MA 01570

Oceans Promotions
11243 Shady Lake Run
Fort Myers, FL 33913

Oregon Catholic Press
340 Oswego Pointe Dr
Lake Oswego, OR 97034

Off Duty Management Inc.
1906 Avenue D
Katy, TX 77493

Office Of The Diaconate
49 Elm Street
Worcester, MA 01609

Olivia Guertin
9 Mark St
Providence, RI 02904

Olympic Trophy Mfg Co
1078 West Boylston Street, Suite 105
Worcester, MA 01606

OT Sports Industries Inc.
Attn: Amy Mooney
172 Boone Street
Burlington, NC 27215

Pagano Media
11 Millbrook Street
Worcester, MA 01606

Paige Stewart
32 Berlin Street
Auburn, MA 01501

Party People Inc
46 Quirk Road
Milford, CT 06460

Paxton Auto Service
324 Pleasant St
Paxton, MA 01612

Paxton Fire Department
Attn: Michael Pingitore, Fire Chief
576 Pleasant Street
Paxton, MA 01612

Peabody Supply Company Inc.
Hajoca Corporation
PO Box 789662
Philadelphia, PA 19178-9662

People's Linen Service
9 Giffin Street
Keene, NH 03431

Pete's Service
192 Pleasant Street
Worcester, MA 01609

Peterson Oil Service Inc.
75 Crescent St
Worcester, MA 01605

Photos By Kmo
14 Pearl Street
Millbury, MA 01527

Pleasant Valley Country Club
95 Armsby Road
Sutton, MA 01590

Polar Beverages Corp
1001 Southbridge Street
Worcester, MA 01610

Prestosports
7800 Montgomery Road, Unit 200
Cincinnati, OH 45236

Proquest LLC
789 E Eisenhower Parkway
Ann Arbor, MI 48108

Quadient Inc
478 Wheelers Farm Road
Milford, CT 06461

Rachaya Jette Bethea
158 Parker Street
Gardner, MA 01440

Raymond Zalneraitis, Jr
43 Fairlawn Ave
Oxford, MA 01540

Reagan Wajer
94 Pleasant St
Grafton, MA 01519

Rebeca Brito Correia
873 Riverside Dr
North Grosvenordale, CT 06255

RefQuest
6255 Carrollton Ave
Indianapolis, IN 46230

Rexel
5429 Lyndon B. Johnson Fwy, Suite 600
Dallas, TX 75240

Ria M Cabral
63 Apthrop
Worcester, MA 01606

Richard Figueroa
31 Drexel St
Worcester, MA 01602

Richard Ricardi
2 Hadley Lane
Westborough, MA 01581

Risepoint LLC
Attn: Legal Dept.
2803 Philadelphia Pike, Suite B
PMG 7250
Claymont, DE 19703

Rita Ajubese
24 Pine St
Whitinsville, MA 01588

Rize Education
37 West 20th Street, Suite 1101
New York, NY 10011

Roadrunner Recycling Inc.
105 40th Street, Suite 100
Pittsburgh, PA 15201

Rocky's Ace Hardware Inc.
40 Island Pond Road
Springfield, MA 01118

Ruby Electric dkd Solutions dba Ruby Elect
77 East Worcester Street
Worcester, MA 01604

Ryan Flynn
108 Wallace Avenue
Auburn, MA 01501

Ryan Hill
128 Hunter Ave
Ashburnham, MA 01430

Ryan Murphy
1 Whitewood Lane
North Branford, CT 06471

Scott Marderosian
117 Colburn Road
Worcester, MA 01607

Sehila Ryerson
135 Blithewood Ave
Worcester, MA 01604

SESAC
35 Music Square
East Nashville, TN 37203

Shanelis Deleon
1 Union St
Marlborough, MA 01752

Shanik Suarez
894 Main St
Worcester, MA 01610

Shayla Halloran
35 Chadwick Street
Worcester, MA 01605

Shoes For Crews LLC
500 T-Rex Avenue, Suite 100
Boca Raton, FL 33431

Shorts Travel Mtg
NCAA Travel Dept
1203 W Ridgeway Ave
Waterloo, IA 50701

Siemens Industry Inc
PO Box 2134
Carol Stream, IL 60132

Siemens Public Inc.
170 Wood Avenue S
Iselin, NJ 08830

Sign Man
160 E Broadway
PO Box 622143
Oviedo, FL 32765

Silver Screen Design Inc.
324 Wells Street, Suite 3
Greenfield, MA 01301

Siteone Landscape Supply LLC
24110 Network Place
Chicago, IL 60673

Skoler Abbott & Presser PC
One Monarch Place, Suite 2000
Springfield, MA 01144

Soccer Asylum LLC
603 Pleasant Street
Paxton, MA 01612

Sodexo Inc. & Affiliates
Attn: Joshua Hubbard, VP Operations
915 Meeting Street, Suite 14000
North Bethesda, MD 20852

