# PDF FILE WITH AUDIO FILE ATTACHMENT

| | |
|---|---|
| Case Type: | bk |
| Case Number: | 26-40758 |
| Case Title: | The Sisters of Saint Ann, Inc. d/b/a Anna Maria Co |
| Case Matter: | # 5 Motion filed by Debtor The Sisters of Saint Ann, Inc. d/b/a Anna Maria College for Sale of Property free and clear of liens under Section 363(f) Re: real property known as 50 Sunset Lane, Paxton, Worcester County, Massachusetts<br>#175 Objection filed by Creditors David E Roy Jr., David E. Roy, Elaina M. Roy<br>#183 Response and Reservation of Rights filed by Official Committee of Unsecured Creditors<br>#212 Objection filed by Creditor MaTran, Inc. |

JOHN MONAGHAN/LYNNE XERRAS/KATHLEEN MORRIS ST. JOHN, Counsel to Debtor
CHRISTOPHER BAILEY/PAUL LANNON, Counsel to Debtor
ERIC BRADFORD, Counsel to United States Trustee
JAMI NIMEROFF, Counsel to Sodexo, Inc.
DEBI HOLLAND, Director of Finance Fun Enterprises, Inc.
KENNETH ABRAHAMS, Fun Enterprises, Inc.
ROBERT CALLAHAN, JR./ANTHONY FROIO, Counsel to David Roy, Elaina Roy and David Roy, Jr.
MARIA MERRITT, Officer at Citizens Bank
LUKE BARRETT/ALEXANDRA THOMAS/DOUGLAS GOODING/JONATHAN MARSHALL, Counsel to Citizens Bank
LISA KIM, Holland & Knight (observing only)
PAUL CAREY/SHANNAH COLBERT, Counsel to Town of Paxton
CHRISTOPHER CONDON, Observing
ANDREW HELMAN, Counsel to Creditors Committee
LAUREN MACKSOUD/KYLE SMITH/HENRY THOMAS, Counsel to Creditors Committee
WARREN BRODIE, Counsel to Bowdoin Construction
IRA GROLMAN, Counsel to Whitewater, Inc.
ALEX MATTERA, Counsel to Automatic Laundry Services
TANI SAPIRSTEIN, Counsel to Country Bank for Savings
MEGAN SHEEHAN, Counsel to New England Women's Hockey Alliance
ARGIE SHAPIRO, Assistant Attorney General, Public Charities Division
THOMAS CURRAN/DAVID DINOSO, Counsel to Objection MaTran, Inc.

Audio Date/Time: 09/25/2026 09:57:35
Audio File Name: edk20260924_26_40758.mp3
Audio File Size: 26456.06 kb
Audio Run Time: 00:00:3386

Help using this file:

An audio file is embedded as an attachment in this PDF document. To listen to the file, click the Attachments tab or the Paper Clip icon. Select the Audio File and click Open.

MPEG Layer-3 audio coding technology from Fraunhofer IIS and Thomson.

This digital recording is a copy of a court proceeding and is provided as a convenience to the public. In accordance with 28 U.S.C. § 753 (b) "[n]o transcripts of the proceedings of the court shall be considered as official except those made from the records certified by the reporter or other individual designated to produce the record."