UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re: | The Sisters of Saint Ann, Inc. d/b/a Anna Maria Co<br><br>Debtor(s). | Ch. 11<br><br>26-40758-EDK |

**Proceeding Memorandum and Order**

**MATTER:**
# 5 Motion filed by Debtor The Sisters of Saint Ann, Inc. d/b/a Anna Maria College for Sale of Property free and clear of liens under Section 363(f) Re: real property known as 50 Sunset Lane, Paxton, Worcester County, Massachusetts

**Decision set forth more fully as follows:**

THIS HEARING IS CONTINUED TO OCTOBER 8, 2026, AT 12:00 PM AT THE FEDERAL BUILDING, 300 STATE STREET, BERKSHIRE COURTROOM, SPRINGFIELD, MA AND BY ZOOM.GOV VIDEO CONFERENCE PARTIES IN INTEREST WHO WISH TO PARTICIPATE THROUGH ZOOM, **BY 12:00 P.M. ONE COURT BUSINESS DAY BEFORE THE HEARING,** SHOULD EMAIL THE COURTROOM DEPUTY AT SOPHIA_HOWARD@MAB.USCOURTS.GOV REQUESTING REMOTE PARTICIPATION, PROVIDING THEIR NAME THE PARTY THEY REPRESENT, AND WHETHER OR NOT THEY WILL BE AN ACTIVE PARTICIPANT IN THE HEARING OR ONLY OBSERVING. PARTICIPATION BY VIDEO IS ONLY PERMITTED BY PARTIES IN INTEREST. ALL OTHER PARTIES WHO WISH TO ATTEND THE HEARING MUST ATTEND IN PERSON.THE DEADLINE FOR THE ROYS TO FILE A SUPPLEMENTAL BRIEF IS OCTOBER 1, 2026. THE DEADLINE FOR ANY RESPONSES IS OCTOBER 6, 2026, BY 4:00 PM.

Dated: 09/25/2026

By the Court,

Elizabeth D. Katz
United States Bankruptcy Judge