**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION**

| | |
|---|---|
| In re:<br><br>THE SISTERS OF ST. ANN<br>d/b/a ANNA MARIA COLLEGE,<br><br>Debtor. | Chapter 11<br>Case No. 26-40758 |

**NOTICE OF WITHDRAWAL OF OBJECTION OF
DAVID E. ROY, ELAINA M. ROY, AND DAVID E. ROY, JR. TO DEBTOR'S
MOTION FOR ENTRY OF ORDERS APPROVING SALE PROCEDURES
AND SALE OF SUBSTANTIALLY ALL OF THE DEBTOR'S ASSETS**

David E. Roy, Elaina M. Roy, and David E. Roy, Jr. (collectively, the "Roys"), by and through their undersigned counsel, hereby withdraw the Objection of David E. Roy, Elaina M. Roy, and David E. Roy, Jr. to Debtor's Motion for Entry of Orders Approving Sale Procedures and Sale of Substantially All of the Debtor's Assets [Dkt. No. 175].

Respectfully submitted,

DAVID E. ROY, ELAINA M. ROY,
and DAVID E. ROY, JR.

By their attorneys,

Dated: September 30, 2026

*_/s/ Robert F. Callahan, Jr._*
Anthony A. Froio, Esq. (BBO No. 554708)
Robert F. Callahan, Jr., Esq. (BBO No. 685728)
ROBINS KAPLAN LLP
800 Boylston Street, Suite 2500
Boston, Massachusetts 02199-7080
Telephone: (617) 267-2300
Facsimile: (617) 267-8288
afroio@robinskaplan.com
rcallahan@robinskaplan.com

James P. Menton, Jr., Esq. (admitted *pro hac vice*)
ROBINS KAPLAN LLP
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
Telephone: (310) 229-5813
jmenton@robinskaplan.com

# CERTIFICATE OF SERVICE

I hereby certify that on September 30, 2026, I caused a true and correct copy of the foregoing Notice of Withdrawal of Objection of David E. Roy, Elaina M. Roy, and David E. Roy, Jr. to Debtor's Motion for Entry of Orders Approving Sale Procedures and Sale of Substantially All of the Debtor's Assets to be served on all parties receiving notice and service in this case through the Court's CM/ECF electronic filing system, and upon the following Objection Notice Parties so as to be actually received in accordance with the Sale Procedures:

Debtor's Counsel:
Holland & Knight LLP
Attn: John J. Monaghan, Esq., Lynne B. Xerras, Esq., and Kathleen St. John, Esq.
10 Saint James Avenue, 11th Floor
Boston, Massachusetts 02116
c/o lynne.xerras@hklaw.com

Counsel to the DIP Lender and Prepetition Secured Creditor:
Choate, Hall & Stewart LLP
Attn: Douglas R. Gooding, Esq. and Jonathan D. Marshall, Esq.
Two International Place
Boston, Massachusetts 02110
c/o dgooding@choate.com

Office of the United States Trustee for the District of Massachusetts:
Attn: William K. Harrington
5 Post Office Square, Suite 1000
Boston, Massachusetts 02116

Official Committee of Unsecured Creditors of The Sisters of Saint Ann d/b/a Anna Maria College:
Dentons Bingham Greenebaum, LLP
Attn: Andrew C. Helman, Esq., Lauren M. Macksoud, Esq., Kyle D. Smith, Esq.,
Henry Thomas, Esq.
1 City Center, Suite 11100
Portland, Maine 04101
c/o andrew.helman@dentons.com, lauren.macksoud@dentons.com, kyle.d.smith@dentons.com, henry.thomas@dentons.com

*<u>/s/ Robert F. Callahan, Jr.</u>*
Robert F. Callahan, Jr.