OCT05'26 09:14 USBC

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re:

THE SISTERS OF ST. ANN,
d/b/a ANNA MARIA COLLEGE,

Debtor.

Case No. 26-40758-EDK
Chapter 11

**Richard A Kerver**
**Laudato Si' Ecovillage**
**Real Estate Investment Trust, Inc.**
**A Potential Bidder**

## Information Request from the Debtor, with respect to:

Case 26-40758 Doc 80 Filed 07/20/26 Entered 07/20/26 14:41:25 Desc Main
Document Page 30 of 56

xi. *Executory Contracts*. Each Bid must identify with particularity which executory contracts or unexpired leases the Qualified Bidder wishes to assume, include an acknowledgment and representation that the Qualified Bidder will assume the Debtor's obligations under such executory contracts and unexpired leases arising from and after the closing, and identify with particularity any executory contract or unexpired lease the assumption and assignment of which is a condition to closing.

This potential bidder is not in possession of or has any information regarding "executory contracts or unexpired leases", or known access to, so can make no judgment regarding their validity, or whether beneficial or harmful in their potential assumption.

**Motion to the Court**

That the Debtor or Debtor's agents provide a full, elucidated list of all executory contracts and unexpired leases available to potential bidders with sufficient information detail to allow adequate judgment.

Richard A Kerver [signature]

Richard A Kerver, Registered Agent (note[1])
Laudato Si' Ecovillage Real Estate Investment Trust, Inc.
88 S Meadow Rd, Clinton MA 01510
email: rkerver@gmail.com
phone: 774-239-5822, 508-753-8874

1 Note: Articles of Incorporation have been submitted to the Secretary of State for approval, with aforementioned as Registered Agent, with an expectation of approval prior to October 10th