## Print this

From: Ria Cabral <riadavidson143@icloud.com>
To: danzdriver@aol.com
Date: Sep 28, 2026, 4:05 PM

OCT05'26 AM11:58 USB

**September 28, 2026**

**United States Bankruptcy Court**
United States Courthouse
300 State Street
Springfield, MA 01105

**Re: In re The Sisters of Saint Ann, d/b/a Anna Maria College**
**Case No. 26-40758-edk**

To the Clerk of the United States Bankruptcy Court:

I am writing to request that the mailing address associated with my information and/or claim in the above-referenced bankruptcy case be updated.

**Name:** Ria Cabral
**Previous Address:** 63 Apthorp St Worcester MA. 01606
**New Mailing Address:** 940 County St Seekonk. MA 02771

---

Please update the court's records so that all future notices, correspondence, and other documents regarding this bankruptcy case are sent to my new mailing address.

If you need any additional information from me to process this request, please contact me using the information below.

Thank you for your assistance.

Sincerely,

**Ria Cabral**

Signature: Ria M Cabral

Phone: 508 863 2230

Email: riadavidson143@gmail.com

Sent from my iPhone