**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| In re:<br><br>THE SISTERS OF SAINT ANN<br>d/b/a ANNA MARIA COLLEGE,<br><br>Debtor.[1] | Chapter 11<br><br>Case No. 26-40758-EDK |

**DEBTOR'S RESPONSE TO POTENTIAL BIDDER INFORMATION REQUEST**

The Sisters of St. Ann d/b/a Anna Maria College, the debtor and debtor in possession in the above-captioned chapter 11 case (the "Debtor"), submits this Response to the *Information Request from the Debtor* [Dkt. No. 234] (the "Request"), filed by Richard A. Kerver on behalf of Laudato Si' Ecovillage Real Estate Investment Trust, Inc. (together, "Mr. Kerver"). In support of this response, the Debtor states as follows:

1. The Debtor is in the process of marketing its assets for sale, pursuant to the *Order (A) Approving Sale Procedures in Connection with the Sale of Substantially All of the Debtor's Assets, in One or More Transactions, (B) Approving the Form and Manner of Notice of the Auction and Sale Hearing, (C) Establishing Procedures Relating to the Assumption and Assignment of Executory Contracts and Unexpired Leases, (D) Authorizing De Minimis Sales of Assets Free and Clear of All Liens, Claims, Encumbrances and Other Interests, and (E) Granting Related Relief* [Dkt. No. 80] ("Sale Procedures Order"). As part of that process, the Debtor has retained Kelleher & Sadowsky as its broker ("Broker"), with Court authority [Dkt. No. 127].

[1] The last four digits of the Debtor's taxpayer identification number are 2060. The Debtor's address is 50 Sunset Lane, Paxton, MA 01612.

2. Through the Request, Mr. Kerver asks that the Debtor provide a list of all executory contracts and unexpired leases available to potential bidders, to enable Mr. Kerver to potentially submit a bid pursuant to the Sale Procedures Order.

3. The Debtor understands that Mr. Kerver has been in contact with the Broker and has been offered access to the diligence materials made available to all prospective bidders on the terms required of the Sale Procedures Order.

4. As reflected in the Debtor's amended Schedules of Assets & Liabilities [Dkt. No. 185], however, the Debtor has not identified any executory contracts or unexpired leases that specifically relate to the Debtor's Campus assets that are within the scope of the sale effort in progress. As a result, there are no executory contracts or unexpired leases available to potential bidders to evaluate as part of the Sale Procedures Order. If the Debtor identifies any executory contract or unexpired lease that relates to the Sale Assets, the Debtor will amend its Schedules accordingly, as well as provide such information to the Broker for distribution to potential bidders.

5. Accordingly, the Debtor submits that no further relief on the Request is warranted.

WHEREFORE, the Debtor respectfully requests that the Court deem the Request satisfied by this response and grant such other and further relief as the Court deems just and proper.

Dated: October 5, 2026

Respectfully submitted,

/s/ *Kathleen M. St. John*

John J. Monaghan (MA Bar #546454)
Lynne B. Xerras (MA Bar #632441)
Kathleen St. John (MA Bar #681565)
**HOLLAND & KNIGHT LLP**
10 St. James Avenue
Boston, MA 02116
Telephone: (617) 523-2700
Facsimile: (617) 523-6850
E-mail: john.monaghan@hklaw.com
lynne.xerras@hklaw.com
kathleen.stjohn@hklaw.com

*Counsel to the Debtor/Debtor in Possession*

**CERTIFICATE OF SERVICE**

I, Kathleen M. St. John, counsel for The Sisters of Saint Ann d/b/a Anna Maria College, the debtor and debtor in possession in the above-captioned chapter 11 case, hereby certify that on October 5, 2026, I caused copies of the foregoing *Debtor's Response to Potential Bidder Information Request* to be served by (i) the Court's CM/ECF electronic filing system on all registered users, and (ii) USPS first class mail, postage prepaid on Richard A. Kerver, 88 S. Meadow Road, Clinton, MA 01510.

*/s/ Kathleen M. St. John*____________