UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re:

THE SISTERS OF ST. ANN,
d/b/a ANNA MARIA COLLEGE,

Debtor.

Case No. 26-40758-EDK
Chapter 11

**Richard A Kerver**
**Laudato Si' Ecovillage**
**Real Estate Investment Trust, Inc.**
**A Potential Bidder**

## Motion To Postpone the Auction
## To Allow for the Sufficiency of a Community Response

**Background**

Richard A Kerver, acting as the registered agent for the Laudato Si' Ecovillage Real Estate Investment Trust, Inc. (EcoREIT) has completed submission of an ***Offer to Purchase Real Estate, TO: The Sisters of Saint Ann (d/b/a Anna Maria College) ("Seller"), Dated: September 30, 2026,*** in full accordance with ***Ex 1 - Full Sale Procedures Order*** (Sale Procedures), as provided by the Real Estate Broker, Kelleher-Sadowsky to all potential bidders, setting forth the various rules for becoming a fully ***Qualified Bidder*** in these proceedings. It is the firm belief of this ***Potential Bidder*** that he abides all the requisite rules, and should at this time have been determined to be a ***Qualifed Bidder*** in these proceedings, so as to participate in the scheduled Public Auction October 20th 2026. As of Friday October 16th, I have as yet to be so **Qualified.**

**Detail**

1. Only "**Qualified Bidders**" may participate in the Public Auction scheduled for October 20th (a mere two business days). It is my desire to be among those bidding.
2. Since the internal workings of the ***Consultation Parties*** making the decision whether a **Potential Bidder** has met the bar for being nominated a **Qualified Bidder** is outside the purview of all bidders, it is unknown at that time what the holdup might be.

3. I can speculate and assume it may be item **vi. Demonstrated Financial Capability**.

   vi. *Demonstrated Financial Capability*. Each Bid must include written evidence of financial capacity to consummate the transaction contemplated in the Bid, which evidence may include, but is not limited to, a firm, irrevocable commitment for financing, bank or investment account statements, an audited financial statement or other evidence of ability to consummate the proposed transaction, that will allow the Debtor to make a reasonable determination as to the Qualified Bidder's financial and other capabilities to consummate the transaction contemplated in the Bid.

4. Despite my highly responsive efforts to put forward a bid which might meet all the requisite terms, it may fail in this regards. The Laudato Si' Ecovillage Real Estate Investment Trust, Inc. (EcoREIT) is newly formed, engineered legally to provide a vehicle to move investment capital into an emerging ecovillage in place of Anna Maria College. It takes time to form the necessary banking relationships capable of purchasing a MassDevelopment Tax Exempt Bond, so as to capitalize the acquisition of the College's assets. Until such a time as the EcoREIT has been rejected by no fewer than five regional banks with the size and experience of such a transaction, I refuse to relent in the noble effort, and am moving as quickly as reasonably possible. I remain confident of success.

5. On Friday October 2nd, I asked closures@dhe.mass.edu for substantive intervention in the proceedings of the d/b/a Anna Maria College Chapter 11 bankruptcy, so as to insure the possibility of a community response (attached). I have as yet received no response.

6. On October 9th at 4pm, the deadline for submission of offers, the EcoREIT offer was, in my considered estimation, in full compliance with ALL the requirements spelled out in the Sale Procedures, excepting as herein above speculated. It is my active intent to amend our bid with a binding letter of commitment to finance acquisition using a MassDevelopment Tax Exempt Bond.

**Motion to the Court**

The undersigned makes this **Motion To Postpone the Auction To Allow for the Sufficiency of a Community Response**. Time remains of the essence. I respectfully request the Court consider a postponement of not less than one month, and amend the Sales Procedure in consideration of a new date for the **Public Auction**.

Richard A Kerver

Richard A Kerver, Potential Bidder as Registered Agent,
Laudato Si' Ecovillage Real Estate Investment Trust, Inc.
88 S Meadow Rd, Clinton MA 01510
email: rkerver@gmail.com, phone: 774-239-5822

Gmail

Richard Kerver <rkerver@gmail.com>

# New Rules for Higher Ed applicable to Anna Maria College Closure

**Richard Kerver** <rkerver@gmail.com> Fri, Oct 2, 2026 at 4:21 AM
To: "lynne.xerras@hklaw.com" <Lynne.Xerras@hklaw.com>
Cc: Richard Kerver <rkerver@gmail.com>, wkelleher@kelleher-sadowsky.com, Drew Higgins <dhiggins@kelleher-sadowsky.com>, "Sean J. Ryan Ed.D." <sryan@annamaria.edu>, collaborate@hampshirenext.org

Please see the attached. Thanks. Richard Kerver.

