10/19/2026 THE REQUEST TO CANCEL THE AUCTION HEARING SCHEDULED FOR OCTOBER 20, 2026 IS GRANTED. HOWEVER, THE HEARING ON DOCKET #241 SET FOR OCTOBER 20, 2026 WILL PROCEED AS SCHEDULED, BUT WILL BE CONVERTED TO A TELEPHONIC HEARING. SEE ORDER OF EVEN DATE.

**THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| In re:<br><br>THE SISTERS OF SAINT ANN<br>d/b/a ANNA MARIA COLLEGE,<br><br>Debtor.[1] | Chapter 11<br><br>Case No. 26-40758-EDK |

**DEBTOR'S NOTICE OF CANCELLATION OF AUCTION AND EMERGENCY MOTION TO CANCEL SCHEDULED HEARING TO CONDUCT AUCTION**

The Sisters of Saint Ann d/b/a Anna Maria College (the "Debtor"), as debtor and debtor in possession in the above-captioned chapter 11 case (the "Chapter 11 Case"), respectfully submits this notice and motion (the "Motion") pursuant to this Court's *Order (A) Approving Sale Procedures in Connection With The Sale Of Substantially All Of The Debtor's Assets In One Or More Transactions, (B) Approving The Form And Manner Of Notice Of The Auction And Sale Hearing, (C) Establishing Procedures Relating To The Assumption And Assignment Of Executory Contracts And Unexpired Leases, (D) Authorizing De Minimis Sales Of Assets Free And Clear Of All Liens, Claims, Encumbrances And Other Interests And (E) Granting Related Relief* (the "Sale Procedures Order") (Dkt. 80).[2]

Through this Motion, the Debtor provides notice that it will not be conducting an auction pursuant to the Sale Procedures Order ("Auction") and requests cancellation of the Tuesday, October 20, 2026 hearing reserved for conducting the Auction before the Court. In accordance

[1] The last four digits of the Debtor's taxpayer identification number are 2060. The Debtor's address is 50 Sunset Lane, Paxton, MA 01612.

[2] Capitalized terms used and not otherwise defined herein shall have the meanings ascribed to them in the Sale Procedures Order.