UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re: | The Sisters of Saint Ann, Inc. d/b/a Anna Maria Co<br><br>Debtor(s). | Ch. 11<br><br>26-40758-EDK |

**Proceeding Memorandum and Order**

**MATTER:**

#241 Motion filed by Interested Party Richard A. Kerver to Postpone the Auction to Allow for the Sufficiency of a Community Response Re: [5] Motion filed by Debtor The Sisters of Saint Ann, Inc. d/b/a Anna Maria College for Sale of Property free and clear of liens under Section 363(f) Re: real property known as 50 Sunset Lane, Paxton, Worcester County, Massachusetts

**Decision set forth more fully as follows:**

THE HEARING ON THIS MATTER SET FOR OCTOBER 20, 2026, AT 10:00 A.M. WILL NOW BE HELD **TELEPHONICALLY**. PARTIES MAY PARTICIPATE BY DIALING 646-828-7666, AND ENTERING MEETING ID 160 580 6834, AND USING PASSCODE 767 325 WHEN PROMPTED. **PARTIES SHOULD NOT APPEAR IN A COURTROOM.**

Dated: 10/19/2026

By the Court,

Elizabeth D. Katz
United States Bankruptcy Judge