Sophia Figueroa Sanchez
123 Blood Rd
Charlton, MA 01507

Sophia Harrison
9 Lawrence Road
Lynn, MA 01904

Spectrum Enterprise Charter Communications
Box 223085
Pittsburgh, PA 15251-2085

Springshare LLC
801 Brickell Ave, Suite 900
Miami, FL 33131

Stephanie Ekwueme
APO Mechanic Village Plot 177
AMAC
Nigeria

Stephen Mante
South La Estate
GHANA

Stephen O'Connor
46 Cricklewood Drive
Leicester, MA 01524

Stericycle Inc.
Attn: Legal Dept.
2355 Waukegan Rd
Deerfield, IL 60015

Stringking
19100 S Vermont Ave
Gardena, CA 90248

Sunbelt Rentals
2341 Deerfield Dr
Fort Mill, SC 29715

Synergy Imports LLC
444 Hayward Ave N
St Paul, MN 55128

Tammy Boyle
93 Blackstone River Road
Worcester, MA 01607

Tan Le
Salomon-Petri-Ring 11
Hamburg, Germany

Tayenne Dos Santos
346 Turnpike Road 4306
Westborough, MA 01581

Taylene Marquez
161 Copeland St
Quincy, MA 02169

Taylor Freezer of New England Inc.
1030 University Avenue
Norwood, MA 02062-2644

Techsolutions, Inc.
157 Church Street, 22nd Floor
New Haven, CT 06510

Teresa Watts
8 Depot Street, Apt D
Sutton, MA 01590

The 016 LLC
20 Cook Street
Holden, MA 01520

The Hanover Insurance Group Inc.
Attn: Pete Baute
440 Lincoln St
Worcester, MA 01653

The Pilot
66 Brooks Drive
Braintree, MA 02184-3839

Tina Source
600 Forest St
Bridgewater, MA 02324

Toby Rodriguez
180 Linden Avenue
Malden, MA 02148

Town of Paxton
Municipal Light Dept.
578 Pleasant Street
Paxton, MA 01613

Town of Paxton
Attn: Tara Rondeau
578 Pleasant Street
Paxton, MA 01612-1300

Town of Paxton Police Dept
576 Pleasant Street
Paxton, MA 01612

Trinity Fuller
9 Michelle Lane
North Oxford, MA 01537

Triumph Roofing Inc.
46 Elm Street, Unit 3
Baldwinville, MA 01436

Truleague Incorporated
245 Walnut Street
Newtonville, MA 02460-1646

Tucks Trucks Inc
244 Washington St
Hudson, MA 01749

Tyler Sandor
12 Overlook Road
North Salem, NY 10560

Ulyces Jantuah
156 Madison St
Fitchburg, MA 01420

Underberg and Kessler LLP
Attn: Accounts Receivable
300 Bausch and Lomb Place
Rochester, NY 14604

Uniti Solutions
Attn: Uniti Solutions Services
PO Box 25310
Little Rock, AR 72212

US Department of Education, IHE Program Management
Attn: Alisha Curtis
400 Maryland Ave SW
Washington, DC 20202

US Department of Education, Oversight Enforcement
Attn: Vickie Mouzon MS
400 Maryland Ave SW
Washington, DC 20202

USA Today Media Corp
PO Box 631210
Cincinnati, OH 45263-1210

Verizon Wireless
Bankruptcy Administration
500 Technology Dr, Suite 550
Weldon Spring, MO 63304

W J Grosvenor
6301 E Lombard Street
Baltimore, MD 21224-1779

Waleri Mora Cruz
43 Beacon Hill Ave, Apt 2
Lynn, MA 01902

Walmart Community Card Capital One
PO Box 60506
City Of Industry, CA 91716-0506

Warrior Sports Inc.
16151 Collections Center Drive
Chicago, IL 60693

Waybetter Marketing Inc
Rich Whipkey, President
PO Box 1439
Columbia, MD 21044

Whalley Computer Associates
One Whalley Way
Southwick, MA 01077

Whitewater Inc
RH White Construction Co Inc
41 Central St
Auburn, MA 01501

Wilson Bus Lines Inc.
203 Patriots Rd, PO Box 415
E Templeton, MA 01438

Xerox Financial Services
Attn: Legal Department
401 Merritt 7
Norwalk, CT 06851-1056

Yanelise Vega
68 Stockton St
Worcester, MA 01610

Zanae Martinez
15 Forbes Street, Apt. 3
Worcester, MA 01605

Zanae Winchester
560 Mill Street, Apt 101
Worcester, MA 01602

Zaria Tobey
89 Pleasant St
Hyannis, MA 02601

Zidane Lopes Oliveira
60 Burt St
Dorchester Center, MA 02124