**NewRulesforHigherEd-AMC.pdf**
299K

To: closures@dhe.mass.edu
From: Richard Kerver, intervening in the Anna Maria College closure

I represent a growing community of Laudato Si' faithful in the throes attempting to acquire the assets of Anna Maria College through a newly formed Laudato Si' Ecovillage REIT, so as to preserve its assets whole and intact for future generations. We are currently in the proceedings for the bankruptcy of Sisters of Saint Anne d/b/a Anna Maria College, hoping to qualify as a bidder in the upcoming auction scheduled for October 20th. We must submit our formal bid by October 8th. Our preliminary bid is already in.

Our number one complaint from the outset, since April 20th, when the Trustees of the College first announced closure, is that the extreme timeline does not allow for a sufficient community response, to organize, capitalize and qualify as a winning bidder for the campus. Everyone is a stakeholder: the Commonwealth, Town of Paxton, faculty and staff of the College, alumni and students. Let's add the land, trees, birds and species who all find home in the place of the 260+ acres of the campus. The Rights of Nature are a thing. The highest and best re-use of the campus must be all these, acting in concert. So the highest and best bid is ours. Not only can we win – we must win. It is imperative.

We this week learned of the new

- Notice of Closure Guidelines for Massachusetts Independent Institutions

We respectfully request a review of the Anna Maria College closure in this light:

- Do these new rules apply now since the bankruptcy proceedings are underway?
- If not, what rules do apply that we might exercise in due consideration to an adequate community response?
- Can the Commonwealth Attorney General, who has standing in the bankruptcy proceedings, intervene to effectively insure the sufficiency of time for our group?
- Can your office release a statement regarding the matter?
- Can your office assume a standing in the bankruptcy proceedings and file a motion alerting everyone involved as to the various outcomes it is your role to protect?

Thank you so very much for the kindness of your consideration and potential intervention

Richard A Kerver

Richard Kerver, principal, The Laudato Si' Ecovillage REIT and bidder for Anna Maria College assets
email: rkerver@gmail.com, phone: 774-239-5822



# Certificate of Service

I hereby certify that on 16 October, 2026 and in accordance with MLBR, I served by email to the Notice Parties herein below listed an attached document, DocketCourt04.pdf, which is a Motion To Postpone the Auction To Allow for the Sufficiency of a Community Response for Chapter 11 Bankruptcy Case 26-40758.

By a Potential Bidder, should be Qualified Bidder

Richard A Kerver, registered agent
Laudato Si' Ecovillage Real Estate Investment Trust, Inc. (EcoREIT)
88 S Meadow Rd, Clinton MA 01510
rkerver@gmail.com
774-239-5822 (mobile), 508-753-8874 (VOIP)

an acknowledgment of receipt and opening the document is requested

**Certificate of Service – Notice Parties**

**Anna Maria College**
c/o Keith Lowey, Verdolino & Lowey P.C. <klowey@vlpc.com>
Sean J. Ryan Ed.D., President, Anna Maria College <sryan@annamaria.edu>

**Holland & Knight, Debtor's Council, John J Monaghan**
**c/o Lynne Xerras | Holland & Knight**
10 St. James Avenue, 11th Floor | Boston, Massachusetts 02116
Phone +1.617.854.1403 | Fax +1.617.523.6850
lynne.xerras@hklaw.com | www.hklaw.com

**Kathleen St. John | Holland & Knight,** Senior Counsel
10 St. James Avenue, 11th Floor | Boston, Massachusetts 02116
Phone +1.617.854.1487 | Fax +1.617.523.6850
kathleen.stjohn@hklaw.com | www.hklaw.com

**William D. Kelleher, IV**
Managing Partner, Kelleher & Sadowsky
120 Front Street, Suite 210, Worcester, MA 01608
Direct: 508-635-6785 | Cell: 508-596-5395 |eFax: 508-755-0808
wkelleher@kelleher-sadowsky | www.kellehersadowsky.com

**Drew Higgins**
Kelleher & Sadowsky Associates, Inc.
120 Front Street, Suite 210, Worcester, Massachusetts 01608
(508) 635-6784 Direct | (508) 735-1783 Cell | (508) 755-0808 Fax
higgins@kelleher-sadowsky.com | www.kelleher-sadowsky.com

**Council for Committee of Creditors**
**Andrew C Helman**
Dentons Bingham Greenebaum, LLP
1 City Center, Suite 11100, Portland, ME 04101
207-619-0919
andrew.helman@dentons.com

**Counsel to the DIP Lender and the Prepetition Secured Creditor**
Choate Hall & Stewart LLP
Two International Place, Boston MA 02110
attn: Douglas R Gooding and Johathan D Marshall
c/o dgooding@choate.com